B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Colorado | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**American Eagle Energy Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>20-0237026 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2549 W. Main Street**<br>**Suite 202**<br>**Littleton, CO**                     ZIP Code **80120** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Arapahoe** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities,
check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding
by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined
in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization
under Title 26 of the United States
Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition
of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition
of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts,
defined in 11 U.S.C. § 101(8) as
"incurred by an individual primarily for
a personal, family, or household purpose."     ■ Debts are primarily
business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must
attach signed application for the court's consideration certifying that the
debtor is unable to pay fee except in installments. Rule 1006(b). See Official
Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)
are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,
in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                                      Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**American Eagle Energy Corporation** |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>■ Exhibit A is attached and made a part of this petition. | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)          (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Page 3

B1 (Official Form 1)(04/13)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **American Eagle Energy Corporation** |

<strong>Signatures</strong>

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Elizabeth A. Green**
Signature of Attorney for Debtor(s)

**Elizabeth A. Green 0600547**
Printed Name of Attorney for Debtor(s)

**Baker & Hostetler LLP**
Firm Name

**200 South Orange Avenue**
**SunTrust Center, Suite 2300**
**Orlando, FL 32801-3432**

_____
Address

**(407) 649-4000 Fax: (407) 841-0168**
Telephone Number

**May  8, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Bradley M. Colby**
Signature of Authorized Individual

**Bradley M. Colby**
Printed Name of Authorized Individual

**President, Chief Executive Officer and Director**
Title of Authorized Individual

**May  8, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1A (Official Form 1, Exhibit A) (9/97)
*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## District of Colorado

In re   __American Eagle Energy Corporation__ _____   Case No. _____
                                    Debtor(s)              Chapter    __11__

# EXHIBIT "A" TO VOLUNTARY PETITION

1.  If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is
    __000-50906__ .

2.  The following financial data is the latest available information and refers to the debtor's condition on ____ .

    a. Total assets                                          $ _____ 211,882,000.00

    b. Total debts (including debts listed in 2.c., below)   $ _____ 215,217,000.00

    c. Debt securities held by more than 500 holders:

|  |  |  |  |  |  |  |  | | Approximate number of holders: |
|---|---|---|---|---|---|---|---|---|---|
| secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ | 0.00 | | 0 |
| secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ | 0.00 | | 0 |
| secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ | 0.00 | | 0 |
| secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ | 0.00 | | 0 |
| secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ | 0.00 | | 0 |

    d. Number of shares of preferred stock                                  0                   0

    e. Number of shares common stock                           30,448,714                  29

       Comments, if any:

3.  Brief description of Debtor's business:
    **crude petroleum and natural gas extraction**

4.  List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting
    securities of debtor:
    **Power Energy Partners - 7.39%**
    **Wellington Management Group LLP - 7.41%**
    **BlackRock, Inc. - 5.9%**

# United States Bankruptcy Court
## District of Colorado

In re    **American Eagle Energy Corporation**        Case No. _____

                            Debtor(s)       Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President, Chief Executive Officer and Director of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **May  8, 2015**                /s/ Bradley M. Colby

                                         **Bradley M. Colby/President, Chief Executive Officer and Director**
                                         Signer/Title

640 Energy, LLC
1400 16th Street
Suite 400
Denver, CO 80202


Accelerated Artificial Lift System
4441 E. 146th St. N
Skiatook, OK 74070


Adigo
Department 2219
Denver, CO 80291-2219


Adler Hot Oil Service, LLC
3495 Momentum Place
Chicago, IL 60689-5334


AES Drilling Fluids, LLC
11767 Katy Freeway
Suite 230
Houston, TX 77079


American Standard Energy Corp.
4800 Scottsdale Road
Suite 1400
Scottsdale, AZ 85251


AMZG, Inc.
2549 W. Main Street
Suite 202
Littleton, CO 80120


Arapahoe County Treasurer
5334 S. Prince Street
Littleton, CO 80120


Arctic Energy Services, LLC
PO Box 1321
Glenrock, WY 82637

ASEN 2 Corporation
4800 Scottsdale Road
Suite 1400
Scottsdale, AZ 85251


Atlas Tubular, LP
PO Box 431
Robstown, TX 78380


Badlands Oilfield Services, Inc.
PO Box 6004
Williston, ND 58802


Badlands Power Fuels, LLC
d/b/a Nuverra Environmental Solutions
PO Box 912620
Denver, CO 80291-2620


