B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Colorado

In re    **American Eagle Energy Corporation**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 640 Energy, LLC 1400 16th Street Suite 400 Denver, CO 80202 | 640 Energy, LLC 1400 16th Street Suite 400 Denver, CO 80202 | frac fluid heating | | 333,080.00 |
| Arctic Energy Services, LLC PO Box 1321 Glenrock, WY 82637 | Arctic Energy Services, LLC PO Box 1321 Glenrock, WY 82637 | well fluid testing | | 320,691.65 |
| Atlas Tubular, LP PO Box 431 Robstown, TX 78380 | Atlas Tubular, LP PO Box 431 Robstown, TX 78380 | tubular products supplier | | 160,893.48 |
| Cruz Energy Services, LLC 7000 E. Palmer-Wasilla Hwy Palmer, AK 99645 | Cruz Energy Services, LLC 7000 E. Palmer-Wasilla Hwy Palmer, AK 99645 | drilling rig mobilization | | 521,732.21 |
| Dishon Disposal, Inc. 5613 DTC Parkway Suite 800 Greenwood Village, CO 80111 | Dishon Disposal, Inc. 5613 DTC Parkway Suite 800 Greenwood Village, CO 80111 | water disposal | | 196,280.40 |
| DNOW L.P. NOV Wilson, LP. PO Box 200822 Dallas, TX 75320-0822 | DNOW L.P. NOV Wilson, LP. PO Box 200822 Dallas, TX 75320-0822 | equipment supplier | | 276,169.49 |
| GE Oil & Gas Pressure Control LP PO Box 911776 Dallas, TX 75391-1776 | GE Oil & Gas Pressure Control LP PO Box 911776 Dallas, TX 75391-1776 | equipment provider | | 219,822.03 |
| Halliburton Energy Services, Inc. PO Box 301341 Dallas, TX 75303-1341 | Halliburton Energy Services, Inc. PO Box 301341 Dallas, TX 75303-1341 | high pressure pumping services | | 3,451,391.74 |
| Hydratek, Inc. 12069 Highway 16 Sidney, MT 59270 | Hydratek, Inc. 12069 Highway 16 Sidney, MT 59270 | tubular testing and inspection | | 319,754.35 |
| Jacam Chemicals 2013, LLC PO Box 96 205 South Broadway Sterling, KS 67579 | Jacam Chemicals 2013, LLC PO Box 96 205 South Broadway Sterling, KS 67579 | chemicals provider | | 183,810.60 |

B4 (Official Form 4) (12/07) - Cont.

In re   **American Eagle Energy Corporation**
_____     Case No.   _____

                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| KLX Energy Services, LLC<br>28099 Expedite Way<br>Chicago, IL 60695-0001 | KLX Energy Services, LLC<br>28099 Expedite Way<br>Chicago, IL 60695-0001 | equipment rental | | 206,578.93 |
| Liberty Oilfield Services, LLC<br>950 17th Street<br>Suite 2000<br>Denver, CO 80202 | Liberty Oilfield Services, LLC<br>950 17th Street<br>Suite 2000<br>Denver, CO 80202 | frac services | | 497,460.90 |
| National Oilwell Varco<br>Wells Fargo Bank<br>PO Box 201224<br>Dallas, TX 75320-1224 | National Oilwell Varco<br>Wells Fargo Bank<br>PO Box 201224<br>Dallas, TX 75320-1224 | equipment provider | | 111,169.86 |
| Northern States Completions<br>PO Box 1267<br>Williston, ND 58802 | Northern States Completions<br>PO Box 1267<br>Williston, ND 58802 | equipment provider | | 294,444.77 |
| Precision Completion & Production<br>Svcs.<br>PO Box 204789<br>Dallas, TX 75320-4789 | Precision Completion & Production<br>Svcs.<br>PO Box 204789<br>Dallas, TX 75320-4789 | equipment provider | | 522,970.69 |
| Recievables Control Corp.<br>FBO: Creditors of Portal Service<br>7373 Kirkwood Court<br>Minneapolis, MN 55369 | Recievables Control Corp.<br>FBO: Creditors of Portal Service<br>7373 Kirkwood Court<br>Minneapolis, MN 55369 | pumping unit provider | | 147,730.85 |
| Samson Resources Company<br>PO Box 972282<br>Dallas, TX 75397-2282 | Samson Resources Company<br>PO Box 972282<br>Dallas, TX 75397-2282 | well operator | Subject to Setoff | 326,487.84 |
| Schlumberger Lift Solutions Canada Ltd.<br>Lockbox C05618U<br>PO Box 45 STN M<br>Calgary, AB T2P 2G9<br>CANADA | Schlumberger Lift Solutions Canada Ltd.<br>Lockbox C05618U<br>PO Box 45 STN M<br>CANADA | pumping unit provider | | 209,246.00 |
| Super Heaters, North Dakota, LLC<br>PO Box 421328<br>Houston, TX 77242-1328 | Super Heaters, North Dakota, LLC<br>PO Box 421328<br>Houston, TX 77242-1328 | frac fluid heating services | | 321,317.68 |
| Well Water Solutions and Rentals, Inc.<br>PO Box 2105<br>Casper, WY 82602 | Well Water Solutions and Rentals, Inc.<br>PO Box 2105<br>Casper, WY 82602 | tank rental | | 228,674.26 |

B4 (Official Form 4) (12/07) - Cont.

In re  **American Eagle Energy Corporation**                                  Case No. _____

                                   Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President, Chief Executive Officer and Director of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **May 8, 2015**                          Signature  **/s/ Bradley M. Colby**

                                                         **Bradley M. Colby**
                                                         **President, Chief Executive Officer and Director**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.