# United States Bankruptcy Court
## District of Colorado

In re   American Eagle Energy Corporation _____,   Case No. _____

Debtor   Chapter _____ 11 _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Alexander Gene Montano & Otilia Montano JT TEN 2471 Challis Place Tustin, CA 92782 | Common Stock | 3877 | |
| Barbarino Invest Corp. c/o 3590 Sypress Street Vancouver, BC V6J 3P1 CANADA | Common Stock | 11,112 | |
| Brad Colby C/F Anna Colby UTMA Co 5722 S. Benton Way Littleton, CO 80123 | Common Stock | 22,494 | |
| Bradley Colby 5722 S. Benton Way Littleton, CO 80123 | Common Stock | 138,889 | |
| Bradley Colby 5722 S. Benton Way Littleton, CO 80123 | Common Stock | 454,412 | |
| Bruce Swanson PO Box 1863 Poulsbo, WA 98370 | Common Stock | 2,338 | |
| Cheng Thao & Mo Thao, JT TEN Box 425 Mount Gilead, NC 27306 | Common Stock | 100 | |
| Chuck E. McKiernan 11282 Highway 789 Riverton, WY 82501 | Common Stock | 100 | |
| David J. Lanzman 136 Chinquapin Avenue Carlsbad, CA 92008 | Common Stock | 750 | |
| David Ray TTEE, The George Vernum Trust DTD 11/10/92 311 Eve Street S Mena, AR 71953 | Common Stock | 4,556 | |

__2__   continuation sheets attached to List of Equity Security Holders

In re   **American Eagle Energy Corporation**       Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Fast Balance - Cede & Co.**<br>**PO Box 222**<br>**Bowling Green Station**<br>**New York, NY 10041** | **Common Stock** | **28,589,161** | |
| **Golden Vista Energy LLC**<br>**447 Indian Trail**<br>**Billings, MT 59105** | **Common Stock** | **565,666** | |
| **Golden Vista Energy LLC**<br>**447 Indian Trail**<br>**Billings, MT 59105** | **Common Stock** | **8,547** | |
| **Guy-Philippe Bertin**<br>**28 Place Des Vosges**<br>**Paris 75003**<br>**FRANCE** | **Common Stock** | **5,556** | |
| **Julie Colby**<br>**5722 S. Benton Way**<br>**Littleton, CO 80123** | **Common Stock** | **14,160** | |
| **Karl W. Williams**<br>**8017 John T. White Road**<br>**Fort Worth, TX 76120** | **Common Stock** | **278** | |
| **Kip W. Steely TTEE FBO**<br>**Kip W. Steely Family Trust UAD 2/21/06**<br>**5131 Sandburg Drive**<br>**Sacramento, CA 95819** | **Common Stock** | **628** | |
| **M. Brian Sjoberg EX UW**<br>**Morris Benjamin**<br>**163 N. 8th Street**<br>**Tustin, CA 92780** | **Common Stock** | **100** | |
| **Mainland Investments Inc.**<br>**Trust Co Complex**<br>**Ajeltake Road**<br>**Ajeltake Island, Majuro Marshall Islands**<br>**MH 96960** | **Common Stock** | **32,000** | |
| **Mary Theresa Reynolds**<br>**2305 West Davies Avenue**<br>**Littleton, CO 80120** | **Common Stock** | **1,941** | |
| **Najean Brown**<br>**5116 Bissonnet Street**<br>**No. 162**<br>**Houston, TX 77401** | **Common Stock** | **1,671** | |

Sheet  <u>1</u>  of  <u>2</u>  continuation sheets attached to the List of Equity Security Holders

In re   **American Eagle Energy Corporation**                              Case No. _____

_____,
Debtor

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Paul E. Rumler<br>5200 S. Race Street<br>Littleton, CO 80121 | Common Stock | 47,006 | |
| Ralph E. Carpenter<br>3201 E. Highway 70 112<br>Safford, AZ 85546 | Common Stock | 195 | |
| Ron E. Brewer & Jennie N. Brewer TTEES, Brewer Trust UAD 7/3/07<br>11915 Vernon Avenue<br>Chino, CA 91710 | Common Stock | 1,750 | |
| Thomas and Sharon Lantz<br>5615 W. Ida Drive<br>Littleton, CO 80123 | Common Stock | 5,491 | |
| Thomas J. Lantz<br>5615 W. Ida Drive<br>Littleton, CO 80123 | Common Stock | 535,324 | |
| Verdmont Capital SA<br>Aquilino De La Guardia<br>Ave 18<br>Panama City<br>PANAMA | Common Stock | 1 | |
| Wilcox Robert Gordon<br>4511 NW St. Joe Blvd.<br>Riverside, MO 64150 | Common Stock | 500 | |
| William P. Baker<br>356 Booher Drive<br>Bristol, TN 37620-9470 | Common Stock | 111 | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President, Chief Executive Officer and Director of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**May  8, 2015**_____          Signature _**/s/ Bradley M. Colby**_____
                                                                    **Bradley M. Colby**
                                                                    **President, Chief Executive Officer and Director**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

Sheet __2__ of __2__ continuation sheets attached to the List of Equity Security Holders