# United States Bankruptcy Court
## District of Colorado

In re   **American Eagle Energy Corporation**
　　　　　　　　　　　　　　　　　　　　　　　　Debtor(s)

Case No. _____
Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **American Eagle Energy Corporation**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

May  8, 2015
Date

/s/ Elizabeth A. Green
Elizabeth A. Green 0600547
Signature of Attorney or Litigant
Counsel for   **American Eagle Energy Corporation**
Baker & Hostetler LLP
200 South Orange Avenue
SunTrust Center, Suite 2300
Orlando, FL 32801-3432
(407) 649-4000 Fax:(407) 841-0168