# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| AMERICAN EAGLE ENERGY ) | |
| CORPORATION ) | |
| ) | |
| DEBTOR(S) ) | CASE NO.   15-15073 HRT |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that the undersigned attorneys, hereby enter their appearance as attorneys of record for the Treasurer of Arapahoe County ("Arapahoe County Treasurer").

The Arapahoe County Treasurer requests that all notices, pleadings and other documents filed in this proceeding be mailed to:

ROBERT HILL, Esq.
5334 S. Prince Street
Littleton, CO  80166

and via email to:  rhill@arapahoegov.com and wrossman@arapahoegov.com

Respectfully submitted this 11TH day of  MAY, 2015.

RONALD A. CARL #21673
ARAPAHOE COUNTY ATTORNEY

By:     /s/Robert Hill
Robert Hill #32974
Senior Assistant County Attorney
5334 S. Prince Street
Littleton, CO  80166
(303) 795-4639

## CERTIFICATE OF SERVICE

This is to certify that on this 11th day of May, 2015 a true and correct copy of Notice of Appearance was served via ECF Electronic filing.

_____/s/Wendy Rossman_____