UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| In Re: | § | |
|---|---|---|
| | § | Case No. 15-15073 |
| American Eagle Energy Corporation | § | |
| | § | |
| Debtor | § | Chapter 11 |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE of the appearance of Carl Doré, Jr. Doré Law Group, P.C., counsel for Halliburton Energy Services, Inc., Creditor in the above-captioned and numbered case, who requests notice of all matters "noticed" and copies of all pleadings in these proceedings pursuant to the provisions of Rules 2002, 3017(a) and 9010(b) of the Rules of Bankruptcy Procedure.

Notices should be e-mailed to:

Carl Doré, Jr.
Doré Law Group, P.C.
Email: carl@dorelawgroup.net

Respectfully submitted,

DORÉ LAW GROUP, P.C.

By: */s/ Carl Doré, Jr.*
Carl Doré, Jr.
State Bar No. 06000600
17171 Park Row, Suite 160
Houston, Texas 77084
(281) 829-1555
(281) 200-0751 Fax
Email: carl@dorelawgroup.net
*Attorney for Halliburton Energy Services, Inc.*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2015, a true and correct copy of the foregoing *Notice of Appearance* was served to all parties entitled to service via ECF.

By: */s/ Carl Doré, Jr.*
Carl Doré, Jr.

2