# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| American Eagle Energy Corporation ) | Case No. 15-15073 HRT |
| ) | Chapter 11 |
| ) | |
| ) | |
| ) | |
| Debtor. ) | |

## UNITED STATES TRUSTEE'S ENTRY OF APPEARANCE AND
## REQUEST FOR NOTICES

The United States Trustee ("UST"), by and through Joanne C. Speirs, as his counsel, files this entry of appearance and request for notices. Pursuant to Fed. R. Bankr. P. 9034(k), the UST requests that all pleadings and notices filed in this case be served on the UST at the address set forth below.

Dated: May 12, 2015.                    Respectfully submitted,

                                        PATRICK S. LAYNG
                                        UNITED STATES TRUSTEE

                                        /s/ Alan K. Motes
                                        By: Alan K. Motes, #33997
                                        Trial Attorney for the U.S. Trustee
                                        1961 Stout Street, Suite 12-200
                                        Denver, CO  80294
                                        (303) 312-7999
                                        (303) 312-7259 fax
                                        Alan.Motes@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on the date set forth below a copy of the UNITED STATES TRUSTEE'S ENTRY OF APPEARANCE AND REQUEST FOR NOTICES was served by deposit in the United States Mail, postage prepaid, to the following parties:

Dated: May 12, 2015

American Eagle Energy Corporation
2549 W. Main Street
Suite 202
Littleton, CO 80120

Elizabeth A. Green
Jimmy D. Parrish
200 S. Orange Ave.
Suntrust Center, Ste. 2300
Orlando, FL 32801-3432

Robert Hill
5334 S. Prince Street
Littleton, CO 80166

                /s/ Nicole Nagler
                Office of the United States Trustee