Daniel J. Morse (WY Bar # 7-4770)
Assistant United States Trustee, District of Wyoming
PATRICK S. LAYNG
UNITED STATES TRUSTEE
REGION 19
308 West 21st Street, Room 203
Cheyenne, WY 82001
(307) 772-2793

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| ) | |
| American Eagle Energy Corporation ) | Case No. 15-15073 HRT |
| Tax ID / EIN: 20-0237026 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**UNITED STATES TRUSTEE'S NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

The United States Trustee ("UST") by and through undersigned counsel, files this entry of appearance and request for notices. The UST requests that all pleadings and notices filed in this case be served on the UST at the address set forth below.

Date:   May 12, 2015

                                      Respectfully submitted,
                                      PATRICK S. LAYNG
                                      UNITED STATES TRUSTEE

                                      /s/ Daniel J. Morse
                                      By: Daniel J. Morse, WY Bar # 7-4770
                                      Assistant U.S. Trustee, District of Wyoming
                                      U.S. Department of Justice
                                      308 West 21st Street, Room 203
                                      Cheyenne, WY 82001
                                      Direct Line: 307-772-2793
                                      Email: Daniel.J.Morse@USDOJ.GOV

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the UNITED STATES TRUSTEE'S NOTICE OF APPEARANCE AND REQUEST FOR NOTICES was served by deposit in the United States Mail, postage prepaid to the following parties:

Dated: May 12, 2015

American Eagle Energy Corporation
2549 W. Main Street
Suite 202
Littleton, CO 80120

Elizabeth A. Green
Jimmy D. Parrish
200 S. Orange Ave.
Suntrust Center, Ste. 2300
Orlando, FL 32801-3432

Robert Hill
5334 S. Prince Street
Littleton, CO 80166

                                              /s/  Nicole Nagler
                                              Office of the United States Trustee