**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| American Eagle Energy Corporation | ) | |
| Tax ID/EIN: 20-0237026 | ) | Case No.  15-15073-HRT |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS,**
**AND RESERVATION OF RIGHTS**

The undersigned counsel hereby enters their appearance for Baker Hughes Oilfield Operations, Inc.

Pursuant to Sections 342 and 1109(b) of the Bankruptcy Code, and Rules 2002 and 9010 of the Bankruptcy Rules, we request that all notices given or required to be given in this case or in any proceeding herein, and all papers served or required to be served in this case or in any proceeding herein, including, but not limited to, any proposed plan or disclosure statement, be given to and served upon the undersigned at the offices, addresses, and telephone and fax numbers set forth below.

In addition, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Rules specified above, but also includes, without limitation, orders on and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopier, telegraph, telex or otherwise, which affects the Debtor or property of the Debtor or the estate.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) this party's right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) this party's right to trial by a jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) this party's right to have a reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoff, or recoupments to which this party is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments this party expressly reserves.

1

Dated: May 12, 2015

                                      Respectfully submitted,

                                      JONES & KELLER, P.C.


                                      s/ *Barry L. Wilkie*_____
                                      Barry L. Wilkie
                                      1999 Broadway, Suite 3150
                                      Denver, CO  80202
                                      Phone:  (303) 573-1600
                                      Facsimile:  (303) 573-8133
                                      E-mail:  bwilkie@joneskeller.com
                                      *Attorney for Baker Hughes Oilfield Operations, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of May, 2015, a true and correct copy of the foregoing **NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS, AND RESERVATIONS OF RIGHTS** was served via first class mail postage prepaid addressed as follows:

Elizabeth A. Green
Jimmy D. Parrish
200 S. Orange Ave.
Suntrust Center, Ste. 2300
Orlando, FL 32801

US Trustee
Attn: Alan K. Motes
1961 Stout St.
Ste. 12-200
Denver, CO  80294

All those recipients listed on the CM/ECF mailing Matrix as of May 12, 2015 via Electronic Case Filing.

*s/ Tammy Harris*_____
Tammy Harris