FILED
KENNETH S. GARDNER
CLERK

2015 MAY 11 PM 1:09

U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| American Eagle Energy Corporation | ) |
| Tax ID / EIN: 20-0237026 | ) Case No. 15-15073-HRT |
| | ) |
| AMZG, Inc. | ) |
| Tax ID / EIN: 20-8642477 | ) Case No. 15-15074-HRT |
| | ) |
| Debtors. | ) (Joint Administration Requested) |
| | ) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that the undersigned, pursuant to section 1109 of title 11 of the United States Code and Federal Rules of Bankruptcy Procedure 2002 and 9010, hereby appears on behalf of U.S. Bank National Association ("U.S. Bank"), as Trustee and Collateral Agent for the holders of the 11.0% Senior Secured Notes due 2019, pursuant to that certain Indenture dated August 27, 2014, and requests that copies of all notices, pleadings and other papers filed and/or served in the above-referenced cases and any proceeding in such cases be served on U.S. Bank, as follows:

> Gibson, Dunn & Crutcher, LLP
> Attn: Jeremy L. Graves
> 1801 California Street, Suite 4200
> Denver, Colorado 80202-2642
> Telephone: (303) 298-5760
> Facsimile: (303) 313-2819
> jgraves@gibsondunn.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, facsimile, electronic mail, hand delivery, telephone, or otherwise filed with regard to the above cases or proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that the herein request is not (i) a consent to jurisdiction of the Bankruptcy Court, (ii) a consent to entry of a final order by the Bankruptcy Court in a non-core matter, (iii) a waiver of any right to trial by jury, or consent to having such a jury trial heard in the Bankruptcy Court, or (iv) a waiver of any right, claim, action, defense, set off or recoupment to which U.S. Bank may be entitled at law, equity or pursuant to any agreement, all of which matters are in all things expressly preserved.

Dated:  May 11, 2015
         Denver, Colorado

GIBSON, DUNN & CRUTCHER LLP

Jeremy L. Graves (CO No. 45522)
1801 California Street, Suite 4200
Denver, Colorado 80202-2642
Telephone: (303) 298-5760
Facsimile: (303) 313-2819
jgraves@gibsondunn.com

-and-

Matthew J. Williams (NY No. 3019106)
J. Eric Wise (NY No. 3000957)
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
mjwilliams@gibsondunn.com
ewise@gibsondunn.com

*Counsel to U.S. Bank*