## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| American Eagle Energy Corporation | ) |
| Tax ID / EIN: 20-0237026 | ) Case No. 15-15073-HRT |
| | ) |
| AMZG, Inc. | ) |
| Tax ID / EIN: 20-8642477 | ) Case No. 15-15074-HRT |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |

### ORDER GRANTING MOTION FOR JOINT ADMINISTRATION

THIS MATTER comes before the Court on the Motion for Joint Administration filed in Case No. 15-15073-HRT (Doc. No. __7__) and Case No. 15-15074-HRT (Doc. No. __6__) on (May 9, 2015), by American Eagle Energy Corporation and AMZG, Inc. (collectively, the "Debtors"), seeking to jointly administer the above-captioned cases pursuant to Fed. R. Bankr. P. 1015(b). The Court, having reviewed the files,

ORDERS that the Motion for Joint Administration is hereby GRANTED and the above-captioned cases shall be jointly administered for procedural purposes only pursuant to Fed. R. Bankr. P. 1015(b).

IT IS FURTHER ORDERED that to effect joint administration, the following administrative procedures shall apply, but shall have no effect upon the substantive issues of the estate, either individually or collectively:

1. All motions, pleadings, and other documents filed in the jointly administered case shall bear the combined caption attached to this Order as Exhibit "A", and must be filed, docketed and processed in the lead case of American Eagle Energy Corporation, Case No. 15-15073-HRT ("Lead Case"), except for the following:

   a. a motion which applies to only one Debtor must clearly indicate in the caption and title to which debtor(s) the motion applies, but must still be filed in the Lead Case;

606324521.5

8

      b.    all proofs of claim must be filed in the specific case to which they apply;

      c.    monthly financial reports must be filed in the specific case to which they apply; and

      d.    amendments to schedules, statements, lists and other required documents in Fed. R. Bankr. P. 1002 and 1007 must be filed in the specific case to which the amendments apply.

2.    Debtors shall maintain adequate records regarding the assets of the respective Debtors' estates in order to protect the rights of joint creditors and separate creditors of these estates.

3.    The Clerk of the Court shall provide notice of the joint administration of the above-captioned cases to all creditors and interested parties identified in each case.

Dated: May 13, 2015.

BY THE COURT:

_Howard Tallman_
HONORABLE HOWARD R. TALLMAN
United States Bankruptcy Judge

# EXHIBIT "A"

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| American Eagle Energy Corporation | ) |
| Tax ID / EIN: 20-0237026 | ) Case No. 15-15073-HRT |
| | ) |
| AMZG, Inc. | ) |
| Tax ID / EIN: 20-8642477 | ) Case No. 15-15074-HRT |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |