UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

***AMENDED*** *Minutes of Proceeding*

Date:   May 12, 2015                HONORABLE HOWARD TALLMAN, Presiding

| | | | | |
|---|---|---|---|---|
| In re: | American Eagle Energy Corporation | | Debtor | Case No: 15-15073-HRT<br>Chapter 11 |
| In re: | AMZG, Inc. | | Debtor | Case No: 15-15074-HRT<br>Chapter 11 |
| | | | | Application for Joint Administration Pending |

Appearances:

| | | | |
|---|---|---|---|
| Debtor | American Eagle Energy Corporation | Counsel | Elizabeth Green; Jimmy Parrish; Lars Fuller; Jorian Rose |
| Debtor | AMZG, Inc. | Counsel | Elizabeth Green; Jimmy Parrish; Lars Fuller; Jorian Rose |
| U.S. Trustee | | Counsel | Alan Motes |
| Creditor | Ad Hoc Noteholders Group | Counsel | Paul Silverstein; Jim Markus; Tad Davidson; Brian Clarke |
| Creditor | U.S. Bank, N.A. | Counsel | Jeremy Graves; Eric Wise; Alan Moskowitz |
| Creditor | Baker Hughes Oilfield Operations, Inc. | Counsel | Barry Wilkie |
| Creditor | Power Energy Partners, LP | Counsel | Debra Perry |
| Creditor | Halliburton Energy Services, Inc. | Counsel | Zackary McKay |

Proceedings:        [XXX] **Evidentiary Hearing**        [ ] **Non-evidentiary Hearing**

First day motions hearing
1) Debtors' Motion for Joint Administration of Cases (docket #7)
2) Debtors' Emergency Motion for Authority to Use Cash Collateral (docket #8)
3) Debtor's Expedited Motion to Determine Adequate Assurance of Payment for Utility Services and Preclude Utilities from Altering, Refusing, or Discontinuing Service (docket #9)
4) Debtor's Emergency Motion for Authority to Pay Prepetition Benefits, Honor Prepetition Vacation Time, Reimburse Prepetition Employee Business Expenses, and Pay Prepetition Wages (docket #10)

[XX]  Exhibits Admitted
1. Affidavit of Bradley M. Colby
2. Budget in Support of Debtors' Motion for use of Cash Collateral

[X]   The Court heard statements of counsel and took the Debtors' offer of proof.

Orders:

[X]   Continued for final cash collateral hearing to ***Thursday, May 28, 2015, at 1:30 p.m.*** in Courtroom B, U.S. Customs House, 721 19th Street, Denver, Colorado.

[X]   The Court finds that interim use of cash collateral is necessary to prevent irreparable harm to the estates and will approve such use pending the final hearing pursuant to an amended order to be provided by the Debtors. The Court will also approve joint administration, the utility motion and the wages and benefits motion by separate entry of the Debtors' proposed orders.

[X]   At the continued cash collateral hearing, the Court will consider new motions that are timely filed including anticipated motions for professional retention, to limit notices, to make prepetition royalty and working interest payments, and to approve bid procedures. Movants may use close of business, May 26, 2015, as the objection deadline for motions to be considered at that hearing.

[X]   The claims bar date in these cases will be set at July 15, 2015, and the Debtors shall submit a proposed order to that effect.

Date:   May 12, 2015                                FOR THE COURT:
                                                    *Kenneth S. Gardner, Clerk of the Bankruptcy Court*

                                                    /s/ Tom Lane
                                                By: _____
                                                    Tom Lane, Judicial Law Clerk