**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| American Eagle Energy Corporation ) | |
| Tax ID / EIN: 20-0237026 ) | Case No. 15-15073-HRT |
| ) | |
| AMZG, Inc. ) | |
| Tax ID / EIN: 20-8642477 ) | Case No. 15-15074-HRT |
| ) | |
| Debtors. ) | (Jointly Administered) |

**UNITED STATES TRUSTEE'S APPOINTMENT OF**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

The United States Trustee hereby appoints the following creditors to the Official Unsecured Creditors' Committee in the case of In re American Eagle Energy Corporation, Case No. 15-15073:

- Halliburton Energy Services, Inc.
  Attn: Sharon Gurule
  1125 17th Street, Suite 1900
  Denver, CO 80202
  Tel: (303) 571-8249
  email: sharon.gurule@halliburton.com

- Precision Completion & Production Services, Ltd.
  Attn: Shelley Hutchinson
  Eight Avenue Place
  Suite 800, 525 – 8th Avenue S.W.
  Calgary, Alberta, Canada T2P 161
  Tel: (403) 716-4670
  Fax: (403) 716-4919
  email: shutchinson@precisiondrilling.com

- Nabors Drilling USA, LP
  Attn: Lauri McDonald
  515 W. Greens Road
  Houston, TX 77067
  Tel: (281) 775-8175
  Fax: (281) 775-4375
  email: lauri.mcdonald@nabors.com

- Super Heaters North Dakota, LLC
  Attn: Jack Daniel Shurden
  10260 Westheimer, Ste. 460
  Houston, TX 77042
  Tel: (713) 952-5533
  Fax: (832) 200-1286
  email: danny@phoenixservices.biz

- Schlumberger Technology Corporation
  Attn: Linda Dutil
  1675 Broadway, Ste. 900
  Denver, CO 80202
  Tel: (303) 352-1423
  email: LDutil@slb.com

- Portal Service Company
  c/o Tom Kim, r2 advisors llc
  1350 17th Street, Suite 206
  Denver, CO 80202
  Tel: (303) 865-8460
  Fax: (303) 942-7385
  email: tkim@r2llc.com

- Baker Hughes Oilfield Operations
  Attn: Christopher J. Ryan
  2929 Allen Parkway, Suite 2100
  Houston, TX 77019
  Tel: (713) 439-8771
  Fax: (713) 439-8778
  email: chris.ryan@bakerhughes.com

Dated:  May 15, 2015                    Respectfully submitted,

                                        PATRICK S. LAYNG
                                        UNITED STATES TRUSTEE


                                        /s/  Alan K. Motes
                                        By: Alan K. Motes, #33997
                                        Trial Attorney for the U.S. Trustee
                                        1961 Stout Street, Suite 12-200
                                        Denver, Colorado 80294
                                        (303) 312-7999 telephone
                                        (303) 312-7259 facsimile
                                        Alan.Motes@usdoj.gov

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on May 15, 2015, a copy of the UNITED STATES TRUSTEE'S APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS was served by deposit in the United States Mail, postage prepaid, to the following parties:

American Eagle Energy Corporation
2549 W. Main Street
Suite 202
Littleton, CO 80120

AMZG, Inc.
2549 W. Main Street
Suite 202
Littleton, CO 80120

Elizabeth A. Green
Jimmy D. Parrish
200 S. Orange Ave.
Suntrust Center, Ste. 2300
Orlando, FL 32801-3432

Halliburton Energy Services, Inc.
Attn: Sharon Gurule
1125 17th Street, Suite 1900
Denver, CO 80202

Precision Completion & Production Services, Ltd.
Attn: Shelley Hutchinson
Eight Avenue Place
Suite 800, 525 – 8th Avenue S.W.
Calgary, Alberta, Canada T2P 161

Nabors Drilling USA, LP
Attn: Lauri McDonald
515 W. Greens Road
Houston, TX 77067

Super Heaters North Dakota, LLC
Attn: Jack Daniel Shurden
10260 Westheimer, Ste. 460
Houston, TX 77042

Schlumberger Technology Corporation
Attn: Linda Dutil
1675 Broadway, Ste. 900
Denver, CO 80202

Portal Service Company
c/o Tom Kim, r2 advisors llc
1350 17th Street, Suite 206
Denver, CO 80202

Baker Hughes Oilfield Operations
Attn: Christopher J. Ryan
2929 Allen Parkway, Suite 2100
Houston, TX 77019

 /s/ Alan K. Motes
 Office of the United States Trustee