UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| American Eagle Energy Corporation | ) | Case No. 15-15073 (HRT) |
| TAX ID/EIN:  20-0237026 | ) | |
| | ) | |
| AMZG, Inc. | ) | Case No. 15-15074 (HRT) |
| TAX ID/EIN: 20-8642477 | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF APPEARANCE AND DEMAND
## FOR SERVICE OF PLEADINGS AND OTHER PAPERS

PLEASE TAKE NOTICE that the undersigned, counsel to Murex Petroleum Corporation ("Murex"), hereby files its Notice of Appearance and Demand for Service of Pleadings and Other Papers, pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002 and 9010(b), and respectfully requests that the Clerk place counsel listed below on the matrix and list of creditors, if not already done, so as to receive all documents, pleadings, exhibits in this case, and that all notices given or required to be served in this case be served at the following addresses:

> William A. (Trey) Wood III
> Bracewell & Giuliani LLP
> 711 Louisiana Street
> Suite 2300
> Houston, Texas 77002
> Telephone: (713) 221-2300
> Facsimile:  (713) 221-2124
> E-mail:  Trey.Wood@bgllp.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the request for service of notice includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally, includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, disclosure statement or plan of

#4891726.1

-2-

reorganization in the captioned bankruptcy cases, whether transmitted or conveyed by mail, telephone, telecopier or otherwise.

    PLEASE TAKE FURTHER NOTICE that the foregoing simply constitutes a demand and request for service and does not constitute a consent to the jurisdiction of the Bankruptcy Court or a waiver of the right to a jury trial.

Dated:  May 18, 2015

>Respectfully submitted,
>
>BRACEWELL & GIULIANI LLP
>
>By: */s/ William A. (Trey) Wood III*
>    William A. (Trey) Wood III
>    Bracewell & Giuliani LLP
>    711 Louisiana, Suite 2300
>    Houston, TX 77002
>    Telephone: (713) 221-2300
>    Facsimile:  (713) 221-2124
>    E-mail:  Trey.Wood@bgllp.com
>
>*Counsel to Murex Petroleum Corporation*

-3-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via the court's CM/ECF electronic mail on May 18, 2015.

        By: */s/ William A. (Trey) Wood III*
           William A. (Trey) Wood III
           Bracewell & Giuliani LLP
           711 Louisiana Street, Suite 2300
           Houston, TX 77002
           Telephone: (713) 221-2300
           Facsimile: (713) 221-2124
           E-mail: Trey.Wood@bgllp.com

           *Counsel to Murex Petroleum Corporation*