# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| American Eagle Energy Corporation ) | |
| Tax ID / EIN: 20-0237026 ) | Case No. 15-15073-HRT |
| ) | |
| AMZG, Inc. ) | |
| Tax ID / EIN: 20-8642477 ) | Case No. 15-15074-HRT |
| ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

     PLEASE TAKE NOTICE that Theodore J. Hartl, Esq., of Lindquist & Vennum LLP, enters his appearance on behalf of Power Energy Partners LP. Pursuant to 9010(b) of the Federal Rules of Bankruptcy Procedure and L.B.R. 9010-1(f), the undersigned requests that all notices given or required to be given in this case and all documents served or required to be served in this case be given to and served upon the following:

    Theodore J. Hartl
    Lindquist & Vennum LLP
    600 17th Street, Suite 1800 South
    Denver, CO 80202
    Telephone: (303) 454-0582
    Facsimile: (303) 573-1956
    E-mail: thartl@lindquist.com

     PLEASE TAKE FURTHER NOTICE that, pursuant to the Bankruptcy Code, the foregoing request includes not only the notices and documents referred to in the Rules specified above, but also includes, without limitation, Trustee reports, motions, objections, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether filed or otherwise transmitted: (1) which affect or seek to affect, in any way, any rights or interests of creditors with respect to (a) the Debtor, or (b) property or proceeds thereof in which the Debtor may claim an interest; or (2) which require or seek to require any act, delivery of any property, payment, or other conduct by creditor.

     Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive this party's (i) right to have final orders in non-core matters entered only after *de novo* review by a U.S. District Court judge; (ii) right to trial by a jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) right to have a reference withdrawn by the District Court in any matter subject to mandatory or discretionary

withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which this party is or may be entitled to under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments this party expressly reserves.

Dated this 18th day of May, 2015.

Respectfully submitted,

**LINDQUIST & VENNUM LLP**

By: */s/ Theodore J. Hartl*
  Theodore J. Hartl, #32409
  Harold G. Morris, #8409
600 17th Street, Suite 1800 South
Denver, CO, 80202-5441
Telephone: (303) 573-5900
Facsimile: (303) 573-1956
E-mail: thartl@lindquist.com

**MUNSCH HARDT KOPF & HARR PC**

Kevin M. Lippman
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone: (214) 855-7553
Facsimile: (214) 978-4335
E-mail: klippman@munsch.com

Counsel for Power Energy Partners LP

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 18th day of May, 2015, a true and correct copy of the foregoing **ENTRY OF APPEARANCE AND REQUEST FOR NOTICE** was served via U.S. Mail, first class postage prepaid, on the parties on the attached list.

                                                                                                           */s/ Brandon L. Blessing*

```
Label Matrix for local noticing        Carl Dore                              Jeremy Graves
1082-1                                 17171 Park Row                         Gibson, Dunn & Crutcher LLP
Case 15-15073-HRT                      Ste 350                                1801 California Street, Ste 4200
District of Colorado                   Houston, TX 77084-4995                 Denver, CO 80202-2694
Denver
Mon May 18 16:24:31 MDT 2015

Elizabeth A. Green                     Robert Hill                            Daniel J. Morse
200 S. Orange Ave.                     5334 S. Prince St.                     308 W. 21st St.
Suntrust Center, Ste. 2300             Littleton, CO 80120-1136               Ste. 203
Orlando, FL 32801-3432                                                        Cheyenne, WY 82001-3669


Alan K. Motes                          Jimmy D. Parrish                       US Trustee
Byron G. Rogers Federal Building       200 S. Orange Ave.                     Byron G. Rogers Federal Building
1961 Stout St.                         Suntrust Center, Ste. 2300             1961 Stout St.
Ste. 12-200                            Orlando, FL 32801-3432                 Ste. 12-200
Denver, CO 80294-1961                                                         Denver, CO 80294-1961


Barry L. Wilkie                        William A. (Trey) Wood                 End of Label Matrix
1999 Broadway                          711 Louisiana St., Ste. 2300           Mailable recipients    10
Ste.  3150                             Houston, TX 77002-2770                 Bypassed recipients     0
Denver, CO 80202-5736                                                         Total                  10
```