IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 15-15073-HRT |
| American Eagle Energy Corporation, ) | |
| ) | |
| Debtor. ) | Chapter 11 |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**COMES NOW**, the law firm of Lathrop & Gage LLP and enters its appearance on behalf of Liberty Oilfield Services, LLC pursuant to 11 U.S.C. § 1109(b) and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE NOTICE** that Liberty Oilfield Services, LLC requests that all applications, complaints, motions, notices, orders, petitions, pleadings, disclosure statements, plans of reorganization or liquidation, reports, and papers filed in the above-captioned bankruptcy proceedings, which are authorized, permitted, or required by any provision of the United States Bankruptcy Code, 11 U.S.C. §§ 101 through 1330, by any provision of the Federal Rules of Bankruptcy Procedure, by any Order of the United States Bankruptcy Court, and by any request, instruction, or directive of the Office of the United States Trustee, be given to and served upon Liberty Oilfield Services, LLC, as well as its attorneys as follows:

> Stephen K. Dexter
> Lathrop & Gage LLP
> 950 17th Street
> Suite 2400
> Denver, Colorado  80202

**PLEASE TAKE FURTHER NOTICE** that neither this Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended by Liberty Oilfield Services, LLC to waive: (i) the right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) the right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other actions, claims, defenses, privileges, rights, set-offs and recoupments to which Liberty Oilfield Services, LLC may be entitled under any agreements, at law, or in equity, all of which actions, claims, defenses, privileges, rights, set-offs and recoupments are hereby expressly reserved.

- 2 -

Dated:  May 19, 2015

Respectfully submitted,

LATHROP & GAGE LLP

By: s/Stephen K. Dexter
 Stephen K. Dexter, Bar No. 41839
 950 Seventeenth Street, Suite 2400
 Denver, Colorado  80202
 Telephone:  (720) 931-3200
 Facsimile: (720) 931-3201
 E-mail: sdexter@lathropgage.com

Attorneys for Liberty Oilfield Services, LLC

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on May 19, 2015, a true and correct copy of the above and foregoing was served to all parties receiving ECF notification in this case and to the following by First Class US Mail to the following:

Jimmy D. Parrish
Elizabeth A. Green
Baker & Hostetler LLP
200 South Orange Avenue
SunTrust Center, Suite 2300
Orlando, Florida  32801

U.S. Trustee
Attention:  Alan K. Motes
1961 Stout Street
Suite 12-200
Denver, CO  80294

        s/Stephen K. Dexter

23968980v1