# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| American Eagle Energy Corp. | ) | **Case No. 15-15073 (HRT)** |
| Tax ID / EIN: 20-0237026 | ) | |
| | ) | |
| AMZG, Inc. | ) | Case No. 15-15074 (HRT) |
| Tax ID / EIN: 20-8642477 | ) | |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE THAT**, pursuant to Sections 102(1), 342, and 1109(b) of the Bankruptcy Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, Ad Hoc Group of 2019 Senior Secured Noteholders ("Ad Hoc Group") a creditor of the captioned Debtors, hereby appears through its counsel and requests that all notices given or required to be given in this chapter 11 case be given to and served upon:

John F. Young
Markus Williams Young & Zimmermann LLC
1700 Lincoln St., Suite 4000
Denver, Colorado 80203
Tel: (303) 830-0800
Fax: (303) 830-0809
Email: jyoung@markuswilliams.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes the notices and papers referred to in the Bankruptcy Rules specified above, and also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, schedules of assets and liabilities, complaint or demand, plan or disclosure statement, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise filed, manually or electronically, with regard to the above captioned cases or proceedings therein.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) this party's right to have final orders in non-core matters entered only after de novo review by a district judge, (ii) this party's right to trial by jury in any proceeding so triable herein or any case, controversy or proceeding related hereto, (iii) this party's right to have the reference withdrawn by the District Court in any matter subject to mandatory discretionary withdrawal (iv) for other matters not constitutionally authorized to be tried by the Bankruptcy Court, or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which this party is or may be entitled to under agreements, in law, or in equity,

2

all of which rights, claims, actions, defenses, setoffs, and recoupments this party expressly reserves.

Respectfully submitted this 19th day of May, 2015.

                                           MARKUS WILLIAMS
                                           YOUNG & ZIMMERMANN LLC

*/s/John F. Young*
John F. Young (#26989)
1700 Lincoln Street, Suite 4550
Denver, Colorado  80203
Telephone: (303) 830-0800
Facsimile: (303) 830-0809
Email:  jyoung@markuswilliams.com

*Local Counsel to Ad Hoc Group of 2019 Senior Secured Noteholders*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was served this 19th day of May, 2015, via regular U.S. mail, postage prepaid upon the following:

Elizabeth A. Green
200 S. Orange Ave.
Suntrust Center, Ste. 2300
Orlando, FL 32801-3432

Daniel J. Morse
308 W. 21st St.
Ste. 203
Cheyenne, WY 82001

Robert Hill
5334 S. Prince Street
Littleton, CO 80166

Jeremy L. Graves
Gibson, Dunn & Crutcher, LLP
1801 California Street, Suite 4200
Denver, Colorado 80202-2642

Barry L. Wilkie
Jones & Keller, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202

Stephen K. Dexter
Lathrop & Gage LLP
950 17th Street
Suite 2400
Denver, Colorado 80202

Jimmy D. Parrish
200 S. Orange Ave.
Suntrust Center, Ste. 2300
Orlando, FL 32801-3432

Alan K. Motes
Byron G. Rogers Federal Building
1961 Stout St., Ste. 12-200
Denver, CO 80294

Carl Doré, Jr.
Doré Law Group, P.C.
17171 Park Row, Suite 160
Houston, Texas 77084

William A. (Trey) Wood III
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002

Theodore J. Hartl
Lindquist & Vennum LLP
600 17th Street, Suite 1800 South
Denver, CO 80202

                *s/ Roberta Purser*
                Roberta Purser