**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| American Eagle Energy Corporation | ) | |
| Tax ID/ EIN:  20-0237026 | ) | Case No. 15-15073 HRT |
| | ) | |
| AMZG, Inc. | ) | |
| Tax ID / EIN 20-8642477 | ) | Case No. 15-15074 HRT |
| | ) | |
| Debtors | ) | (Jointly Administered) |

**ENTRY OF APPEARANCE, REQUEST FOR NOTICES
AND RESERVATION OF RIGHTS**

PURSUANT TO Fed. R. Bankr. P. 9010, Stacey S. Dawes of Bieging Shapiro & Barber LLP, hereby enters her appearance on behalf of Hydratek, Inc. ("Creditor") and hereby requests, pursuant to Bankruptcy Rules 2002 and 9007, and Sections 102(1) and 342 of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

Stacey S. Dawes
Bieging Shapiro & Barber LLP
4582 South Ulster Street Parkway, Suite 1650
Denver, Colorado  80237
Telephone:  (720) 488-0220
Facsimile:  (720) 488-7711
E-mail: ssd@bsblawyers.com

PLEASE TAKE FURTHER NOTICE that, pursuant to the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, motions, objections, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise which affect or seek to affect, in any way, any rights or interest of Creditor.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive (i) Creditor's rights to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) Creditor's rights to trial by a jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) Creditor's right to have a reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims actions, defenses, setoffs, or

recoupments to which Creditor is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments these parties expressly reserve.

Dated: May 20, 2015.

        BIEGING SHAPIRO & BARBER LLP

        By: /s/ *Stacey S. Dawes*
         Stacey S. Dawes, #16768
        4582 South Ulster St. Parkway, Suite 1650
        Denver, CO 80237
        Tel: (720) 488-0220
        Fax: (720) 488-7711
        E-mail: dbarber@bsblawyers.com

        *Counsel for Hydratek, Inc.*

#383569

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 20, 2015, I caused to be served by prepaid first class mail a true and correct copy of the foregoing **ENTRY OF APPEARANCE, REQUEST FOR NOTICES AND RESERVATION OF RIGHTS** on the following and those on Exhibit A attached:

American Eagle Energy Corporation
2549 W. Main Street, Ste. 202
Littleton, CO 80120

AMZG, Inc.
2549 W. Main Street, Ste. 202
Littleton, CO 80120

Elizabeth A Green
Baker & Hostetler LLP
200 S. Orange Ave.
Suntrust Center, Ste. 2300
Orlando, FL 32801-3432

Jimmy D. Parrish
Baker & Hostetler LLP
200 S. Orange Ave.
Suntrust Center, Ste. 2300
Orlando, FL 32801-3432

Stephen K. Dexter
Lathrop & Gage LLP
950 17th Street, Ste 2400
Denver, CO 80202-2822

Carl Doré
Doré Law Group, P.C.
17171 Park Row, Ste 160
Houston, TX 77084-4995

Jeremy L. Graves
Gibson, Dunn & Brutcher, LLP
1801 California Street, Ste.4200
Denver, CO 80202

Theodore J. Hartl
Lindquist & Vennum LLP
600 17th Street, Ste 1800 South
Denver, CO 80202

Robert Hill
5334 S. Prince Street
Littleton, CO 80120-1136

James T. Markus
Markus Williams Young & Zimmermann LLC
1700 Lincoln Street, Ste 4000
Denver, CO 80203

Daniel J. Morse
Office of the US Trustee,
District of Wyoming
308 W. 21st Street, Ste. 203
Cheyenne, WY 82001

Alan K. Motes
Office of the US Trustee
Byron G. Rogers Federal Building
1961 Stout Street, Ste.12-200
Denver, CO 80294-1961

Barry L. Wilkie
Jones & Keller, P.C.
1999 Broadway, Ste. 3150
Denver, CO 80202

William A. (Trey) Wood
Bracewell & Giuliani LLP
711 Louisiana Street, Ste. 2300
Houston, TX 77002

