UNITED STATES BANKRUPTCY COURT
THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| American Eagle Energy Corporation | ) | |
| Tax ID / EIN: 20-0237026 | ) | Case No. 15-15073-HRT |
| | ) | |
| AMZG, Inc. | ) | |
| Tax ID / EIN: 20-8642477 | ) | Case No. 15-15074-HRT |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b)
AND REQUEST FOR ALL COPIES PURSUANT TO BANKRUPTCY
RULE 2002 AND ALL PLEADINGS PURSUANT TO BANKRUPTCY RULE 3017(a)

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for USG Properties Bakken I, LLC and USG Midstream Bakken I, LLC (collectively, "USG") and pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9007, 9010 and 11 U.S.C. § 1109(b), requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, disclosure statement(s) and plan(s) of reorganization, or other documents, filed or entered in these cases, be transmitted to:

Stephen M. Pezanosky
Autumn D. Highsmith
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas TX 75219-7672
Telephone No.: 214.651.5000
Facsimile No.: 214.651.5940
Email: stephen.pezanosky@haynesboone.com
Email: autumn.highsmith@haynesboone.com

and

15163719_1

Patrick L. Hughes
Haynes and Boone, LLP
1580 Lincoln Street, Suite 1280
Denver, CO 80203
Telephone No. 303.893.2005
Email: patrick.hughes@haynesboone.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the provisions specified above, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that (1) affects or seeks to affect in any way the rights or interests of USG or any other party in interest in these cases, including (a) the debtors and debtors in possession in the above-captioned cases (the "Debtors"), (b) property of the Debtors or the Debtors' estates, or proceeds thereof, (c) claims against or interests in the Debtors, (d) other rights or interests of creditors of the Debtors or other parties in interest in this case or (e) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use; or (2) requires or prohibits, or seeks to require or prohibit, any act, delivery of any property, payment or other conduct by USG or any other party in interest.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of USG (a) to have final orders in non-core matters entered only after de novo review by a District Court judge, (b) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (c) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) to any other rights, claims, actions, defenses,

setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Respectfully submitted on this 21st day of May, 2015.

        **HAYNES AND BOONE LLP**

        By: */s/ Autumn D. Highsmith*
        Stephen M. Pezanosky
        Texas State Bar No. 15881850
        Autumn D. Highsmith
        Texas State Bar No. 24048806
        2323 Victory Avenue, Suite 700
        Dallas TX 75219-7672
        Telephone No.: (214) 651-5000
        Facsimile No.: (214) 651-5940

        **ATTORNEYS FOR USG PROPERTIES BAKKEN I, LLC AND USG MIDSTREAM BAKKEN I, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was duly served (i) by email (where indicated) or by United States first class mail, postage prepaid and properly addressed, to all parties listed on the attached Service List, and (ii) by electronic transmission to all registered ECF users appearing in the case on May 21, 2015.

        */s/ Autumn D. Highsmith*
        Autumn D. Highsmith

# SERVICE LIST

*Debtors:*

American Eagle Energy Corporation
2549 S. Main Street
Suite 202
Littleton, CO 80120

AMZG, Inc.
2549 S. Main Street
Suite 202
Littleton, CO 80120

*Counsel for Debtors:*

Elizabeth A. Green
Jimmy D. Parrish
Lars Fuller
Baker & Hostetler LLP
200 South Orange Ave.
SunTrust Center, Suite 2300
Orlando, FL 32801-3432
Email: egreen@bakerlaw.com
Email: jparrish@bakerlaw.com
Email: lfuller@bakerlaw.com

*United States Trustee:*

Alan K. Motes, Trial Attorney
Office of the United States Trustee
1961 Stout Street, Suite 12-200
Denver, CO 80294
Email: alan.motes@usdoj.gov

Daniel J. Morse, Asst US Trustee
308 West 21st Street, Room 203
Cheyenne, WY 82001
Email: daniel.j.morse@usdoj.gov

