# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| American Eagle Energy Corporation | ) |
| Tax ID / EIN: 20-0237026 | ) Case No. 15-15073-HRT |
| | ) |
| AMZG, Inc. | ) |
| Tax ID / EIN: 20-8642477 | ) Case No. 15-15074-HRT |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |

## DEBTORS' DISCLOSURE REGARDING RECEIVERS

AMERICAN EAGLE ENERGY CORPORATION and AMZG, INC. (collectively, "Debtors"), by and through their undersigned attorney, hereby files Debtors' Disclosure Regarding Receivers, pursuant to L.B.R. 1007-7(a). No receiver is in possession of debtors' property.

DATED: May 21, 2015

/s/ Jimmy D. Parrish, Esq.
Elizabeth A. Green
Florida Bar No.: 0600547
egreen@bakerlaw.com
Jimmy D. Parrish, Esq.
Florida Bar No.: 0526401
jparrish@bakerlaw.com
**BAKER & HOSTETLER LLP**
200 South Orange Ave.
SunTrust Center, Suite 2300
Orlando, Florida 32801-3432
Telephone: (407) 649-4000
Fax: (407) 841-0168
*Attorneys for Debtors*