## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| American Eagle Energy Corporation | ) | Case No. 15-15073-HRT |
| Tax ID / EIN: 20-0237026 | ) | |
| | ) | |
| AMZG, Inc. | ) | Case No. 15-15074-HRT |
| Tax ID / EIN: 20-8642477 | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors

of American Eagle Energy Corporation (the "Committee"), a party in interest in the cases of the

above-captioned debtors, hereby appears by their counsel, Pachulski Stang Ziehl & Jones LLP

("PSZJ") and Jones & Keller, P.C. ("JK", and together with PSZJ, "Counsel"). Counsel hereby

enters their appearance pursuant to section 1109(b) of title 11 of the United States Code (the

"Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), and requests that the undersigned be added to the official mailing matrix

and service lists in the above-captioned case. Counsel requests, pursuant to Bankruptcy

Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all

notices and pleadings given or required to be given in these chapter 11 cases and copies of all

papers served or required to be served in these chapter 11 cases, including but not limited to, all

notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions,

applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other

matters arising herein or in any related adversary proceeding, be given and served upon the

Committee through service upon Counsel, at the addresses, telephone, facsimile numbers, and

email addresses set forth below:

Jeffrey N. Pomerantz, Esquire
Ira D. Kharasch, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067-4100
Telephone:  (310) 277-6910
Facsimile:  (310) 201-0760
Email:  jpomerantz@pszjlaw.com
          ikharasch@pszjlaw.com

Barry Wilkie, Esquire
Jones Keller, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone:  (303) 573-1600
Facsimile:  (303) 573-8133
Email:  bwilkie@joneskeller.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the

Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in

the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of

any application, complaint or demand, motion, petition, pleading or request, and answering or

reply papers filed in these chapter 11 cases, whether formal or informal, written or oral, and

whether served, transmitted, or conveyed by mail, hand delivery, telephone, email, telegraph,

telex, or otherwise filed or made with regard to the above-captioned case and proceedings

therein.

Dated:  May 21, 2015

JONES & KELLER, P.C.

Barry Wilkie (CO Bar No. 10751)
Jones & Keller, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone:  (303.) 573-1600
Facsimile:  (303) 573-8133
Email:  bwilkie@joneskeller.com

And

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esquire
Ira D. Kharasch, Esquire
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067-4100
Telephone:  (310) 277-6910
Facsimile:  (310) 201-0760
Email: jpomerantz@pszjlaw.com
          ikharasch@pszjlaw.com

[Proposed] Counsel to the Official Committee of
Unsecured Creditors

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 21, 2015, I caused to be served by prepaid, first class mail a true and correct copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002 on Exhibit A attached:

s/ Tammy Harris
Tammy Harris

Label Matrix for local noticing
1082-1
Case 15-15073-HRT
District of Colorado
Denver
Thu May 21 14:44:19 MDT 2015

640 Energy, LLC
1400 16th Street
Suite 400
Denver, CO 80202-5995

AES Drilling Fluids, LLC
11767 Katy Freeway
Suite 230
Houston, TX 77079-1711

AMZG, Inc.
2549 W. Main Street
Suite 202
Littleton, CO 80120-4646

ASEN 2 Corporation
4800 Scottsdale Road
Suite 1400
Scottsdale, AZ 85251-7632

Accelerated Artificial Lift System
4441 E. 146th St. N
Skiatook, OK 74070-3299

Ad Hoc Group of 2019 Senior Secured Notehold
Attn: James T. Markus
Markus Williams Young & Zimmermann LLC
1700 Lincoln Street
Suite 4550
Denver, CO 80203-4509

Adigo
Department 2219
Denver, CO 80291-2219

Adler Hot Oil Service, LLC
3495 Momentum Place
Chicago, IL 60689-5334

American Eagle Energy Corporation
2549 W. Main Street
Suite 202
Littleton, CO 80120-4646

American Standard Energy Corp.
4800 Scottsdale Road
Suite 1400
Scottsdale, AZ 85251-7632

