UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| American Eagle Energy Corporation | ) |
| Tax ID / EIN: 20-0237026 | ) Case No. 15-15073-HRT |
| | ) |
| AMZG, Inc. | ) |
| Tax ID / EIN: 20-8642477 | ) Case No. 15-15074-HRT |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

**APPLICATION OF AMERICAN EAGLE ENERGY CORPORATION
AND AMZG, INC. TO EMPLOY BAKER & HOSTETLER LLP, AS COUNSEL FOR
DEBTORS IN POSSESSION, *NUNC PRO TUNC* TO THE PETITION DATE**

AMERICAN EAGLE ENERGY CORPORATION, as the debtor and debtor-in-possession ("American Eagle"), together with its affiliate AMZG, INC., which is also a debtor and debtor-in-possession ("AMZG") (collectively, the "Debtors"), hereby seek authorization to employ Elizabeth A. Green and the law firm of Baker & Hostetler LLP ("B&H") as its counsel in this case, *nunc pro tunc* to the petition date of May 8, 2015, and, in support thereof, states as follows:

1. On May 8, 2015 ("Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). No trustee has been appointed, and the Debtors are administering their cases as debtors-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

2. On May 13, 2015, this Court entered an order authorizing the joint administration of the Debtors cases for procedural purposes only pursuant to Fed. R. Bankr. P. 1015(b) (Doc. No. 22).

3. Debtors desire to employ B&H, pursuant to Section 327(a) of the Bankruptcy Code, to assist the Debtors in their bankruptcy cases.

4. Debtors have selected B&H as counsel because:

   a. partners and associates of B&H are admitted to practice in this Court;

   b. partners and associates of B&H are experienced in rendering the types of legal services that will be required in this case; and

   c. B&H will be able to efficiently and cost-effectively render services necessary in this Chapter 11 cases.

5. In the continuation of Debtors' estates and in the administration of these cases, legal services will be required as to, but not limited to, the following:

   a. advising the Debtors of their rights and duties in these cases;

   b. preparing motions and documents related to the sale of the Debtors' assets under §363 of the Bankruptcy Code;

   c. representing the Debtors in adversary proceedings and contested matters that may arise in connection with the Debtors' bankruptcy cases;

   d. preparing pleadings related to these cases, including a disclosure statement and plan of reorganization;

   e. negotiating with creditors in these cases with respect to treatment under the plan of reorganization;

   f. soliciting acceptances for the disclosure statement and plan of reorganization; and

   g. taking any and all other necessary action incident to the proper preservation and administration of these estates.

6. B&H has served as counsel for American Eagle since March 15, 2009, and has also served as counsel for AMZG since the Spring of 2009. B&H began representing the Debtors in connection with workout negotiations with multiple creditors and the preparation and filing of these Chapter 11 cases in February 2015 ("Insolvency Representation").

7. Upon the request to undertake the Insolvency Representation, B&H ran a conflict check on its electronic conflict system, which includes B&H's current client data base. B&H's

606353109.2

conflict search included vendors, secured creditors, and equity security holders of the Debtors. Except as disclosed in the Verified Statement of Elizabeth A. Green ("Verified Statement") attached hereto as **Exhibit "A,"** pursuant to Fed. R. Bank. P. 2014, B&H has no connection with any lenders or other creditors, any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any persons employed by the United States Trustee.

8. To the best of the knowledge of the Debtors and B&H, B&H represents no interest adverse to Debtors or to their estates in matters upon which B&H is to be engaged, and employment of B&H would be in the best interest of the estate. Also to the best of the knowledge of the Debtors and B&H, B&H is a "disinterested person" as defined under §101(14) of the Bankruptcy Code.

9. The terms of employment agreed to between Debtors and B&H, subject to approval of the Court, are that services will be billed at the standard hourly rates of the respective attorneys and paralegals of B&H and are subject to periodic adjustment to reflect economic and other considerations. All fees and expenses of B&H will be paid only upon approval by the Court after a request is made in accordance with the Bankruptcy Code, applicable rules, and other orders of this Court.

10. Prior to the commencement of this case, American Eagle paid an advance fee to B&H of $350,000.00 for services and expenses to B&H in connection with these cases ("Retainer"). The Debtors have filed a separate motion seeking approval of the Retainer.

11. The Debtors have previously paid B&H $566,084.00, on a current basis, for services rendered and costs incurred prior to the Petition Date in connection with the Insolvency Representation.

3

606353109.2

12. The Debtors also propose that American Eagle pay all fees and expenses with respect to the Debtors and that fees and expenses not be separately billed as to each of the Debtors. Instead, the Debtors will be billed collectively, and American Eagle will be responsible for payment. The Debtors have operated and conducted most of their financial affairs on a consolidated basis. Payment of the Debtors' fees and expenses by American Eagle is consistent with the Debtors' financial practices and will not prejudice any of the Debtors' creditors.

**WHEREFORE,** AMERICAN EAGLE ENERGY CORPORATION and AMZG, INC., respectfully request that this Court enter an order, *nunc pro tunc* to May 8, 2015, and substantially in the form attached hereto as **Exhibit "B"**, authorizing them to retain and employ Elizabeth A. Green and the law firm of Baker & Hostetler LLP, as counsel in this case, and granting all further relief that the Court may deem just and proper.

DATED: May 22, 2015.

/s/ Elizabeth A. Green
Elizabeth A. Green, Esq.
Florida Bar No.: 0600547
egreen@bakerlaw.com
Jimmy D. Parrish, Esq.
Florida Bar No.: 0526401
jparrish@bakerlaw.com
Lars Fuller, Esq.
Atty Reg. No. 26051
lfuller@bakerlaw.com
**BAKER & HOSTETLER LLP**
200 South Orange Ave.
SunTrust Center, Suite 2300
Post Office Box 112 (32802-0112)
Orlando, Florida 32801-3432
Telephone: (407) 649-4000
fFax: (407) 841-0168
*Proposed Attorneys for the Debtors*

606353109.2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 22, 2105, a true and correct copy of the **APPLICATION OF AMERICAN EAGLE ENERGY CORPORATION AND AMZG INC. TO EMPLOY BAKER & HOSTETLER LLP, AS COUNSEL FOR DEBTORS-IN-POSSESSION,** *NUNC PRO TUNC* **TO THE PETITION DATE** was furnished via electronic transmission to all CM/ECF participants requesting electronic notice and/or via U.S. Postage Prepaid Mail to the following: **American Eagle Energy Corporation**, 2549 W. Main Street, Suite 202, Littleton, CO 80120 (Debtor); **AMZG, Inc.,** 2549 W. Main Street, Suite 202, Littleton, CO 80120 (Debtor); **Barry L. Wilkie, Esq.**, Jones & Keller, P.C., 1999 Broadway, Suite 3150, Denver, CO 80202 *(Counsel to the Officicial Committee of Unsecured Creditors)*; **Jeffrey N. Pomerantz, Esq., Ira D. Kharasch, Esq.** Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067-4100 *(Counsel to the Officicial Committee of Unsecured Creditors)*; and the **Office of the United States Trustee**, Byron G. Rogers Federal Building, 1961 Stout St., Suite 12-200, Denver, Colorado 80294.

/s/ Elizabeth A. Green
Elizabeth A. Green, Esq.
*Proposed Attorneys for the Debtors*

606353109.2