UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| American Eagle Energy Corporation | ) | |
| Tax ID / EIN: 20-0237026 | ) | Case No. 15-15073-HRT |
| | ) | |
| AMZG, Inc. | ) | |
| Tax ID / EIN: 20-8642477 | ) | Case No. 15-15074-HRT |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**VERIFIED STATEMENT OF ELIZABETH A. GREEN
IN SUPPORT OF APPLICATION TO EMPLOY BAKER & HOSTETLER LLP, AS
COUNSEL FOR THE DEBTORS IN POSSESSION, *NUNC PRO TUNC*
<u>TO THE PETITION DATE</u>**

I, ELIZABETH A. GREEN, in accordance with Rule 2014 of the Federal Rules of Bankruptcy Procedure, make the following verified statements under penalty of perjury in support of the Application to Employ Baker & Hostetler, LLP, as Counsel for the Debtors in Possession, *Nunc Pro Tunc*, to the Petition Date:

1. I am a partner with the law firm of Baker & Hostetler LLP ("B&H").

2. I am duly admitted to practice before this Court.

3. A number of other B&H attorneys are also duly admitted to practice before this Court.

4. B&H's Denver office is located at 1801 California Street, Suite 4400, Denver, CO, 80202-2662.

5. B&H has served as counsel for American Eagle Energy Corporation ("American Eagle") since March 15, 2009, and has also served as counsel for AMZG, Inc. ("AMZG") (together with American Eagle, the "Debtors") since the Spring of 2009. B&H was retained in

February 2015 to represent the Debtors in connection with workout negotiations with multiple creditors and the potential filing of the voluntary petitions filed in these jointly administered Chapter 11 cases ("Insolvency Representation").

6. Upon the request to undertake the Insolvency Representation, B&H ran a conflict check on its electronic conflict system, which includes B&H's current client data base. B&H's conflict search included vendors, secured creditors, and equity security holders of the Debtor. As the Debtors' bankruptcy schedules are completed there may be additional creditors added by the Debtors and B&H will run additional conflicts searches on such creditors. In the event a relationship is discovered or develops in the future that is required to be disclosed pursuant to Fed. R. Bankr. P. 2014, B&H will supplement this Verified Statement.

7. B&H represents the Debtors in these jointly administered cases, and does not believe such representation gives rise to any conflict. To the best of my knowledge, B&H is a disinterested person as that term is used in the Bankruptcy Code.

8. Except as disclosed herein, B&H and its individual attorneys do not represent any creditors in these jointly administered cases, nor does B&H represent any equity security holders, affiliates, or insiders of the Debtors.

9. Nabors Drilling USA, LP ("Nabors") asserts that it is a secured creditor holding an oil and gas lien on the well identified as Huffman 15-34S. On April 20, 2015, Nabors filed a lien against American Eagle in the amount of $550,912.94 ("Nabors Lien Claim"). The Debtors believe that the Nabors Lien Claim is wholly unsecured. B&H has not represented Nabors with respect to the Nabors Lien Claim or any issue related to the Debtors. However, an attorney in B&H's Houston office represents Nabors as a defendant in a personal injury suit which is wholly unrelated to these bankruptcy cases ("Personal Injury Matter"). This representation arose when

Nabors demanded indemnification from an existing client of B&H and such client agreed to the indemnification conditioned on the retention of B&H to defend Nabors in the Personal Injury Matter. B&H does not represent Nabors in any other matters.

10. Schlumberger Technology Corp. ("Schlumberger") is listed as a secured creditor holding an oil and gas lien on the well identified as BJNJ 30-31-1H ("Schlumberger Lien Claim"). An attorney in B&H's Houston office represents Schlumberger Technology Corporation in unrelated matters. The Schlumberger Lien Claim was filed on February 27, 2015 in the amount of $172,089.59 and is asserted against Mountain Divide, a third party unrelated to Debtors, as an operator of a well in which American Eagle holds a five percent (5%) non-operating working interest. Consequently, the Schlumberger Lien Claim is non-recourse as to American Eagle. Schlumberger Lift Solutions Canada ("Schlumberger Canada") also asserts a claim against American Eagle. B&H does not represent Schlumberger Canada in any matter, and Schlumberger Canada is a distinct entity from Schlumberger.

11. Additionally, an attorney in B&H's Houston office represents Hunt Oil Company and Continental Resources in matters wholly unrelated to these bankruptcy cases. Both Hunt Oil Company and Continental Resources are unsecured creditors and are owed $337.92 and $1,465.35, respectively.

