## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| American Eagle Energy Corporation ) | |
| Tax ID / EIN: 20-0237026 ) | Case No. 15-15073-HRT |
| ) | |
| AMZG, Inc. ) | |
| Tax ID / EIN: 20-8642477 ) | Case No. 15-15074-HRT |
| ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

### STATEMENT OF ELIZABETH A. GREEN OF
### BAKER & HOSTETLER, LLP, PURSUANT TO 11 U.S.C. §329(a)
### AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2016(b)

BAKER & HOSTETLER, LLP ("B&H"), in accordance with 11 U.S.C. §329(a) and Rule 2016 of the Federal Rules of Bankruptcy Procedure, states as follows:

1. B&H was retained in February 2015 to represent AMERICAN EAGLE ENERGY CORPORATION ("American Eagle") and AMZG, INC. ("AMZG") (collectively, the "Debtors") in connection with: (i) workout negotiations with multiple creditors, including the ad hoc group ("Ad Hoc Group") of holders of the 11.0% Senior Secured Notes due 2019 issued by American Eagle and guaranteed by AMZG; and (ii) preparation and the ultimate filing of voluntary petitions by the Debtors ("Insolvency Advice").

2. The Debtors have previously paid B&H $566,084.00 on a current basis in connection with the Insolvency Advice.

3. Prior to the commencement of these jointly administered cases, the Debtors paid B&H an advance fee of $350,000 for post-petition services and expenses in connection with these jointly administered cases (the "Retainer").

4. The Debtors have filed a motion with the Court seeking approval of the Retainer.

5. B&H has not shared, or agreed to share, the advance fee, additional fees, or subsequent reimbursement of expenses with any other entity, other than partners or associates of B&H.

DATED AND EXECUTED this 22nd day of May, 2015.

/s/ Elizabeth A. Green
Elizabeth A. Green, Esq.
Florida Bar No.: 0600547
egreen@bakerlaw.com
Jimmy D. Parrish, Esq.
Florida Bar No.: 0526401
jparrish@bakerlaw.com
Lars Fuller, Esq.
Atty Reg. No. 26051
lfuller@bakerlaw.com
**BAKER & HOSTETLER LLP**
200 South Orange Ave.
SunTrust Center, Suite 2300
Post Office Box 112 (32802-0112)
Orlando, Florida 32801-3432
Telephone: (407) 649-4000
fFax: (407) 841-0168
*Proposed Attorneys for the Debtors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 22, 2015 a true copy of the foregoing **STATEMENT OF ELIZABETH A. GREEN OF BAKER & HOSTETLER, LLP, PURSUANT TO 11 U.S.C.§329(a) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2016(b)** was furnished via electronic transmission to all CM/ECF participants requesting electronic notice and/or via U.S. Postage Prepaid Mail to the following: **American Eagle Energy Corporation**, 2549 W. Main Street, Suite 202, Littleton, CO 80120 (Debtor); **AMZG, Inc.**, 2549 W. Main Street, Suite 202, Littleton, CO 80120 (Debtor); **Barry L. Wilkie, Esq.**, Jones & Keller, P.C., 1999 Broadway, Suite 3150, Denver, CO 80202 *(Counsel to the Officicial Committee of Unsecured Creditors)*; **Jeffrey N. Pomerantz, Esq., Ira D. Kharasch, Esq.** Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067-4100 *(Counsel to the Officicial Committee of Unsecured Creditors)*; and the **Office of the United States Trustee**, Byron G. Rogers Federal Building, 1961 Stout St., Suite 12-200, Denver, Colorado 80294.

/s/ Elizabeth A Green
Elizabeth A. Green, Esq.
*Proposed Attorneys for the Debtors*

606416874.12