## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| American Eagle Energy Corporation ) | |
| Tax ID / EIN: 20-0237026 ) | Case No. 15-15073-HRT |
| ) | |
| AMZG, Inc. ) | |
| Tax ID / EIN: 20-8642477 ) | Case No. 15-15074-HRT |
| ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

## MOTION FOR APPROVAL AND USE OF RETAINER
## FOR COUNSEL FOR THE DEBTORS IN POSSESSION

AMERICAN EAGLE ENERGY CORPORATION, as the debtor and debtor-in-possession ("American Eagle"), together with its affiliate AMZG, INC., which is also a debtor and debtor-in-possession ("AMZG") (collectively, the "Debtors"), hereby seek entry of an order approving the pre-petition retainer paid by the Debtors to their counsel, Baker & Hostetler LLP ("B&H"), and, in support thereof, states as follows:

1. On May 8, 2015 ("Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). No trustee has been appointed, and the Debtors are administering their cases as debtors-in-possession under Sections 1107(a) and 1108 of the Bankruptcy Code.

2. On May 13, 2015, this Court entered an order authorizing the joint administration of the Debtors cases for procedural purposes only pursuant to Fed. R. Bankr. P. 1015(b) (Doc. No. 22).

3. The Debtors have separately filed an application to employ B&H, pursuant to Section 327(a) of the Bankruptcy Code, to assist the Debtors in their bankruptcy cases.

4. Prior to the Petition Date, the Debtors paid B&H on a current basis and paid a retainer in the amount of $350,000 for post-petition services ("Retainer").

5. Payment of the Retainer is consistent with 11 U.S.C. §328(a) and is reasonable under the circumstances.

6. It is in the best interests of the Debtors and their estates to approve payment of the Retainer. B&H will apply the Retainer to its fees and costs in excess of the amounts paid as part of the carve out provided for in any order approving the Debtors' use of cash collateral.

7. All fees and expenses of B&H will be paid only upon approval by the Court after a request is made in accordance with the Bankruptcy Code, applicable rules, and other orders of this Court.

8. Attached to this Motion as **Exhibit "A"** is a proposed order granting the relief requested herein.

**WHEREFORE,** AMERICAN EAGLE ENERGY CORPORATION and AMZG, INC., respectfully request that this Court enter an order approving the Retainer held by B&H and granting all further relief that the Court may deem just and proper.

DATED: May 22, 2015.

/s/ Elizabeth A. Green
Elizabeth A. Green, Esq.
Florida Bar No.: 0600547
egreen@bakerlaw.com
Jimmy D. Parrish, Esq.
Florida Bar No.: 0526401
jparrish@bakerlaw.com
Lars Fuller, Esq.
Atty Reg. No. 26051
lfuller@bakerlaw.com
**BAKER & HOSTETLER LLP**
200 South Orange Ave.
SunTrust Center, Suite 2300
Post Office Box 112 (32802-0112)
Orlando, Florida 32801-3432
Telephone: (407) 649-4000
Fax: (407) 841-0168
*Proposed Attorneys for the Debtors*

2

606416892.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 22, 2105 **MOTION FOR APPROVAL AND USE OF RETAINER FOR COUNSEL FOR THE DEBTORS IN POSSESSION** was furnished via electronic transmission to all CM/ECF participants requesting electronic notice and/or via U.S. Postage Prepaid Mail to the following: **American Eagle Energy Corporation**, 2549 W. Main Street, Suite 202, Littleton, CO 80120 (Debtor); **AMZG, Inc.**, 2549 W. Main Street, Suite 202, Littleton, CO 80120 (Debtor); **Barry L. Wilkie, Esq.**, Jones & Keller, P.C., 1999 Broadway, Suite 3150, Denver, CO 80202 *(Counsel to the Officicial Committee of Unsecured Creditors)*; **Jeffrey N. Pomerantz, Esq., Ira D. Kharasch, Esq.** Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067-4100 *(Counsel to the Officicial Committee of Unsecured Creditors)*; the twenty largest unsecured creditors and those requesting notice listed on the matrix attached to the original of this Motion filed with court; and the **Office of the United States Trustee**, Byron G. Rogers Federal Building, 1961 Stout St., Suite 12-200, Denver, Colorado 80294.

