# SOFA 3(b) Attachment 1:

## Vendor Payments

## Statement of Financial Affairs #3.b

| Vendors | | Previous 90 Days | Still Owing | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Vendor Code | Name | Paid * | Payable** | Address 1 | Address 2 | Address 3 | City | State | ZIP Code |
| AE003 | AE2S Operations, LLC | $ 116,728.37 | $ 53,571.68 | 4050 Garden View Drive | Suite 200 | | Grand Forks | ND | 58201 |
| AE001 | AES Drilling Fluids | $ 161,477.18 | $ 2,702.33 | 11767 Katy Freeway | Suite 230 | | Houston | TX | 77079 |
| AN003 | Andrews Kurth LLP | $ 579,098.14 | $ (110,000.00) | 450 Lexington Ave. | | | New York | NY | 10017 |
| AR003 | Arctic Energy Services, LLC | $ 116,682.40 | $ 320,691.65 | P. O. Box 1321 | | | Glenrock | WY | 82637 |
| BA002 | Baker Hostetler | $ 1,227,536.63 | $ (600,167.36) | PO Box 70189 | | | Cleveland | OH | 44190-0189 |
| BA011 | Basin Concrete | $ 26,032.00 | $ 41,451.39 | P. O. Box 4264 | | | Williston | ND | 58802 |
| BI004 | Bind, LLC | $ 31,596.94 | $ - | PO Box 184 | | | Robinson | IL | 62454 |
| PQ008 | Bruce Poignant | $ 13,445.00 | $ - | 5 Benjamin Green Lane | | | Mahopac | NY | 10541 |
| CA024 | Canaccord Genuity | $ 219,284.75 | $ - | Attn: Accounting Department | 350 Madison Avenue | | New York | NY | 10017 |
| WI001 | Charles B. Wiley, P.E. | $ 7,630.00 | $ 937.50 | 8405 Becket Circle | | | Plano | TX | 75025-4344 |
| CL003 | Clean Harbors Env. Services | $ 78,184.26 | $ - | PO Box 3442 | | | Boston | MA | 02241-3442 |
| CM001 | CMG Oil & Gas, Inc. | $ 92,007.20 | $ 180,506.73 | PO Box 829 | | | Stanley | ND | 58784 |
| CR003 | Crowley Fleck PLLP | $ 21,394.58 | $ 147.50 | Attorneys at Law | PO Box 30441 | | Billings | MT | 59107-0441 |
| NI003 | Cynthia Nielsen | $ 40,261.17 | $ - | 15240 94th Street, NW | | | Westby | MT | 59275 |
| DI002 | Diamond Resources Co. | $ 1,221,665.17 | $ 400,934.70 | PO Box 1938 | | | Williston | ND | 58802-1938 |
| DI008 | Dishon Disposal, Inc. | $ 11,645.40 | $ 196,280.40 | 5613 DTC Parkway, Suite 800 | | | Greenwood Village | CO | 80111 |
| DO003 | Double EE Service, Inc. | $ 21,694.15 | $ 42,413.07 | PO Box 2417 | 2210 4th Avenue West | | Williston | ND | 58802-2417 |
| DR002 | Drill Tech Subsidiary of BJ's DST | $ 113,305.50 | $ 532,322.70 | P. O. Box 519 | | | Mohall | ND | 58761 |
| EN011 | Enervest Operating LLC | $ 27,582.53 | $ - | Eastern - 410 | 300 Capitol St., Suite 200 | | Charleston | WV | 25301 |
| FR009 | Frontier Fiscal Services | $ 284,325.82 | $ 609,789.87 | FBO: 4G Energy | | | Crosby | ND | 58730 |
| GE001 | GE Oil & Gas Pressure Control LP | $ 367,445.26 | $ 227,917.35 | PO Box 911776 | | | Dallas | TX | 75391-1776 |
| VA006 | George G. Vaught, Jr. | $ 45,000.00 | $ - | PO Box 13557 | | | Denver | CO | 80201 |
| GL005 | Global Hunter Securities | $ 35,000.00 | $ - | Seaport Global Holdings, LLC | 400 Poydras Street | Suite 3100 | New Orleans | LA | 70130 |
