# SOFA 3(b) Attachment 2:

## Owner Payments

| Owner Code | Paid | Payable | Name | Address_Line_One | Address_Line_Two | Address_Line_Three | City | State_Code | ZIP |
|---|---|---|---|---|---|---|---|---|---|
| 1007 | $ 33,708.50 | $ - | AGRIBANK FCB | ATTN: MINERALS DEPT 1W | 30 E 7TH ST STE 1600 | | ST PAUL | MN | 55101 |
| 1018 | $ 13,567.58 | $ - | AMERICAN STANDARD ENERGY CORP | 4800 N SCOTTSDALE RD STE 1400 | | | SCOTTSDALE | AZ | 85251 |
| 1059 | $ 8,828.96 | $ - | ROY G SR & OPAL BARTON REV TR | 1919 N TURNER ST | | | HOBBS | NM | 88240 |
| 1069 | $ 38,585.05 | $ 8,871.99 | BLACK STONE MINERALS COMPANY | 1001 FANNIN STE 2020 | | | HOUSTON | TX | 77002-6709 |
| 1073 | $ 154,175.28 | $ 35,487.95 | BLACK STONE ENERGY COMPANY LLC | 1001 FANNIN ST | STE 2020 | | HOUSTON | TX | 77002 |
| 1117 | $ 17,625.88 | $ - | BYRON CARTER | PO BOX 152 | | | FORTUNA | ND | 58844 |
| 1128 | $ 12,507.81 | $ - | WAYNE R CHRISTIANSON | PO BOX 97 | | | FORTUNA | ND | 58844 |
| 1134 | $ 29,868.91 | $ - | ROBT & IRENE CONSTANTINE TRUST | IRENE CONSTANTINE TRUSTEE | 102 BRIARBROOK DR | | CARL JUNCTION | MO | 64834-9582 |
| 1138 | $ 6,677.69 | $ 2,271.98 | CODY OIL & GAS CORPORATION | 1600 STOUT ST STE 1850 | | | DENVER | CO | 80202 |
| 1139 | $ 17,821.40 | $ - | TED COLLINS JR | PO BOX 27 | | | MIDLAND | TX | 79702 |
| 1142 | $ 275,803.82 | $ - | CRESCENT POINT ENERGY US CORP | 555 17TH ST STE 1800 | | | DENVER | CO | 80202 |
| 1175 | $ 30,579.84 | $ - | MATILDA DRAWBOND | 10715 145TH AVE NW | | | FORTUNA | ND | 58844 |
| 1192 | $ 146,554.67 | $ 114,086.07 | EMPIRE OIL COMPANY | PO BOX 1835 | | | WILLISTON | ND | 58802 |
| 1201 | $ 35,816.12 | $ 35,499.22 | STEVEN B SWANSON | 95 52ND ST | | | HOLMES BEACH | FL | 34217 |
| 1204 | $ 48,147.03 | $ 14,340.27 | RICHARD L FINDLEY | 27 N 27TH ST | STE 21G | | BILLINGS | MT | 59101 |
| 1261 | $ 16,733.22 | $ - | SILAS & ARNETTE HAAGENSON F T | VANCE & KAREN MEYER TRUSTEES | BOX 55 | | WESTBY | MT | 59275 |
| 1325 | $ 9,544.67 | $ - | WAYNE A & ARLETTA J HERMAN | PO BOX 101 | | | WESTBY | MT | 59275 |
| 1351 | $ 8,436.66 | $ - | INLAND OIL & GAS CORPORATION | PO BOX 1313 | | | BISMARCK | ND | 58502 |
| 1426 | $ 7,306.35 | $ - | ALLAN G LASSEY | 15191 35TH ST NW | | | CARTWRIGHT | ND | 58838 |
| 1432 | $ 35,681.36 | $ 35,499.24 | THOMAS G LANTZ | 5615 W IDA DR | | | LITTLETON | CO | 80123 |
| 1443 | $ 148,321.52 | $ - | CHARLIE LESLIE | 3154 GRACEFIELD RD APT HG418 | | | SILVER SPRING | MD | 20904 |
