# SOFA 3(b) Attachment 3:

Owner Payments by Check/Date Using Owner Codes

| Owner Code | Check Date | Check Num | Total |
|---|---|---|---|
| 1007 | 02/19/15 | 1282 | $ 18,505.41 |
| 1007 | 02/26/15 | 1409 | $ 5,706.54 |
| 1007 | 04/03/15 | 1719 | $ 3,629.51 |
| 1007 | 04/29/15 | 1878 | $ 5,867.04 |
| 1018 | 02/26/15 | 10726 | $ 5,791.96 |
| 1018 | 04/03/15 | 11282 | $ 3,263.66 |
| 1018 | 04/29/15 | 11558 | $ 4,511.96 |
| 1059 | 02/26/15 | 1410 | $ 3,179.12 |
| 1059 | 04/03/15 | 1720 | $ 2,441.68 |
| 1059 | 04/29/15 | 1879 | $ 3,208.16 |
| 1069 | 02/26/15 | 10731 | $ 15,640.76 |
| 1069 | 04/03/15 | 11286 | $ 10,976.52 |
| 1069 | 04/29/15 | 11563 | $ 11,967.77 |
| 1073 | 02/26/15 | 10732 | $ 62,577.82 |
| 1073 | 04/03/15 | 11287 | $ 43,375.76 |
| 1073 | 04/29/15 | 11564 | $ 48,221.70 |
| 1117 | 02/26/15 | 10741 | $ 7,944.29 |
| 1117 | 04/03/15 | 11295 | $ 5,005.42 |
| 1117 | 04/29/15 | 11571 | $ 4,676.17 |
| 1128 | 02/26/15 | 10743 | $ 4,815.07 |
| 1128 | 04/03/15 | 1609 | $ 3,464.25 |
| 1128 | 04/29/15 | 1765 | $ 4,228.49 |
| 1134 | 02/26/15 | 1300 | $ 12,724.76 |
| 1134 | 04/03/15 | 1611 | $ 7,367.25 |
| 1134 | 04/29/15 | 1767 | $ 9,776.90 |
| 1138 | 02/26/15 | 10745 | $ 2,666.05 |
| 1138 | 04/03/15 | 11298 | $ 1,782.13 |
| 1138 | 04/29/15 | 11573 | $ 2,229.51 |
| 1139 | 02/26/15 | 10746 | $ 7,302.80 |
| 1139 | 04/03/15 | 11299 | $ 5,072.54 |
| 1139 | 04/29/15 | 11574 | $ 5,446.06 |
| 1142 | 02/26/15 | 10747 | $ 137,281.03 |
| 1142 | 04/03/15 | 11300 | $ 74,900.05 |
| 1142 | 04/29/15 | 11575 | $ 63,622.74 |
| 1175 | 02/19/15 | 10698 | $ 1,892.50 |
| 1175 | 02/26/15 | 10751 | $ 14,826.42 |
| 1175 | 04/03/15 | 11306 | $ 565.16 |
| 1175 | 04/29/15 | 11579 | $ 13,295.76 |
| 1192 | 02/26/15 | 10755 | $ 63,886.36 |
| 1192 | 04/03/15 | 11310 | $ 41,810.72 |
| 1192 | 04/29/15 | 11583 | $ 40,857.59 |
| 1201 | 02/19/15 | 1283 | $ 14,816.90 |
| 1201 | 02/26/15 | 1414 | $ 4,200.32 |
| 1201 | 04/03/15 | 1722 | $ 10,841.68 |
| 1201 | 04/29/15 | 1883 | $ 5,957.22 |
| 1204 | 02/19/15 | 10699 | $ 14,816.88 |

