# **SOFA 14 Attachment**

## Owner Payables

Case:15-15073-HRT   Doc#:65-4   Filed:05/22/15   Entered:05/22/15 19:04:48   Page1 of 8

SOFA 14: Property Held For Another Person (Owner Payables)

| Owner# | Payable | Name | Address_Line_One | Address_Line_Two | Address_Line_Three | City | State_Code | ZIP |
|---|---|---|---|---|---|---|---|---|
| 1004 | $ 942.25 | SHAWN JAMES ADAMS | 10785 136TH AVE NW | | | FORTUNA | ND | 58844 |
| 1006 | $ 53.06 | JAMES RODNEY & GAIL IRENE ADAMS | 13625 109TH ST NW | | | FORTUNA | ND | 58844 |
| 1043 | $ 347.48 | ASEN 2 CORP | 4800 N SCOTTSDALE RD | SUITE 1400 | | SCOTTSDALE | AZ | 82521 |
| 1047 | $ 24,544.91 | JENIFER B BAEZ | 1610 POST OFFICE ST APT 2 | | | GALVESTON | TX | 77550-1196 |
| 1048 | $ 43.17 | MICHAEL BAISCH | 2336 BUENA VISTA ST | | | GASTONIA | NC | 28054 |
| 1049 | $ 43.17 | REBECCA BAISCH | 9305 MEADE ST | | | WESTMINSTER | CO | 80031 |
| 1050 | $ 43.17 | RICHARD BAISCH | 401 N GRAND AVE | | | FOWLERVILLE | MI | 48836 |
| 1069 | $ 8,871.99 | BLACK STONE MINERALS COMPANY | 1001 FANNIN STE 2020 | | | HOUSTON | TX | 77002-6709 |
| 1073 | $ 35,487.95 | BLACK STONE ENERGY COMPANY LLC | 1001 FANNIN ST | STE 2020 | | HOUSTON | TX | 77002 |
| 1075 | $ 36.18 | LINDA A BOBLITT | 8437 HIDDEN VALLEY CIR | | | FAIR OAKS | CA | 95628-6120 |
| 1080 | $ 72.37 | DREW BORG | 3145 POINT O PINES RD #21 | | | BARNES | WI | 54873 |
| 1081 | $ 72.37 | RICHARD BORG | 62710 BIRD LN #12 | | | LA GRANDE | OR | 97850 |
| 1094 | $ 51.30 | JACKIE M BROWN | PO BOX 144 | | | RAYMOND | MT | 59256 |
| 1098 | $ (341,341.85) | BRP LLC | HUNTINGTON BANK | | L-3355 | COLUMBUS | OH | 43260-3355 |
| 1116 | $ (1.90) | MARGARET BROWN CARR ESTATE | 1005 EAST LAKE RD | | | OAKDALE | CT | 06370 |
| 1119 | $ 5,982.82 | TANYAU (GERMAN) CAIATI | 3108 FLEMMING AVE | | | GREENACRES | FL | 33463 |
| 1122 | $ 51.30 | TRACY CHRISTENSEN | 2497 HWY 287 | | | SHERIDAN | MT | 59749 |
| 1133 | $ 130,166.37 | BRYAN H CONLEY | 21105 262ND AVE | | | MAPLE VALLEY | WA | 98058 |
| 1138 | $ 2,271.98 | CODY OIL & GAS CORPORATION | 1600 STOUT ST STE 1850 | | | DENVER | CO | 80202 |
| 1141 | $ 761.78 | DAWN COBURN | 4812 MONRO AVE | | | SUMMERLAND | BC | V0H 1Z2 |
| 1150 | $ 336.40 | ALBERT DAWKINS | 119 HIGH ST | | | RUIDOSO | NM | 88345 |
| 1151 | $ 336.40 | THOMAS DAWKINS | 3720 SCENIC DR | | | MOBILE | AL | 36605 |
| 1152 | $ 50.13 | JOVAN DAWSON TRUST | LYNN WATKINS TRUSTEE | 1211 W BROADWAY | | ARDMORE | OK | 73401 |
| 1166 | $ 81.86 | CRAIG W DENNIS | 783 8TH AVE SW | | | DICKINSON | ND | 58601 |
| 1167 | $ 81.85 | WILLIAM A DENNIS | 223 9TH ST SE | | | MINOT | ND | 58701 |
| 1182 | $ 861.53 | FRANK ANDREAS EGGE | HEGRENES | | 6847 VASSENDEN | NORWAY | | |
| 1192 | $ 114,086.07 | EMPIRE OIL COMPANY | PO BOX 1835 | | | WILLISTON | ND | 58802 |
| 1199 | $ 36.18 | BRENDA MARY EVERSLEY | 300 E 23RD ST | | | YANKTON | SD | 57078 |
| 1201 | $ 35,499.22 | STEVEN B SWANSON | 95 52ND ST | | | HOLMES BEACH | FL | 34217 |
