# SOFA 23 Attachment

## Withdrawals from a partnership or distributions by a corporation

| Owner Name | Check/ACH | Check Date | Check Num | Total |
|---|---|---|---|---|
| RICHARD L FINDLEY | CHECK | 04/22/14 | 7809 | $ 21,135.11 |
| 27 N 27th St, Ste 21G | | 05/27/14 | 8185 | $ 29,321.01 |
| Billings, MT 59101 | | 06/25/14 | 8546 | $ 33,292.68 |
| | | 07/17/14 | 8828 | $ 34,120.52 |
| | | 08/21/14 | 9096 | $ 33,826.70 |
| | | 10/01/14 | 9370 | $ 29,955.79 |
| | | 10/27/14 | 9629 | $ 35,946.72 |
| | | 11/21/14 | 9892 | $ 28,365.98 |
| | | 12/22/14 | 10175 | $ 56,927.04 |
| | | 01/26/15 | 10445 | $ 26,174.70 |
| | | 02/19/15 | 10699 | $ 14,816.88 |
| | | 02/26/15 | 10759 | $ 15,258.16 |
| | | 04/03/15 | 11313 | $ 18,071.99 |
| RICHARD L FINDLEY Total | | | | $ 377,213.28 |
| THOMAS G LANTZ | CHECK | 04/22/14 | 7868 | $ 36,015.97 |
| 5615 W Ida Dr | ACH REV | 05/27/14 | 1 | $ 48,875.66 |
| Littleton, CO 80123 | | 06/25/14 | 130 | $ 49,331.55 |
| | | 07/17/14 | 249 | $ 13,999.84 |
| | | 08/21/14 | 383 | $ 8,883.65 |
| | | 10/01/14 | 530 | $ 5,706.98 |
| | | 10/27/14 | 679 | $ 8,643.36 |
| | | 11/21/14 | 831 | $ 4,731.60 |
| | | 12/22/14 | 985 | $ 35,630.18 |
| | | 01/26/15 | 1147 | $ 8,707.02 |
| | | 02/19/15 | 1278 | $ 14,816.88 |
| | | 02/26/15 | 1322 | $ 4,158.25 |
| | | 04/03/15 | 1634 | $ 10,790.64 |
| | | 04/29/15 | 1790 | $ 5,915.59 |
| THOMAS G LANTZ Total | | | | $ 256,207.17 |

| Statement of Financial Affairs #23 | | | | |
|---|---|---|---|---|
| Director Fees Paid 5-1-14 thru 5-8-15 | | | | |
| | | | | |
| | | | | |
| Account Name | Journal Date | Entity Name | Director Address | Net Value |
| DIRECTORS FEES | 7/15/2014 | Andy Calerich | 1555 W 141st Way, Westminister, CO 80023 | 11,000.00 |
| DIRECTORS FEES | 9/30/2014 | Andy Calerich | 1555 W 141st Way, Westminister, CO 80023 | 17,000.00 |
| DIRECTORS FEES | 12/31/2014 | Andy Calerich | 1555 W 141st Way, Westminister, CO 80023 | 6,333.00 |
| | | **Andy Calerich** | **Total** | 34,333.00 |
| DIRECTORS FEES | 12/31/2014 | Bruce Poignant | 5 Benjamin Green Ln, Mahopac, NY 10541 | 5,667.00 |
| DIRECTORS FEES | 3/31/2015 | Bruce Poignant | 5 Benjamin Green Ln, Mahopac, NY 10541 | 13,000.00 |
| | | **Bruce Poignant** | **Total** | 18,667.00 |
| DIRECTORS FEES | 7/15/2014 | James Whyte | 5377 S Havana Ct, Englewood, CO  80111 | 11,000.00 |
| DIRECTORS FEES | 9/30/2014 | James Whyte | 5377 S Havana Ct, Englewood, CO  80111 | 17,000.00 |
| DIRECTORS FEES | 12/31/2014 | James Whyte | 5377 S Havana Ct, Englewood, CO  80111 | 9,000.00 |
| DIRECTORS FEES | 3/31/2015 | James Whyte | 5377 S Havana Ct, Englewood, CO  80111 | 12,000.00 |
| | | **James Whyte** | **Total** | 49,000.00 |
| DIRECTORS FEES | 7/15/2014 | John Anderson | 52 Powell St, Ste 200, Vancover, BC, V6A 1E7 | 9,000.00 |
| DIRECTORS FEES | 9/30/2014 | John Anderson | 52 Powell St, Ste 200, Vancover, BC, V6A 1E7 | 16,000.00 |
| DIRECTORS FEES | 12/31/2014 | John Anderson | 52 Powell St, Ste 200, Vancover, BC, V6A 1E7 | 11,000.00 |
| DIRECTORS FEES | 3/31/2015 | John Anderson | 52 Powell St, Ste 200, Vancover, BC, V6A 1E7 | 12,000.00 |
| | | **John Anderson** | **Total** | 48,000.00 |
| DIRECTORS FEES | 7/15/2014 | Paul E. Rumler | 5200 S Race St, Littleton, CO 80121 | 13,000.00 |
| DIRECTORS FEES | 9/30/2014 | Paul E. Rumler | 5200 S Race St, Littleton, CO 80121 | 17,000.00 |
| DIRECTORS FEES | 12/31/2014 | Paul E. Rumler | 5200 S Race St, Littleton, CO 80121 | 13,000.00 |
| DIRECTORS FEES | 3/31/2015 | Paul E. Rumler | 5200 S Race St, Littleton, CO 80121 | 13,000.00 |
| | | **Paul E. Rumler** | **Total** | 56,000.00 |
| | | **Grand Total** | | 206,000.00 |