# Schedule A Attachment 2:

# Surface Use Agreements and Road Use Agreements

American Eagle Energy Corporation Surface Use Agreements and Road Use Agreements

| Lease Code | State Code | County | Well Name | Lessor Name | Lessee Name | Lease Date | TRP | SEC | Description |
|---|---|---|---|---|---|---|---|---|---|
| EAS0001.01 | ND | DIVIDE | TANGEDAL 13-31-164-101 | ARDELL ANGVICK | AMERICAN EAGLE ENERGY CORP | 10/09/2013 | T164N R102W | 36 | SE4 |
| EAS0001.02 | ND | DIVIDE | TANGEDAL 13-31-164-101 | BETH CORBIN | AMERICAN EAGLE ENERGY CORP | 10/09/2013 | T164N R102W | 36 | SE4 |
| EAS0001.03 | ND | DIVIDE | TANGEDAL 13-31-164-101 | GLENN HUFFMAN | AMERICAN EAGLE ENERGY CORP | 10/09/2013 | T164N R102W | 36 | SE4 |
| EAS0001.04 | ND | DIVIDE | TANGEDAL 13-31-164-101 | LOIS HUFFMAN REVOCABLE TRUST | AMERICAN EAGLE ENERGY CORP | 10/09/2013 | T164N R102W | 36 | SE4 |
| EAS0002.01 | ND | DIVIDE | HAGBERG 2-1N-163-101; MYRTLE 2-1-163-101 | SILAS & ARNETTE HAAGENSON FAMILY TRUST | AMERICAN EAGLE ENERGY CORP | 10/09/2013 | T163N R101W | 1 | LOTS 3, 4, |
| EAS0002.02 | ND | DIVIDE | HAGBERG 2-1N-163-101; MYRTLE 2-1-163-101 | ROBERT H & IRENE G CONSTANTINE TRUST | AMERICAN EAGLE ENERGY CORP | 10/09/2013 | T163N R101W | 1 | LOTS 3, 4, |
| EAS0003 | ND | DIVIDE | HARVARD STATE 16-36S-164-101 | ND DEPT OF TRUST LANDS ROW # 6623 | AMERICAN EAGLE ENERGY CORP | 04/12/2013 | T164N R101W | 36 | S2 |
| EAS0004.01 | ND | DIVIDE | SKJERMO 2-14-163-102 | DALE DRAWBOND | AMERICAN EAGLE ENERGY CORP | 07/10/2014 | T163N R102W | 14 | N2NW4 |
| EAS0004.02 | ND | DIVIDE | SKJERMO 2-14-163-102 | LARRY DRAWBOND | AMERICAN EAGLE ENERGY CORP | 07/10/2014 | T163N R102W | 14 | N2NW4 |
| EAS0004.03 | ND | DIVIDE | SKJERMO 2-14-163-102 | LARRY & JANE DRAWBOND | AMERICAN EAGLE ENERGY CORP | 07/10/2014 | T163N R102W | 14 | N2NW4 |
| EAS0005 | ND | DIVIDE | BERVIK 2-18-163-102 | HAUGEN ENTERPRISES | AMERICAN EAGLE ENERGY CORP | 05/27/2014 | T163N R102W | 7 | S2SE4 |
| EAS0006.01 | ND | DIVIDE | ERLING 15-33-164-102 | MATILDA DRAWBOND | AMERICAN EAGLE ENERGY CORP | 07/12/2014 | T163N R102W | 3 | LOTS 1, 2, 3, 4 |
| EAS0006.02 | ND | DIVIDE | ERLING 15-33-164-102 | ANDREW DRAWBOND | AMERICAN EAGLE ENERGY CORP | 07/12/2014 | T163N R102W | 3 | LOTS 1, 2, 3, 4 |
| EAS0006.03 | ND | DIVIDE | ERLING 15-33-164-102 | DALE DRAWBOND | AMERICAN EAGLE ENERGY CORP | 07/12/2014 | T163N R102W | 3 | LOTS 1, 2, 3, 4 |
