# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| American Eagle Energy Corporation ) | |
| Tax ID / EIN: 20-0237026 ) | Case No. 15-15073-HRT |
| ) | |
| AMZG, Inc. ) | |
| Tax ID / EIN: 20-8642477 ) | Case No. 15-15074-HRT |
| ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |

## CERTIFICATE OF MAILING OF NOTICE OF COMMENCEMENT
## OF CASE TO ADDITIONAL CREDITORS

I HEREBY CERTIFY that on this 22nd day of May, 2015, a true and correct copy of the **NOTICE OF COMMENCEMENT OF CASE** (Doc. No. 21) was furnished via U.S. First Class mail, postage prepaid, to the additional creditors listed on Debtor's Schedules (Doc No. 66):

AES2 Operations
4050 Garden View Drive
Suite 200
Grand Forks, ND 58201

Brian Barony
c/o Pippin Law Firm
H. Malcolm Pippin
PO Box 1525
Williston, ND 58802-1525

Brian Barony
c/o Davis Graham & Stubbs, LLP
Sybil R. Kisken
1550 17th Street, Suite 500
Denver, CO 80202

Charles B. Wiley, P.E.
8405 Becket Circle
Plano, TX 75025-4344

DirecTV
PO Box 60036
Los Angeles, CA 90060-0036

606418216.1

DTG Associates, LLC
923 S. Milwaukee Way
Denver, CO 80209

Frontier Fiscal Services
f/k/a 4G
PO Box 717
Crosby, ND 58730

Hydrus Energy Solutions USA, Inc.
109 6th Ave SE
Suite 400, #4178
Watford City, ND 58854

Industrial Equipment Sales &
Services
PO Box 11445
Williston, ND 58803

Integrated Petroleum Technologies, Inc.
c/o Pippin Law Firm
H. Malcolm Pippin
PO Box 1525
Williston, ND 58802-1525

Integrated Petroleum Technologies, Inc.
c/o Davis Graham & Stubbs, LLP
Sybil R. Kisken
1550 17th Street, Suite 500
Denver, CO 80202

Kevin Imsland
13018 46th Street
Suite 100
Williston, ND 58801

Patrick W. Durick
Counsel to Miller Oil Company
Pearce & Durick
314 E. Thayer Avenue
Bismarck, ND 58502

Power Crude Transport, Inc.
1927 Lohmans Crossings Road
#103
Austin, TX 78734

Sheridan Electric Cooperative, Inc.
PO Box 227
6408 Hwy 16 South
Medicine Lake, MT 59247-0227

State of North Dakota
Oil and Gas Division
600 E. Boulevard
Dept. 405
Bismarck, ND 58505-0840

Vac-U-Jet Portables
PO Box 16748
Missoula, MT 59808

Wayne and Gail Christianson
PO Box 97
Fortuna, ND 58844

WellEZ Information Management
11931 Wickchester
Suite 360
Houston, TX 77043

                              Respectfully submitted,

                              /s/ Jimmy D. Parrish
                              Elizabeth A. Green, Esquire
                              Florida Bar No. 0600547
                              egreen@bakerlaw.com
                              Jimmy D. Parrish, Esq.
                              Florida Bar No.: 0526401
                              jparrish@bakerlaw.com
                              **BAKER & HOSTETLER, LLP**
                              200 S. Orange Ave.
                              SunTrust Center, Suite 2300
                              P. O. Box 112 (32802-0112)
                              Orlando, Florida 32801-3432
                              Telephone: 407-649-4000
                              Facsimile: 407-841-0168
                              *Attorneys for the Debtors*