B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of Colorado

In re  **American Eagle Energy Corporation**  
Debtor(s)

Case No. **15-15073**  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 640 Energy, LLC<br>1400 16th Street<br>Suite 400<br>Denver, CO 80202 | 640 Energy, LLC<br>1400 16th Street<br>Suite 400<br>Denver, CO 80202 | frac fluid heating | | 333,080.00 |
| Arctic Energy Services, LLC<br>PO Box 1321<br>Glenrock, WY 82637 | Arctic Energy Services, LLC<br>PO Box 1321<br>Glenrock, WY 82637 | well fluid testing | | 320,691.65 |
| Atlas Tubular, LP<br>PO Box 431<br>Robstown, TX 78380 | Atlas Tubular, LP<br>PO Box 431<br>Robstown, TX 78380 | tubular products supplier | | 160,893.48 |
| Cruz Energy Services, LLC<br>7000 E. Palmer-Wasilla Hwy<br>Palmer, AK 99645 | Cruz Energy Services, LLC<br>7000 E. Palmer-Wasilla Hwy<br>Palmer, AK 99645 | drilling rig mobilization | | 521,732.21 |
| Dishon Disposal, Inc.<br>5613 DTC Parkway<br>Suite 800<br>Greenwood Village, CO 80111 | Dishon Disposal, Inc.<br>5613 DTC Parkway<br>Suite 800<br>Greenwood Village, CO 80111 | water disposal | | 196,280.40 |
| DNOW L.P.<br>NOV Wilson, LP.<br>PO Box 200822<br>Dallas, TX 75320-0822 | DNOW L.P.<br>NOV Wilson, LP.<br>PO Box 200822<br>Dallas, TX 75320-0822 | equipment supplier | | 276,169.49 |
| Frontier Fiscal Services<br>f/k/a 4G<br>PO Box 717<br>Crosby, ND 58730 | Frontier Fiscal Services<br>f/k/a 4G<br>PO Box 717<br>Crosby, ND 58730 | trade debt | | 609,789.87 |
| GE Oil & Gas Pressure Control LP<br>PO Box 911776<br>Dallas, TX 75391-1776 | GE Oil & Gas Pressure Control LP<br>PO Box 911776<br>Dallas, TX 75391-1776 | equipment provider | | 227,917.35 |
| Halliburton Energy Services, Inc.<br>PO Box 301341<br>Dallas, TX 75303-1341 | Halliburton Energy Services, Inc.<br>PO Box 301341<br>Dallas, TX 75303-1341 | high pressure pumping services | | 3,451,391.74 |
| Hydratek, Inc.<br>12069 Highway 16<br>Sidney, MT 59270 | Hydratek, Inc.<br>12069 Highway 16<br>Sidney, MT 59270 | tubular testing and inspection | | 341,817.80 |

B4 (Official Form 4) (12/07) - Cont.

In re   **American Eagle Energy Corporation**           Case No.   **15-15073**

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Jacam Chemicals 2013, LLC<br>PO Box 96<br>205 South Broadway<br>Sterling, KS 67579 | Jacam Chemicals 2013, LLC<br>PO Box 96<br>205 South Broadway<br>Sterling, KS 67579 | chemicals provider | | 183,810.60 |
| KLX Energy Services, LLC<br>28099 Expedite Way<br>Chicago, IL 60695-0001 | KLX Energy Services, LLC<br>28099 Expedite Way<br>Chicago, IL 60695-0001 | equipment rental | | 206,578.93 |
| Liberty Oilfield Services, LLC<br>950 17th Street<br>Suite 2000<br>Denver, CO 80202 | Liberty Oilfield Services, LLC<br>950 17th Street<br>Suite 2000<br>Denver, CO 80202 | frac services | | 497,460.90 |
| Northern States Completions<br>PO Box 1267<br>Williston, ND 58802 | Northern States Completions<br>PO Box 1267<br>Williston, ND 58802 | equipment provider | | 294,444.77 |
| Precision Completion & Production<br>Svcs.<br>PO Box 204789<br>Dallas, TX 75320-4789 | Precision Completion & Production Svcs.<br>PO Box 204789<br>Dallas, TX 75320-4789 | equipment provider | | 731,583.36 |
| Recievables Control Corp.<br>FBO: Creditors of Portal Service<br>7373 Kirkwood Court<br>Minneapolis, MN 55369 | Recievables Control Corp.<br>FBO: Creditors of Portal Service<br>7373 Kirkwood Court<br>Minneapolis, MN 55369 | pumping unit provider | | 147,730.85 |
| Samson Resources Company<br>PO Box 972282<br>Dallas, TX 75397-2282 | Samson Resources Company<br>PO Box 972282<br>Dallas, TX 75397-2282 | well operator | Contingent<br>Disputed<br>Subject to Setoff | 352,884.25 |
| Schlumberger Lift Solutions Canada Ltd.<br>Lockbox C05618U<br>PO Box 45 STN M<br>Calgary, AB T2P 2G9<br>CANADA | Schlumberger Lift Solutions Canada Ltd.<br>Lockbox C05618U<br>PO Box 45 STN M<br>CANADA | pumping unit provider | | 209,246.00 |
| Super Heaters, North Dakota, LLC<br>PO Box 421328<br>Houston, TX 77242-1328 | Super Heaters, North Dakota, LLC<br>PO Box 421328<br>Houston, TX 77242-1328 | frac fluid heating services | | 321,317.68 |
| Well Water Solutions and Rentals, Inc.<br>PO Box 2105<br>Casper, WY 82602 | Well Water Solutions and Rentals, Inc.<br>PO Box 2105<br>Casper, WY 82602 | tank rental | | 228,674.26 |

B4 (Official Form 4) (12/07) - Cont.

In re  **American Eagle Energy Corporation**　　　　　　　　　　　Case No.　**15-15073**
　　　　　　　　　　　　　　　Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

　　　　I, the President, Chief Executive Officer and Director of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **May 22, 2015**　　　　　　　　　　　Signature  **/s/ Bradley M. Colby**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Bradley M. Colby**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**President, Chief Executive Officer and Director**

　　　*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
　　　　　　　　　　　　　　　　　　　18 U.S.C. §§ 152 and 3571.