UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re )<br>)<br>AMERICAN EAGLE ENERGY CORPORATION )<br>Tax ID/EIN: 20-0237026 )<br>)<br>AMZG, INC. )<br>Tax ID/EIN 20-8642477 )<br>)<br>Debtors. )<br>) | Chapter 11<br><br>Case No. 15-15073-HRT<br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS
## AND REQUEST TO BE ADDED TO MASTER SERVICE LIST

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned cases on behalf of creditor U.S. Bank National Association, as Trustee ("**U.S. Bank**"), and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, demands that all notices given or required to be given and all papers served in these case be delivered to and served upon the party identified below at the following address and further requests to be added to the Master Service List:

> James S. Carr
> Benjamin D. Feder
> **KELLEY DRYE & WARREN LLP**
> 101 Park Avenue
> New York, New York 10178
> Tel: 212-808-7800
> Fax: 212-808-7987
> E-mail: KDWBankruptcyDepartment@kelleydrye.com
> bfeder@kelleydrye.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-

mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile, or otherwise in these cases.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive U.S. Bank's (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy, or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which U.S. Bank is or may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: May 21, 2015
      New York, New York

**KELLEY DRYE & WARREN LLP**

By: /s/
James S. Carr
Benjamin D. Feder
101 Park Avenue
New York, New York 10178
Tel: (212) 808-7800
Fax: (212) 808-7897
Email: bfeder@kelleydrye.com

Attorneys for U.S. Bank National Association as Trustee