UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

*Minutes of Proceeding*

Date: May 28, 2015             HONORABLE HOWARD TALLMAN, Presiding

| In re: | American Eagle Energy Corporation | Debtor | Case No: 15-15073-HRT Chapter 11 |
|---|---|---|---|
| In re: | AMZG, Inc. | Debtor | Case No: 15-15074-HRT Chapter 11 |

**Jointly Administered Under Case No. 15-15073 HRT**

Appearances:

| | | | |
|---|---|---|---|
| Debtor | American Eagle Energy Corporation | Counsel | Elizabeth Green; Jimmy Parrish; Lars Fuller |
| Debtor | AMZG, Inc. | Counsel | Elizabeth Green; Jimmy Parrish; Lars Fuller |
| U.S. Trustee | | Counsel | Alan Motes |
| Creditors' Committee | | Counsel | Ira Kharasch; Barry Wilkie |
| Creditor | Ad Hoc Noteholders Group | Counsel | Paul Silverstein; Jim Markus |
| Creditor | U.S. Bank, N.A. | Counsel | Benjamin Feder |
| Creditor | Hydratek, Inc. | Counsel | Duncan Barber |
| Creditor | U.S. Properties Bakken I, LLC; USG Midstream Bakken I, LLC | Counsel | Steve Pezanosky |
| Creditor | Power Energy Partners, LP | Counsel | Kevin Lippman; Ted Hartle |

Proceedings:           [] **Evidentiary Hearing**           [XXX] **Non-evidentiary Hearing**

Continued cash collateral hearing.

[X]   The Court heard statements of counsel.

Orders:

[X]   The Court will enter the parties' agreed Second Interim Order on cash collateral.

Date:   May 28, 2015                             FOR THE COURT:
                                                *Kenneth S. Gardner, Clerk of the Bankruptcy Court*

                                                       /s/ Tom Lane
                                                By: _____
                                                       Tom Lane, Judicial Law Clerk