UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| American Eagle Energy Corporation | ) |
| Tax ID / EIN: 20-0237026 | ) Case No. 15-15073-HRT |
| | ) |
| AMZG, Inc. | ) |
| Tax ID / EIN: 20-8642477 | ) Case No. 15-15074-HRT |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |

**NOTICE OF MOTION FOR APPROVAL AND USE OF RETAINER
FOR COUNSEL FOR THE DEBTORS IN POSSESSION**

**OBJECTION DEADLINE: June 12, 2015**

**YOU ARE HEREBY NOTIFED** that American Eagle Energy Corporation ("American Eagle") and AMZG, Inc. ("AMZG") (collectively, the "Debtors") have filed their **Motion for Approval and Use of Retainer for Counsel for the Debtors In Possession** (the "Motion"), with the bankruptcy court and requests the following relief:

In the Motion, the Debtors seek the approval of a pre-petition retainer paid by American Eagle to Debtors' counsel, Baker & Hostetler LLP ("B&H") in the amount of $350,000 ("Retainer"). The Debtors assert that payment of the Retainer is consistent with 11 U.S.C. §328(a) and is reasonable under the circumstances.

If you oppose the motion or object to the requested relief your objection must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections. If a proper objection is filed with the Court, the Motion and such objection will be heard at a hearing to be scheduled by the Court.

In the absence of a timely substantiated objection by an interested party, the Court may approve or grant the relief requested without any further notice to creditors or other interested parties.

DATED: May 29, 2015              BY: /s/Jimmy D. Parrish
                                                Elizabeth A. Green, Esq.
                                                Florida Bar No.: 0600547
                                                egreen@bakerlaw.com
                                                Jimmy D. Parrish, Esq.
                                                Florida Bar No.: 0526401
                                                jparrish@bakerlaw.com
                                                Lars Fuller, Esq.
                                                Atty Reg. No. 26051
                                                lfuller@bakerlaw.com
                                                **BAKER & HOSTETLER LLP**
                                                200 South Orange Ave.
                                                SunTrust Center, Suite 2300
                                                Post Office Box 112 (32802-0112)
                                                Orlando, Florida 32801-3432
                                                Telephone: (407) 649-4000
                                                Fax: (407) 841-0168
                                                Attorneys for Debtor

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY, that on May 29, 2015, a true and correct copy of the foregoing **NOTICE OF MOTION FOR APPROVAL AND USE OF RETAINER FOR COUNSEL FOR THE DEBTORS IN POSSESSION** was filed with the Court using the CM/ECF System which will provide notice to all parties requesting such notice, and/or served via U.S. First Class Postage Prepaid as follows: American Eagle Energy Corporation and AMZG, Inc., 2549 W. Main Street, Suite 202, Littleton, CO 80120 (Debtors); Paul Silverstein, Esq., Andrews Kurth, 450 Lexington Avenue, New York, NY 10017 (Counsel for the Ad Hoc Noteholders); Jeffrey N. Pomerantz, Esq., Ira D. Kharasch, Esq., Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067-4100 (Counsel to the Official Committee of Unsecured Creditors); the Twenty Largest Unsecured Creditors set forth at Docket No. 68; all parties in interest who have entered an appearance in these proceedings; all parties in interest who have filed a request for notices in these proceedings; and the Office of the United States Trustee, Byron G. Rogers Federal Building, 1961 Stout St., Suite 12-200, Denver, Colorado 80294.

