IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| American Eagle Energy Corporation | ) | Case No. 15-15073-HRT |
| Tax ID / EIN: 20-0237026 | ) | |
| | ) | |
| AMZG, Inc. | ) | Case No. 15-15074-HRT |
| Tax ID / EIN: 20-8642477 | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

---

**APPLICATION TO EMPLOY JONES & KELLER, P.C. AS LOCAL
COUNSEL FOR THE OFFICIAL UNSECURED CREDITORS'
COMMITTEE OF AMERICAN EAGLE ENERGY CORPORATION**

---

The Official Unsecured Creditors Committee of American Eagle Energy

Corporation (the "Committee"), applies for retention of the law firm of Jones & Keller,

P.C. ("J&K") as local counsel for the Committee pursuant to 11 U.S.C. §§ 328, 330 and

1103 and Fed.Bankr. Pro. 2014, nunc pro tunc, May 20, 2015. In support of this

Application, the Committee's prospective counsel respectfully represents as follows:

1.      On May 8, 2015, American Eagle Energy Corporation (the "Debtor")

filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States

Code (the "Bankruptcy Code"). The Debtor is in possession of its property and is

operating its businesses pursuant to Bankruptcy Code §§ 1107 and 1108.

2.      On May 15, 2015, the Office of the United States Trustee filed an

Appointment of Unsecured Creditor's Committee for the Debtor.

3.      On May 20, 2015, the Committee decided to retain Pachulski Stang

Ziehl & Jones LLP ("Pachulski"), a law firm with offices in Los Angeles, San Francisco,

New York and Wilmington, to represent it in these proceedings.

4.      The Committee desires to retain J&K as local Denver counsel to assist

Pachulski Stang Zieh & Jones, LLP with the advice and representation of the Committee

in the fulfillment of its statutory duties. The Committee has selected J&K because of its

expertise in the areas of bankruptcy, insolvency and reorganization matters, as well as

expertise in general commercial litigation, commercial transactions, oil and gas, and

general business law. The Committee also selected J&K because of its familiarity with

the Bankruptcy Court's procedures.

5.      It is contemplated that as local counsel, J&K will assist Pachulski with

providing the following legal services for the Committee in this case:

a.      Advise the Committee with respect to the powers and duties of the
Committee;

b.      Consult with the Debtor and its affiliated debtors concerning the
administration of this and related cases;

c.      Advise the Committee with respect to the powers and duties of the
Debtor in the continued operation of its business and the
management of its assets;

d.      Investigate the acts, conduct, assets, liabilities, and financial
condition of the Debtor, the operation of the Debtor's businesses
and the desirability of the continuance of such businesses, and any
other matter relevant to the cases or the formulation of a plan;

e.      Advise the Committee with respect to the use, sale or lease of
property, financing and the rejection and assumption of executory
contracts and unexpired leases, among other things;

2

f.  Participate in the negotiation, formulation, and drafting of a plan of reorganization, including modifications and amendments, and advise the Committee regarding the acceptance and confirmation process;

g.  Draft, file and serve documents as requested by Pachulski, including preparation of certificates of no objection, certifications of counsel, and notices of fee applications and motions;

h.  Participate in any proceeding or hearing in the Bankruptcy Court, any federal appellate court, or any other judicial or administrative forum in which any action or proceeding may be pending that may affect the Debtor, its assets, or the claims of its creditors;

i.  Provide legal advice regarding local rules, practices, and procedures and providing substantive and strategic advice on how to accomplish Committee goals;

j.  Review and Comment on drafts of documents to ensure compliance with local rules, practices and procedures;

k.  Coordinate with Pachulski on pending matters that may need responses;

l.  Participate in meetings with the Committee; and

m.  Provide additional administrative support to Pachulski as requested.

6.  J&K is proposed to serve as Colorado co-counsel for the Committee with Pachulski as lead co-counsel.  To be clear, J&K expects that Pachulski shall have primary responsibility for the services disclosed in the Committee's application to retain Pachulski filed with the Court.  That being said, J&K also expects that it will be asked to provide substantive advice and legal services to the Committee.  In such instances, J&K intends to work closely with Pachulski to ensure that there is not unnecessary duplication of services performed or charged to the Debtors' estates.   To the extent that J&K is assigned by the Committee, in consultation with Pachulski, to perform new matters as requested by the Committee that may be necessary and proper in these proceedings and

that are materially different from the services described in paragraph 5 above, J&K will file a supplemental declaration in accordance with Bankruptcy Rule 2014, and as suggested by the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 30, 2013.

7.      The attorneys of the firm of J&K are duly admitted to practice law before this Court. The attorneys with J&K are qualified to represent the Committee in this bankruptcy case and related proceedings, and J&K has agreed to serve as counsel for the Committee, with all interim and final fee applications subject to review by this Court in accordance with applicable law.