Baker Hughes Oilfield Operations
PO Box 301057
Dallas, TX 75303-1057


Basin Concrete
PO Box 4264
Williston, ND 58802


Baytex Energy  LTD
520 - 3rd Ave  SW
Suite 2500
Calgary, AB T2P 0R3
CANADA


Bill Roberts, Esq.
Roberts & Olivia, LLC
2060 Broadway
Suite 250
Boulder, CO 80302

Bind, LLC
PO Box 184
Robinson, IL 62454


Black Stone Minerals Company
1001 Fannin
Suite 2020
Houston, TX 77002


Borsheim Crane Service
PO Box 1344
Williston, ND 58802


Bradley M. Colby
5722 S. Benton Way
Littleton, CO 80123


Brennand Energy, Ltd
1330 Post Oak Blvd.
Suite 2540
Houston, TX 77056


Bulldog Trucking
1265 East 530 North
American Fork, UT 84003


Calfrac Well Services Corp.
717-17 Street
Suite 1445
Denver, CO 80202


Canrig Drilling Technology, Ltd.
PO Box 973608
Dallas, TX 75397-3608


Cascade Integrated Services, LLC
PO Box 912604
Denver, CO 80291-2604

Cheetah Services, Inc.
PO Box 1077
Watford City, ND 58854


Clean Chemistry, Inc.
Accounts Receivable
5541 Central Ave.
Suite 110
Boulder, CO 80301


CMG Oil & Gas, Inc.
PO Box 829
Stanley, ND 58784


Cody Exploration, LLC
PO Box 597
Bismarck, ND 58502


Cody Oil & Gas Corporation
PO Box 597
Bismarck, ND 58502


Collins & Jones Investments, LLC
508 W. Wall Street
Suite 1200
Midland, TX 79701


Colorado Dept. of Revenue
Taxation Division
PO Box 17087
Denver, CO 80217-0087


Compensation & Benefit Solutions, LLC
6161 S Syracuse Way
Suite 240
Greenwood Village, CO 80111

Complete Business Systems
5195 Marshall Street
Arvada, CO 80002


Continental Resources
PO Box 952724
St Louis, MO 63195-2724


Continental Resources
PO Box 269091
Oklahoma City, OK 73126


Cougar Drilling Solutions USA, Inc.
9505 West Reno Avenue
Oklahoma City, OK 73127


CP Machine, Inc.
3534 20th Avenue W
Williston, ND 58801


Crescent Point Energy
555 17th Street
Suite 1800
Denver, CO 80202


Crescent Point Energy
555 17th Street
Suite 750
Denver, CO 80202


Crowley Fleck PLLP
Attorneys at Law
PO Box 30441
Billings, MT 59107


Cruz Energy Services, LLC
7000 E. Palmer-Wasilla Hwy
Palmer, AK 99645

D & J Transport, Inc.
P. O. Box 2626
Williston, ND 58802


Darby's Welding & Machine, Inc
78 - 48th Avenue SW
Dickinson, ND 58601


David Y. Rogers
PO Box 50368
Midland, TX 79702


Davis Partners, Ltd.
PO Box 271
Midland, TX 79702


Deep Rock Water
PO Box 660579
Dallas, TX 75266-0579


Derrick Corporation
PO Box 301191
Dallas, TX 75303-1191


Diamond B Oilfield Trucking
PO Box 567
Plentywood, MT 59254


Dishon Disposal, Inc.
5613 DTC Parkway
Suite 800
Greenwood Village, CO 80111


Divide County Treasurer
200 North Main Street
PO Box 29
Crosby, ND 58730-0029

DNOW L.P.
NOV Wilson, LP.
PO Box 200822
Dallas, TX 75320-0822


Double EE Service, Inc.
PO Box 2417
2210 4th Avenue West
Williston, ND 58802-2417


Drill Tech Subsidiary of BJ's DST
f/k/a Drill Tech, LLC
PO Box 519
Mohall, ND 58761


Dylan Devore
c/o Pagel Weikum, PLLP
1715 Burnt Boat Drive
Madison Suite
Bismarck, ND 58503