John F. Young
Markus Williams Young & Zimmermann LLC
1700 Lincoln Street, Ste 4000
Denver, CO 80203

#383569

| | |
|---|---|
| Halliburton Energy Services, Inc.<br>Attn: Sharon Gurule<br>1125 17th Street, Suite 1900<br>Denver, CO 80202 | Super Heaters North Dakota, LLC<br>Attn: Jack Daniel Shurden<br>10260 Westheimer, Suite 460<br>Houston, TX 77042 |
| Precision Completion & Production Services, Ltd.<br>Attn: Shelley Hutchinson<br>Eight Avenue Place<br>Suite 800, 525-8th Avenue S.W.<br>Calgary, Alberta, Canada T2P 161 | Schlumberger Technology Corporation<br>Attn: Linda Dutil<br>1675 Broadway, Ste. 900<br>Denver, CO 80202 |
| Nabors Drilling USA, LP<br>Attn: Lauri McDonald<br>515 W. Greens Road<br>Houston, TX 77067 | Portal Service Company<br>c/o Tom Kim r2 advisors llc<br>1350 17th Street, Suite 206<br>Denver, CO 80202 |
| | Baker Hughes Oilfield Operations<br>Attn: Christopher J. Ryan<br>2929 Allen Parkway, Suite 2100<br>Houston, TX 77019 |

By: /s/ Mary Anne Lenzi

#383569

```
Label Matrix for local noticing          640 Energy, LLC                          Arctic Energy Services, LLC
1082-1                                   1400 16th Street                         PO Box 1321
Case 15-15073-HRT                        Suite 400                                Glenrock, WY 82637-1321
District of Colorado                     Denver, CO 80202-5995
Denver
Wed May 20 11:49:09 MDT 2015

Atlas Tubular, LP                        Cruz Energy Services, LLC                DNOW L.P.
PO Box 431                               7000 E. Palmer-Wasilla Hwy               NOV Wilson, LP.
Robstown, TX 78380-0431                  Palmer, AK 99645-7715                    PO Box 200822
                                                                                  Dallas, TX 75320-0822


Dishon Disposal, Inc.                    GE Oil & Gas Pressure Control LP         Halliburton Energy Services, Inc.
5613 DTC Parkway                         PO Box 911776                            PO Box 301341
Suite 800                                Dallas, TX 75391-1776                    Dallas, TX 75303-1341
Greenwood Village, CO 80111-3036


Hydratek, Inc.                           Jacam Chemicals 2013, LLC                KLX Energy Services, LLC
12069 Highway 16                         PO Box 96                                28099 Expedite Way
Sidney, MT 59270-6334                    205 South Broadway                       Chicago, IL 60695-0001
                                         Sterling, KS 67579-2339


Liberty Oilfield Services, LLC           National Oilwell Varco                   Northern States Completions
950 17th Street                          Wells Fargo Bank                         PO Box 1267
Suite 2000                               PO Box 201224                            Williston, ND 58802-1267
Denver, CO 80202-2801                    Dallas, TX 75320-1224


Precision Completion & Production        Recievables Control Corp.                Samson Resources Company
Svcs.                                    FBO Creditors of Portal Service          PO Box 972282
PO Box 204789                            7373 Kirkwood Court                      Dallas, TX 75397-2282
Dallas, TX 75320-4789                    Minneapolis, MN 55369


Schlumberger Lift Solutions Canada Ltd.  Super Heaters, North Dakota, LLC         Well Water Solutions and
Lockbox C05618U                          PO Box 421328                            Rentals, Inc.
PO Box 45 STN M                          Houston, TX 77242-1328                   PO Box 2105
Calgary, AB T2P 2G9                                                               Casper, WY 82602-2105
CANADA


End of Label Matrix
Mailable recipients    20
Bypassed recipients     0
Total                  20
```

EXHIBIT A