*Creditors' Committee Members*:

Halliburton Energy Services, Inc.
Attn: Sharon Gurule
1125 17th Street, Suite 1900
Denver, CO 80202
Email: sharon.gurule@halliburton.com

Precision Completion & Production Services, Ltd.
Attn: Shelley Hutchinson
Eight Avenue Place
Suite 800, 525 – 8th Avenue S.W.
Calgary, Alberta, Canada T2P 161
Email: shutchinson@precisiondrilling.com

Nabors Drilling USA, LP
Attn: Lauri McDonald
515 W. Greens Road
Houston, TX 77067
Email: lauri.mcdonald@nabors.com

Super Heaters North Dakota, LLC
Attn: Jack Daniel Shurden
10260 Westheimer, Suite 460
Houston, TX 77042
Email: danny@phoenixservices.biz

Schlumberger Technology Corporation
Attn: Linda Dutil
1675 Broadway, Suite 900
Denver, CO 80202
Email: ldutil@slb.com

Portal Service Company
c/o Tom Kim, r2 advisors llc
1350 17th Street, Suite 206
Denver, CO 80202
Email: tkim@r2llc.com

Baker Hughes Oilfield Operations
Attn: Christopher J. Ryan
2929 Allen Parkway, Suite 2100
Houston, TX 77019
Email: chris.ryan@bakerhughes.com

*Notice of Appearance Parties:*

Robert Hill, Senior Asst. County Attorney
Arapahoe County
5334 S. Prince Street
Littleton, CO 80166
Email: rhill@arapahoegov.com
Email: wrossman@arapahoegov.com
*Counsel for Treasurer of Arapahoe County*

Carl Doré, Jr.
Doré Law Group, P.C.
1717 Park Row, Suite 160
Houston, TX 77084
Email: carl@dorelawgroup.net
*Counsel for Halliburton Energy Services, Inc.*

Barry L. Wilkie
Jones & Keller, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
Email: bwilkie@joneskeller.com
*Counsel for Baker Hughes Oilfield Operations, Inc.*

Jeremy L. Graves
Gibson, Dunn & Crutcher, LLP
1801 California Street, Suite 4200
Denver, CO 80202-2642
Email: jgraves@gibsondunn.com
*Counsel for U.S. Bank National Association*

William A. (Trey) Wood III
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002
Email: trey.wood@gbllp.com
*Counsel for Murex Petroleum Corporation*

Theodore J. Hartl
Lindquist & Vennum LLP
600 17th Street, Suite 1800 South
Denver, CO 80202
Email: thartl@lindquist.com
*Counsel for Power Energy Partners LP*

Kevin M. Lippman
Munsch Hardt Kopf & Harr PC
500 N. Akard Street, Suite 3800
Dallas, TX 75201-6659
Email: klippman@munsch.com
*Counsel for Power Energy Partners LP*

Stephen K. Dexter
Lathrop & Gage LLP
950 17th Street, Suite 2400
Denver, CO 80202
Email: sdexter@lathropgage.com
*Counsel for Liberty Oilfield Services, LLC*

James T. Markus
John F. Young
Markus Williams Young & Zimmermann LLC
1700 Lincoln St., Suite 4000
Denver, CO 80203
Email: jmarkus@markuswilliams.com
Email: jyoung@markuswilliams.com
*Counsel for Ad Hoc Group of 2019 Senior Secured Noteholders*

Paul N. Silverstein
Andrews Kurth LLP
450 Lexington Avenue
New York, NY 10017
Email: paulsilverstein@andrewskurth.com
*Counsel for Ad Hoc Group of 2019 Senior Secured Noteholders*

Timothy A. Davidson II
Andrews Kurth LLP
600 Travis, Suite 4200
Houston, TX 77002
Email: tdavidson@andrewskurth.com
*Counsel for Ad Hoc Group of 2019 Senior Secured Noteholders*