Arapahoe County Treasurer
5334 S. Prince Street
Littleton, CO 80120-1136

Arctic Energy Services, LLC
PO Box 1321
Glenrock, WY 82637-1321

Atlas Tubular, LP
PO Box 431
Robstown, TX 78380-0431

Badlands Oilfield Services, Inc.
PO Box 6004
Williston, ND 58802-6004

Badlands Power Fuels, LLC
d/b/a Nuverra Environmental Solutions
PO Box 912620
Denver, CO 80291-2620

Baker Hughes Oilfield Operations
PO Box 301057
Dallas, TX 75303-1057

Baker Hughes Oilfield Operations, Inc.
PO Box 4740
3900 Essex Lane
Suite 1200
Houston, TX 77027-5486

Duncan E. Barber
4582 S. Ulster St. Pkwy.
Ste. 1650
Denver, CO 80237-2686

Basin Concrete
PO Box 4264
Williston, ND 58802-4264

Baytex Energy  LTD
520 - 3rd Ave  SW
Suite 2500
Calgary, AB T2P 0R3
CANADA

Bill Roberts, Esq.
Roberts & Olivia, LLC
2060 Broadway
Suite 250
Boulder, CO 80302-5271

Bind, LLC
PO Box 184
Robinson, IL 62454-0184

Black Stone Minerals Company
1001 Fannin
Suite 2020
Houston, TX 77002-6715

Borsheim Crane Service
PO Box 1344
Williston, ND 58802-1344

Bradley M. Colby
5722 S. Benton Way
Littleton, CO 80123-0851

Brennan Energy, Ltd
1330 Post Oak Blvd.
Suite 2540
Houston, TX 77056-3871

Bulldog Trucking
1265 East 530 North
American Fork, UT 84003-1320

CMG Oil & Gas, Inc.
PO Box 829
Stanley, ND 58784-0829

CP Machine, Inc.
3534 20th Avenue W
Williston, ND 58801-2222

**Exhibit A**

Calfrac Well Services Corp.
717-17 Street
Suite 1445
Denver, CO 80202

Canrig Drilling Technology, Ltd.
PO Box 973608
Dallas, TX 75397-3608

Cascade Integrated Services, LLC
PO Box 912604
Denver, CO 80291-2604

Cheetah Services, Inc.
PO Box 1077
Watford City, ND 58854-1077

Clean Chemistry, Inc.
Accounts Receivable
5541 Central Ave.
Suite 110
Boulder, CO 80301-2876

Cody Exploration, LLC
PO Box 597
Bismarck, ND 58502-0597

Cody Oil & Gas Corporation
PO Box 597
Bismarck, ND 58502-0597

Collins & Jones Investments, LLC
508 W. Wall Street
Suite 1200
Midland, TX 79701-5076

Colorado Dept. of Revenue
Taxation Division
PO Box 17087
Denver, CO 80217-0087

Compensation & Benefit Solutions, LLC
6161 S Syracuse Way
Suite 240
Greenwood Village, CO 80111-4796

Complete Business Systems
5195 Marshall Street
Arvada, CO 80002-4628

Continental Resources
PO Box 269091
Oklahoma City, OK 73126-9091

Continental Resources
PO Box 952724
St Louis, MO 63195-2724

Cougar Drilling Solutions USA, Inc.
9505 West Reno Avenue
Oklahoma City, OK 73127-2917

Crescent Point Energy
555 17th Street
Suite 1800
Denver, CO 80202-3905

Crescent Point Energy
555 17th Street
Suite 750
Denver, CO 80202-3905

Crowley Fleck PLLP
Attorneys at Law
PO Box 30441
Billings, MT 59107-0441

Cruz Energy Services, LLC
7000 E. Palmer-Wasilla Hwy
Palmer, AK 99645-7715

D & J Transport, Inc.
P. O. Box 2626
Williston, ND 58802-2626

DNOW L.P.
NOV Wilson, LP.
PO Box 200822
Dallas, TX 75320-0822

Darby's Welding & Machine, Inc
78 - 48th Avenue SW
Dickinson, ND 58601-7244

David Y. Rogers
PO Box 50368
Midland, TX 79710-0368

Davis Partners, Ltd.
PO Box 271
Midland, TX 79702-0271

Stacey S. Dawes
4582 S. Ulster St., Ste 1650
Denver, CO 80237-2686

Deep Rock Water
PO Box 660579
Dallas, TX 75266-0579

Derrick Corporation
PO Box 301191
Dallas, TX 75303-1191

Stephen Dexter
950 17th St.
Ste.2400
Denver, CO 80202-2822

Diamond B Oilfield Trucking
PO Box 567
Plentywood, MT 59254-0567

Dishon Disposal, Inc.
5613 DTC Parkway
Suite 800
Greenwood Village, CO 80111-3036