12. B&H does not believe that its unrelated representation of Nabors, Schlumberger, Hunt Oil Company, or Continental Resources creates a conflict in these matters or in any way impairs B&H's disinterestedness or its ability to represent the Debtors in these cases.

13. Since being retained, B&H has been kept current on its pre-petition bills and has not received any preferential payments as defined in 11 U.S.C. § 547.

14. B&H is not a creditor of the Debtors.

3

606415492.13

15. B&H has no connection with the U.S. Trustee's office or any person employed at the U.S. Trustee's office. Partners and associates of B&H have dealt with the U.S. Trustee's office in other cases and have social contact with various attorneys of the U.S. Trustee's office.

16. Except as disclosed herein, the undersigned is not aware of any conflict or potential conflict relating to the employment of B&H as counsel for the Debtors in these cases. To the best of its ability in the circumstances, B&H has conducted an examination, using the firm's internal conflict checking procedures, of actual and potential creditors and parties in interest to determine if B&H has represented any of them in connection with this case or on other matters. B&H has not discovered any actual or potential creditors or parties in interest that it has represented in this or other unrelated matters, except as disclosed above. B&H will continue to review potential conflicts during the pendency of this case, and if and to the extent additional connections are discovered, B&H shall submit a supplemental statement.

17. B&H shall submit requests for reimbursement of its fees and expenses to the Court for approval under applicable law, procedure, and orders of this Court.

18. American Eagle's assets and liabilities include rights and obligations in certain oil and gas wells. Certain of these oil and gas wells have third party royalty interest owners or working interest owners who are unrelated to Debtors. In the ordinary course of its operations, American Eagle receives funds owned by these third party royalty interest and working interest owners that American Eagle regularly disburses in the ordinary course of its operations. The funds are not property of the Debtors' bankruptcy estates, and B&H has not run a conflict search on these third party royalty interest and working interest owners.

19. The factual statements set forth in this Verified Statement have been made based on (1) a personal review by me and my staff of the list of creditors of the Debtors; (2) a computer

4

606415492.14

search of B&H's client list; and (3) follow up correspondence with certain B&H attorneys identified in the conflict search as representing potential creditors regarding this representation to ensure no conflict exists.

I verify, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED AND EXECUTED this 22nd day of May, 2015.

> /s/ Elizabeth A. Green
> Elizabeth A. Green, Esq.
> Florida Bar No.: 0600547
> egreen@bakerlaw.com
> Jimmy D. Parrish, Esq.
> Florida Bar No.: 0526401
> jparrish@bakerlaw.com
> Lars Fuller, Esq.
> Atty Reg. No. 26051
> lfuller@bakerlaw.com
> **BAKER & HOSTETLER LLP**
> 200 South Orange Ave.
> SunTrust Center, Suite 2300
> Post Office Box 112 (32802-0112)
> Orlando, Florida 32801-3432
> Telephone: (407) 649-4000
> fFax: (407) 841-0168
> *Proposed Attorneys for the Debtors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 22, 2015 a true copy of the foregoing **VERIFIED STATEMENT PURSUANT TO RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE IN SUPPORT OF APPLICATION TO EMPLOY ELIZABETH A. GREEN AND THE LAW FIRM OF BAKER & HOSTETLER LLP, AS COUNSEL FOR THE DEBTORS,** *NUNC PRO TUNC* **TO PETITION DATE** was furnished via electronic transmission to all CM/ECF participants requesting electronic notice and/or via U.S. Postage Prepaid Mail to the following: **American Eagle Energy Corporation**, 2549 W. Main Street, Suite 202, Littleton, CO 80120 (Debtor); **AMZG, Inc.**, 2549 W. Main Street, Suite 202, Littleton, CO 80120 (Debtor); **Barry L. Wilkie, Esq.**, Jones & Keller, P.C., 1999 Broadway, Suite 3150, Denver, CO 80202 *(Counsel to the Official Committee of Unsecured Creditors)*; **Jeffrey N. Pomerantz, Esq., Ira D. Kharasch, Esq.** Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067-4100 *(Counsel to the*

*Official Committee of Unsecured Creditors)*; and the **Office of the United States Trustee**, Byron G. Rogers Federal Building, 1961 Stout St., Suite 12-200, Denver, Colorado 80294.

*/s/ Elizabeth A. Green*
Elizabeth A. Green, Esq.
*Proposed Attorneys for the Debtors*