/s/ Elizabeth A. Green
Elizabeth A. Green, Esq.
*Attorneys for the Debtors*

606416892.1

```
Label Matrix for local noticing          640 Energy, LLC                    Arctic Energy Services, LLC
1082-1                                   1400 16th Street                   PO Box 1321
Case 15-15073-HRT                        Suite 400                          Glenrock, WY 82637-1321
District of Colorado                     Denver, CO 80202-5995
Denver
Fri May 22 13:25:35 MDT 2015

Atlas Tubular, LP                        Duncan E. Barber                   Cruz Energy Services, LLC
PO Box 431                               4582 S. Ulster St. Pkwy.           7000 E. Palmer-Wasilla Hwy
Robstown, TX 78380-0431                  Ste. 1650                          Palmer, AK 99645-7715
                                         Denver, CO 80237-2686


DNOW L.P.                                Stacey S. Dawes                    Stephen Dexter
NOV Wilson, LP.                          4582 S. Ulster St., Ste 1650       950 17th St.
PO Box 200822                            Denver, CO 80237-2686              Ste.2400
Dallas, TX 75320-0822                                                       Denver, CO 80202-2822


Dishon Disposal, Inc.                    Carl Dore                          GE Oil & Gas Pressure Control LP
5613 DTC Parkway                         17171 Park Row                     PO Box 911776
Suite 800                                Ste 350                            Dallas, TX 75391-1776
Greenwood Village, CO 80111-3036         Houston, TX 77084-4995


Jeremy Graves                            Elizabeth A. Green                 Halliburton  Energy Services, Inc.
Gibson, Dunn & Crutcher LLP              200 S. Orange Ave.                 PO Box 301341
1801 California Street, Ste 4200         Suntrust Center, Ste. 2300         Dallas, TX 75303-1341
Denver, CO 80202-2694                    Orlando, FL 32801-3432


Theodore J. Hartl                        Autumn D. Highsmith                Robert Hill
600 17th St.                             2323 Victory Ave., Ste. 700        5334 S. Prince St.
Suite 1800 South                         Dallas, TX 75219-7672              Littleton, CO 80120-1136
Denver, CO 80202-5402


Hydratek, Inc.                           Jacam Chemicals 2013, LLC          KLX Energy Services, LLC
12069 Highway 16                         PO Box 96                          28099 Expedite Way
Sidney, MT 59270-6334                    205 South Broadway                 Chicago, IL 60695-0001
                                         Sterling, KS 67579-2339


Liberty Oilfield Services, LLC           James T. Markus                    Daniel J. Morse
950 17th Street                          1700 Lincoln St.                   308 W. 21st St.
Suite 2000                               Ste. 4550                          Ste. 203
Denver, CO 80202-2801                    Denver, CO 80203-4509              Cheyenne, WY 82001-3669


Alan K. Motes                            National Oilwell Varco             Northern States Completions
Byron G. Rogers Federal Building         Wells Fargo Bank                   PO Box 1267
1961 Stout St.                           PO Box 201224                      Williston, ND 58802-1267
Ste. 12-200                              Dallas, TX 75320-1224
Denver, CO 80294-1961


Jimmy D. Parrish                         Precision Completion & Production  Recievables Control Corp.
200 S. Orange Ave.                       Svcs.                              FBO  Creditors of Portal Service
Suntrust Center, Ste. 2300               PO Box 204789                      7373 Kirkwood Court
Orlando, FL 32801-3432                   Dallas, TX 75320-4789              Minneapolis, MN 55369
```

Samson Resources Company
PO Box 972282
Dallas, TX 75397-2282

Schlumberger Lift Solutions Canada Ltd.
Lockbox C05618U
PO Box 45 STN M
Calgary, AB T2P 2G9
CANADA

Super Heaters, North Dakota, LLC
PO Box 421328
Houston, TX 77242-1328

US Trustee
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-1961

Well Water Solutions and
Rentals, Inc.
PO Box 2105
Casper, WY 82602-2105

Barry L. Wilkie
1999 Broadway
Ste. 3150
Denver, CO 80202-5736

William A. (Trey) Wood
711 Louisiana St., Ste. 2300
Houston, TX 77002-2770

John F. Young
1700 Lincoln St.
Ste. 4550
Denver, CO 80203-4509

End of Label Matrix
Mailable recipients    37
Bypassed recipients     0
Total                  37