| GL004 | Global Power Supply | $ 193,929.58 | $ - | 136 W. Canon Perdido Street | Suite 200 | | Santa Barbara | CA | 93101 |
| GS001 | G-Style Transport | $ 232,231.49 | $ 767,154.76 | N51012 Hutchins Ln | | | Eleva | WI | 54738 |
| HH001 | H&H Electric, Inc. | $ 100,000.00 | $ 86,771.48 | PO Box 2167 | | | Williston | ND | 58801 |
| H2001 | H2E, Incorporated | $ 18,490.65 | $ 11,444.86 | 2316 Bluebell Loop | | | Spearfish | ND | 57783 |
| HA008 | Halliburton Energy Services, Inc. | $ 444,762.00 | $ 3,451,391.74 | P. O. Box 301341 | | | Dallas | TX | 75303-1341 |
| HE002 | Hein & Associates, LLP | $ 252,500.00 | $ - | 1999 Broadway, Suite 4000 | | | Denver | CO | 80202 |
| IM002 | IMA, Inc.- Colorado Division | $ 511,365.00 | $ (290,000.00) | 1705 17th Street, Suite 100 | | | Denver | CO | 80202 |
| IN009 | Interstate Engineering | $ 22,591.17 | $ 33,827.28 | P. O. Box 2035 | | | Jamestown | ND | 58402-2035 |
| IR003 | Irongate Rental Services, LLC | $ 170,431.09 | $ 31,006.54 | P.O. Box 204427 | | | Dallas | TX | 75320-4427 |
| JA006 | Jacam Chemicals 2013, LLC | $ 1,145,376.07 | $ 183,810.60 | PO Box 96 | 205 South Broadway | | Sterling | KS | 67579 |
| WH002 | James Whyte | $ 12,000.00 | $ - | 5377 S. Havana Ct. | | | Englewood | CO | 80111 |
| HE011 | Jennifer Hennager | $ 15,177.68 | $ - | PO Box 231 | | | Grenora | ND | 58845 |
| AN001 | John Anderson | $ 14,050.58 | $ - | 52 Powell Street, Suite 200 | | | Vancouver | BC | V6A 1E7 |
| JU001 | Justice Oilfield Water Service | $ 88,338.50 | $ 4,635.00 | PO Box 44 | | | Dagmar | MT | 59219 |
| JU002 | Justice SWD, LLC | $ 11,490.00 | $ 855.00 | PO Box 44 | | | Dagmar | MT | 59219 |
| KE002 | Key Bank | $ 30,559.08 | $ - | PO Box 89446 | | | Cleveland | OH | 44101-6446 |
| LG001 | LG Tax Consultants | $ 10,990.80 | $ - | 98 Discovery | | | Irvine | CA | 92618 |
| LI004 | Liskow & Lewis, APLC | $ 48,936.25 | $ - | 701 Poydras St., Suite 5000 | | | New Orleans | LA | 70139 |
| BO006 | Mark Boehm | $ 19,727.78 | $ - | PO Box 4094 | | | Williston | ND | 58802 |
| BE011 | Marty Beskow | $ 25,670.61 | $ - | 7268 Weston Lane North | | | Maple Grove | MN | 55311 |
| MI003 | Millennium Directional Service Ltd | $ 190,000.00 | $ - | 2303 - 4th Street SW | Suite 900 | | Calgary | AB | T2S 2S7 |
| MI008 | Miller Oil Co., Inc. | $ 1,210,646.02 | $ 76,376.43 | Box 4708 | | | Culbertson | MT | 59218 |
| ML001 | MLB Consulting, LLC | $ 541,674.12 | $ 127,962.20 | PO Box 2407 | | | Elk City | OK | 73648 |
| NA009 | Nabors Drilling USA, LP | $ 100,000.00 | $ 500,912.94 | PO Box 973527 | | | Dallas | TX | 75397-3527 |
| NO005 | North Dakota State Tax Comm. | $ 19,053.02 | $ - | 600 E. Boulevard Ave. | | Dept 127 | Bismarck | ND | 58505-0599 |
| NO004 | Northern Oilfield Services Inc | $ 632,722.71 | $ (132,500.00) | PO Box 396 | | | Plentywood | MT | 59254 |
| NO007 | Northern States Completions | $ 112,220.20 | $ 294,444.77 | P. O. Box 1267 | | | Williston | ND | 58802 |