| 1482 | $ 11,520.81 | $ - | TOD G MALECKAR | PO BOX 2353 | | | WILLISTON | ND | 58802 |
| 1523 | $ 31,330.85 | $ - | MISSOURI RIVER ROYALTY CORP | 919 S 7TH ST SUITE 405 | | | BISMARCK | ND | 58405 |
| 1529 | $ 14,768.56 | $ - | FRANK MONTGOMERY | 1600 NE 137TH AVE | | | PORTLAND | OR | 97230-4004 |
| 1530 | $ 10,319.94 | $ - | STEVE MONTGOMERY | 22003 GLENMONT ESTATES BLVD | | | MAGNOLIA | TX | 77355 |
| 1533 | $ 13,932.07 | $ 11,242.30 | GLENN D MOORE | C/O JASON D MOORE POA | 2111 4TH AVE E | | WILLISTON | ND | 58801 |
| 1550 | $ 8,964.74 | $ - | JAMES E MUZZY LIVING TRUST | JAMES E & HILARY MUZZY TTEES | 1004 21ST ST NW | | MINOT | ND | 58703 |
| 1551 | $ 13,068.10 | $ - | JERALD MUZZY | 5016 WILDROOT RD | | | LAS VEGAS | NV | 89130 |
| 1552 | $ 26,311.44 | $ - | MUREX PETROLEUM CORPORATION | 363 N SAM HOUSTON PKWY E STE 200 | | | HOUSTON | TX | 77060 |
| 1555 | $ 11,890.08 | $ - | M JANE NEINAST | 6 BUCKY DR | | | ROCHESTER | NY | 14624-5408 |
| 1568 | $ 2,239,372.21 | $ 93,256.26 | USG PROPERTIES BAKKEN I LLC | 700 UNIVERSE BLVD | | | JUNO BEACH | FL | 33408 |
| 1569 | $ 12,157.56 | $ - | CYNTHIA NIELSEN | 15240 94TH ST NW | | | WESTBY | MT | 59275 |
| 1570 | $ 52,418.73 | $ - | ERIC NIELSEN | 15240 94TH ST NW | | | WESTBY | MT | 59275 |
| 1571 | $ 8,021.06 | $ - | GARY E NIELSEN | 237 FOREST AVE | | | FARGO | ND | 58102 |
| 1591 | $ 42,576.09 | $ 36,115.40 | OFFICE OF NATURAL RESOURCES | REVENUE- O & G DIVISION ORDER | PO BOX 25165 | | DENVER | CO | 80225-0165 |
| 1592 | $ 7,128.42 | $ - | DANIEL J O'SHAUGHNESSY TRUST | DANIEL J O'SHAUGHNESSY TRUSTEE | 4880 S FRANKLIN ST | | ENGLEWOOD | CO | 80113 |
| 1593 | $ 7,128.42 | $ - | STEPHEN O'SHAUGHNESSY | 1801 BROADWAY STE 920 | | | DENVER | CO | 80202-3805 |
| 1615 | $ 125,773.42 | $ - | BEVERLY JEAN PEDERSON | 10310 149TH AVE N | | | WESTBY | MT | 59275 |
| 1616 | $ 125,773.42 | $ 11,242.30 | IRENE L PEDERSON | 200 SUNNYSIDE AVE | | | PLENTYWOOD | MT | 59254 |
| 1619 | $ 9,504.30 | $ - | BARBARA A PETERSON | 19309 170TH AVE NE | | | WOODINVILLE | WA | 98072 |
| 1636 | $ 13,664.75 | $ - | PUCKETT INVESTMENT COMPANY | 5460 S QUEBEC ST STE 250 | | | GREENWOOD VILLAGE | CO | 80111 |
| 1642 | $ 16,362.34 | $ - | MARGARET RATCLIFFE | 5085 ELROD DR | | | CASTRO VALLEY | CA | 94546 |
| 1645 | $ 32,768.18 | $ - | RED CROWN ROYALTIES LLC | PO BOX 888 | | | LITTLETON | CO | 80160-0888 |