1

| 1204 | 02/26/15 | 10759 | $ | 15,258.16 |
|---|---|---|---|---|
| 1204 | 04/03/15 | 11313 | $ | 18,071.99 |
| 1261 | 02/26/15 | 10773 | $ | 6,922.90 |
| 1261 | 04/03/15 | 11326 | $ | 4,382.69 |
| 1261 | 04/29/15 | 11597 | $ | 5,427.63 |
| 1325 | 04/03/15 | 11336 | $ | 9,367.45 |
| 1325 | 04/29/15 | 11607 | $ | 177.22 |
| 1351 | 02/26/15 | 1415 | $ | 3,286.13 |
| 1351 | 04/03/15 | 1723 | $ | 2,394.89 |
| 1351 | 04/29/15 | 1884 | $ | 2,755.64 |
| 1426 | 02/26/15 | 10798 | $ | 3,002.16 |
| 1426 | 04/03/15 | 11351 | $ | 2,075.44 |
| 1426 | 04/29/15 | 11621 | $ | 2,228.75 |
| 1432 | 02/19/15 | 1278 | $ | 14,816.88 |
| 1432 | 02/26/15 | 1322 | $ | 4,158.25 |
| 1432 | 04/03/15 | 1634 | $ | 10,790.64 |
| 1432 | 04/29/15 | 1790 | $ | 5,915.59 |
| 1443 | 04/29/15 | 11622 | $ | 148,321.52 |
| 1482 | 02/26/15 | 10811 | $ | 4,942.69 |
| 1482 | 04/03/15 | 11360 | $ | 2,824.10 |
| 1482 | 04/29/15 | 11629 | $ | 3,754.02 |
| 1523 | 02/19/15 | 1284 | $ | 6,280.42 |
| 1523 | 02/26/15 | 1417 | $ | 10,075.95 |
| 1523 | 04/03/15 | 1724 | $ | 7,054.66 |
| 1523 | 04/29/15 | 1886 | $ | 7,919.82 |
| 1529 | 02/26/15 | 1332 | $ | 11,302.00 |
| 1529 | 04/03/15 | 1643 | $ | 1,605.94 |
| 1529 | 04/29/15 | 1799 | $ | 1,860.62 |
| 1530 | 02/26/15 | 10820 | $ | 3,975.84 |
| 1530 | 04/03/15 | 11367 | $ | 2,901.07 |
| 1530 | 04/29/15 | 11638 | $ | 3,443.03 |
| 1533 | 02/19/15 | 1279 | $ | 11,599.48 |
| 1533 | 02/26/15 | 1333 | $ | 830.17 |
| 1533 | 04/03/15 | 1644 | $ | 502.64 |
| 1533 | 04/29/15 | 1800 | $ | 999.78 |
| 1550 | 02/26/15 | 1334 | $ | 3,510.03 |
| 1550 | 04/03/15 | 1645 | $ | 2,287.10 |
| 1550 | 04/29/15 | 1801 | $ | 3,167.61 |
| 1551 | 02/26/15 | 10824 | $ | 5,127.89 |
| 1551 | 04/03/15 | 11369 | $ | 3,317.41 |
| 1551 | 04/29/15 | 11642 | $ | 4,622.80 |
| 1552 | 02/19/15 | 1285 | $ | 208.19 |
| 1552 | 02/26/15 | 1419 | $ | 13,985.34 |
| 1552 | 04/03/15 | 1726 | $ | 2,609.54 |
| 1552 | 04/29/15 | 1888 | $ | 9,508.37 |
| 1555 | 02/26/15 | 10825 | $ | 2,034.03 |
| 1555 | 04/03/15 | 11370 | $ | 7,436.31 |