| 1202 | $ 9,471.68 | BETTY FERREL | 3740 PINEBROOK CIR #107 | | | BRADENTON | FL | 34209 |
| 1204 | $ 14,340.27 | RICHARD L FINDLEY | 27 N 27TH ST | STE 21G | | BILLINGS | MT | 59101 |
| 1210 | $ 584.33 | KNUT FOLLESO | SAFRANSTIEN 10 | | 1621 GRESSVIK | NORWAY | | |
| 1212 | $ 74.09 | SHARON FORINASH | 708 NW 12TH ST | | | BLUE SPRING | MO | 64015 |
| 1214 | $ 90.59 | DAVID FOULKES | 3820 USHER CT | | | ALEXANDRIA | VA | 22304 |
| 1215 | $ (1.54) | GEORGE C FOULKES | 8261 WESTWOOD HILLS CURVE | | | ST LOUIS PARK | MN | 55426 |
| 1234 | $ 24,544.91 | MELISSA GAIL ADAMS | 12143 STONY SMT | | | SAN ANTONIO | TX | 78247 |
| 1248 | $ 66.02 | PENNY ROGERS GOODWIN | 3629 CAYTON RD | | | WESTLAKE | LA | 70669-5805 |
| 1258 | $ 49.46 | DOUGLAS J GUION | PO BOX 899 | | | DENVER | CO | 80201-0899 |
| 1307 | $ (10.44) | HARMS-WOLD FAMILY GRP LLP | PO BOX 1402 | | | WATFORD CITY | ND | 58854 |
| 1321 | $ 45.78 | DONALD HERMAN | 1061 BLVD AVE | | | HAVRE | MT | 59501 |
| 1322 | $ 45.78 | GERALD HERMAN | PO BOX 127 | | | WESTBY | MT | 59275 |
| 1324 | $ 61.04 | RICHARD HERMAN | 12553 DANBURY WY | | | ROSEMOUNT | MN | 55068 |
| 1328 | $ 6,902.64 | HERCULES ENERGY LLC | 8586 E HOMESTEAD RD | | | PARKER | CO | 80138 |
| 1342 | $ 599.35 | MELISSA GAIL ADAMS | 13620 109TH ST NW | | | FORTUNA | ND | 58844 |
| 1354 | $ 74.09 | DORIS JACOBSON | 209 2ND ST NW | | | PARSHALL | ND | 58770 |
| 1356 | $ (2,186.47) | NAOMI JAMES | #205 625 W 45TH AVE | | | VANCOUVER | BC | V5Z 4G1 |
| 1357 | $ 78.13 | ROBERT G JAMES | PO BOX 899 | | | DENVER | CO | 80201-0899 |
| 1362 | $ 29.19 | FRANK JEPPI BY-PASS TRUST | F JEPPI, R DEWAR & N GOODE TST | 501 S CHESTER | | BAKERSFIELD | CA | 93304 |
| 1363 | $ 43.17 | LANA JERN | 2049 EMERSON ST | | | DENVER | CO | 80205 |
| 1368 | $ 54,274.67 | RICHARD JOHNSON | 20656 VIEW OAKS WY | | | SAN JOSE | CA | 95120 |
| 1373 | $ (391.36) | MARK H JORAANSTAD | 7402 W PORT AU PRINCE LN | | | PEORIA | AZ | 85381 |
| 1379 | $ 51.00 | JOURNEYS END INC | PO BOX 899 | | | DENVER | CO | 80201-0899 |
| 1381 | $ 16.01 | CRAIG J JORAANSTAD | 904 SUNBURST LN | | | WASHINGTON | IL | 61571 |
| 1382 | $ 16.01 | GARY M JORAANSTAD | 14690 WISTERIA LAKES DR | | | BATON ROUGE | LA | 70818 |
| 1383 | $ 29.87 | STEPHEN A JORAANSTAD | PO BOX 124 | | | CROSBY | ND | 58730 |
| 1384 | $ 10,144.06 | CLAUDE D KASEMAN | 1090 BUFFALO TRAIL RD | | | MOLT | MT | 59057 |
| 1385 | $ 1,943.97 | JOHN J KASMER | PO DRAWER 1945 | | | WILLISTON | ND | 58802 |
| 1393 | $ 24,475.60 | KATHLEEN KIHLE | 3150 LEXINGTON AVE #227 | | | SHOREVIEW | MN | 55126 |
| 1396 | $ 58.71 | JASON EDMUND KJOS | 32574 361ST AVE | | | LAKE CITY | MN | 55041 |
| 1425 | $ 58.71 | MARY ELLEN KJOS LARSON | 8808 WHISPERING OAKS TR | | | SHAKOPEE | MN | 55379 |
| 1427 | $ 57.93 | ELISA LAVORATO | 7311 124TH ST E | | | PUYALLUP | WA | 98373 |
| 1428 | $ 57.93 | JAMES LAVORATO | 3105 30TH ST SE | | | PUYALLUP | WA | 98374 |
| 1432 | $ 35,499.24 | THOMAS G LANTZ | 5615 W IDA DR | | | LITTLETON | CO | 80123 |