| EAS0007 | ND | DIVIDE | LYNDA 15-32-164-101 | BYRON CARTER, ETUX | AMERICAN EAGLE ENERGY CORP | 01/08/2014 | T163N R101W | 4 | SW |
| EAS0007 | ND | DIVIDE | LYNDA 15-32-164-101 | BYRON CARTER, ETUX | AMERICAN EAGLE ENERGY CORP | 01/08/2014 | T163N R101W | 5 | SE |
| EAS0008 | ND | DIVIDE | JAMES 15-20-163-101 | CONSTANTINE TRUST | AMERICAN EAGLE ENERGY CORP | 03/20/2014 | T163N R101W | 29 | SE |
| EAS0009.01 | ND | DIVIDE | JAMES 15-20-163-101 | GARY HAAGENSON | AMERICAN EAGLE ENERGY CORP | 03/14/2014 | T163N R101W | 29 | NE |
| EAS0009.02 | ND | DIVIDE | JAMES 15-20-163-101 | LYNDON R HAAGENSON | AMERICAN EAGLE ENERGY CORP | 03/21/2014 | T163N R101W | 29 | NE |
| EAS0009.03 | ND | DIVIDE | JAMES 15-20-163-101 | KEITH LEININGER | AMERICAN EAGLE ENERGY CORP | 05/13/2014 | T163N R101W | 29 | NE |
| EAS0009.04 | ND | DIVIDE | JAMES 15-20-163-101 | KEITH & JULIE LEININGER | AMERICAN EAGLE ENERGY CORP | 05/13/2014 | T163N R101W | 29 | NE |
| EAS0010 | ND | DIVIDE | JAMES 15-20-163-101 | DALE VINCENT TRUST | AMERICAN EAGLE ENERGY CORP | 04/09/2014 | T163N R101W | 21 | SWSW |
| EAS0010 | ND | DIVIDE | JAMES 15-20-163-101 | DALE VINCENT TRUST | AMERICAN EAGLE ENERGY CORP | 04/09/2014 | T163N R101W | 28 | W2NW4 |
| EAS0011 | ND | DIVIDE | HAUGEN 15-12-163-103 | AURLIE SAMSEL | AMERICAN EAGLE ENERGY CORP | 11/27/2013 | T163N R103W | 13 | N2NW4 |
| EAS0012 | ND | DIVIDE | HAUGEN 15-12-163-103 | RHONDA LINDER | AMERICAN EAGLE ENERGY CORP | 11/21/2013 | T163N R103W | 13 | N2NW4 |
| EAS0013 | ND | DIVIDE | HAUGEN 15-12-163-103 | SHERMAN B EKNESS | AMERICAN EAGLE ENERGY CORP | 11/25/2013 | T163N R103W | 13 | N2NW4 |
| EAS0014 | ND | DIVIDE | HAUGEN 15-12-163-103 | RUSTIN J EKNESS | AMERICAN EAGLE ENERGY CORP | 11/25/2013 | T163N R103W | 13 | N2NW4 |
| EAS0015 | ND | DIVIDE | HAUGEN 15-12-163-103 | RAYMOND EKNESS | AMERICAN EAGLE ENERGY CORP | 11/27/2013 | T163N R103W | 13 | N2NW4 |
| EAS0016 | ND | DIVIDE | HAUGEN 15-12-163-103 | RANDALL EKNESS | AMERICAN EAGLE ENERGY CORP | 11/15/2013 | T163N R103W | 13 | N2NW4 |
| EAS0017 | ND | DIVIDE | HAUGEN 15-12-163-103 | LYLE I EKNESS | AMERICAN EAGLE ENERGY CORP | 11/22/2013 | T163N R103W | 13 | N2NW4 |
| EAS0018 | ND | DIVIDE | HAUGEN 15-12-163-103 | WADE C BJORGEN | AMERICAN EAGLE ENERGY CORP | 11/07/2013 | T163N R103W | 13 | NWNE |
| EAS0019 | ND | DIVIDE | HAUGEN 15-12-163-103 | ALLAN L EKNESS | AMERICAN EAGLE ENERGY CORP | 11/07/2013 | T163N R103W | 13 | N2NW4 |