                                                /s/ Jimmy D. Parrish
                                                Jimmy D. Parrish, Esq.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 15-15073-HRT<br>District of Colorado<br>Denver<br>Fri May 29 10:16:20 MDT 2015 | 640 Energy, LLC<br>1400 16th Street<br>Suite 400<br>Denver, CO 80202-5995 | AMZG, Inc.<br>2549 W. Main Street<br>Suite 202<br>Littleton, CO 80120-4646 |
| American Eagle Energy Corporation<br>2549 W. Main Street<br>Suite 202<br>Littleton, CO 80120-4646 | Arctic Energy Services, LLC<br>PO Box 1321<br>Glenrock, WY 82637-1321 | Atlas Tubular, LP<br>PO Box 431<br>Robstown, TX 78380-0431 |
| Duncan E. Barber<br>4582 S. Ulster St. Pkwy.<br>Ste. 1650<br>Denver, CO 80237-2686 | Cruz Energy Services, LLC<br>7000 E. Palmer-Wasilla Hwy<br>Palmer, AK 99645-7715 | DNOW L.P.<br>NOV Wilson, LP.<br>PO Box 200822<br>Dallas, TX 75320-0822 |
| Stacey S. Dawes<br>4582 S. Ulster St., Ste 1650<br>Denver, CO 80237-2686 | Stephen Dexter<br>950 17th St.<br>Ste.2400<br>Denver, CO 80202-2822 | Dishon Disposal, Inc.<br>5613 DTC Parkway<br>Suite 800<br>Greenwood Village, CO 80111-3036 |
| Carl Dore<br>17171 Park Row<br>Ste 350<br>Houston, TX 77084-4995 | Benjamin D. Feder<br>101 Park Ave<br>New York, NY 10178-0002 | Frontier Fiscal Services<br>f/k/a 4G<br>PO Box 717<br>Crosby, ND 58730-0717 |
| GE Oil & Gas Pressure Control LP<br>PO Box 911776<br>Dallas, TX 75391-1776 | Jeremy Graves<br>Gibson, Dunn & Crutcher LLP<br>1801 California Street, Ste 4200<br>Denver, CO 80202-2694 | Elizabeth A. Green<br>200 S. Orange Ave.<br>Suntrust Center, Ste. 2300<br>Orlando, FL 32801-3432 |
| Halliburton Energy Services, Inc.<br>PO Box 301341<br>Dallas, TX 75303-1341 | Theodore J. Hartl<br>600 17th St.<br>Suite 1800 South<br>Denver, CO 80202-5402 | Autumn D. Highsmith<br>2323 Victory Ave., Ste. 700<br>Dallas, TX 75219-7672 |
| Robert Hill<br>5334 S. Prince St.<br>Littleton, CO 80120-1136 | Hydratek, Inc.<br>12069 Highway 16<br>Sidney, MT 59270-6334 | Jacam Chemicals 2013, LLC<br>PO Box 96<br>205 South Broadway<br>Sterling, KS 67579-2339 |
| KLX Energy Services, LLC<br>28099 Expedite Way<br>Chicago, IL 60695-0001 | Liberty Oilfield Services, LLC<br>950 17th Street<br>Suite 2000<br>Denver, CO 80202-2801 | James T. Markus<br>1700 Lincoln St.<br>Ste. 4550<br>Denver, CO 80203-4509 |
| Daniel J. Morse<br>308 W. 21st St.<br>Ste. 203<br>Cheyenne, WY 82001-3669 | Alan K. Motes<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-1961 | Northern States Completions<br>PO Box 1267<br>Williston, ND 58802-1267 |

Jimmy D. Parrish
200 S. Orange Ave.
Suntrust Center, Ste. 2300
Orlando, FL 32801-3432

Precision Completion & Production
Svcs.
PO Box 204789
Dallas, TX 75320-4789

Recievables Control Corp.
FBO  Creditors of Portal Service
7373 Kirkwood Court
Minneapolis, MN 55369

Samson Resources Company
PO Box 972282
Dallas, TX 75397-2282

Schlumberger Lift Solutions Canada Ltd.
Lockbox C05618U
PO Box 45 STN M
Calgary, AB T2P 2G9
CANADA

Super Heaters, North Dakota, LLC
PO Box 421328
Houston, TX 77242-1328

US Trustee
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-1961

Well Water Solutions and
Rentals, Inc.
PO Box 2105
Casper, WY 82602-2105

Barry L. Wilkie
1999 Broadway
Ste.  3150
Denver, CO 80202-5736

William A. (Trey) Wood
711 Louisiana St., Ste. 2300
Houston, TX 77002-2770

John F. Young
1700 Lincoln St.
Ste. 4550
Denver, CO 80203-4509

End of Label Matrix
Mailable recipients    40
Bypassed recipients     0
Total                  40