8.      To the best of the Committee's knowledge, and as explained in this Application and the Verified Statement of Barry L. Wilkie, hereto attached as Exhibit A, J&K does not hold or represent an interest adverse to the interests of the Debtor's unsecured creditors and is a disinterested person pursuant to Bankruptcy Code sections 1103(b) and 101(14).

9.      In addition to representing the Committee, J&K has also entered an appearance in this proceeding on behalf of Baker Hughes Oilfield Operations, Inc. ("Baker Hughes") which is an unsecured creditor and member of the Official Unsecured Creditors Committee of Debtor.  Although such a concurrent representation is permissible under 11 U.S.C. § 1103(b), an in-house attorney for Baker Hughes intends to substitute with J&K as counsel for Baker Hughes in this proceeding after her application for admission by the U.S. District Court of Colorado for the District of Colorado is approved.

4

10.     J&K has conducted an examination using the firm's internal conflict checking procedure of all of the currently known creditors of the Debtor to determine whether J&K represented them in connection with the Debtor or in other matters. From time to time in matters wholly unrelated to the Debtor, or their bankruptcy cases, attorneys with J&K have represented entities that are or may be creditors or affiliates of creditors of the Debtor as described in the Verified Statement of Barry L. Wilkie.

11.     In 2011, J&K represented a Special Committee of the Board of Directors of Eternal Energy Corp. with regard to corporate and securities matters concerning its merger with American Eagle Energy Inc. Eternal Energy Corp. changed its name to American Eagle Energy Corporation in connection with such merger. The legal fees of the Committee were paid by Eternal Energy Corp. To the best of applicant's knowledge, J&K has no connection with the Debtor, creditors or any party in interest, or their respective attorneys and accountants that may constitute a conflict of interest or an adverse position under Fed. R. Bankr. Pro. 2014(a).

12.     Accordingly, the Committee believes that the appointment of J&K is in the best interests of the Committee, the Debtor's estate and its creditors.

13.     The J&K attorney who will primarily work on this case is Barry L. Wilkie, whose billing rate is $395.00 per hour. Where appropriate, J&K will use the services of other attorneys, paralegals and other J&K personnel to represent the Committee's interests efficiently and effectively. The hourly rates of such other professionals will not exceed $395.00 per hour. J&K will also endeavor to not unnecessarily duplicate the efforts of Pachulski. J&K's hourly rates are subject to

5

periodic increases in the normal course of J&K's business, due to, among other things, the increased experience of a particular professional. J&K will charge for and seek reimbursement for (a) messenger service; (b) postage and delivery; (c) process service and investigator charges; (d) telephonic conferencing charges; (e) travel expenses; (f) copy charges not to exceed $0.15 per page; and (g) other reasonably incurred charges in connection with the scope of services to be performed.

14.     J&K also seeks approval of this Application, _nunc pro tunc_, May 20, 2015, as J&K has been retained by the Committee since that date and has rendered significant work since that date due to the exigencies of the case.

15.     J&K has not received a retainer, has not agreed to share its compensation, and all fees and expenses of J&K will be paid only upon approval by the Court after a request made in accordance with the Bankruptcy Code and applicable rules.

**WHEREFORE**, the Committee requests that the Court enter an order approving the Committee's retention of J&K under the terms set forth herein.

Dated: June 5, 2015.

JONES & KELLER, P.C.

s/ Barry L. Wilkie
Barry L. Wilkie, #10751
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone (303) 573-1600
Facsimile  (303) 573-8133
Email: bwilkie@joneskeller.com
_Proposed attorney for the Official
Unsecured Creditor's Committee
of American Eagle Energy
Corporation_

6

## **PROOF OF SERVICE**

The undersigned hereby certifies that on June 5, 2015, I caused to be served by email and prepaid first class mail a true and correct copy of the foregoing *Application to Employ Jones & Keller, P.C. as Local Counsel for the Official Unsecured Creditors' Committee of American Eagle Energy Corporation* on the parties attached hereto.

/s/ Patricia Jeffries
Patricia Jeffries

DOCS_LA:289126.1 03706/002

**SERVICE LIST**

**In re: American Eagle Energy Corporation and AMZG, Inc.
Case No. 15-31858-hdh-11**

**SERVICE VIA EMAIL AND U.S. FIRST CLASS MAIL**

**BAKER &HOSTETLER, LLP**
Elizabeth A. Green, Esquire
Jimmy D. Parrish, Esq.
200 S. Orange Ave.
SunTrust Center, Suite 2300
P. O. Box 112 (32802-0112)
Orlando, FL 32801-3432
egreen@bakerlaw.com
jparrish@bakerlaw.com
Attorneys for the Debtors
(Notice of Appearance)