Dynomax Drilling Tools USA, Inc.
14223 Interdrive East
Houston, TX 77032


Extreme Energy Services, LLC
PO Box 1468
Broussard, LA 70518-1468


FedEx
PO Box 94515
Palatine, IL 60094-4515


Flatland Resources, LLC
235 Lake Street E
Wayzata, MN 55391

G-Style Transport, LLC
N51012 Hutchins Lane
Eleva, WI 54738


GE Oil & Gas Pressure Control LP
PO Box 911776
Dallas, TX 75391-1776


George G. Vaught, Jr.
PO Box 13557
Denver, CO 80201


Greene's Energy Group
PO Box 676263
Dallas, TX 75267-6263


H & L Rentals & Well Service
PO Box 31618
Edmond, OK 73003


H&H Electric, Inc.
PO Box 2167
Williston, ND 58801


H2E, Incorporated
2316 Bluebell Loop
Spearfish, ND 57783


Halliburton  Energy Services, Inc.
PO Box 301341
Dallas, TX 75303-1341


Hamm & Phillips Service Company,
Inc.
PO Box 201653
Dallas, TX 75320-1653

Heller Casing Service, Inc.
PO Box 1452
Williston, ND 58802


HMG Automation, Inc.
PO Box 1625
Williston, ND 58802


Hunt Oil Company
PO Box 840729
Dallas, TX 75284-0729


Hurley Enterprises, Inc.
PO Box 385
Fairview, MT 59221


Hydratek, Inc.
12069 Highway 16
Sidney, MT 59270


Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346


Interstate Engineering
PO Box 2035
Jamestown, ND 58402-2035


Interwest Transfer Co., Inc.
PO Box 17136
Salt Lake City, UT 84117


Intralinks, Inc.
PO Box 392134
Pittsburgh, PA 15251-9134

Irongate Rental Services, LLC
PO Box 204427
Dallas, TX 75320-4427


J&K Hotshot, Inc.
PO Box 1454
Williston, ND 58802-1454


Jacam Chemicals 2013, LLC
PO Box 96
205 South Broadway
Sterling, KS 67579


Jive Communications, Inc.
Dept. CH 19606
Palatine, IL 60055-9606


JMAC Resources, Inc.
121 48th Ave SW
Williston, ND 58801


Justice Oilfield Water Service
PO Box 44
Dagmar, MT 59219


Justice SWD, LLC
PO Box 44
Dagmar, MT 59219


KLX Energy Services, LLC
28099 Expedite Way
Chicago, IL 60695-0001


Liberty Oilfield Services, LLC
950 17th Street
Suite 2000
Denver, CO 80202

LMC Energy, LLC
550 W. Texas
Suite 945
Midland, TX 79701


M-I, LLC d/b/a MI-SWACO
PO Box 732135
Dallas, TX 75373-2135


Main Street Partners I, LLC
c/o Highline Realty Partners, Inc.
ATTN Rees F. Davis, Jr.
3695 East Long Road
Greenwood Village, CO 80120