Divide County Treasurer
200 North Main Street
PO Box 29
Crosby, ND 58730-0029

**Exhibit A**

Carl Dore
17171 Park Row
Ste 350
Houston, TX 77084-4995

Double EE Service, Inc.
PO Box 2417
2210 4th Avenue West
Williston, ND 58801-3425

Drill Tech Subsidiary of BJ's DST
f/k/a Drill Tech, LLC
PO Box 519
Mohall, ND 58761-0519

Dylan Devore
c/o Pagel Weikum, PLLP
1715 Burnt Boat Drive
Madison Suite
Bismarck, ND 58503-0853

Dynomax Drilling Tools USA, Inc.
14223 Interdrive East
Houston, TX 77032-3315

Extreme Energy Services, LLC
PO Box 1468
Broussard, LA 70518-1468

FedEx
PO Box 94515
Palatine, IL 60094-4515

Flatland Resources, LLC
235 Lake Street E
Wayzata, MN 55391-1608

G-Style Transport, LLC
N51012 Hutchins Lane
Eleva, WI 54738-9569

GE Oil & Gas Pressure Control LP
PO Box 911776
Dallas, TX 75391-1776

George G. Vaught, Jr.
PO Box 13557
Denver, CO 80201-3557

Jeremy Graves
Gibson, Dunn & Crutcher LLP
1801 California Street, Ste 4200
Denver, CO 80202-2694

Elizabeth A. Green
200 S. Orange Ave.
Suntrust Center, Ste. 2300
Orlando, FL 32801-3432

Greene's Energy Group
PO Box 676263
Dallas, TX 75267-6263

H & L Rentals & Well Service
PO Box 31618
Edmond, OK 73003-0027

H&H Electric, Inc.
PO Box 2167
Williston, ND 58802-2167

H2E, Incorporated
2316 Bluebell Loop
Spearfish, ND 57783-8503

HMG Automation, Inc.
PO Box 1625
Williston, ND 58802-1625

Halliburton  Energy Services, Inc.
PO Box 301341
Dallas, TX 75303-1341

Halliburton Energy Services, Inc.
c/o Carl Dore', Jr.
Dore' Law Group, P.C.
17171 Park Row, Suite 160
Houston, TX 77084-4927