| Vendor Code | Paid * | Payable** | Name | Address 1 | Address 2 | Address 3 | City | State | ZIP Code |
|---|---|---|---|---|---|---|---|---|---|
| NY003 | $ 35,000.00 | $ 35,000.00 | NYSE Market, Inc. | Box 223695 | | | Pittsburgh | PA | 15251-2695 |
| OA001 | $ 79,293.66 | $ - | Oakley Ventures | 3695 E. Long Road | | | Greenwood Vlg | CO | 80121 |
| OR001 | $ 12,052.50 | $ - | Oram & Houghton, PLLC | 38 Mountain Moose Road | | | Philipsburg | MT | 59858 |
| PA009 | $ 8,260.00 | $ 11,097.50 | Paragon Audit & Consulting Inc. | 50 South Steele | Suite 325 | | Denver | CO | 80209 |
| RU001 | $ 13,000.00 | $ - | Paul E. Rumler | 5200 S. Race Street | | | Littleton | CO | 80121 |
| PO007 | $ 952,601.98 | $ 59,126.74 | Power Crude Transport, Inc. | 1927 Lohmans Crossing Rd. | # 103 | | Austin | TX | 78734 |
| PO004 | $ 165,975.00 | $ - | Power Energy Partners, LP | 1927 Lohmans Crossing Rd. | | | Austin | TX | 78734 |
| PR017 | $ 1,541,803.38 | $ 731,583.36 | Precision Completion & Production Svcs. Ltd | PO Box 204789 | | | Dallas | TX | 75320-4789 |
| QU003 | $ 117,880.72 | $ 26,004.13 | Quinn Pumps Inc. | P. O. Box 677396 | | | Dallas | TX | 75267-7396 |
| PO002 | $ 520,459.05 | $ 147,730.85 | Recievables Control Corp. | FBO: Creditors of Portal Service | 7373 Kirkwood Court | | Minneapolis | MN | 55369 |
| RE012 | $ 159.00 | $ - | Red Dog Systems, Inc | | | | | | |
| RI007 | $ 155,064.76 | $ 129,167.09 | Richland Pump & Supply, Inc. | 1511 South Central Avenue | | | Sidney | MT | 59270 |
| RO016 | $ 93,468.00 | $ - | Roberts & Olivia, LLC | 2060 Broadway | Suite 250 | | Boulder | CO | 80302 |
| RY002 | $ 17,405.50 | $ 7,322.25 | Ryder Scott Company, L.P. | 1100 Louisiana, Suite 4600 | | | Houston | TX | 77002 |
| SC011 | $ 60,492.00 | $ 209,246.00 | Schlumberger Lift Solutions Canada Ltd. | Lockbox C05618U | PO Box 45 STN M | | Calgary | AB | T2P 2G9 |
| ST017 | $ 102,268.05 | $ - | State Tax Commissioner | PO Box 5624 | | | Bismarck | ND | 58506-5624 |
| TE005 | $ 178,550.00 | $ - | Tetra Technologies, Inc. | PO Box 841185 | | | Dallas | TX | 75284-1185 |
| UN001 | $ 17,752.40 | $ - | Uncommon Solutions Inc. | 6530 S. Yosemite Street | Suite 204 | | Greenwood Vlg | CO | 80111 |
| UN004 | $ 96,806.02 | $ - | UnitedHealthcare | Dept. CH 10151 | | | Palatine | IL | 60055-0151 |
| US006 | $ 255,360.00 | $ 170,240.00 | USG Midstream Bakken 1, LLC | 700 Universe Blvd. | | | Juno Beach | FL | 33408 |
| VA004 | $ 81,974.75 | $ 4,150.00 | Vac-U-Jet Portables | PO Box 16748 | | | Missoula | MT | 59808 |
| VI001 | $ 15,605.00 | $ - | Vintage Filings | PO Box 30719 | | | New York | NY | 10087-0719 |
| JO006 | $ 94,607.83 | $ - | Walter A. Jones | 441 Adams St. | | | Denver | CO | 80206 |
| CH004 | $ 34,318.26 | $ 7,733.97 | Wayne & Gail Christianson | PO Box 97 | | | Fortuna | ND | 58844 |
| WE016 | $ 90,772.52 | $ 228,674.26 | Well Water Solutions and Rentals, Inc. | PO Box 2105 | | | Casper | WY | 82602 |
| WE002 | $ 41,825.00 | $ 7,275.00 | WellEZ Information Management | 11931 Wickchester, Suite 360 | | | Houston | TX | 77043 |
| WE004 | $ 51,097.07 | $ - | Welter Consulting, Inc. | PO Box 1582 | | | Billings | MT | 59101 |
| WI003 | $ 245,722.68 | $ 90,233.24 | WISCO | PO Box 732328 | | | Dallas | TX | 75373-2328 |
| ZI002 | $ 46,973.75 | $ - | ZECO Equipment LLC | P. O. Box 1459 | | | Vernal | UT | 84078 |
| Sub-Total | $ 16,160,505.73 | $ 8,912,177.50 | | | | | | | |
| Bond Pmt | 4,000,000.00 | 7,443,055.58 | US Bank Trust 1620 | US Bank | | | | | |
| Total | $ 20,160,505.73 | $ 16,355,233.08 | | | | | | | |

* For Dates and Check #'s of "Paid" Amounts, See Tab: Check Aggregate > 6224
** Payable amounts at 5-8-15