| 1663 | $ 11,473.23 | $ - | RA RIVERS | 705 S MAIN ST | | | CROSBY | ND | 56730 |
| 1664 | $ 8,101.68 | $ - | RLCAPPS FAMILY 2008 LP | PO BOX 6025 | | | MIDLAND | TX | 79704 |
| 1700 | $ 13,088.20 | $ - | SAMSON RESOURCES COMPANY | 2 W 2ND ST | | | TULSA | OK | 74103 |
| 1701 | $ 8,043.93 | $ 9,554.34 | SANISH PROPERTIES LLC | PO BOX 1026 | | | DICKINSON | ND | 58602 |
| 1712 | $ 11,890.08 | $ - | ROBERT W SCHANTZ | 60450 W DAKOTA TRL | | | BEND | OR | 97702 |
| 1724 | $ 13,487.25 | $ 11,242.30 | DOROTHY SEIBOLD | 5605 W 49TH ST | | | SIOUX FALLS | SD | 57106 |
| 1727 | $ 9,294.12 | $ - | RENZA DALE SEWELL ESTATE | JOSEPH L SEWELL JR EXECUTOR | PO BOX 188 | | WASHINGTON | MS | 39190 |
| 1741 | $ 11,520.81 | $ - | DONN SKADELAND ESTATE | JANET SKADELAND PR | PO BOX 1938 | | WILLISTON | ND | 58802 |
| 1776 | $ 292,817.89 | $ - | ND DEPT OF TRUST LANDS | 1707 N 9TH ST | | | BISMARCK | ND | 58501 |
| 1784 | $ 88,303.65 | $ (48,963.56) | TANGEDAL FAMILY LIVING TRUST | RICHARD C TANGEDAL TRUSTEE | 1824 18TH AVE W | | WILLISTON | ND | 58801 |
| 1786 | $ 155,035.95 | $ - | MARSHALL TANGEDAL | 10785 145TH AVE NW | | | FORTUNA | ND | 58844 |
| 1787 | $ 14,765.20 | $ - | MURIELLE TANGEDAL | 10785 145TH AVE NW | | | FORTUNA | ND | 58844 |
| 1788 | $ 20,216.65 | $ - | NORM COMPANY LLC | 5329 CALLE VISTA | | | SAN DIEGO | CA | 92109 |
| 1794 | $ 17,762.14 | $ - | KEN SCOTT THOMPSON | PO BOX P | | | SHELTON | WA | 98584 |
| 1795 | $ 17,762.14 | $ - | MARIAN M THOMPSON | 11445 PORTAGE PL NW | | | GIG HARBOR | WA | 98332 |
| 1797 | $ 136,562.22 | $ - | SHELLY A THOMPSON | 17709 NE 27TH | | | REDMOND | WA | 98052 |
| 1801 | $ 10,319.94 | $ - | CAROLYN JANICE THURMOND | 16202 SURREY LN | | | MAGNOLIA | TX | 77355 |
| 1808 | $ 22,678.49 | $ - | MYRTLE MARGARET TORGERSON | 11-21ST ST W #101 | | | WILLISTON | ND | 58801 |
| 1828 | $ 10,319.94 | $ - | JULIA FRANCES WATTERS | 4642 APPLEWOOD | | | ODESSA | TX | 79761 |
| 1842 | $ 6,512.07 | $ - | HU & ELAINE WILLIAMSON TRUST | 1119 STONEGATE DR | | | BOZEMAN | MT | 59715 |
| 1857 | $ 14,980.06 | $ - | DEWEY WRIGHT | 407 HIGHWATER RD | | | SODDY DAISY | TN | 37379 |
| 1864 | $ 31,433.39 | $ - | AP ASSETS LLC | PO BOX 7 | | | BELFIELD | ND | 58622 |
| 1867 | $ 88,364.52 | $ - | BRENNAND ENERGY LTD | 1330 POST OAK BLVD, STE 2540 | | | HOUSTON | TX | 77056 |
| 1868 | $ 6,262.76 | $ - | HANCOCK ENTERPRISES | PO BOX 2527 | | | BILLINGS | MT | 59103 |

1