2

| | | | | |
|---|---|---|---|---:|
| 1555 | 04/29/15 | 11643 | $ | 2,419.74 |
| 1568 | 02/26/15 | 1420 | $ | 786,930.07 |
| 1568 | 04/15/15 | 1749 | $ | 1,452,442.14 |
| 1569 | 02/26/15 | 10826 | $ | 5,495.60 |
| 1569 | 04/03/15 | 11371 | $ | 3,809.56 |
| 1569 | 04/29/15 | 11644 | $ | 2,852.40 |
| 1570 | 02/26/15 | 10827 | $ | 45,756.77 |
| 1570 | 04/03/15 | 11372 | $ | 3,809.56 |
| 1570 | 04/29/15 | 11645 | $ | 2,852.40 |
| 1571 | 04/29/15 | 11646 | $ | 8,021.06 |
| 1591 | 02/03/15 | 155 | $ | 3,911.14 |
| 1591 | 02/04/15 | 157 | $ | 15,346.18 |
| 1591 | 02/05/15 | 156 | $ | 7,442.28 |
| 1591 | 02/06/15 | 158 | $ | 15,876.49 |
| 1592 | 02/26/15 | 1337 | $ | 1,219.46 |
| 1592 | 04/03/15 | 1647 | $ | 4,458.26 |
| 1592 | 04/29/15 | 1804 | $ | 1,450.70 |
| 1593 | 02/26/15 | 10832 | $ | 1,219.46 |
| 1593 | 04/03/15 | 11377 | $ | 4,458.26 |
| 1593 | 04/29/15 | 11651 | $ | 1,450.70 |
| 1615 | 02/19/15 | 10704 | $ | 19,670.52 |
| 1615 | 02/26/15 | 10834 | $ | 83,504.43 |
| 1615 | 04/03/15 | 11379 | $ | 11,967.27 |
| 1615 | 04/29/15 | 11653 | $ | 10,631.20 |
| 1616 | 02/19/15 | 10705 | $ | 19,670.52 |
| 1616 | 02/26/15 | 10835 | $ | 83,504.43 |
| 1616 | 04/03/15 | 11380 | $ | 11,967.27 |
| 1616 | 04/29/15 | 11654 | $ | 10,631.20 |
| 1619 | 02/26/15 | 1338 | $ | 1,146.12 |
| 1619 | 04/03/15 | 1649 | $ | 522.62 |
| 1619 | 04/29/15 | 1805 | $ | 7,835.56 |
| 1636 | 02/26/15 | 10838 | $ | 5,662.15 |
| 1636 | 04/03/15 | 11382 | $ | 4,515.72 |
| 1636 | 04/29/15 | 11657 | $ | 3,486.88 |
| 1642 | 04/03/15 | 11384 | $ | 16,058.53 |
| 1642 | 04/29/15 | 11659 | $ | 303.81 |
| 1645 | 02/19/15 | 10706 | $ | 2,950.57 |
| 1645 | 02/26/15 | 10840 | $ | 16,491.05 |
| 1645 | 04/15/15 | 11552 | $ | 13,326.56 |
| 1663 | 02/19/15 | 10707 | $ | 9,552.33 |
| 1663 | 02/26/15 | 10847 | $ | 683.65 |
| 1663 | 04/03/15 | 11389 | $ | 413.92 |
| 1663 | 04/29/15 | 11665 | $ | 823.33 |
| 1664 | 02/26/15 | 10848 | $ | 1,015.67 |
| 1664 | 04/03/15 | 11390 | $ | 652.69 |
| 1664 | 04/29/15 | 11666 | $ | 6,433.32 |
| 1700 | 02/26/15 | 10852 | $ | 5,646.94 |