1

SOFA 14: Property Held For Another Person (Owner Payables)

| # | Amount | Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1445 | $ 36.18 | BRIAN SCOTT LEVIG | 2631 BROOKVIEW LN SW | | PEQUOT LAKES | MN | 56472 |
| 1447 | $ 36.18 | LEE LEVIG | 106 SCOT CT | | FAIRFIELD | CA | 94534 |
| 1449 | $ 36.18 | LISA LEVIG | 3607 ST MATHIAS RD | | FORT RIPLEY | MN | 56449 |
| 1450 | $ 36.18 | LYLE LEVIG JR | 51 D WASHINGTON ST | | CAMDEN | ME | 04843 |
| 1451 | $ 36.18 | MARK ALAN LEVIG | PO BOX 312 | | MERRIFIELD | MN | 56465 |
| 1454 | $ 36.18 | TODD STEVEN LEVIG | 4154 S SYLVIA LN | | SHOREVIEW | MN | 55126 |
| 1463 | $ 64.08 | LOREEN LEO | 2320 SAHALEE DR E | | SAMMAMISH | WA | 98074 |
| 1466 | $ (11,682.14) | LINDA PETROLEUM CO | 515 N SAM HOUSTON PKWY STE 485 | | HOUSTON | TX | 77060 |
| 1468 | $ 15,047.25 | JOHN R LIPPMANN | PO BOX 2908 | | NORMAN | OK | 73070 |
| 1472 | $ 74.09 | ELIZABETH J LOWE MOORE | 6050 CANYON SPRINGS PL | | COLORADO SPRINGS | CO | 80918 |
| 1479 | $ 6,858.34 | LYNX OIL COMPANY | 9736 W SWARTHMORE DR | | LITTLETON | CO | 80123 |
| 1496 | $ 67,353.92 | MARY CASSELMAN MCCALL | 6910 CHEVY CHASE AVE | | DALLAS | TX | 75205 |
| 1497 | $ 914.56 | PAUL L MCCULLISS | PO BOX 3248 | | LITTLETON | CO | 80161 |
| 1509 | $ 5,183.67 | ESTATE OF SANDRA MEEVE | PO BOX 20143 | | BILLINGS | MT | 59104 |
| 1521 | $ 43.17 | CANDY MILLER | 5269 WYDELLA RD SW | | LILBURN | GA | 30047 |
| 1524 | $ 43.65 | ANN E MONNIG | 3902 12TH ST S | | ARLINGTON | VA | 22204 |
| 1525 | $ 43.65 | CURTIS A MONNIG | 255 CAMINO CALIFIA | | SAM MARCOS | CA | 92069 |
| 1526 | $ 43.65 | DOUGLAS N MONNIG | 42 WARD CT | | LAKEWOOD | CO | 80228 |
| 1527 | $ 43.65 | JOSEPH T MONNIG III | 19960 HWY 144 | | SAINTE GENEVIEVE | MO | 63670 |
| 1531 | $ 74.09 | CALVIN MOORE | PO BOX 906 | | WHITE SULFER SPRINGS | MT | 59645 |
| 1533 | $ 11,242.30 | GLENN D MOORE | C/O JASON D MOORE POA | 2111 4TH AVE E | WILLISTON | ND | 58801 |
| 1537 | $ 74.09 | SCOTT MOORE | 7 N CUSTER AVE | | MILES CITY | MT | 59301 |
| 1541 | $ 15.97 | GEORGE E MOSS JR | 4360 WORTH ST | | LOS ANGELES | CA | 90063 |
| 1542 | $ 15.97 | JOHN K MOSS | 4360 WORTH ST | | LOS ANGELES | CA | 90063 |
| 1543 | $ 19,580.47 | TINA MOE | 19120 SW MURPHY CT | | BEAVERTON | OR | 97007 |
| 1554 | $ 17,759.85 | PHILLIP C NEILSON | 2435 NE 122ND APT #103 | | OKLAHOMA CITY | OK | 73120 |
| 1568 | $ 93,256.26 | USG PROPERTIES BAKKEN II LLC | 700 UNIVERSE BLVD | | JUNO BEACH | FL | 33408 |
| 1577 | $ 346.53 | PALMER D NORBY | 12255 CTY RD #350 | | SIDNEY | MT | 59270 |
| 1591 | $ 36,115.40 | OFFICE OF NATURAL RESOURCES | REVENUE- O & G DIVISION ORDER | PO BOX 25165 | DENVER | CO | 80225-0165 |
| 1595 | $ 761.78 | KENNETH OWENS | 3880 SWAMP RD | | KELOWNA | BC | V1W 4M9 |
| 1596 | $ 761.78 | CHRIS OWENS | 3532 BASSANO TERRACE | | ABBOTSFORD | BC | V3G 2Z7 |
| 1597 | $ 456.79 | GARRY OWENS | 4812 MONRO AVE | | SUMMERLAND | BC | V0H 1Z2 |
| 1598 | $ 456.90 | JEANNE OWENS | 4812 MONRO AVE | | SUMMERLAND | BC | V0H 1Z2 |
| 1610 | $ 19,035.99 | ELIZABETH PATTON | 3205 GAIL CT | | IRVING | TX | 75060 |
| 1611 | $ 10,327.21 | JOHN PATTON | 1450 MINE LANE RD | | EASTON | PA | 18045 |
| 1612 | $ 19,035.99 | MARSHALL PATTON | 5300 LONDON PL | | MIDLAND | TX | 79707 |
| 1614 | $ 69.93 | CATHERINE JAMES PAGLIA | PO BOX 899 | | DENVER | CO | 80201-0899 |
| 1647 | $ 9,959.05 | CARL D REIMERS III | 327 BRYAN AVE | | FT WORTH | TX | 76104 |
| 1648 | $ 6,363.85 | ELIZABETH REISING | 4647 POWERS BLVD | | DECATUR | IL | 62521 |
| 1654 | $ 9,959.05 | THOMAS B REYNOLDS | 327 BRYAN AVE | | FT WORTH | TX | 76104 |
| 1656 | $ 74,307.50 | LOIS BROWN REMMEN | 110 UNION ST #204 | | DETROIT LAKES | MN | 56501 |
| 1661 | $ 127,461.47 | MAURINE ADAMS RICHARDSON TRUST | MONTY B ADAMS TRUSTEE | PO BOX 1749 | COLUMBIA | LA | 71418 |
| 1669 | $ 71.02 | SUSAN MARIE WILTFONG HANNA | 31 CHILCOTT RD | | JOLIET | MT | 59041 |
| 1670 | $ 66.02 | WH ROGERS III | 58 STIRLING RD | | NATCHEZ | MS | 39120 |
| 1673 | $ 258.79 | ROBBIN ROMERO | 0 | | 0 | 0 | 0 |
| 1682 | $ 53.42 | ORDEAN & DELAINE RUDE FAMILY MINERAL LLP | 4924 COUNTRY LN | | WILLISTON | ND | 58801 |
| 1693 | $ 6,363.85 | FREDERICK T SANDBURG | 52085 GRAND AVE | | WESTERN SPRINGS | IL | 60558 |
| 1699 | $ 42.55 | SUSAN SAUVAGEAU | 45 LEXINGTON DR | | BILLINGS | MT | 59102 |
| 1701 | $ 9,554.34 | SANISH PROPERTIES LLC | PO BOX 1026 | | DICKINSON | ND | 58602 |
| 1720 | $ 62.32 | FERNE SCHULZ | 6220 MART WY APT 205 | | MISSION | KS | 66202 |
| 1724 | $ 11,242.30 | DOROTHY SEIBOLD | 5605 W 49TH ST | | SIOUX FALLS | SD | 57106 |
| 1749 | $ 34.20 | SOUTH PARK ROYALTY CO LLC | PO BOX 8946 | | DENVER | CO | 80201-8946 |
| 1755 | $ 17,759.85 | MICHAEL W STEFONOWICZ | 1422 STERLING CT | | WEST FARGO | ND | 58078 |
| 1768 | $ 7,396.14 | STEWART GEOLOGICAL INC | 2650 OVERLAND AVE | | BILLINGS | MT | 59102 |
| 1774 | $ 64.08 | KRISTI L STAKSTON | 4002C S 158TH ST | | SEATTLE | WA | 98188 |
| 1783 | $ 51.30 | ROCKY SYME | 722 DOUGLAS AVE | | PLENTYWOOD | MT | 59254 |
| 1784 | $ (48,963.56) | RICHARD C TANGEDAL FAMILY LIVING TRUST | RICHARD C TANGEDAL TRUSTEE | 1824 18TH AVE W | WILLISTON | ND | 58801 |
| 1791 | $ 1,830.11 | MARY M TERNQUIST | #27-1020 LANFRANCO RD | | KELOWNA | BC | V1W 3W6 |
| 1820 | $ 14,799.82 | KANDICE F VANDENDRIESSCHE | 101 CIRCLE DR | | MARSHALL | MN | 56285 |
| 1824 | $ 66.02 | JANET ROGERS ALLEN | 1190 W KINGSTON SQ | | LAKE CHARLES | LA | 70611 |
| 1825 | $ 43.17 | TERRY VIGNEAULT | 5269 WYDELLA RD SW | | LILBURN | GA | 30047 |
| 1840 | $ 456.22 | RUTH WIGNESS | BOX 151 | | FORTUNA | ND | 58844 |
| 1843 | $ 110,429.64 | WILLISTON PROJECTS INC | C/O MUREX PETROLEUM CORP | 363 N SAM HOUSTON PKWY E STE 200 | HOUSTON | TX | 77060 |
| 1845 | $ 71.02 | MICHAEL WILTFONG | 1534 SARAH JEAN CT | | KEIZER | OR | 97303 |