| EAS0020 | ND | DIVIDE | TANGEDAL 13-31-164-101 | ND DEPT OF TRUST LANDS ROW # 6485 | AMERICAN EAGLE ENERGY CORP | 10/17/2013 | T164N R102W | 36 | SW |
| EAS0023 | ND | DIVIDE | ERLING 15-33-164-102 | BRIAN HUFFMAN TRUST | AMERICAN EAGLE ENERGY CORP | 09/09/2013 | T164N R102W | 33 | E2SE4 |
| EAS0023 | ND | DIVIDE | ERLING 15-33-164-102 | BRIAN HUFFMAN TRUST | AMERICAN EAGLE ENERGY CORP | 09/09/2013 | T164N R102W | 34 | S2 |
| EAS0023 | ND | DIVIDE | ERLING 15-33-164-102 | BRIAN HUFFMAN TRUST | AMERICAN EAGLE ENERGY CORP | 09/09/2013 | T164N R102W | 35 | S2SW4 |
| EAS0024 | ND | DIVIDE | ERLING 15-33-164-102 | MARSHALL TANGEDAL | AMERICAN EAGLE ENERGY CORP | 09/09/2013 | T163N R102W | 1 | LOTS 3, 4, S2NW4, SW |
| EAS0024 | ND | DIVIDE | ERLING 15-33-164-102 | MARSHALL TANGEDAL | AMERICAN EAGLE ENERGY CORP | 09/09/2013 | T164N R102W | 35 | S2SE4 |
| EAS0025 | ND | DIVIDE | ERLING 15-33-164-102 | ELTON G TANGEDAL, ETUX | AMERICAN EAGLE ENERGY CORP | 08/26/2013 | T163N R102W | 4 | NW, W2SW4 |
| EAS0025 | ND | DIVIDE | ERLING 15-33-164-102 | ELTON G TANGEDAL, ETUX | AMERICAN EAGLE ENERGY CORP | 08/26/2013 | T163N R102W | 5 | E2 |
| EAS0026 | ND | DIVIDE | ERLING 15-33-164-102 | ELTON G TANGEDAL, ETUX | AMERICAN EAGLE ENERGY CORP | 08/21/2013 | T164N R102W | 33 | SWSE, S2SW4 |
| EAS0026 | ND | DIVIDE | ERLING 15-33-164-102 | MARSHALL TANGEDAL | AMERICAN EAGLE ENERGY CORP | 09/09/2013 | T163N R102W | 2 | LOTS 1, 2, 3, 4 |
| EAS0027 | ND | DIVIDE | ERLING 15-33-164-102 | GLENN HUFFMAN | AMERICAN EAGLE ENERGY CORP | 08/21/2013 | T164N R102W | 33 | E2SE4 |
| EAS0027 | ND | DIVIDE | ERLING 15-33-164-102 | GLENN HUFFMAN | AMERICAN EAGLE ENERGY CORP | 08/21/2013 | T164N R102W | 34 | S2 |
| EAS0027 | ND | DIVIDE | ERLING 15-33-164-102 | GLENN HUFFMAN | AMERICAN EAGLE ENERGY CORP | 08/21/2013 | T164N R102W | 35 | S2 |
| EAS0028 | ND | DIVIDE | ERLING 15-33-164-102 | LOIS HUFFMAN | AMERICAN EAGLE ENERGY CORP | 08/21/2013 | T164N R102W | 33 | E2SE4 |
| EAS0028 | ND | DIVIDE | ERLING 15-33-164-102 | LOIS HUFFMAN | AMERICAN EAGLE ENERGY CORP | 08/21/2013 | T164N R102W | 34 | S2 |
| EAS0028 | ND | DIVIDE | ERLING 15-33-164-102 | LOIS HUFFMAN | AMERICAN EAGLE ENERGY CORP | 08/21/2013 | T164N R102W | 35 | S2SW4 |
| EAS0029 | ND | DIVIDE | ERLING 15-33-164-102 | ARDEL ANGVICK | AMERICAN EAGLE ENERGY CORP | 08/21/2013 | T164N R102W | 33 | E2SE4 |