PATRICK S. LAYNG
UNITED STATES TRUSTEE
Alan K. Motes, Trial Attorney
1961 Stout Street, Suite 12-200
Denver, CO 80294
(303) 312-7999
(303) 312-7259 fax
Alan.Motes@usdoj.gov
(US Trustee)
(Notice of Appearance)

PATRICK S. LAYNG
UNITED STATES TRUSTEE
Daniel J. Morse, Assistant U.S. Trustee
U.S. Department of Justice
308 West 21st Street, Room 203
Cheyenne, WY 82001
Tel: 307-772-2793
Daniel.J.Morse@USDOJ.GOV
(US Trustee)
(Notice of Appearance)

ROBERT HILL, Esq.
Senior Assistant County Attorney
5334 S. Prince Street
Littleton, CO 80166
(303) 795-4639
rhill@arapahoegov.com
wrossman@arapahoegov.com
(Counsel to Arapahoe County Treasurer)
(Notice of Appearance)

Doré Law Group, P.C.
Carl Doré, Jr.
17171 Park Row, Suite 160
Houston, Texas 77084
(281) 829-1555
(281) 200-0751 Fax
carl@dorelawgroup.net
(Counsel to Halliburton Energy Services, Inc.)
(Notice of Appearance)

KELLEY DRYE & WARREN LLP
James S. Carr
Benjamin D. Feder
101 Park Avenue
New York, NY 10178
Tel: (212) 808-7800
Fax: (212) 808-7987
kdwbankruptcydepartment@kellydrye.com
bfeder@kellydrye.com
(Counsel to US Bank as Trustee)
(Notice of Appearance)

Bracewell & Giuliani LLP
William A. (Trey) Wood III
711 Louisiana Street
Suite 2300
Houston, TX 77002
Tel: (713) 221-2300
Fax: (713) 221-2124
Trey.Wood@bgllp.com
(Counsel to Murex Petroleum Corporation)
(Notice of Appearance)

Lindquist & Vennum LLP
Theodore J. Hartl
600 17th Street, Suite 1800 South
Denver, CO 80202
Tel: (303) 454-0582
FAx: (303) 573-1956
thartl@lindquist.com
(Counsel to Power Energy Partners LP)
(Notice of Appearance)

DOCS_LA:289053.4 03706/002

Lathrop & Gage LLP
Stephen K. Dexter
950 17th Street
Suite 2400
Denver, CO 80202
Tel: (720) 931-3200
Fax: (720) 931-3201
sdexter@lathropgage.com
(Counsel to Liberty Oilfield Services, LLC)
(Notice of Appearance)

Markus Williams Young & Zimmermann LLC
John F. Young
1700 Lincoln St., Suite 4000
Denver, Colorado 80203
Tel: (303) 830-0800
Fax: (303) 830-0809
jyoung@markuswilliams.com
(Counsel to the Ad Hoc Group of
2019 Senior Secured Noteholders)
(Notice of Appearance)

Andrews Kurth LLP
Paul N. Silverstein
450 Lexington Avenue
New York, NY 10017
Tel: (212) 850-2800
Fax: (212) 850-2929
paulsilverstein@andrewskurth.com
(Counsel to the Ad Hoc Group of
2019 Senior Secured Noteholders)
(Notice of Appearance)

Andrews Kurth LLP
Timothy A. Davidson II
600 Travis, Suite 4200
Houston, TX 77002
Tel: (713) 220-4200
Fax: (713) 220-4285
TDavidson@andrewskurth.com
(Counsel to the Ad Hoc Group of
2019 Senior Secured Noteholders)
(Notice of Appearance)

Bieging Shapiro & Barber LLP
Duncan E. Barber
Stacey S. Dawes
4582 South Ulster Street Parkway, Suite 1650
Denver, CO 80237
Tel: (720) 488-0220

Fax: (720) 488-7711
dbarber@bsblawyers.com
ssd@bsblawyers.com
(Counsel to Hydratek, Inc.)
(Notice of Appearance)

Haynes and Boone, LLP
Stephen M. Pezanosky
Autumn D. Highsmith
2323 Victory Avenue, Suite 700
Dallas TX 75219-7672
Tel: 214.651.5000
Fax: 214.651.5940
stephen.pezanosky@haynesboone.com
autumn.highsmith@haynesboone.com
(Counsel to USG Properties Bakken I, LLC &
USG Midstream I, LLC)
(Notice of Appearance)

Haynes and Boone, LLP
Patrick L. Hughes
1580 Lincoln Street, Suite 1280
Denver, CO 80203
Tel: 303.893.2005
patrick.hughes@haynesboone.com
(Counsel to USG Properties Bakken I, LLC &
USG Midstream I, LLC)
(Notice of Appearance)

Sonia A. Chae
Securities and Exchange Commission
175 West Jackson Blvd.
Suite 900
Chicago, IL 60604
(Notice of Appearance)

DOCS_LA:289053.4 03706/002