Martin J. Beskow
7268 Weston Lane North
Maple Grove, MN 55311


Mathena, Inc.
3900 S. Highway 81
Service Road
El Reno, OK 73036


MBI Oil & Gas, LLC
PO Box 597
Bismarck, ND 58502


Mendell Family Partnership
PO Box 1429
Burnet, TX 78611


Mi4 Corporation
5850 San Felipe St.
Suite 118
Houston, TX 77057-3012

Michelene G. Toomey
1511 North Blvd.
Houston, TX 77006


Midwest Rentals, Inc.
3032 North Shore Loop
Mandan, ND 58554


Miller Oil Company, Inc.
Box 4708
Culbertson, MT 59218


Missouri River Royalty Corp.
919 S. 7th
Suite 405
Bismarck, ND 58504


MLB Consulting, LLC
PO Box 2407
Elk City, OK 73648


Modern Machine Works, Inc.
PO Box 877
Williston, ND 58802-0877


Molly & Joseph F. Vochko
5213 Bartlett Blvd.
Mound, MN 55364


Montana Dept. of Revenue
PO Box 5805
Helena, MT 59604


Mosbacher USA, Inc.
712 Main Street
Suite 2200
Houston, TX 77002-3290

Mountain Divide, LLC
CBM Building
Box 220
33 First Ave. SW
Cut Bank, MT 59427


Mountain Divide, LLC
33 First Ave. SW
Cut Bank, MT 59427


Murex Petroleum Corporation
PO Box 7
Humble, TX 77347


Nabors Completion & Prod Svcs
PO Box 975682
Dallas, TX 75397-5682


Nabors Drilling USA, LP
PO Box 973527
Dallas, TX 75397-3527


National Oilwell Varco
Wells Fargo Bank
PO Box 201224
Dallas, TX 75320-1224


North Dakota Office of the Tax
Commissioner
600 E. Boulevard Avenue
Bismarck, ND 58505-0599


Northern States Completions
PO Box 1267
Williston, ND 58802


NRAI, Inc.
PO Box 4349
Carol Stream, IL 60197-4349

NYSE Market, Inc.
Box 223695
Pittsburgh, PA 15251-2695


Oakley Ventures, LLC
c/o Highline Realty Partners, Inc.
ATTN  Rees F. Davis, Jr.
3695 East Long Road
Greenwood Village, CO 80120


Oil Patch Rental Service, Inc.
PO Box 204667
Dallas, TX 75320-4667


Omimex Petroleum, Inc.
7950 John T. White Road
Fort Worth, TX 76120


Oneok Rockies Midstream, LLC
2700 Lincoln Ave., SE
Sidney, MT 59270


Opportune
711 Louisiana
Suite 1700
Houston, TX 77002


Panther Inspection & Hardbanding
14055 Country Lane
Williston, ND 58801


Panther Pumping Services, LLC
PO Box 1109
212 6th Ave SE
Watford City, ND 58854

Paragon Audit & Consulting Inc.
50 South Steele
Suite 325
Denver, CO 80209


Pason Systems USA Corp.
16035 Table Mountain Parkway
Suite 100
Golden, CO 80403


Pitney Bowes Global Financing
PO Box 371887
Pittsburgh, PA 15250-7887


Power Energy Partners, LP
1927 Lohmans Corssing
Suite 103
Austin, TX 78734


Prairie Fuels
PO Box 1272
Baker, MT 59313-1272


Prairie Petro-Chem of America
PO Drawer 1568
Williston, ND 58802-1568


Precision Completion & Production
Svcs.
PO Box 204789
Dallas, TX 75320-4789


Precision Energy Services, Inc
PO Box 301003
Dallas, TX 75303-1003

Pruet Oil Company, LLC
217 W. Capitol Street
Suite 201
Jackson, MS 39201


Puckett Investment Co.
5460 S. Quebec Street
Greenwood Village, CO 80111


Purity Oilfield Services, LLC
PO Box 732729
Dallas, TX 75373-2729


Quinn Pumps Inc.
PO Box 677396
Dallas, TX 75267-7396


R360 Williston Basin LLC
Prairie Disposal Inc
PO Box 670207
Dallas, TX 75267-0207


Rain for Rent, North Dakota
File 52541
Los Angeles, CA 90074-2541


Randolf W. Katz, Esq.
Baker & Hostetler LLP
600 Anton Blvd.
Suite 900
Costa Mesa, CA 92626


Reb Clark
PO Box 1441
Midland, TX 79702

Recievables Control Corp.
FBO Creditors of Portal Service
7373 Kirkwood Court
Minneapolis, MN 55369


Red River Supply, Inc.
1202 East Broadway
PO Box 1146
Williston, ND 58802


Richard Pershall
1391 South Winston Drive
Golden, CO 80401


Richardson Trucking Inc.
PO Box 1690
Mills, WY 82644


Richland County Treasurer
201 W. Main
Sidney, MT 59270


Richland Pump & Supply, Inc.
1511 South Central Avenue
Sidney, MT 59270


Roosevelt County Treasurer
400 2nd Avenue South
Wolf Point, MT 59201


Roy G. & Opal Barton Revocable Trust
PO Box 978
Hobbs, NM 88241


Ryder Scott Company, L.P.
1100 Louisiana
Suite 4600
Houston, TX 77002

Samson Resources Company
PO Box 972282
Dallas, TX 75397-2282


Sanjel  USA , Inc.
PO Box 732149
Denver, CO 80202


Schlumberger Lift Solutions Canada Ltd.
Lockbox C05618U
PO Box 45 STN M
Calgary, AB T2P 2G9
CANADA