Hamm & Phillips Service Company,
Inc.
PO Box 201653
Dallas, TX 75320-1653

Theodore J. Hartl
600 17th St.
Suite 1800 South
Denver, CO 80202-5402

Heller Casing Service, Inc.
PO Box 1452
Williston, ND 58802-1452

Autumn D. Highsmith
2323 Victory Ave., Ste. 700
Dallas, TX 75219-7672

Robert Hill
5334 S. Prince St.
Littleton, CO 80120-1136

Hunt Oil Company
PO Box 840729
Dallas, TX 75284-0729

Hurley Enterprises, Inc.
PO Box 385
Fairview, MT 59221-0385

Hydratek, Inc.
12069 Highway 16
Sidney, MT 59270-6334

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

Interstate Engineering
PO Box 2035
Jamestown, ND 58402-2035

**Exhibit A**

Interwest Transfer Co., Inc.
PO Box 17136
Salt Lake City, UT 84117-0136

Intralinks, Inc.
PO Box 392134
Pittsburgh, PA 15251-9134

Irongate Rental Services, LLC
PO Box 204427
Dallas, TX 75320-4427


J&K Hotshot, Inc.
PO Box 1454
Williston, ND 58802-1454

JMAC Resources, Inc.
121 48th Ave SW
Williston, ND 58801-9403

Jacam Chemicals 2013, LLC
PO Box 96
205 South Broadway
Sterling, KS 67579-2339


Jive Communications, Inc.
Dept. CH 19606
Palatine, IL 60055-9606

Justice Oilfield Water Service
PO Box 44
Dagmar, MT 59219-0044

Justice SWD, LLC
PO Box 44
Dagmar, MT 59219-0044


KLX Energy Services, LLC
28099 Expedite Way
Chicago, IL 60695-0001

LMC Energy, LLC
550 W. Texas
Suite 945
Midland, TX 79701-4233

Liberty Oilfield Services, LLC
950 17th Street
Suite 2000
Denver, CO 80202-2801


M-I, LLC d/b/a MI-SWACO
PO Box 732135
Dallas, TX 75373-2135

MBI Oil & Gas, LLC
PO Box 597
Bismarck, ND 58502-0597

MLB Consulting, LLC
PO Box 2407
Elk City, OK 73648-2407


Main Street Partners I, LLC
c/o Highline Realty Partners, Inc.
ATTN  Rees F. Davis, Jr.
3695 East Long Road
Greenwood Village, CO 80121-1931

James T. Markus
1700 Lincoln St.
Ste. 4550
Denver, CO 80203-4509

Martin J. Beskow
7268 Weston Lane North
Maple Grove, MN 55311-2540


Mathena, Inc.
3900 S. Highway 81
Service Road
El Reno, OK 73036-6808

Mendell Family Partnership
PO Box 1429
Burnet, TX 78611-7429

Mi4 Corporation
5850 San Felipe St.
Suite 118
Houston, TX 77057-3012


Michelene G. Toomey
1511 North Blvd.
Houston, TX 77006-6327

Midwest Rentals, Inc.
3032 North Shore Loop
Mandan, ND 58554-4750

Miller Oil Company, Inc.
Box 4708
Culbertson, MT 59218


Missouri River Royalty Corp.
919 S. 7th
Suite 405
Bismarck, ND 58504-5835

Modern Machine Works, Inc.
PO Box 877
Williston, ND 58802-0877

Molly & Joseph P. Vochko
5213 Bartlett Blvd.
Mound, MN 55364-1747


Montana Dept. of Revenue
PO Box 5805
Helena, MT 59604-5805

Daniel J. Morse
308 W. 21st St.
Ste. 203
Cheyenne, WY 82001-3669

Mosbacher USA, Inc.
712 Main Street
Suite 2200
Houston, TX 77002-3206

**Exhibit A**

Alan K. Motes
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-1961

Mountain Divide, LLC
33 First Ave. SW
Cut Bank, MT 59427-2937

Mountain Divide, LLC
CBM Building
Box 220
33 First Ave. SW
Cut Bank, MT 59427-2937

Murex Petroleum Corporation
PO Box 7
Humble, TX 77347-0007

NRAI, Inc.
PO Box 4349
Carol Stream, IL 60197-4349

NYSE Market, Inc.
Box 223695
Pittsburgh, PA 15251-2695

Nabors Completion & Prod Svcs
PO Box 975682
Dallas, TX 75397-5682

Nabors Drilling USA, LP
PO Box 973527
Dallas, TX 75397-3527

National Oilwell Varco
Wells Fargo Bank
PO Box 201224
Dallas, TX 75320-1224

North Dakota Office of the Tax
Commissioner
600 E. Boulevard Avenue
Bismarck, ND 58505-0599

Northern States Completions
PO Box 1267
Williston, ND 58802-1267

Oakley Ventures, LLC
c/o Highline Realty Partners, Inc.
ATTN Rees F. Davis, Jr.
3695 East Long Road
Greenwood Village, CO 80121-1931

Oil Patch Rental Service, Inc.
PO Box 204667
Dallas, TX 75320-4667

Omimex Petroleum, Inc.
7950 John T. White Road
Fort Worth, TX 76120-3608

Oneok Rockies Midstream, LLC
2700 Lincoln Ave., SE
Sidney, MT 59270-8819

Opportune
711 Louisiana
Suite 1700
Houston, TX 77002-2762

Panther Inspection & Hardbanding
14055 Country Lane
Williston, ND 58801-8827

Panther Pumping Services, LLC
PO Box 1109
212 6th Ave SE
Watford City, ND 58854-1109