| # | Amount | Name | | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| 1881 | $ 8,918.68 | 26.92 | BARBARA BOHANNON | PO BOX 282 | | WILLISTON | ND | 58802-0282 |
| 1882 | $ 8,918.68 | 54.63 | BERYL CARTER | 3001 34TH AVE SW APT 1209 | | FARGO | ND | 58104-5152 |
| 1888 | $ 7,453.16 | - | KASMER & AAFEDT OIL INC | PO BOX 1949 | | WILLISTON | ND | 58802-1949 |
| 1903 | $ 15,009.61 | - | MICHELENE G TOOMEY | 1511 NORTH BLVD | | HOUSTON | TX | 77006 |
| 1906 | $ 20,216.65 | - | PATRICIA A TANGEDAL | 107 GALLATIN ST | | POLSON | MT | 59860 |
| 1911 | $ 13,195.96 | - | JOHN M CASHMAN | 818 WINNETKA CT | | MANITOWOC | WI | 54220 |
| 1912 | $ 13,195.96 | - | MARY C AUSTIN | 543 SARAH DR | | FOND DU LAC | WI | 54935 |
| 1914 | $ 17,786.43 | - | LYNDA FULLER | 4406 E MAIN ST STE 102 | PMB 57 | MESA | AZ | 85205 |
| 1915 | $ 17,786.43 | - | KBC RANCH LLC | 22802 MUNOZ ST | | QUEEN CREEK | AZ | 85142 |
| 1920 | $ 13,549.13 | 1,042.05 | DALE WILLISTON MINERAL 2010 LP | 2100 ROSS AVE STE 1870 LB-9 | | DALLAS | TX | 75201 |
| 1921 | $ 13,195.96 | - | KATHLEEN A CYPHER | 206 E BLACKHAWK AVE | | STETSONVILLE | WI | 54480 |
| 1936 | $ 10,395.22 | - | FRASE-TUCKER RESOURCES LLC | PO BOX 994486 | | REDDING | CA | 96099 |
| 1966 | $ 39,513.40 | 89.94 | BYRON & SHELLY CARTER | PO BOX 152 | | FORTUNA | ND | 58844 |
| 1978 | $ 9,822.89 | - | NODANA PETROLEUM CORP | PO BOX 1221 | | WILLISTON | ND | 58802-1221 |
| 2018 | $ 7,299.70 | - | J HIRAM MOORE LTD | PO BOX 842421 | | DALLAS | TX | 75284-2421 |
| 2023 | $ 13,676.20 | - | LAURA M WALLACE | 4515 NE 75TH AVE | | PORTLAND | OR | 97218 |
| 2039 | $ 10,317.41 | - | ENCHANTED ROYALTY PARTNERS | PO BOX 9100-253 | | BANDERA | TX | 78003 |
| 2055 | $ 10,317.41 | - | STOCKADE ROYALTY PARTNERS | PO BOX 2048 | | BRENHAM | TX | 77834 |
| 2065 | $ 10,974.16 | - | ALLEN D NELSON | PO BOX 4485 | | PORTLAND | OR | 97208 |
| 2066 | $ 8,762.36 | - | FORMATION ENERGY LP | 1600 STOUT ST | STE 1850 | DENVER | CO | 80202 |
| 2078 | $ 23,972.75 | - | CHARLES W AVERY | 2135 MEADOWOOD ST | | BILLINGS | MT | 59102 |
| 2083 | $ 53,253.89 | - | MAGBOYERFIVE LLC | 410 POINT RD | | NEW RICHMOND | WI | 54017 |
| 2084 | $ 51,190.82 | - | JAMES A FEIL TESTAMENTARY TRUST | FIRST NAT'L BANK&TRUST CO OF WILLISTON T'TEE | PO BOX 1827 | WILLISTON | ND | 58802-1827 |
| 2085 | $ 7,993.35 | - | DALE M VINCENT TRUST | J SMITH P ALBRYCHT & J VINCENT T'TEES | PO BOX 1210 | ABERDEEN | SD | 57402 |
| 2087 | $ 20,841.13 | - | PHILLIP FEIL | 3271 BOUNDLESS LN | | TIMNATH | CO | 80547 |