3

| | | | | |
|---|---|---|---|---:|
| 1700 | 04/03/15 | 11397 | $ | 3,911.21 |
| 1700 | 04/29/15 | 11671 | $ | 3,530.05 |
| 1701 | 02/26/15 | 10853 | $ | 3,520.74 |
| 1701 | 04/03/15 | 11398 | $ | 2,328.72 |
| 1701 | 04/29/15 | 11672 | $ | 2,194.47 |
| 1712 | 02/26/15 | 10859 | $ | 2,034.03 |
| 1712 | 04/03/15 | 11402 | $ | 7,436.31 |
| 1712 | 04/29/15 | 11677 | $ | 2,419.74 |
| 1724 | 02/19/15 | 10708 | $ | 11,229.14 |
| 1724 | 02/26/15 | 10862 | $ | 803.66 |
| 1724 | 04/03/15 | 11403 | $ | 486.59 |
| 1724 | 04/29/15 | 11679 | $ | 967.86 |
| 1727 | 02/26/15 | 10863 | $ | 3,478.93 |
| 1727 | 04/03/15 | 11404 | $ | 2,575.59 |
| 1727 | 04/29/15 | 11680 | $ | 3,239.60 |
| 1741 | 02/26/15 | 10865 | $ | 4,942.69 |
| 1741 | 04/03/15 | 11406 | $ | 2,824.10 |
| 1741 | 04/29/15 | 11682 | $ | 3,754.02 |
| 1776 | 02/26/15 | 1424 | $ | 115,677.17 |
| 1776 | 04/03/15 | 1730 | $ | 85,222.78 |
| 1776 | 04/29/15 | 1892 | $ | 91,917.94 |
| 1784 | 02/26/15 | 10874 | $ | 15,193.42 |
| 1784 | 04/03/15 | 11414 | $ | 55,240.72 |
| 1784 | 04/29/15 | 11690 | $ | 17,869.51 |
| 1786 | 02/19/15 | 10709 | $ | 4,328.13 |
| 1786 | 02/26/15 | 10875 | $ | 59,355.90 |
| 1786 | 04/03/15 | 11415 | $ | 54,005.26 |
| 1786 | 04/29/15 | 11691 | $ | 37,346.66 |
| 1787 | 02/26/15 | 10876 | $ | 3,284.61 |
| 1787 | 04/03/15 | 11416 | $ | 8,136.39 |
| 1787 | 04/29/15 | 11692 | $ | 3,344.20 |
| 1788 | 02/19/15 | 10710 | $ | 8,377.54 |
| 1788 | 02/26/15 | 10877 | $ | 3,897.04 |
| 1788 | 04/03/15 | 11417 | $ | 3,712.76 |
| 1788 | 04/29/15 | 11693 | $ | 4,229.31 |
| 1794 | 02/26/15 | 1361 | $ | 7,040.62 |
| 1794 | 04/03/15 | 1673 | $ | 4,404.89 |
| 1794 | 04/29/15 | 1829 | $ | 6,316.63 |
| 1795 | 02/26/15 | 1362 | $ | 7,040.62 |
| 1795 | 04/03/15 | 1674 | $ | 4,404.89 |
| 1795 | 04/29/15 | 1830 | $ | 6,316.63 |
| 1797 | 02/19/15 | 1280 | $ | 4,188.78 |
| 1797 | 02/26/15 | 1363 | $ | 54,009.52 |
| 1797 | 04/03/15 | 1675 | $ | 45,163.00 |
| 1797 | 04/29/15 | 1831 | $ | 33,200.92 |
| 1801 | 02/26/15 | 1365 | $ | 3,975.84 |
| 1801 | 04/03/15 | 1677 | $ | 2,901.07 |