SOFA 14: Property Held For Another Person (Owner Payables)

| # | Amount | Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1846 | $ 71.02 | RAYMOND G WILTFONG JR | 5608 SE WOODHAVEN ST | | MILWAUKEE | OR | 97222 |
| 1858 | $ 29,328.31 | HENRY WUEBKER ESTATE | CONVALESCENT CENTER | 705 JACKSON ST | RICHMOND | TX | 77469 |
| 1870 | $ 2,392.22 | IRVIN D ROBERTS ESTATE | JUANITA F ROBERTS LINDSAY AS PR | 201 WHITE OAK DR | NEWTON | IL | 62448-1022 |
| 1871 | $ 3,788.60 | JACK J ROBERTS ESTATE | JACQUELINE F CARTER AS PR | 33 E GRAVES RD #42 | SPOKANE | WA | 99128 |
| 1872 | $ (0.10) | BETTY CUNNINGHAM | 715 17TH ST NW | | ALBUQUERQUE | NM | 87104-1310 |
| 1873 | $ (0.10) | DORIS WILSON | LUCINDA BAKER POA | 304 E IOWA ST | OBLONG | IL | 62449 |
| 1874 | $ 757.75 | KAREN ROBERTS | 308 W ILLINIOS ST | | OBLONG | IL | 62449 |
| 1875 | $ 6.87 | MARSHA L KINSEY | 2728 COUNTY ROAD 545N | | ELLERY | IL | 62833 |
| 1876 | $ 6.87 | DIANA SPARKS | 8656 N 600TH ST | | ROBINSON | IL | 62454 |
| 1877 | $ 296.68 | WILLIAM J ROBERTS | 0082 N 300TH ST | | OBLONG | IL | 62449 |
| 1878 | $ 6.87 | LINDA HILL | 940 CTY RD 2800E | | EL PASO | IL | 61738 |
| 1879 | $ 9,959.05 | REYNOLDS AMALGAMATED LLC | PO BOX 470485 | | FT WORTH | TX | 76147-0485 |
| 1880 | $ 6,181.53 | LAURIE HAWKINSON | 7 MERCER ST | | NEW YORK CITY | NY | 10013 |
| 1881 | $ 26.92 | BARBARA BOHANNON | PO BOX 282 | | WILLISTON | ND | 58802-0282 |
| 1882 | $ 54.63 | BERYL CARTER | 3001 34TH AVE SW APT 1209 | | FARGO | ND | 58104-5152 |
| 1884 | $ 3,798.60 | RONALD BROCKAMP | 28650 JIVARO ST NW | | ISANTI | MN | 55040 |
| 1885 | $ 3,798.60 | BRIAN O BROCKAMP | 749 E RIVER RD | APT 301 | ANOKA | MN | 55303 |
| 1886 | $ 3,798.60 | BLANCHE LESTER | 9639 NORWOOD DR | | SALADO | TX | 76571 |
| 1887 | $ 3,798.60 | LINDA ST AORO | 27100 NAPLES ST NE | | ISANTI | MN | 55040 |
| 1889 | $ 54.65 | WILLIAM J BROWN | P.O. BOX 426 | | FESTUS | MO | 63028 |
| 1890 | $ 54.65 | DON NEGAARD | P.O. BOX 1000 | | MINOT | ND | 58702 |
| 1891 | $ 54.65 | JENNIFER L HUNTER | 920 - 13TH AVE | | MINOT | ND | 58701 |
| 1892 | $ 16.01 | JAMES A JORAANSTAD | 58 HILTONHEAD DR | | RANCHO MIRAGE | CA | 92270 |
| 1897 | $ (0.69) | STEVEN D BUSCH | 2056 LOST PINES CIR | | HENDERSON | NV | 89074 |
| 1902 | $ 66.02 | JOE D ROGERS | PO BOX 161322 | | MOBILE | AL | 36616 |
| 1905 | $ 54.65 | ROBERT PERRY BROWN | 236 LATHROP AVE. | | FORREST PARK | IL | 60130 |
| 1917 | $ 26,735.25 | ROSS ROYALTY WILLISTON II LP | 2100 ROSS AVE STE1870 LB-9 | | DALLAS | TX | 75201 |
| 1920 | $ 1,042.05 | DALE WILLISTON MINERAL 2010 LP | 2100 ROSS AVE STE 1870 LB-9 | | DALLAS | TX | 75201 |
| 1934 | $ 65.21 | LUKE EUGENE REEVES | 153 REEVCO LN | | FERRIDAY | LA | 71334 |
| 1935 | $ 36.33 | LUCY ELIZABETH KEITH | 2700 CREPE MYRTLE DR | | FLOWER MOUND | TX | 75028 |
| 1943 | $ 405.54 | ALBERT G METCALFE III | PO BOX 53667 | | MIDLAND | TX | 79710 |
| 1953 | $ 1,024.92 | SUNDANCE OIL & GAS LLC | P.O. BOX 2631 | | BISMARCK | ND | 58502-2631 |
| 1966 | $ 89.94 | BYRON & SHELLY CARTER | PO BOX 152 | | FORTUNA | ND | 58844 |
| 1967 | $ 456.22 | SCOTT A WIGNESS | PO BOX 36 | | FORTUNA | ND | 58844 |
| 1968 | $ 456.22 | KENT J WIGNESS | BOX 4 | | FORTUNA | ND | 58844 |
| 1969 | $ 456.22 | KRISTI M COONEY | 4257 NOKOMIS AVE | | MINNEAPOLIS | MN | 55406 |
| 1993 | $ 98.10 | LINDA CONN | 4440 E ELENA AVE | | MESA | AZ | 85206-2606 |
| 2004 | $ 14.69 | KENNETH A SCHLENKER | PO BOX 3161 | | BILLINGS | MT | 59103 |
| 2019 | $ 12,123.64 | FRANK C & LARAINE E GREIDER | 1429 W RIVERVIEW | | DACATUR | IL | 62522 |
| 2020 | $ 6,593.59 | BARBARA BARGSTEN | 10933 TEABARK RD | | MORENO VALLEY | CA | 92557 |
| 2026 | $ 98.33 | EDWIN M AVERY | 7951 E ELLSWORTH AVE | | DENVER | CO | 80230 |
| 2027 | $ 98.33 | JOHN A REDEKER | 612 PINE TREE RD | | FREDERICK | OK | 73542 |
| 2028 | $ 98.33 | WILLIAM H WATSON | 3879 E 120TH #315 | | THORNTON | CO | 80233 |
| 2048 | $ 60,353.51 | VESTAL RESOURCES INC | PO BOX 2523 | | WILLISTON | ND | 58802 |
| 2052 | $ (126.82) | MARGO S HARRISON | HEATHER C HARRISON POA | 500 W 7TH ST UNIT 27 | FT WORTH | TX | 76102-4773 |
| 2053 | $ 9,319.94 | PARKER L HARRISON | 2200 WILLOWICK 2G | | HOUSTON | TX | 77027 |
| 2054 | $ 80,564.66 | URSULA G LUSK | 5050 WOODWAY 3-J | | HOUSTON | TX | 77056 |
| 2057 | $ 456.09 | CARY ALLEN HEGREBERG | 4165 HIGHWAY 284 | | TOWNSEND | MT | 59644 |
| 2058 | $ 456.09 | VEEANN HEGREBERG | 22421 BEA CT | | SANTA CLARA | CA | 91350 |
| 2059 | $ 456.09 | ROGER DEAN HEGREBERG | 137 E RYAN DR | | HAYDEN | ID | 83835 |
| 2069 | $ 885.01 | PETER C & NANCY J SHEEHAN | 3019 BROWNING TRL | | BILLINGS | MT | 59106 |
| 2070 | $ 50.35 | MOUNTAIN DIVIDE | 33 FIRST AVE SW | PO BOX 200 | CUT BANK | MT | 59427 |
| 2072 | $ 92.69 | O'BRIEN EXPLORATION LLC | PO BOX 1813 | | BISMARCK | ND | 58502 |
| 2079 | $ 62,334.59 | ERWIN N SCHWARTZ | | | COTTONWOOD | MN | 56229 |
| 2080 | $ 62,334.59 | LOREN E ERICKSON | | 0 | 0 | 0 | 0 |
| 2081 | $ 55.86 | MARCIA HOLAS | 100 DIVIDE ST | | GLENDIVE | MT | 59330 |
| 2082 | $ 11,775.66 | XOG EMPLOYEE ROYALTY FUND LLC | PO BOX 352 | | MIDLAND | TX | 79702 |
| 2092 | $ 1,087.51 | JAMES E MUZZY | 1622 30 AVE NW | | COLEHARBOR | ND | 58531 |
| 2093 | $ 65.21 | ROBERT ROGER REEVES IV | 225 MCJUNKIN LN | | VIDALIA | LA | 71373 |
| 2098 | $ 80.95 | LAURA PRICE | 4650 W PHILLIPS BLVD | | ONTARIO | CA | 91762 |
| 2099 | $ 2,802.53 | DEBBIE KAINZ-BRODIE | 737 HEMLOCK AVE | | IMPERIAL BEACH | CA | 91932 |
| 2108 | $ 86.14 | PAULA CAPRARA | 12526 MORNING GLORY DR | | RANCHO CUCAMONGA | CA | 91739 |
| 2109 | $ 86.14 | MARIE A. BROWN | 20265 OSSEO RD | | APPLE VALLEY | CA | 92308 |
| 2110 | $ 86.14 | ANDREW T MIGLIOZZI JR | 27965 VIA AMBROSA | | LAGUNA NIGUEL | CA | 92677 |

3

SOFA 14: Property Held For Another Person (Owner Payables)