| EAS0029 | ND | DIVIDE | ERLING 15-33-164-102 | ARDEL ANGVICK | AMERICAN EAGLE ENERGY CORP | 08/21/2013 | T164N R102W | 34 | S2 |
| EAS0029 | ND | DIVIDE | ERLING 15-33-164-102 | ARDEL ANGVICK | AMERICAN EAGLE ENERGY CORP | 08/21/2013 | T164N R102W | 35 | S2SW4 |
| EAS0030 | ND | DIVIDE | ERLING 15-33-164-102 | A.G. WERMAN | AMERICAN EAGLE ENERGY CORP | 08/27/2013 | T163N R102W | 4 | LOT 2 |
| EAS0031 | ND | DIVIDE | ERLING 15-33-164-102 | MURIELLE TANGEDAL | AMERICAN EAGLE ENERGY CORP | 09/09/2013 | T163N R102W | 2 | LOTS 1, 2, 3, 4 |
| EAS0032 | ND | DIVIDE | LYNDA 15-32-164-102 | BYRON & SHELLY CARTER | AMERICAN EAGLE ENERGY CORP | 09/24/2013 | T163N R101W | 4 | LOT 4, SWNW |
| EAS0032 | ND | DIVIDE | LYNDA 15-32-164-102 | BYRON & SHELLY CARTER | AMERICAN EAGLE ENERGY CORP | 09/24/2013 | T163N R101W | 5 | NE |
| EAS0033 | ND | DIVIDE | LYNDA 15-32-164-102 | BYRON & SHELLY CARTER | AMERICAN EAGLE ENERGY CORP | 09/24/2013 | T163N R101W | 4 | SW |
| EAS0033 | ND | DIVIDE | LYNDA 15-32-164-102 | BYRON & SHELLY CARTER | AMERICAN EAGLE ENERGY CORP | 09/24/2013 | T163N R101W | 5 | SE |
| EAS0034 | ND | DIVIDE | ERLING 15-33-164-102 | ELTON G TANGEDAL, ETUX | AMERICAN EAGLE ENERGY CORP | 08/26/2013 | T163N R102W | 4 | NW, W2SW4 |
| EAS0034 | ND | DIVIDE | ERLING 15-33-164-102 | ELTON G TANGEDAL, ETUX | AMERICAN EAGLE ENERGY CORP | 08/26/2013 | T163N R102W | 5 | E2 |
| EAS0034 | ND | DIVIDE | ERLING 15-33-164-102 | ELTON G TANGEDAL, ETUX | AMERICAN EAGLE ENERGY CORP | 08/26/2013 | T164N R102W | 33 | SWSE, S2SW4 |
| EAS0036.01 | ND | DIVIDE | SKJERMO 2-14-163-103 | GLENN D MOORE | AMERICAN EAGLE ENERGY CORP | 07/11/2014 | T163N R102W | 11 | S2SE4 |

1

| Lease Code | State Code | County | Well Name | Lessor Name | Lessee Name | Lease Date | TRP | SEC | Description |
|---|---|---|---|---|---|---|---|---|---|
| EAS0036.02 | ND | DIVIDE | SKJERMO 2-14-163-103 | MARSHALL TANGEDAL | AMERICAN EAGLE ENERGY CORP | 07/12/2014 | T163N R102W | 11 | S2SE4 |
| EAS0036.03 | ND | DIVIDE | SKJERMO 2-14-163-103 | DOROTHY SIEBOLD | AMERICAN EAGLE ENERGY CORP | 07/28/2014 | T163N R102W | 11 | S2SE4 |
| EAS0036.04 | ND | DIVIDE | SKJERMO 2-14-163-103 | MATILDA DRAWBOND | AMERICAN EAGLE ENERGY CORP | 07/10/2014 | T163N R102W | 11 | S2SE4 |
| SUA0002 | ND | DIVIDE | CHRISTIANSON 15-12-163-101 | WAYNE & GAIL CHRISTIANSON | AMERICAN EAGLE ENERGY CORP | 10/17/2011 | T163N R101W | 12 | SE4 |