Schlumberger Technology Corp.
PO Box 732149
Dallas, TX 75373-2149


Secretary of State
State of North Dakota
600 E. Boulevard Ave.
Dept 108
Bismarck, ND 58505-0500


Secure
555 17th Street
Suite 900
Denver, CO 80202


Secure On-Site Services USA
555 17th Street
Suite 900
Denver, CO 80202


Sheridan County Treasurer
100 W. Laurel Avenue
Plentywood, MT 59254-1699

Sivalls, Inc.
PO Box 2792
Odessa, TX 79760


SM Energy Company
PO Box 910384
Denver, CO 80291-0384


Spanish Properties, LLC
PO Box 1026
Dickinson, ND 58602-1026


Standard & Poor's
2542 Collection Center Drive
Chicago, IL 60693


Stewart Geological, Inc.
2650 Overland Avenue
Billings, MT 59102


Stim-Lab, Inc
A Core Laboratories Company
PO Box 841787
Dallas, TX 75284-1787


Sundheim Oil Corporation
PO Box 230
Crosby, ND 58730


SunTrust Bank
SunTrust Robinson Humphrey, Inc.
ATTN Yann Pirio
3333 Peachtree Street NE
Atlanta, GA 30326


Super Heaters, North Dakota, LLC
PO Box 421328
Houston, TX 77242-1328

TCI Business Capital, Inc.
9185 Paysphere Circle
Chicago, IL 60674


Ted Collins, Jr.
508 W. Main Street
Suite 1200
Midland, TX 79702


Tervita LLC
PO Box 840730
Dallas, TX 75284-0730


The Cavins Corporation
1800 Bering Drive
Suite 825
Houston, TX 77057


Thomas G. Lantz
5615 West Ida Drive
Littleton, CO 80123


Thru Tubing Solutions, Inc.
PO Box 203379
Dallas, TX 75320-3379


TNT Well Servicing, Inc.
3 Gage Road
Roundup, MT 59072


Total Safety U.S., Inc.
PO Box 974686
Dallas, TX 75397-4686


Transfac Capital
FBO  Wind River Trucking, LLC
PO Box 3238
Salt Lake City, UT 84110-3238

Triple S Enterprises, Inc.
PO Box 477
Crosby, ND 58730-0477


U.S. Bank National Association
Trustee, Collateral Agent, Control
Agent - 11th Floor
5555 San Felipe Street
Houston, TX 77056


USG Midstream Bakken 1, LLC
700 Universe Blvd.
Juno Beach, FL 33408


USG Properties Bakken I, LLC
ATTN Michael Jessop
601 Travis Street
Suite 1900
Houston, TX 77022


USG Properties Bakken I, LLC
ATTN Michael Jessep
601 Travis Street
Suite 1900
Houston, TX 77002


Wayne R. and Gail R. Christianson
PO Box 97
Fortuna, ND 58844


Weatherford Artificial Lift
Systems LLC
P O Box 301003
JP Morgan Chase Bank  TX
Dallas, TX 75303-1003


Well Water Solutions and
Rentals, Inc.
PO Box 2105
Casper, WY 82602

Western Petroleum, LLC
PO Box 677732
Dallas, TX 75267-7732


Whiting Oil & Gas Corporation
PO Box 973539
Dallas, TX 75397-3539


Whiting Petroleum Corporation
1700 Broadway Street
#2300
Denver, CO 80290


Williams County Treasurer
PO Box 2407
Williston, ND 58802-2047


Williston Tank Rental Inc.
PO Box 2626
Williston, ND 58802


Windcreek Services, Inc.
310 Limestone Ave.
PO Box 2410
Gillette, WY 82717


WISCO, Inc.
PO Box 732328
Dallas, TX 75373-2328


Wise Services, Inc.
PO Box 427
Lyman, WY 82937


WSI
1600 East Century Avenue
Suite 1
PO Box 5585
Bismarck, ND 58506-5585

Wyoming Casing Service, Inc.
PO Box 1153
Dickinson, ND 58602