Paragon Audit & Consulting Inc.
50 South Steele
Suite 325
Denver, CO 80209-2808

Jimmy D. Parrish
200 S. Orange Ave.
Suntrust Center, Ste. 2300
Orlando, FL 32801-3432

Pason Systems USA Corp.
16035 Table Mountain Parkway
Suite 100
Golden, CO 80403-1642

Pitney Bowes Global Financing
PO Box 371887
Pittsburgh, PA 15250-7887

Power Energy Partners LP
Lindquist & Vennum LLP
600 17th Street
Suite 1800 South
Denver, CO 80202-5402

Power Energy Partners, LP
1927 Lohmans Corssing
Suite 103
Austin, TX 78734-5241

Prairie Fuels
PO Box 1272
Baker, MT 59313-1272

Prairie Petro-Chem of America
PO Drawer 1568
Williston, ND 58802-1568

Precision Completion & Production
Svcs.
PO Box 204789
Dallas, TX 75320-4789

Precision Energy Services, Inc
PO Box 301003
Dallas, TX 75303-1003

Pruet Oil Company, LLC
217 W. Capitol Street
Suite 201
Jackson, MS 39201-2099

Puckett Investment Co.
5460 S. Quebec Street
Greenwood Village, CO 80111-1928

**Exhibit A**

Purity Oilfield Services, LLC
PO Box 732729
Dallas, TX 75373-2729

Quinn Pumps Inc.
PO Box 677396
Dallas, TX 75267-7396

R360 Williston Basin LLC
Prairie Disposal Inc
PO Box 670207
Dallas, TX 75267-0207

Rain for Rent, North Dakota
File 52541
Los Angeles, CA 90074-2541

Randolf W. Katz, Esq.
Baker & Hostetler LLP
600 Anton Blvd.
Suite 900
Costa Mesa, CA 92626-7193

Reb Clark
PO Box 1441
Midland, TX 79702-1441

Recievables Control Corp.
FBO  Creditors of Portal Service
7373 Kirkwood Court
Minneapolis, MN 55369

Red River Supply, Inc.
1202 East Broadway
PO Box 1146
Williston, ND 58802-1146

Richard Pershall
1391 South Winston Drive
Golden, CO 80401-8040

Richardson Trucking Inc.
PO Box 1690
Mills, WY 82644-1690

Richland County Treasurer
201 W. Main
Sidney, MT 59270-4035

Richland Pump & Supply, Inc.
1511 South Central Avenue
Sidney, MT 59270-5598

Roosevelt County Treasurer
400 2nd Avenue South
Wolf Point, MT 59201-1600

Roy G. & Opal Barton Revocable Trust
PO Box 978
Hobbs, NM 88241

Ryder Scott Company, L.P.
1100 Louisiana
Suite 4600
Houston, TX 77002-5294

SM Energy Company
PO Box 910384
Denver, CO 80291-0384

Samson Resources Company
PO Box 972282
Dallas, TX 75397-2282

Sanjel  USA , Inc.
PO Box 732149
Denver, CO 80202

Schlumberger Lift Solutions Canada Ltd.
Lockbox C05618U
PO Box 45 STN M
Calgary, AB T2P 2G9
CANADA

Schlumberger Technology Corp.
PO Box 732149
Dallas, TX 75373-2149

Secretary of State
State of North Dakota
600 E. Boulevard Ave.
Dept 108
Bismarck, ND 58505-0500

Secure
555 17th Street
Suite 900
Denver, CO 80202-3910

Secure On-Site Services USA
555 17th Street
Suite 900
Denver, CO 80202-3910

Sheridan County Treasurer
100 W. Laurel Avenue
Plentywood, MT 59254-1699

Sivalls, Inc.
PO Box 2792
Odessa, TX 79760-2792

Spanish Properties, LLC
PO Box 1026
Dickinson, ND 58602-1026

Standard & Poor's
2542 Collection Center Drive
Chicago, IL 60693-0025

Stewart Geological, Inc.
2650 Overland Avenue
Billings, MT 59102-7407

Stim-Lab, Inc
A Core Laboratories Company
PO Box 841787
Dallas, TX 75284-1787

SunTrust Bank
SunTrust Robinson Humphrey, Inc.
ATTN  Yann Pirio
3333 Peachtree Street NE
Atlanta, GA 30326-1156