| 2088 | $ 21,534.54 | - | STEVEN FEIL | PO BOX 147 | | FORTUNA | ND | 58844 |
| 2114 | $ 11,362.04 | - | OMIMEX PETROLEUM INC | 7950 JOHN T WHITE RD | | FT WORTH | TX | 76120 |
| 2120 | $ 17,786.43 | - | MJC BAKKEN LLC | 4022 E HOPE ST | | MESA | AZ | 85205 |
| 2124 | $ 39,629.64 | - | NOBLE ROYALTY ACCESS FUND 14 LP | 15601 N DALLAS PKWY STE 900 | | ADDISON | TX | 75001 |
| 2125 | $ 40,248.75 | - | NOBLE ROYALTY ACCESS FUND 15 LP | 15601 N DALLAS PKWY STE 900 | | ADDISON | TX | 75001 |
| 2129 | $ 10,974.13 | - | DONALD ROY NELSON | 17219 17TH AVE W | | LYNNWOOD | WA | 98037 |
| 2130 | $ 55,497.13 | - | MOSBACHER USA INC | 712 MAIN ST STE 2200 | | HOUSTON | TX | 77002-3290 |
| 2132 | $ 115,215.42 | - | PRUET OIL CO | 217 W CAPITOL ST STE 201 | | JACKSON | MS | 39201 |
| 2147 | $ 76,811.67 | - | STUCKEY TRUST | ELEANOR T STUCKEY TRUSTEE | 8681 E CAROL WY | SCOTTSDALE | AZ | 85260 |
| 2151 | $ 104,837.20 | - | ROBERT & MARLENE WHITING 1996 LIVING TRUST | ROBERT R & MARLENE B WHITING TRUSTEES | 606 W 1ST ST | HARDIN | MT | 59034 |
| 2152 | $ 16,841.31 | - | PHILLIP DRAWBOND | 4710 WOODY RD | | MARIANNA | FL | 32446 |
| 2153 | $ 81,044.78 | - | DALE DRAWBOND | PO BOX 115 | | WESTBY | MT | 59275 |
| 2154 | $ 16,841.31 | - | LARRY DRAWBOND | 1750 500 ST | | SAINT ANSGAR | IA | 50472 |
| 2155 | $ 16,841.38 | - | SHARON WENGERD | 7428 MEADOW GROVE CT | | MOBILE | AL | 36619 |
| 2179 | $ 9,874.95 | - | STRANTON LAGA ENTERPRISE LLC | 775 MANNING RD | | KALISPELL | MT | 59901 |
| 2180 | $ 17,019.34 | - | MAINSTREAM INVESTORS LLC | PO BOX 4448 | | MINOT | ND | 58702 |
| 2181 | $ 19,772.35 | - | COLLINS & JONES INVESTMENTS LLC | 508 W WALL AVE STE 1200 | | MIDLAND | TX | 79701 |
| 2182 | $ 27,716.58 | - | REB CLARK | PO BOX 1441 | | MIDLAND | TX | 79702 |
| 2184 | $ 27,716.58 | - | DAVIS PARTNERS LTD | PO BOX 271 | | MIDLAND | TX | 79702 |
| 2185 | $ 46,707.82 | - | HICKORY ROYALTIES LLC | 15601 N DALLAS PKWY STE 900 | | ADDISON | TX | 75001 |
| 2186 | $ 20,787.45 | - | DAVID Y ROGERS | PO BOX 50368 | | MIDLAND | TX | 79710 |
| 2191 | $ 28,762.40 | - | FORMATION ENERGY LP | 1600 STOUT ST | STE 1850 | DENVER | CO | 80202 |
| 2192 | $ 13,951.76 | - | MICHAEL L WRIGHT | C/O ATTORNEY MICHAEL A WAGNER | 701 MARKET ST STE 1418 | CHATTANOOGA | TN | 37402 |
| 2193 | $ 13,951.76 | - | STEVEN L WRIGHT | C/O ATTORNEY MICHAEL A WAGNER | 701 MARKET ST STE 1418 | CHATTANOOGA | TN | 37402 |