4

| | | | | |
|---|---|---|---|---:|
| 1801 | 04/29/15 | 1833  | $ | 3,443.03 |
| 1808 | 02/26/15 | 1366  | $ | 9,729.61 |
| 1808 | 04/03/15 | 1678  | $ | 5,559.18 |
| 1808 | 04/29/15 | 1834  | $ | 7,389.70 |
| 1828 | 02/26/15 | 10881 | $ | 3,975.84 |
| 1828 | 04/03/15 | 11422 | $ | 2,901.07 |
| 1828 | 04/29/15 | 11698 | $ | 3,443.03 |
| 1842 | 02/26/15 | 10886 | $ | 2,669.96 |
| 1842 | 04/03/15 | 11427 | $ | 1,849.78 |
| 1842 | 04/29/15 | 11703 | $ | 1,992.33 |
| 1857 | 02/26/15 | 10891 | $ | 14,744.36 |
| 1857 | 04/03/15 | 1684  | $ | 109.38 |
| 1857 | 04/29/15 | 1839  | $ | 126.32 |
| 1864 | 02/26/15 | 10893 | $ | 11,632.09 |
| 1864 | 04/03/15 | 11433 | $ | 9,229.23 |
| 1864 | 04/29/15 | 11709 | $ | 10,572.07 |
| 1867 | 02/26/15 | 1426  | $ | 28,445.06 |
| 1867 | 04/03/15 | 1732  | $ | 32,136.47 |
| 1867 | 04/29/15 | 1894  | $ | 27,782.99 |
| 1868 | 02/26/15 | 10894 | $ | 2,061.09 |
| 1868 | 04/03/15 | 11434 | $ | 2,206.56 |
| 1868 | 04/29/15 | 11710 | $ | 1,995.11 |
| 1881 | 02/26/15 | 10896 | $ | 3,584.71 |
| 1881 | 04/03/15 | 11436 | $ | 2,492.79 |
| 1881 | 04/29/15 | 11715 | $ | 2,841.18 |
| 1882 | 02/26/15 | 10897 | $ | 3,584.71 |
| 1882 | 04/03/15 | 11437 | $ | 2,492.79 |
| 1882 | 04/29/15 | 11716 | $ | 2,841.18 |
| 1888 | 02/26/15 | 10898 | $ | 3,070.30 |
| 1888 | 04/03/15 | 11440 | $ | 2,117.55 |
| 1888 | 04/29/15 | 11717 | $ | 2,265.31 |
| 1903 | 02/26/15 | 10904 | $ | 5,784.98 |
| 1903 | 04/03/15 | 11442 | $ | 3,564.86 |
| 1903 | 04/29/15 | 11719 | $ | 5,659.77 |
| 1906 | 02/19/15 | 1281  | $ | 8,377.53 |
| 1906 | 02/26/15 | 1375  | $ | 3,897.04 |
| 1906 | 04/03/15 | 1692  | $ | 3,712.77 |
| 1906 | 04/29/15 | 1844  | $ | 4,229.31 |
| 1911 | 02/26/15 | 10906 | $ | 5,139.90 |
| 1911 | 04/03/15 | 11443 | $ | 3,745.90 |
| 1911 | 04/29/15 | 11720 | $ | 4,310.16 |
| 1912 | 02/26/15 | 10907 | $ | 5,139.90 |
| 1912 | 04/03/15 | 11444 | $ | 3,745.90 |
| 1912 | 04/29/15 | 11721 | $ | 4,310.16 |
| 1914 | 02/26/15 | 10908 | $ | 6,752.24 |
| 1914 | 04/03/15 | 11445 | $ | 4,890.31 |
| 1914 | 04/29/15 | 11722 | $ | 6,143.88 |