| # | Amount | Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 2111 | $ 86.14 | PAUL J MIGLIOZZI | 28696 CANYON OAK DR | | HIGHLAND | CA | 92346 |
| 2115 | $ 10,227.07 | SUNDHEIM OIL CORPORATION | PO BOX 230 | | CROSBY | ND | 58770 |
| 2116 | $ 7,213.16 | TRES MINERALS LTD | PO BOX 670 | | MIDLAND | TX | 79702 |
| 2117 | $ 7,212.98 | REARDEN MINERALS LLC | 5914 W COURTYARD DR | STE 200 | AUSTIN | TX | 78730 |
| 2118 | $ 45.26 | SHANNON FOULKES | 4819 GIRARD AVE S | | MINNEAPOLIS | MN | 55426 |
| 2119 | $ 45.22 | SARAH FOULKES | 8243 WESTWOOD HILLS CURVE | | ST LOUIS PARK | MN | 55426 |
| 2126 | $ 3,010.30 | BETTY JEAN CUNNINGHAM TRUST | BETTY JEAN CUNNINGHAM TRUSTEE | 715 17TH ST NW | ALBUQUERQUE | NM | 87104 |
| 2127 | $ 265.55 | DORIS E WILSON TRUST DTD 8-16-2002 | LUCINDA SUE BAKER TRUSTEE | | | | |
| 2128 | $ 529.82 | JACK E KING & MARY SUSAN KING | 3517 BEN HOGAN DR | | BILLINGS | MT | 59106 |
| 2131 | $ 1,152.14 | MENDELL FAMILY PARTNERSHIP LTD | PO BOX 1429 | | BURNET | TX | 78611 |
| 2133 | $ 3,906.07 | RICHARD C TANGEDAL | 1824-18TH AVE W | | WILLISTON | ND | 58801 |
| 2134 | $ 3,906.07 | DEAN J TANGEDAL | N 10593 PURITAN RD | | BESSEMER | MI | 49911 |
| 2135 | $ 3,906.07 | CHERYL K JOHANSEN | PO BOX 605 | | UMITILLA | OR | 97882 |
| 2136 | $ 1,953.01 | JERRY W TANGEDAL | 134 COUNTRY CLUB AVE | | PLENTYWOOD | MT | 59254 |
| 2137 | $ 1,953.01 | STEVEN M TANGEDAL | 1200 DOWNING | | DENVER | CO | 80218 |
| 2138 | $ 1,953.01 | LYNN M MCGHAN | 15182 W PAULINE TRL | | RATHDRUM | ID | 83858 |
| 2139 | $ 1,953.01 | LUANNE E TANGEDAL | 1610 S LOGGERS POND PL APT 12 | | BOISE | ID | 83706-6597 |
| 2140 | $ 1,953.01 | DOUGLAS K TANGEDAL | 774 JAMES DR | | PLENTYWOOD | MT | 59254 |
| 2141 | $ 1,953.01 | CRAIG A TANGEDAL | 2129 HILTON HEAD | | ROUND ROCK | TX | 78664 |
| 2145 | $ 299.98 | A JAY SEILER | 1853 ALOHA LN | | GLADWYNE | PA | 19422 |
| 2150 | $ 6,966.17 | PHYLLIS A & CLIFFORD A PETERSON | 301 S LAVENTURE RD APT 121 | | MT VERNON | WA | 98274 |
| 2158 | $ 1,314.44 | RED RIVER RESORCES LLC | PO BOX 366 | | SIDNEY | MT | 59270 |
| 2171 | $ 49.94 | ETHAN T RITTER | 5084 132ND LN NW | | WILLISTON | ND | 58801 |
| 2172 | $ 6,659.76 | EVAN J RITTER | 5072 132ND LN NW | | WILLISTON | ND | 58801 |
| 2178 | $ 90.59 | MARGARET FOULKES | 2611 YUKON AVE S | | ST LOUIS PARK | MN | 55426 |
| 2183 | $ 2,249.68 | MOLLY M VOCHKO & JOSEPH F VOCHKO | AS JOINT TENANTS | 6201 RIDGE RD | CHANHASSEN | MN | 55317 |
| 2188 | $ 461.07 | RUSSELL E HOUCK | PO BOX 80 | | WILBAUX | MT | 59353 |
| 2189 | $ 10,246.09 | SONDRA PATTON | 5300 LONDON PL | | MIDLAND | TX | 79707 |
| 2190 | $ 65.72 | MBI OVERRIDES LLC | PO BOX 7 | | BELFIELD | ND | 58622-0007 |
| 2195 | $ 60,353.51 | NISKU ROYALTY LP | PO BOX 2293 | | BILLINGS | MT | 59103 |
| 2204 | $ 5.86 | LEE N GANEY | 5609 E IDA CIR | | GREENWOOD VILLAGE | CO | 80111 |
| 2205 | $ 397.98 | THE MOON OIL COMPANY | PO BOX 697 | | BISMARCK | ND | 58502 |
| 2206 | $ 56.48 | EVELYN M PEPPLE TRUST | EVELYN M PEPPLE TRUSTEE | 503 1ST ST N | FESSENDON | ND | 58438 |
| 2207 | $ 104.05 | RANDALL N SICKLER | 668 PALM BEACH RD | | DICKINSON | ND | 58601 |
| 2214 | $ 5,099.53 | SIDNEY RAE SEAY | 2944 S DELAWARE PL | | TULSA | OK | 74114 |
| 2216 | $ 2,926.61 | DALE L FORSBERG | 1112 DELMART CT #6 | | MINOT | ND | 58703 |
| 2217 | $ 1,625.89 | ROBERT G MUNDS | 14883 WASHINGTON DR | | FONTANA | CA | 92335 |
| 2218 | $ 57.00 | MICHAEL NELSON | 6017 GRAND REUNION DR | | HOSCHTON | GA | 30548 |
| 2219 | $ 57.00 | SONJA VAN ARSDALE | 617 WASHINGTON ST #7 | | MCMINNVILLE | OR | 97128 |
| 2220 | $ 51.30 | SCOTT SYME | 306 OLIVE ST | | PLENTYWOOD | MT | 59254 |
| 2221 | $ 74.09 | SUSAN H DUNN | 12196 W BELLEVIEW DR | | LITTLETON | CO | 80127 |
| 2222 | $ 74.09 | LARRY NORDHAGEN | 8678 BOILING SPRINGS LN | | SHAKOPEE | MN | 55379 |
| 2223 | $ 74.09 | DANNY O MOORE | 506 POLLY AVE | | PLENTYWOOD | MT | 59254 |
| 2224 | $ 74.09 | RITA MOORE | 4310 HIGHCLIFF AVE | | GILETTE | WY | 82718 |
| 2225 | $ 97.08 | BARBARA J HUBER | 1949 24TH ST SW | | MINOT | ND | 58703 |
| 2226 | $ 97.08 | DENNIS L FORSBERG | 924 8TH ST NE | | MINOT | ND | 58703 |
| 2227 | $ 97.08 | GARRY P FORSBERG | 501 E INTERSTATE AVE APT #1 | | BISMARCK | ND | 58503 |
| 2228 | $ 97.08 | BRENDA L BENSON | 1805 7TH AVE SW | | MINOT | ND | 58701 |
| 2229 | $ 97.08 | KENNETH W FORSBERG | 315 9TH AVE SE | | DEVILS LAKE | ND | 58301 |
| 2230 | $ 121.96 | MATTHEW R KOLLING | 1045 20TH ST W | | DICKINSON | ND | 58601-2832 |
| 2231 | $ 43.91 | BEVERLY KILPATRICK | PO BOX 101535 | | FORT WORTH | TX | 76185-1535 |
| 2232 | $ 43.91 | SHARON SCAGGS | 5228 WESTWAY DR | | SAN ANGELO | TX | 76904 |
| 2233 | $ 43.91 | ELIZABETH GRIFFIN | 6912 ALLEN PL | | FORT WORTH | TX | 76116 |
| 2234 | $ 4,743.37 | AGNES PETERSON | 227 LOGAN AVE N | | MINNEAPOLIS | MN | 55405 |
| 2235 | $ 4,743.37 | ETHEL DAHLIN | 8017 ASTER DR | | BROOKLIN PARK | MN | 55441 |
| 2236 | $ 4,743.37 | HULDA THORPE | PO BOX 365 | | FRAZEE | MN | 56544 |
| 2237 | $ 4,743.37 | SYLVIA DAY | 2514 THOMAS AVE N | | MINNEAPOLIS | MN | 55411 |
| 2238 | $ 4,743.37 | LILLIAN DARTH | 2522 THOMAS AVE N | | MINNEAPOLIS | MN | 55411 |
| 2242 | $ 28.37 | JOHN H KEMP JR | 626 W LAUREL AVE | | PLENTYWOOD | MT | 59254 |
| 2243 | $ 18.68 | BARBARA DAVISON | 306 OLIVE ST | | PLENTYWOOD | MT | 59254 |
| 2244 | $ 18.68 | DEBERAH HATTON | 1333 41ST W | | BIRMINGHAM | AL | 35208 |
| 2245 | $ 18.68 | JAMES STRICHERZ | 608 BARTON RD | | EAGLE POINT | OR | 97524 |
| 2246 | $ 45.70 | CYNERGY ADVISORS LLC | 2521 Billabong Ave | | NEW BRAUNFELS | TX | 78132-3906 |
| 2247 | $ 858.49 | LEGEND OIL & GAS LTD | 505 1218 3RD AVE | | SEATTLE | WA | 98101 |

4

SOFA 14: Property Held For Another Person (Owner Payables)