| SUA0003 | ND | DIVIDE | HAAGENSON 3-2S-163-101; SILAS 3-2N-163-101; KARE | SILAS & ARNETTE HAAGENSON FMLY TRST AGRM | AMERICAN EAGLE ENERGY CORP | 07/03/2012 | T163N R101W | 2 | LOTS 3, 4, |
| SUA0004.01 | ND | DIVIDE | COPLAN 1-3-163-101; MONA JOHNSON 1-3N-163-101; F | MARK E COPLAN | AMERICAN EAGLE ENERGY CORP | 03/21/2012 | T163N R101W | 2 | LOTS 3, 4, |
| SUA0004.02 | ND | DIVIDE | COPLAN 1-3-163-101; MONA JOHNSON 1-3N-163-101; F | LYNDA FULLER | AMERICAN EAGLE ENERGY CORP | 03/26/2012 | T163N R101W | 2 | LOTS 3, 4, |
| SUA0004.03 | ND | DIVIDE | COPLAN 1-3-163-101; MONA JOHNSON 1-3N-163-101; F | KENT COPLAN (KBC RANCH LLC) | AMERICAN EAGLE ENERGY CORP | 02/24/2012 | T163N R101W | 2 | LOTS 3, 4, |
| SUA0005.01 | ND | DIVIDE | VIOLET 3-3-163-101; TERRI LYNN 3-3N-163-101 | MARK E COPLAN | AMERICAN EAGLE ENERGY CORP | 10/31/2012 | T163N R101W | 3 | NE4NW4 LOT 3 |
| SUA0005.02 | ND | DIVIDE | VIOLET 3-3-163-101; TERRI LYNN 3-3N-163-101 | LYNDA FULLER | AMERICAN EAGLE ENERGY CORP | 10/31/2012 | T163N R101W | 3 | NE4NW4 LOT 3 |
| SUA0005.03 | ND | DIVIDE | VIOLET 3-3-163-101; TERRI LYNN 3-3N-163-101 | VIOLET 3-3-163-101/TERRI LYNN 3-3N | AMERICAN EAGLE ENERGY CORP | 10/31/2012 | T163N R101W | 3 | NE4NW4 LOT 3 |
| SUA0006 | ND | DIVIDE | MEGAN 14-12-163-101 | WAYNE R CHRISTIANSON | AMERICAN EAGLE ENERGY CORP | 09/13/2012 | T163N R101W | 12 | S2SW4 |
| SUA0007.01 | ND | DIVIDE | CHRISTIANSON BROS 15-33N | LESTER CHRISTIANSON | AMERICAN EAGLE ENERGY CORP | 09/13/2012 | T164N R101W | 33 | SW4SE4 |
| SUA0007.02 | ND | DIVIDE | CHRISTIANSON BROS 15-33N | RUTH P CHRISTIANSON | AMERICAN EAGLE ENERGY CORP | 09/13/2012 | T164N R101W | 33 | SW4SE4 |
| SUA0007.03 | ND | DIVIDE | CHRISTIANSON BROS 15-33N | SHANE A CHRISTIANSON | AMERICAN EAGLE ENERGY CORP | 09/13/2012 | T164N R101W | 33 | SW4SE4 |
| SUA0008 | ND | DIVIDE | DEWITT STATE 3-16-163-101 | ND DEPARTMENT OF TRUST LANDS | AMERICAN EAGLE ENERGY CORP | 10/22/2012 | T163N R101W | 16 | NW4 |
| SUA0009.01 | ND | DIVIDE | HAGBERG 2-1N-163-101; MYRTLE 2-1-163-101 | MYRTLE MARGARET TORGERSON | AMERICAN EAGLE ENERGY CORP | 12/14/2012 | T163N R101W | 1 | NW4NE4 |
| SUA0009.02 | ND | DIVIDE | HAGBERG 2-1N-163-101; MYRTLE 2-1-163-101 | ESTATE OF MILDRED NELSON | AMERICAN EAGLE ENERGY CORP | 12/12/2012 | T163N R101W | 1 | NW4NE4 |
| SUA0010 | ND | DIVIDE | STANLEY 8-1E-163-101; ELI 8-1E-163-102 | MARSHALL TANGEDAL | AMERICAN EAGLE ENERGY CORP | 10/09/2012 | T163N R102W | 1 | SE4NE4 , NE4SE4 |