**Exhibit A**

Sundheim Oil Corporation
PO Box 230
Crosby, ND 58730-0230

Super Heaters, North Dakota, LLC
PO Box 421328
Houston, TX 77242-1328

TCI Business Capital, Inc.
9185 Paysphere Circle
Chicago, IL 60674-0091

TNT Well Servicing, Inc.
3 Gage Road
Roundup, MT 59072-6425

Ted Collins, Jr.
508 W. Main Street
Suite 1200
Midland, TX 79702

Tervita LLC
PO Box 840730
Dallas, TX 75284-0730

The Cavins Corporation
1800 Bering Drive
Suite 825
Houston, TX 77057-3415

Thomas G. Lantz
5615 West Ida Drive
Littleton, CO 80123-5135

Thru Tubing Solutions, Inc.
PO Box 203379
Dallas, TX 75320-3379

Total Safety U.S., Inc.
PO Box 974686
Dallas, TX 75397-4686

Transfac Capital
FBO  Wind River Trucking, LLC
PO Box 3238
Salt Lake City, UT 84110-3238

Triple S Enterprises, Inc.
PO Box 477
Crosby, ND 58730-0477

U.S. Bank National Association
Trustee, Collateral Agent, Control
Agent -  11th Floor
5555 San Felipe Street
Houston, TX 77056-2701

US Trustee
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-1961

USG Midstream Bakken 1, LLC
700 Universe Blvd.
Juno Beach, FL 33408-2657

USG Properties Bakken I, LLC
ATTN  Michael Jessep
601 Travis Street
Suite 1900
Houston, TX 77002-3253

USG Properties Bakken I, LLC
ATTN  Michael Jessop
601 Travis Street
Suite 1900
Houston, TX 77002-3253

WISCO, Inc.
PO Box 732328
Dallas, TX 75373-2328

WSI
1600 East Century Avenue
Suite 1
PO Box 5585
Bismarck, ND 58506-5585

Wayne R. and Gail R. Christianson
PO Box 97
Fortuna, ND 58844-0097

Weatherford Artificial Lift
Systems LLC
P O Box 301003
JP Morgan Chase Bank  TX
Dallas, TX 75303-1003

Well Water Solutions and
Rentals, Inc.
PO Box 2105
Casper, WY 82602-2105

Western Petroleum, LLC
PO Box 677732
Dallas, TX 75267-7732

Whiting Oil & Gas Corporation
PO Box 973539
Dallas, TX 75397-3539

Whiting Petroleum Corporation
1700 Broadway Street
#2300
Denver, CO 80290-2300

Barry L. Wilkie
1999 Broadway
Ste. 3150
Denver, CO 80202-5736

Williams County Treasurer
PO Box 2407
Williston, ND 58802

Williston Tank Rental Inc.
PO Box 2626
Williston, ND 58802-2626

Windcreek Services, Inc.
310 Limestone Ave.
PO Box 2410
Gillette, WY 82717-2410

Wise Services, Inc.
PO Box 427
Lyman, WY 82937-0427

**Exhibit A**

William A. (Trey) Wood
711 Louisiana St., Ste. 2300
Houston, TX 77002-2770

Wyoming Casing Service, Inc.
PO Box 1153
Dickinson, ND 58602-1153

John F. Young
1700 Lincoln St.
Ste. 4550
Denver, CO 80203-4509

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)AMZG, Inc.
2549 W. Main Street
Suite 202
Littleton, CO 80120-4646

(u)Arapahoe County Treasurer

(u)Hydratek, Inc.

(u)Liberty Oilfield Services, LLC

(u)Murex Petroleum Corporation

(u)U.S. BANK NATIONAL ASSOCIATION

(u)USG Midstream Bakken I, LLC

(u)USG Properties Bakken I, LLC

End of Label Matrix
Mailable recipients    212
Bypassed recipients      8
Total                  220

**Exhibit A**