| 2266 | $ 6,588.49 | - | BAKKEN HBT II LP | PO BOX 779 | | OKLAHOMA CITY | OK | 73101-0779 |
| 2269 | $ 23,498.76 | 79,996.71 | MPD OIL LLC | 3909 SW 317TH ST | | FEDERAL WAY | WA | 98023 |
| 2274 | $ 8,501.95 | - | NORTHERN ENERGY CORPORATION | PO BOX 2283 | | BISMARCK | ND | 58502 |
| 2300 | $ 13,745.79 | - | DENNIS M NIELSEN FAMILY REVOCABLE TRUST | CYNTHIA A NIELSEN TRUSTEE | 122 W LAUREL AVE | PLENTYWOOD | MT | 59254 |
| 2303 | $ 16,362.34 | - | BARBARA BOYE & HEATHER NELSON | 434 SOMERS AVE | | WHITEFISH | MT | 59937 |
| 2334 | $ 9,544.68 | - | MARLENE VOGEL REVOCABLE LIVING TRUST | MARLENE VOGEL TRUSTEE | 334 N ADAMS ST | PLENTYWOOD | MT | 59254 |
| 2348 | $ 14,005.06 | - | SUSAN MELBY | 1311 MURPHY AVE | | CRESCENT CITY | CA | 95531 |
| 2349 | $ 9,544.68 | - | RICHARD & RENETTA WESTGARD REV LIVING TRUST | PO BOX 126 | | WESTBY | MT | 59275 |
| 2359 | $ 6,813.06 | - | C G LANDER MINERALS LLC | 1107 5TH AVE NE | | THOMPSON | ND | 58278 |
| 2360 | $ 10,798.67 | - | CENTRAL NAZARENE CHURCH | 9715 SE POWELL BLVD | | PORTLAND | OR | 97266 |
| 2369 | $ 6,684.42 | - | E J LANDER CO I LLC | 3802 NICOLLET AVE #200 | | MINNEAPOLIS | MN | 55409 |
| 2382 | $ 7,199.10 | - | KATHLEEN LANDER RESOURCES LLC | 101 10TH ST E APT 436 | | ST PAUL | MN | 58101 |
| 2383 | $ 6,825.73 | - | LANDER LEGACY COMPANY LLC | 312 MAPLETON AVE | | BOULDER | CO | 80304 |
| 2384 | $ 6,893.65 | - | LANDER MONDRY FAMILY LLC | 16366 SKYLINERS RD | | BEND | OR | 97701 |
| 2392 | $ 6,689.86 | - | SBCM LANDER LLC | PO BOX 19650 | | MINNEAPOLIS | MN | 55419 |
| 2394 | $ 23,687.49 | - | SHANNON WELSH | 233 BRADLEY ST | | PORTLAND | ME | 04103 |
| 2396 | $ 7,282.61 | - | T D LANDER RESOURCES LLC | PO BOX 5608 | | GRAND FORKS | ND | 58206-5608 |
| 2409 | $ 13,805.05 | - | KS THOMPSON LLC | 819 VALLEY VIEW DR | | GLASGOW | MT | 59230 |
| 2413 | $ 17,092.06 | 24,481.79 | JILL M TANGEDAL | 137 TUXFORD CT | | HENDERSON | NV | 89074 |
| 2414 | $ 17,092.03 | 24,481.79 | VIRGINIA G TANGEDAL | 17492 VIA LINDO | | TUSTIN | CA | 92780 |

2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2448 | $ 8,695.01 | $ - | WHITNEY H MARVIN REVOCABLE TRUST | 555 17TH ST STE 880 | DENVER | CO | 80202 |
| 2469 | $ 19,837.04 | $ 15,871.49 | RAPALA ROYALTIES LLC | 27 N 27TH ST STE 21G | BILLINGS | MT | 59101 |
| 2568 | $ 130,159.42 | $ - | USG PROPERTIES BAKKEN I LLC CARRY | 700 UNIVERSE BLVD | JUNO BEACH | FL | 33408 |
| | $6,622,675.13 | $ 504,549.08 | | | | | |

3