5

| | | | | |
|---|---|---|---|---:|
| 1915 | 02/26/15 | 1428 | $ | 6,752.24 |
| 1915 | 04/03/15 | 1734 | $ | 4,890.31 |
| 1915 | 04/29/15 | 1896 | $ | 6,143.88 |
| 1920 | 02/26/15 | 10910 | $ | 5,566.87 |
| 1920 | 04/03/15 | 11447 | $ | 3,849.15 |
| 1920 | 04/29/15 | 11724 | $ | 4,133.11 |
| 1921 | 02/26/15 | 10911 | $ | 5,139.90 |
| 1921 | 04/03/15 | 11448 | $ | 3,745.90 |
| 1921 | 04/29/15 | 11725 | $ | 4,310.16 |
| 1936 | 02/19/15 | 10711 | $ | 629.47 |
| 1936 | 02/26/15 | 10916 | $ | 3,518.11 |
| 1936 | 04/03/15 | 11450 | $ | 2,843.00 |
| 1936 | 04/29/15 | 11729 | $ | 3,404.64 |
| 1966 | 02/26/15 | 10919 | $ | 16,164.45 |
| 1966 | 04/03/15 | 11453 | $ | 11,251.06 |
| 1966 | 04/29/15 | 11734 | $ | 12,097.89 |
| 1978 | 02/26/15 | 10926 | $ | 3,635.02 |
| 1978 | 04/03/15 | 11460 | $ | 2,884.12 |
| 1978 | 04/29/15 | 11741 | $ | 3,303.75 |
| 2018 | 02/19/15 | 10712 | $ | 1,762.48 |
| 2018 | 02/26/15 | 10928 | $ | 2,009.18 |
| 2018 | 04/03/15 | 11462 | $ | 1,447.18 |
| 2018 | 04/29/15 | 11744 | $ | 2,080.86 |
| 2023 | 02/26/15 | 1388 | $ | 10,798.68 |
| 2023 | 04/03/15 | 1699 | $ | 1,295.15 |
| 2023 | 04/29/15 | 1857 | $ | 1,582.37 |
| 2039 | 02/26/15 | 10937 | $ | 4,053.40 |
| 2039 | 04/03/15 | 11469 | $ | 2,362.36 |
| 2039 | 04/29/15 | 11751 | $ | 3,901.65 |
| 2055 | 02/26/15 | 10945 | $ | 4,053.40 |
| 2055 | 04/03/15 | 11475 | $ | 2,362.36 |
| 2055 | 04/29/15 | 11759 | $ | 3,901.65 |
| 2065 | 02/26/15 | 1391 | $ | 4,708.18 |
| 2065 | 04/03/15 | 1700 | $ | 2,690.09 |
| 2065 | 04/29/15 | 1858 | $ | 3,575.89 |
| 2066 | 02/26/15 | 10947 | $ | 3,447.02 |
| 2066 | 04/03/15 | 11477 | $ | 2,494.64 |
| 2066 | 04/29/15 | 11761 | $ | 2,820.70 |
| 2078 | 02/26/15 | 10951 | $ | 11,045.80 |
| 2078 | 04/03/15 | 11480 | $ | 6,820.64 |
| 2078 | 04/29/15 | 11764 | $ | 6,106.31 |
| 2083 | 02/26/15 | 1432 | $ | 49,033.75 |
| 2083 | 04/03/15 | 1739 | $ | 2,182.25 |
| 2083 | 04/29/15 | 1901 | $ | 2,037.89 |
| 2084 | 04/29/15 | 11765 | $ | 51,190.82 |
| 2085 | 02/26/15 | 1433 | $ | 1,577.78 |
| 2085 | 04/03/15 | 1740 | $ | 2,822.93 |