| # | Amount | Name | Address 2 | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 2248 | $ 30.32 | DAVID R GILSON | | PO BOX 677 | BILLINGS | MT | 59103 |
| 2249 | $ 294.80 | KERR OIL INC | | 903 PRINCETON AVE | BILLINGS | MT | 59102 |
| 2250 | $ 67.54 | ROBERT B VERMETTE | | 112 AVENUE B | BILLINGS | MT | 59101 |
| 2251 | $ 46.84 | AL QUAMMEN | | 5930 RAINBOW RIDGE RD | BILLINGS | MT | 59101 |
| 2252 | $ 35.26 | STEWART ROYALTIES LLC | | 710 GRANDE AVE STE 7 | BILLINGS | MT | 59101 |
| 2253 | $ 14.69 | E & M OIL CORP | | PO BOX 796 | BILLINGS | MT | 59103 |
| 2254 | $ 5.86 | TERRY L GANEY | | 325 CLAYTON ST | DENVER | CO | 80206 |
| 2255 | $ 11.75 | SUNSHINE PACIFIC CORP | | PO BOX 304 | MEETEESE | WY | 82433 |
| 2256 | $ 60.98 | KELLY D ROBINSON REVOCABLE LIVING TRUST | 303 S UNION ST UNIT 1 | KELLY D ROBINSON TRUSTEE | TRAVERSE CITY | MI | 49684 |
| 2257 | $ 29.86 | SPARTAN MINERALS | | 303 S UNION ST UNIT 1 | TRAVERSE CITY | MI | 49684 |
| 2258 | $ 84.28 | MBI ROYALTIES LLC | | PO BOX 7 | BELFIELD | ND | 58622 |
| 2260 | $ 56,405.53 | KENT M LYNCH | | 121 8TH ST W | WILLISTON | ND | 58801 |
| 2261 | $ 60,353.51 | THE DUBLIN COMPANY | | PO BOX 783 | WILLISTON | ND | 58802-0783 |
| 2262 | $ 17,145.88 | RONALD L BLACK & LESLIE M BLACK | | PO BOX 249 | WILLISTON | ND | 58802-0249 |
| 2265 | $ 39,544.68 | LMC ENERGY LLC | | 550 W TEXAS STE 945 | MIDLAND | TX | 79701 |
| 2269 | $ 79,996.71 | MPD OIL LLC | | 3909 SW 317TH ST | FEDERAL WAY | WA | 98023 |
| 2276 | $ 1.27 | MARY ANNE PERRY | | 4103 CUTTING HORSE AVE | NORTH LAS VEGAS | NV | 89032-2694 |
| 2277 | $ 0.56 | LYNN M KRANZ | | 406 DENNISON AVE | FORT COLLINS | CO | 80526-3320 |
| 2278 | $ 2.04 | CLARENCE PERRY JR | | 6020 SE 6TH AVE | DES MOINES | IA | 50317 |
| 2279 | $ 37.37 | ESTELITA O FERRIS | | PO BOX 42872 | LAS VEGAS | NV | 89116-0872 |
| 2280 | $ 65.36 | L DEAN PALMER MARITAL DEDUCTION TRUST | 101 CLEARFIELD CT | NORMA K PALMER TRUSTEE | ELKTON | MD | 21921-7512 |
| 2281 | $ 77.91 | SANDRA HOLLINGSWORTH | | 1301 SW 155TH ST | OKLAHOMA CITY | OK | 73170 |
| 2282 | $ 73.84 | MITCH PALMER | | 940231 S 3390 RD | CHANDLER | OK | 74834 |
| 2283 | $ 4.02 | DAVID LEE SOMERVILLE | | 1720 MACMANUS DR | DALLAS | TX | 75228-2628 |
| 2284 | $ 4.02 | STEPHEN VICKERS SOMERVILLE | | 35150 EW 1370 | KONAWA | OK | 74849-5300 |
| 2285 | $ 0.56 | LESLIE R GOERNDT-WALSH | | 20987 EXMORE AVE | PORT CHARLOTTE | FL | 33952-2413 |
| 2286 | $ 0.56 | LARRY G GOERNDT | | 1439 DIXON PL | PLACENTIA | CA | 92870-7204 |
| 2287 | $ 0.56 | LANCE L GOERNDT | | 2134 NE 34TH LN | CAPE CORAL | FL | 33090 |
| 2288 | $ 2.04 | RICHARD B PERRY | | 28149 PEBBLE BEACH RD | SUN CITY | CA | 95586 |
| 2289 | $ 14.94 | CELON VALIMAR | | 1124 A AVE S | EDMONDS | WA | 98020-4631 |
| 2290 | $ 37.37 | JEAN GARLAND | | 38315 VIA TAFFIA | MURIETTA | CA | 92563-6618 |
| 2291 | $ 44.34 | ALICIA MARIE BUCK | | 144 SIR ARTHUR DR | BOZEMAN | MT | 59718 |
| 2292 | $ 44.34 | LEGOLAS RICHARD PALMER | | 10702 ROBIN HOOD DR | EDMONDS | WA | 98020 |
| 2293 | $ 65.36 | GLENDA MULLEN LITTLEFIELD | | 1010 CALLE LENTO | SANTA FE | NM | 87501 |
| 2294 | $ 77.91 | RUSSELL PALMER | | 10621 E 33RD ST | JONES | OK | 73049-1380 |
| 2295 | $ 73.84 | JAQUETTA WICK | | 4264 E HOPE ST | MESA | AZ | 85205 |
| 2296 | $ 65.36 | LARRY PALMER | | 1009 BABCOCK BLVD | BILLINGS | MT | 59015 |
| 2297 | $ 74.04 | M & M ENERGY INC | | PO BOX 1448 | SYDNEY | MT | 59270 |
| 2298 | $ 38.75 | BARBARA PALMER STREETER | | | 0 | 0 | 0 |
| 2299 | $ 1.66 | MARTHA PERRY | | | 0 | 0 | 0 |
| 2301 | $ 14,751.43 | A G WEHRMAN | | PO BOX 86 | AMBROSE | ND | 58833-0086 |
| 2302 | $ 44,254.38 | PATRICK MCNALLY | | 908 SYCAMORE AVE SE | MINOT | ND | 58701 |
| 2305 | $ 990.62 | BARBARA YODER | | 4241 LESHER DR #3 | KETTERING | OH | 45429 |
| 2306 | $ 17,145.88 | TWINS OIL LLC | | 610 13TH ST W | WILLISTON | ND | 58801 |
| 2307 | $ 14,751.47 | BURDELL WEHRMAN | | 12370 107TH ST NW | CROSBY | ND | 58730 |
| 2308 | $ 1,981.26 | CAROL MUNSON | | 12600 S STATE RD 13 LOT 7 | NORTH MANCHESTER | IN | 46962 |
| 2309 | $ 128.92 | JRB INVESTMENTS LLC | | 1040 12TH ST E | DICKINSON | ND | 58601 |
| 2310 | $ 616.40 | CORY ZIETZ | | 16984 442ND AVE | HENRY | SD | 57243 |
| 2311 | $ 3,962.53 | DALE BRUNK | | 716 E BROOK HOLLOW DR | PHOENIX | AZ | 85022 |
| 2312 | $ 5,861.85 | DONNA YUTZY | | 3437 CHAUCER WY | EUGENE | OR | 97405 |
| 2313 | $ 5,861.85 | DOUG DRAWBOND | | 6930 ZENA RD | RICKREAL | OR | 97371 |
| 2314 | $ 2,465.58 | EUGENE HERMAN | | 10065 151ST AVE NW | WESTBY | MT | 59275 |
| 2315 | $ 33.59 | ERIC E SCHULZ & FERNE A SCHUZ TRUST | | 6220 MARTWAY APT 205 | MISSION | KS | 66202 |
| 2316 | $ 990.62 | GERALD YODER | | 2442 W DAVIS AVE | LITTLETON | CO | 80120 |
| 2317 | $ 156.54 | GREGORY KENT YODER | | 11242 E HASH KNIFE DIR | TUCSON | AZ | 85749 |
| 2318 | $ 3,962.53 | HERBERT WEAVER | | R1 BOX 509 | SCOTTSDALE | PA | 15683 |
| 2319 | $ 1,320.85 | IVAN GROVE | | PO BOX 13 | LYNDHURST | VA | 22952-0013 |
| 2320 | $ 6,751.79 | JAMIE WEHRMAN | | 14475 104TH ST NW | FORTUNA | ND | 58844 |
| 2321 | $ 5,861.85 | JEFF DRAWBOND | | 4790 215TH ST | AMES | IA | 50014 |
| 2322 | $ 616.40 | JENNIFER WESTERGAARD | | 4508 TENNIS LN #102 | SIOUX FALLS | SD | 57106 |
| 2323 | $ 1,981.26 | JOYCE FRANTZ | | 208 SYLERS LN | NORTH MANCHESTER | IN | 46962 |
| 2324 | $ 66.64 | KEITH D SEM | | 1305 HIAWATHA ST | MINOT | ND | 58701 |
| 2325 | $ 6,751.79 | KELLIE PLUTOWSKI | | 1220 CHESTNUT ST | GRAND FORKS | ND | 58201 |
| 2326 | $ 3,962.53 | KENNETH YODER | | 1038 CUNNINGHAM DR #2 | FORT COLLINS | CO | 80521 |