| SUA0011 | ND | DIVIDE | ELBERT STATE 16-36-164-101 | ND DEPT OF TRUST LANDS ROW # 6626 | AMERICAN EAGLE ENERGY CORP | 04/12/2013 | T164N R101W | 36 | S2 |
| SUA0012.01 | ND | DIVIDE | AXEL 2-2N-163-101; FRANCES 2-2-163-101 | RUTH P CHRISTIANSON | AMERICAN EAGLE ENERGY CORP | 03/01/2013 | T163N R101W | 2 | LOT 2, |
| SUA0012.02 | ND | DIVIDE | AXEL 2-2N-163-101; FRANCES 2-2-163-101 | LESTER CHRISTIANSON | AMERICAN EAGLE ENERGY CORP | 03/01/2013 | T163N R101W | 2 | LOT 2, |
| SUA0013.01 | ND | DIVIDE | LESTER 16-33-164-101; ALBERT 16-33S-164-101 | LESTER CHRISTIANSON | AMERICAN EAGLE ENERGY CORP | 04/04/2013 | T164N R101W | 33 | SE4SE4 |
| SUA0013.02 | ND | DIVIDE | LESTER 16-33-164-101; ALBERT 16-33S-164-101 | SHANE A CHRISTIANSON | AMERICAN EAGLE ENERGY CORP | 04/04/2013 | T164N R101W | 33 | SE4SE4 |
| SUA0013.03 | ND | DIVIDE | LESTER 16-33-164-101; ALBERT 16-33S-164-101 | RUTH P CHRISTIANSON | AMERICAN EAGLE ENERGY CORP | 04/04/2013 | T164N R101W | 33 | SE4SE4 |
| SUA0014 | ND | DIVIDE | ERLING 15-33-164-102 | ELTON G & YVONNE B TANGEDAL | AMERICAN EAGLE ENERGY CORP | 08/25/2013 | T164N R102W | 33 | W2SE4 |
| SUA0015 | ND | DIVIDE | LA PLATA STATE 2-16-163-101 | ND DEPARTMENT OF TRUST LANDS ROW#6677 | AMERICAN EAGLE ENERGY CORP | 07/31/2013 | T163N R101W | 16 | NE4 |
| SUA0016 | ND | DIVIDE | BRYCE 3-2-163-102; SHELLY 3-2N-163-102 | MARSHALL & MURIELLE TANGEDAL | AMERICAN EAGLE ENERGY CORP | 09/09/2013 | T163N R102W | 2 | LOT 3, |
| SUA0017 | ND | DIVIDE | JANICE 2-3-163-101; LAUREN 2-3N-163-101 | MARK E COPLAN, KBC RANCH & LYNDA FULLER | AMERICAN EAGLE ENERGY CORP | 09/17/2013 | T163N R101W | 3 | LOT 2, |
| SUA0018 | ND | DIVIDE | KENT 1-3N-163-101 | MARK E COPLAN, KBC RANCH & LYNDA FULLER | AMERICAN EAGLE ENERGY CORP | 09/17/2013 | T163N R101W | 3 | LOT 1, |
| SUA0018.01 | ND | DIVIDE | KENT 1-3N-163-101 | MARK E COPLAN | AMERICAN EAGLE ENERGY CORP | 09/17/2013 | T163N R101W | 3 | LOT 1, |
| SUA0018.02 | ND | DIVIDE | KENT 1-3N-163-101 | KBC RANCH (KENT COPLAN) | AMERICAN EAGLE ENERGY CORP | 09/12/2013 | T163N R101W | 3 | LOT 1, |
| SUA0018.03 | ND | DIVIDE | KENT 1-3N-163-101 | LYNDA FULLER | AMERICAN EAGLE ENERGY CORP | 09/17/2013 | T163N R101W | 3 | LOT 1, |
| SUA0019 | ND | DIVIDE | LYNDA 15-32-164-101 | MARK E COPLAN, KBC RANCH & LYNDA FULLER | AMERICAN EAGLE ENERGY CORP | 09/17/2013 | T164N R101W | 32 | SW4SE4 |
| SUA0020 | ND | DIVIDE | MURIELLE 16-1E-163-102; TAYLOR 16-1E-163-102 | MARSHALL TANGEDAL | AMERICAN EAGLE ENERGY CORP | 09/23/2013 | T163N R102W | 1 | SE4 |