6

| | | | | |
|---|---|---|---|---|
| 2085 | 04/29/15 | 1902 | $ | 3,592.64 |
| 2087 | 04/03/15 | 1703 | $ | 206.28 |
| 2087 | 04/29/15 | 1861 | $ | 20,634.85 |
| 2088 | 04/03/15 | 1704 | $ | 213.14 |
| 2088 | 04/29/15 | 1862 | $ | 21,321.40 |
| 2114 | 02/26/15 | 1434 | $ | 6,207.59 |
| 2114 | 04/03/15 | 1741 | $ | 945.01 |
| 2114 | 04/29/15 | 1903 | $ | 4,209.44 |
| 2120 | 02/26/15 | 10962 | $ | 6,752.24 |
| 2120 | 04/03/15 | 11491 | $ | 4,890.31 |
| 2120 | 04/29/15 | 11775 | $ | 6,143.88 |
| 2124 | 02/26/15 | 10963 | $ | 16,176.94 |
| 2124 | 04/03/15 | 11492 | $ | 10,594.03 |
| 2124 | 04/29/15 | 11776 | $ | 12,858.67 |
| 2125 | 02/26/15 | 10964 | $ | 16,446.40 |
| 2125 | 04/03/15 | 11493 | $ | 10,757.05 |
| 2125 | 04/29/15 | 11777 | $ | 13,045.30 |
| 2129 | 02/26/15 | 1435 | $ | 4,708.16 |
| 2129 | 04/03/15 | 1742 | $ | 2,690.08 |
| 2129 | 04/29/15 | 1904 | $ | 3,575.89 |
| 2130 | 02/19/15 | 10714 | $ | 25,221.02 |
| 2130 | 02/26/15 | 10965 | $ | 1,049.69 |
| 2130 | 04/03/15 | 11494 | $ | 21,023.69 |
| 2130 | 04/29/15 | 11778 | $ | 8,202.73 |
| 2132 | 04/03/15 | 11495 | $ | 92,651.46 |
| 2132 | 04/29/15 | 11779 | $ | 22,563.96 |
| 2147 | 02/19/15 | 10715 | $ | 8,377.54 |
| 2147 | 02/26/15 | 10968 | $ | 61,750.91 |
| 2147 | 04/03/15 | 11498 | $ | 2,453.91 |
| 2147 | 04/29/15 | 11782 | $ | 4,229.31 |
| 2151 | 02/26/15 | 10969 | $ | 91,513.33 |
| 2151 | 04/03/15 | 11499 | $ | 7,619.07 |
| 2151 | 04/29/15 | 11783 | $ | 5,704.80 |
| 2152 | 02/19/15 | 10716 | $ | 2,301.19 |
| 2152 | 02/26/15 | 10970 | $ | 1,044.60 |
| 2152 | 04/03/15 | 11500 | $ | 551.98 |
| 2152 | 04/29/15 | 11784 | $ | 12,943.54 |
| 2153 | 02/19/15 | 10717 | $ | 42,693.05 |
| 2153 | 02/26/15 | 10971 | $ | 2,686.45 |
| 2153 | 04/03/15 | 11501 | $ | 3,663.43 |
| 2153 | 04/29/15 | 11785 | $ | 32,001.85 |
| 2154 | 02/19/15 | 10718 | $ | 2,301.19 |
| 2154 | 02/26/15 | 10972 | $ | 1,044.60 |
| 2154 | 04/03/15 | 11502 | $ | 551.98 |
| 2154 | 04/29/15 | 11786 | $ | 12,943.54 |
| 2155 | 02/19/15 | 10719 | $ | 2,301.19 |
| 2155 | 02/26/15 | 10973 | $ | 1,044.64 |