5

SOFA 14: Property Held For Another Person (Owner Payables)

| # | Amount | Name | Address 2 | Address 1 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 2327 | $ 6,751.79 | KIM NELSON | | 41 75TH ST E | WILLISTON | ND | 58801 |
| 2328 | $ 66.64 | LESLIE D SEM | | 536 W MAIN ST | MADELIA | MN | 56062 |
| 2329 | $ 42,266.88 | LOIS DRAWBOND | | 3437 CHAUCER WY | EUGENE | OR | 97405 |
| 2330 | $ 1,320.85 | LUCI GROVE CLINE | | 758 AUGUSTA FARMS RD | WAYNESBORO | VA | 22980 |
| 2331 | $ 234.83 | M MARCK YODER | 2802 | 1200 VA AVE LOT 26 | HARRISONBURG | VA | |
| 2332 | $ 3,522.21 | MARGARET YODER | | 1038 CUNNINGHAM DR #2 | FORT COLLINS | CO | 80521 |
| 2333 | $ 7,925.05 | MARK S DITTMAN | | 310 ORCHARD PL | PITTSBURG | PA | 15210 |
| 2335 | $ 3,522.21 | MARTHA YODER-SHANK | | 190 SUNSET DR | DAYTON | VA | 22821 |
| 2337 | $ 234.83 | MATTHEW M YODER | | 6606 W MILLS RD | HUTCHINSON | KS | 67501 |
| 2338 | $ 156.54 | MICHAEL STEVEN YODER | | PO BOX 1288 | BETHANY BEACH | DE | 19930 |
| 2339 | $ 7,925.05 | MOANA M DITTMAN | | 220 BURMINGHAM AVE #143 | NORFOLK | VA | 23505-5222 |
| 2340 | $ 14,751.47 | NIKKI JO STARR | | 15695 KRISTEN GLEN | SAN DIEGO | CA | 92127 |
| 2341 | $ 1,320.85 | PATRICIA G DRAWBOND | | 41 LYNN CIR | STUARTS DRAFT | VA | 24477 |
| 2342 | $ 156.54 | RHONDA KAY YODER-HITCHCOCK | | 508 PARKWAY CT | FORT COLLINS | CO | 80525 |
| 2343 | $ 616.40 | ROBERT ZIETZ | | 418 E MISSOURI AVE | FOUNTAIN | CO | 80817 |
| 2344 | $ 990.62 | RONALD YODER | | 6100 SOUTHRIDGE GREENS BLVD | FORT COLLINS | CO | 80525 |
| 2345 | $ 66.64 | SHARON M RUPPERT | | 7103 CTY RD 15W | MINOT | ND | 58703 |
| 2347 | $ 66.64 | SHIRLEY A HOLT | | 1800 7TH AVE SW | MINOT | ND | 58701 |
| 2350 | $ 23,998.91 | WANDA WEHRMAN | | PO BOX 5 | FORTUNA | ND | 58844-0005 |
| 2351 | $ 616.40 | TERESA SOBIECH | | 205 S CORY PL | SIOUX FALLS | SD | 57110 |
| 2352 | $ 990.62 | WESLEY YODER | | 1700 LAPORTE AVE | FORT COLLINS | CO | 80521 |
| 2353 | $ 879.72 | JP FURLONG CO | | PO BOX 2357 | BISMARCK | ND | 58502 |
| 2355 | $ 1,761.63 | LUCINDA SUE BAKER | | 304 E IOWA ST | OBLONG | IL | 62449 |
| 2356 | $ 1,761.09 | GERALD LESLIE WILSON | | 917 CIRCLE DR | BETHALTO | IL | 62010 |
| 2357 | $ 1,529.78 | BENSON MINERAL GROUP | | 1560 BROADWAY STE 1900 | DENVER | CO | 80202 |
| 2358 | $ 9.12 | BRUCE W SEILER | | PO BOX 100 | FORT HARRISON | MT | 59636 |
| 2361 | $ 1,799.79 | CHARLENE A CARPENTER | | 2698 RICEVILLE DR | HENDERSON | NV | 89052 |
| 2362 | $ 1,687.29 | CHERYL DREWYOR | | 214 W BERRY AVE | LANSING | MI | 48910 |
| 2364 | $ 24,475.60 | CYNTHIA OLSON | | 110 STAGE LINE DR | WHITEFISH | MT | 59937 |
| 2365 | $ 193.04 | D F LANDER LLC | | 3220 MADISON ST | DENVER | CO | 80205 |
| 2366 | $ 1,529.78 | DALE L SCHWARZHOFF | | 1560 BROADWAY STE 1900 | DENVER | CO | 80202 |
| 2368 | $ 7,199.10 | E J LANDER COMPANY WEST LLC | | 7328 E NOTTINGHAM LN | NAMPA | ID | 83687 |
| 2371 | $ 674.92 | ELIZABETH NELSON | | 2212 MADAGASCAR LN | LAS VEGAS | NV | 89117 |
| 2372 | $ 899.90 | GEORGE STEELE | | 63 WOODMONT DR | WOODCLIFF LAKE | NJ | 07677 |
| 2373 | $ 764.89 | HHK WILCOX COMPANY INC | | 1560 BROADWAY STE 1900 | DENVER | CO | 80202 |
| 2375 | $ 24,475.64 | JAMES W SIMONSON | | 12175 ND 5 NW | CROSBY | ND | 58730-9375 |
| 2376 | $ 337.47 | JANET GUINN | | 1102 E JASPER | GILBERT | AZ | 85296 |
| 2377 | $ 287.96 | JOHN W HAGEY | | PO BOX 75198 | FAIRBANKS | AK | 99707 |
| 2380 | $ 6.84 | KAREN ONSTAD | | PO BOX 1187 | LITCHFIELD PARK | AZ | 85340 |
| 2385 | $ 764.89 | LEO B HELZEL & FLORENCE HELZEL LIVING TRUST | 1560 BROADWAY STE 1900 | LEO B HELZEL OR FLORENCE HELZEL TRUSTEES | DENVER | CO | 80202 |
| 2386 | $ 3,839.55 | MARIAN SIMONSON | | PO BOX 43 | PLENTYWOOD | MT | 59254 |
| 2388 | $ 374.94 | PATRICIA SEILER | | PO BOX 573 | HELENA | MT | 59624 |
| 2389 | $ 12.82 | ROBERT A CONNELL & ANN P CONNELL AS JT | | 1711 SQUIRE LN | NEW HOPE | PA | 18938 |
| 2390 | $ 224.98 | ROBERT VIK | | 401 15TH AVE UNIT 8 | LANGDON | ND | 58249 |
| 2391 | $ 7,503.43 | ROBERT WORK | | 830 FOUNTAIN AVE | LANCASTER | PA | 17601 |
| 2393 | $ 2,249.70 | DAVIS FAMILY TRUST | 86 GREEN PARK LN | SCOTT P DAVIS TRUSTEE | OFALLON | MO | 63366 |
| 2395 | $ 674.92 | SHIRLEY MICHELSON | | 4826 POWDERHORN DR | RAPID CITY | SD | 57702 |
| 2397 | $ 2,249.70 | DAVIS FAMILY TRUST | 86 GREENPARK LN | TERESA A VINEYARD TRUSTEE | OFALLON | MO | 63366 |
| 2398 | $ 24.62 | THE ESPERANZA CORPORATION | | 475 17TH ST STE 980 | DENVER | CO | 80202 |
| 2399 | $ 421.83 | TOBIAS HAGENMEYER | | BREITSCHEIDSTRABEL 10 (BOSCH AREAL) | 70174 SUTTGART, GERMANY | | |
| 2400 | $ 1.10 | DAVID A WOLTER | | 13315 105 ST NW | FORTUNA | ND | 58844 |
| 2401 | $ 1.10 | KATHLEEN A WOLTER | | 13315 105 ST NW | FORTUNA | ND | 58844 |
| 2402 | $ 21.82 | MARICOPA ROYALTY LLC | | PO BOX 3102 | BISMARCK | ND | 58502 |
| 2403 | $ 1.93 | ROLLIN WOLTER | | 10525 CO 2 | FORTUNA | ND | 58844 |
| 2404 | $ 14,038.29 | M2L OIL LLC | | 2043 THOMPSON ST | BISMARCK | ND | 58501-1354 |
| 2406 | $ 75.93 | BOHICA LAND & CUTTING HORSES LLC | | PO BOX 53667 | MIDLAND | TX | 79710 |
| 2407 | $ 134.62 | LSM ENERGY | 0 | | 0 | 0 | 0 |
| 2408 | $ 193.04 | E A LANDER LLC | | 1123 E 3RD ST | HASTINGS | MT | 55033 |
| 2410 | $ 70.90 | KIRBY DASINGER | | PO BOX 77 | SIDNEY | MT | 59270 |
| 2411 | $ 70.90 | KALEB DASINGER | | PO BOX 77 | SIDNEY | MT | 59270 |
| 2413 | $ 24,481.79 | JILL M TANGEDAL | | 137 TUXFORD CT | HENDERSON | NV | 89074 |
| 2414 | $ 24,481.79 | VIRGINIA G TANGEDAL | | 17492 VIA LINDO | TUSTIN | CA | 92780 |
| 2415 | $ 250.92 | STEPHEN EDMISTEN | | 13501 SARDIS RD | MABELVALE | AZ | 72103 |
| 2416 | $ 250.92 | NICHOLE ROMANO | | 2928 PENN SQUARE RD | NOVITON | PA | 19401 |