| SUA0021 | ND | DIVIDE | TANGEDAL 13-31-164-101; RICK 13-31-164-101 | MARSHALL TANGEDAL | AMERICAN EAGLE ENERGY CORP | 10/10/2013 | T164N R101W | 31 | LOT 4, |
| SUA0022 | ND | DIVIDE | CURTIS 13-34-164-101; LAURA 13-34-164-101 | LESTER, SHANE & RUTH CHRISTIANSON | AMERICAN EAGLE ENERGY CORP | 10/30/2013 | T164N R101W | 34 | S2SW4 |
| SUA0023 | ND | DIVIDE | UNCOMPAHGRESTATE 14-36-164-101 | ND DEPARTMENT OF TRUST LANDS ROW # 6765 | AMERICAN EAGLE ENERGY CORP | 11/19/2013 | T164N R101W | 36 | SW4 |
| SUA0024 | ND | DIVIDE | BRYCE 3-2-163-102; SHELLY 3-2N-163-102 | LARRY & JANE DRAWBOND | AMERICAN EAGLE ENERGY CORP | 09/19/2013 | T163N R102W | 15 | N2NW4 |
| SUA0025 | ND | DIVIDE | ANTON 3-4-163-101; ELIZABETH 3-4N-163-101 | BYRON & SHELLEY CARTER | AMERICAN EAGLE ENERGY CORP | 02/04/2014 | T163N R101W | 4 | LOT 3, |
| SUA0026 | ND | DIVIDE | HAUGEN 15-12-163-103 | HAUGEN ENTERPRISES | AMERICAN EAGLE ENERGY CORP | 12/11/2013 | T163N R103W | 12 | S2SW4 , S2SE4 |
| SUA0027 | ND | DIVIDE | CRESTONE STATE 3-1N-163-102; GEORGE 3-1-163-102 | MARSHALL TANGEDAL | AMERICAN EAGLE ENERGY CORP | 02/06/2014 | T163N R102W | 1 | LOT 3, |
| SUA0028 | ND | DIVIDE | JAMES 15-20-163-101 | STEVEN FEIL | AMERICAN EAGLE ENERGY CORP | 03/03/2014 | T164N R101W | 20 | SW4SE4 |
| SUA0030 | ND | DIVIDE | WARREN 4-2-163-101 | SILAS AND ARNETTE HAAGENSON FAMILY TRUST | AMERICAN EAGLE ENERGY CORP | 11/22/2013 | T163N R101W | 2 | LOT 4, |
| SUA0032.01 | ND | DIVIDE | SKJERMO 2-14-163-102 | ROBERT WORK | AMERICAN EAGLE ENERGY CORP | 07/07/2014 | T163N R102W | 14 | NW4NE4 |
| SUA0032.02 | ND | DIVIDE | SKJERMO 2-14-163-102 | GARY E NIELSEN | AMERICAN EAGLE ENERGY CORP | 07/08/2014 | T163N R102W | 14 | NW4NE4 |
| SUA0032.03 | ND | DIVIDE | SKJERMO 2-14-163-102 | GREGG D NIELSEN | AMERICAN EAGLE ENERGY CORP | 07/07/2014 | T163N R102W | 14 | NW4NE4 |
| SUA0032.04 | ND | DIVIDE | SKJERMO 2-14-163-102 | SUSAN OLSON | AMERICAN EAGLE ENERGY CORP | 07/08/2014 | T163N R102W | 14 | NW4NE4 |
| SUA0032.05 | ND | DIVIDE | SKJERMO 2-14-163-102 | CYNTHIA NIELSEN | AMERICAN EAGLE ENERGY CORP | 07/08/2014 | T163N R102W | 14 | NW4NE4 |
| SUA0032.06 | ND | DIVIDE | SKJERMO 2-14-163-102 | LOREN B NIELSEN | AMERICAN EAGLE ENERGY CORP | 07/08/2014 | T163N R102W | 14 | NW4NE4 |
| SUA0032.07 | ND | DIVIDE | SKJERMO 2-14-163-102 | MORRIS NIELSEN JR | AMERICAN EAGLE ENERGY CORP | 07/09/2014 | T163N R102W | 14 | NW4NE4 |