| | | | | |
|---|---|---|---|---:|
| 2155 | 04/03/15 | 11503 | $ | 552.01 |
| 2155 | 04/29/15 | 11787 | $ | 12,943.54 |
| 2179 | 02/26/15 | 1438 | $ | 4,358.49 |
| 2179 | 04/03/15 | 1745 | $ | 2,559.96 |
| 2179 | 04/29/15 | 1907 | $ | 2,956.50 |
| 2180 | 02/26/15 | 1439 | $ | 7,301.69 |
| 2180 | 04/03/15 | 1746 | $ | 4,171.96 |
| 2180 | 04/29/15 | 1908 | $ | 5,545.69 |
| 2181 | 04/03/15 | 11510 | $ | 19,171.17 |
| 2181 | 04/29/15 | 11793 | $ | 601.18 |
| 2182 | 04/29/15 | 11794 | $ | 27,716.58 |
| 2184 | 02/26/15 | 10979 | $ | 25,903.52 |
| 2184 | 04/03/15 | 11511 | $ | 970.33 |
| 2184 | 04/29/15 | 11795 | $ | 842.73 |
| 2185 | 02/26/15 | 10980 | $ | 18,931.93 |
| 2185 | 04/03/15 | 11512 | $ | 12,504.97 |
| 2185 | 04/29/15 | 11796 | $ | 15,270.92 |
| 2186 | 04/03/15 | 11513 | $ | 20,155.40 |
| 2186 | 04/29/15 | 11797 | $ | 632.05 |
| 2191 | 02/26/15 | 10983 | $ | 10,989.05 |
| 2191 | 04/03/15 | 11515 | $ | 8,798.82 |
| 2191 | 04/29/15 | 11800 | $ | 8,974.53 |
| 2192 | 02/26/15 | 10984 | $ | 13,716.06 |
| 2192 | 04/03/15 | 11516 | $ | 109.38 |
| 2192 | 04/29/15 | 11801 | $ | 126.32 |
| 2193 | 02/26/15 | 10985 | $ | 13,716.06 |
| 2193 | 04/03/15 | 11517 | $ | 109.38 |
| 2193 | 04/29/15 | 11802 | $ | 126.32 |
| 2266 | 02/26/15 | 1440 | $ | 3,042.00 |
| 2266 | 04/03/15 | 1747 | $ | 1,878.35 |
| 2266 | 04/29/15 | 1909 | $ | 1,668.14 |
| 2269 | 04/29/15 | 1910 | $ | 23,498.76 |
| 2274 | 04/29/15 | 11815 | $ | 8,501.95 |
| 2300 | 02/19/15 | 10720 | $ | 2,415.23 |
| 2300 | 02/26/15 | 11003 | $ | 10,550.68 |
| 2300 | 04/03/15 | 11530 | $ | 483.19 |
| 2300 | 04/29/15 | 11817 | $ | 296.69 |
| 2303 | 02/26/15 | 11004 | $ | 16,058.53 |
| 2303 | 04/29/15 | 11818 | $ | 303.81 |
| 2334 | 04/29/15 | 11820 | $ | 9,544.68 |
| 2348 | 04/03/15 | 11532 | $ | 13,746.94 |
| 2348 | 04/29/15 | 1875 | $ | 258.12 |
| 2349 | 04/29/15 | 11823 | $ | 9,544.68 |
| 2359 | 04/29/15 | 11825 | $ | 6,813.06 |
| 2360 | 04/03/15 | 11534 | $ | 10,470.34 |
| 2360 | 04/29/15 | 11826 | $ | 328.33 |
| 2369 | 04/29/15 | 11829 | $ | 6,684.42 |

8

| 2382 | 04/29/15 | 11835 | $ | 7,199.10 |
|------|----------|-------|---|----------|
| 2383 | 04/29/15 | 11836 | $ | 6,825.73 |
| 2384 | 04/29/15 | 11837 | $ | 6,893.65 |
| 2392 | 04/29/15 | 11839 | $ | 6,689.86 |
| 2394 | 04/03/15 | 11537 | $ | 22,967.26 |
| 2394 | 04/29/15 | 11840 | $ | 720.23 |
| 2396 | 04/29/15 | 11841 | $ | 7,282.61 |
| 2409 | 02/26/15 | 1441 | $ | 4,786.20 |
| 2409 | 04/03/15 | 1748 | $ | 3,843.87 |
| 2409 | 04/29/15 | 1911 | $ | 5,174.98 |
| 2413 | 02/26/15 | 1407 | $ | 2,940.83 |
| 2413 | 04/03/15 | 1717 | $ | 10,692.40 |
| 2413 | 04/29/15 | 1876 | $ | 3,458.83 |
| 2414 | 02/26/15 | 1408 | $ | 2,940.80 |
| 2414 | 04/03/15 | 1718 | $ | 10,692.40 |
| 2414 | 04/29/15 | 1877 | $ | 3,458.83 |
| 2448 | 02/26/15 | 11014 | $ | 8,453.31 |
| 2448 | 04/29/15 | 11844 | $ | 241.70 |
| 2469 | 04/29/15 | 11847 | $ | 19,837.04 |
| 2568 | 02/26/15 | 1442 | $ | 84,659.03 |
| 2568 | 04/15/15 | 1750 | $ | 45,500.39 |