6

SOFA 14: Property Held For Another Person (Owner Payables)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2417 | $ | 501.58 | CINDY KOSTER | 2078 S BALSAM ST | | LAKEWOOD | CO | 80227-2469 |
| 2418 | $ | 501.72 | SUSAN O FRAKES | 7573 S ESTES CT | | LITTLETON | CO | 80128 |
| 2420 | $ | 42.96 | PATRICK L ELLIOTT | PO BOX 366 | | SIDNEY | MT | 59270 |
| 2421 | $ | 0.39 | RONALD GENE PERRY | | 0 | | 0 | 0 |
| 2422 | $ | 0.70 | UNKNOWN HEIR 1 OF GRACE PALMER | | 0 | | 0 | 0 |
| 2423 | $ | 0.70 | UNKNOWN HEIR 2 OF GRACE PALMER | | 0 | | 0 | 0 |
| 2424 | $ | 0.14 | UNKNOWN HEIR 1 OF PHYLLIS A SOMERVILLE | | 0 | | 0 | 0 |
| 2425 | $ | 0.14 | UNKNOWN HEIR 2 OF PHYLLIS A SOMERVILLE | | 0 | | 0 | 0 |
| 2426 | $ | (0.27) | UNKNOWN HEIR 3 OF PHYLLIS A SOMERVILLE | | 0 | | 0 | 0 |
| 2427 | $ | 5,718.28 | VITESSE ENERGY LLC | 9137 E MINERAL CIR STE 240 | | CENTENNIAL | CO | 80112 |
| 2428 | $ | 13,454.12 | WESLEY R BROCKMIER | 109 S GRANT ST | | PLENTYWOOD | MT | 59254 |
| 2429 | $ | 81.41 | JOHN S JOHNS | 2545 SUNSET DR | | NEW SMYRNA BEACH | FL | 32168 |
| 2430 | $ | 81.41 | MARJORIE BIRD | 1882 W 11TH AVE | | APACHE JUNCTION | AZ | 85120 |
| 2431 | $ | 2,223.78 | VERA WILLIFORD | BOX 615 | | SINTON | TX | 78387 |
| 2432 | $ | 2,223.78 | REVOCABLE TRUST AGREEMENT OF BETTY J CRAIG | BETTY J CRAIG TRUSTEE | 5435 LARIOT WY | OCEANSIDE | CA | 92057 |
| 2433 | $ | 1,824.92 | DWIGHT WIGNESS | 2498 30TH AVE S APT 106 | | GRAND FORKS | ND | 58201 |
| 2434 | $ | 714.79 | DELLA BROCKMIER MARVIN | 3440 SCENIC DR SE | | AUBURN | WA | 98092 |
| 2435 | $ | 1,667.84 | DELNORA BROCKMIER | N 1725 HODGES LN | | SPOKANE VALLEY | WA | 99016 |
| 2436 | $ | 1,667.84 | VERNA BROCKMIER SNIDER | 43 E WIELE APT 221 | | SPOKANE | WA | 99208 |
| 2437 | $ | 714.79 | BETTY BROCKMIER | 4116 E JOSEPH | | SPOKANE | WA | 99217 |
| 2438 | $ | 251.26 | SHARON STOLL | 2049 STAHIKE WY | | CHASKA | MN | 55318 |
| 2439 | $ | 251.26 | CHARLES SOUPIR | 27058 CR 23 | | GLENWOOD | MN | 56334 |
| 2440 | $ | 251.26 | GENE SOUPIR | 1009 2ND AVE SE | | WATERTOWN | SD | 57201 |
| 2441 | $ | 753.79 | JOYCE BREYFOGLE | 3332 DILLON AV ENW | | MAPLE LAKE | MN | 55358 |
| 2442 | $ | 1,143.63 | ZRC MINERALS | PO BOX 570174 | | HOUSTON | TX | 77257-0174 |
| 2443 | $ | 389.31 | ROBERT GRUNDSTAD | 550 NORTH STREET CLAIRE #2006 | | CHICAGO | IL | 60611 |
| 2444 | $ | 389.31 | SCOTT GRUNDSTAD | 2110 20TH AVE W | | WILLISTON | ND | 58801 |
| 2445 | $ | 389.31 | JAMES GRUNDSTAD | 1824 9TH AVE E | | WILLISTON | ND | 58801 |
| 2446 | $ | 389.31 | PETER GRUNDSTAD | PO BOX 214 | | CROSBY | ND | 58730 |
| 2447 | $ | 389.31 | BRENDA DOOHER | 2143 129TH CT NE | | SLAINE | MN | 55449 |
| 2449 | $ | 62.58 | WHITMAR EMPLOYEE ROYALTY TRUST | 555 17TH ST STE 880 | | DENVER | CO | 80202 |
| 2451 | $ | 4,894.18 | WARREN SOLBERG | PO BOX 262 | | HIGHMORE | SD | 57345 |
| 2452 | $ | 14,682.59 | MEYER IRREVOCABLE MINERAL TRUST | PO BOX 78 | | WESTBY | MT | 59275 |
| 2453 | $ | 14,682.59 | HUGH & CONNIE MEYER PROPERTY TRUST | PO BOX 71 | | WESTBY | MT | 59275 |
| 2454 | $ | 4,894.19 | RICHARD & BEATRICE PETERSEN MINERAL TRUST | RICHARD & BEATRICE PETERSEN TRUSTEES | 870 EMMAUS RD | WESTBY | MT | 59275 |
| 2455 | $ | 85.59 | MARLIS E SMITH INC | PMB 433 | 5910 S UNIVERSITY C-18 | GREENWOOD VILLAGE | CO | 80121-1879 |
| 2456 | $ | 85.59 | JOHN W BUFFINGTON INC | 7844 S VANCE CT | | LITTLETON | CO | 80128 |
| 2457 | $ | 73.37 | SMITHCO PROPERTIES INC | PO BOX 102020 | | DENVER | CO | 80250 |
| 2458 | $ | 244.57 | MCCORMICK ROYALTY TRUSTS | RICHARD & MARY PAT MCCORMICK TRUSTEES | 410 17TH ST STE 1710 | DENVER | CO | 80202 |
| 2461 | $ | 3,947.98 | KML INC | 121 8TH ST W | | WILLISTON | ND | 58801 |
| 2462 | $ | 13.10 | GRETCHEN PEPPLE BERTSCH | 928-5TH ST NE | | FESSENDEN | ND | 58438 |
| 2464 | $ | 1,486.15 | DORCAS DRAWBOND | PO BOX 191 | | WESTBY | MT | 59275 |
| 2469 | $ | 15,871.49 | RAPALA ROYALTIES LLC | 27 N 27TH ST STE 21G | | BILLINGS | MT | 59101 |
| 999999 | $ | 249,686.76 | SUSPENSE OWNER | | 0 | | 0 | 0 |
| | $ | 2,481,260.68 | | | | | | |

7