| SUA0033.01 | ND | DIVIDE | OLAV 15-31 | BARRY GJESDAL | AMERICAN EAGLE ENERGY CORP | 11/22/2013 | T163N R102W | 31 | S2SE4 |
| SUA0033.02 | ND | DIVIDE | OLAV 15-31 | BRIAN GJESDAL | AMERICAN EAGLE ENERGY CORP | 01/01/2014 | T163N R102W | 31 | S2SE4 |
| SUA0033.03 | ND | DIVIDE | OLAV 15-31 | JAMES GJESDAL | AMERICAN EAGLE ENERGY CORP | 01/03/2014 | T163N R102W | 31 | S2SE4 |
| SUA0033.04 | ND | DIVIDE | OLAV 15-31 | WAYNE GJESDAL | AMERICAN EAGLE ENERGY CORP | 12/31/2013 | T163N R102W | 31 | S2SE4 |
| SUA0033.05 | ND | DIVIDE | OLAV 15-31 | RENNAE KENNEDY | AMERICAN EAGLE ENERGY CORP | 10/29/2013 | T163N R102W | 31 | S2SE4 |
| SUA0033.06 | ND | DIVIDE | OLAV 15-31 | RACHEL WURTZ | AMERICAN EAGLE ENERGY CORP | 12/28/2013 | T163N R102W | 31 | S2SE4 |
| SUA0033.07 | ND | DIVIDE | OLAV 15-31 | DEBORA SCHIEFFER | AMERICAN EAGLE ENERGY CORP | 12/31/2013 | T163N R102W | 31 | S2SE4 |
| SUA0034.01 | ND | DIVIDE | LINCOLN STATE 15-36-164-102 | ARDELL ANGVICK | AMERICAN EAGLE ENERGY CORP | 09/16/2014 | T164N R102W | 36 | S2SE4 |
| SUA0034.02 | ND | DIVIDE | LINCOLN STATE 15-36-164-102 | GLEN HUFFMAN | AMERICAN EAGLE ENERGY CORP | 09/16/2014 | T164N R102W | 36 | S2SE4 |
| SUA0034.03 | ND | DIVIDE | LINCOLN STATE 15-36-164-102 | BRIAN HUFFMAN TRUST | AMERICAN EAGLE ENERGY CORP | 09/24/2014 | T164N R102W | 36 | S2SE4 |
| SUA0034.04 | ND | DIVIDE | LINCOLN STATE 15-36-164-102 | LOIS HUFFMAN REVOCABLE TRUST | AMERICAN EAGLE ENERGY CORP | 09/16/2014 | T164N R102W | 36 | S2SE4 |

2

| Lease Code | State Code | County | Well Name | Lessor Name | Lessee Name | Lease Date | TRP | SEC | Description |
|---|---|---|---|---|---|---|---|---|---|
| SUA0035 | ND | DIVIDE | SHORTY 4-5 | ELTON & YVONNE TANGEDAL | AMERICAN EAGLE ENERGY CORP | 03/09/2014 | T163N R102W | 5 | LOTS 3, 4, |
| SUA0036 | ND | DIVIDE | J. ADELIN - NOT DRILLED | MARSHALL TANGEDAL | AMERICAN EAGLE ENERGY CORP | 10/08/2014 | T164N R101W | 31 | S2S2 |
| SUA0037 | ND | DIVIDE | LILLY 16-35 | MARSHALL TANGEDAL | AMERICAN EAGLE ENERGY CORP | 06/02/2014 | T164N R102W | 35 | S2SE4 |
| SUA0038 | ND | DIVIDE | BYRON; SHELLY LYNN | BYRON & SHELLY CARTER | AMERICAN EAGLE ENERGY CORP | 06/03/2014 | T163N R101W | 4 | LOTS 3, 4, |
| SWD0001 | ND | DIVIDE | CHRISTIANSON SWD 9-163-101 | WAYNE R & GAIL R CHRISTIANSON | AMERICAN EAGLE ENERGY CORP | 01/11/2013 | T163N R101W | 9 | NE4NE4 , S2NE4 |

3