UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| American Eagle Energy Corporation | ) | |
| | ) | Case No. 15-15073-HRT |
| In re: | ) | |
| | ) | |
| AMZG, Inc. | ) | Case No. 15-15074-HRT |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**NOTICE OF APPLICATION TO RETAIN AND EMPLOY CANACCORD
GENUITY, INC. UNDER 11 U.S.C. §§ 327(a) AND 328(a) AS
INVESTMENT BANKER AND FINANCIAL ADVISOR TO THE
DEBTORS
EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE**

**OBJECTION DEADLINE:  JUNE 29, 2015**

   **YOU ARE HEREBY NOTIFIED** that American Eagle Energy Corporation ("**American Eagle**") and AMZG, Inc. ("**AMZG**," and collectively the "**Debtors**") have filed an Application to Retain and Employ Canaccord Genuity, Inc. Under U.S.C. §§ 327(a) and 328(a) as Investment Banker and Financial Advisor to the Debtors Effective *Nunc Pro Tunc* to the Petition Date ("**Application**") with the bankruptcy court and have requested the following relief: authority to employ Canaccord Genuity, Inc. ("**Canaccord**") as investment banker and financial advisor to the Debtors effective *nunc pro tunc* to May 8, 2015 (i.e., the date Debtors commenced these bankruptcy cases).  Debtors seek to employ Canaccord to provide investment banking and financial advisor services to the Debtors on the terms set forth in the Application and the Engagement Agreement attached to the Application, including the provisions for compensation:

   (a) Monthly Retainer Fees.  A monthly fee in the amount of $75,000 due, earned and payable in advance in full, on the date hereof and the first business day of every month thereafter ("**Monthly Retainer Fees**"); provided however, to the extent that the Services provided to Debtors in Section 1 are reduced, the Debtors and Canaccord shall work together to amend the Monthly Retainer Fee as appropriate for such anticipated changes.

(b) New Capital Fee. A new capital fee ("**New Capital Fee**"), upon the consummation of a New Capital Transaction, calculated by multiplying the applicable fee percentage by the total gross proceeds raised or committed pursuant to an executed final definitive agreement as set forth below:

| Funds Raised | Fee % |
|---|---|
| Debt | 3.00% |
| Equity or Equity Equivalents | 6.00% |

(c) Recapitalization Fee. A recapitalization fee ("**Recapitalization Fee**") equal to $1,750,000 upon the consummation of any Recapitalization Transaction.

(d) M&A Transaction Fee. Upon the consummation of a M&A Transaction, a fee ("**M&A Fee**") equal to 2.0% of Aggregate Consideration (defined below), subject to a $1,500,000 minimum fee.

(e) Multiple Transactions. Canaccord shall be paid all applicable fees in connection with a Transaction (e.g., if a Transaction constitutes both a Recapitalization Transaction and a New Capital Raise, then Canaccord shall be paid both the Recapitalization Fee and the New Capital Fee), but such fees shall be without duplication and calculated ratably with respect to such proceeds raised or Aggregate Consideration, as the case may be, and further provided, Canaccord shall be entitled to the greater of such applicable minimum fees.

(f) Aggregate Consideration. For purposes hereof, the term "**Aggregate Consideration**" means cumulative value of the M&A Transaction, representing the total value of the Debtors implied by the sum of (x) the total amount of cash and the fair market value (on the date of payment) of all of the property paid or payable in connection with the M&A Transaction, including amounts paid or payable in respect of, if any, convertible securities, preferred equity securities, warrants, stock appreciation rights, option or similar rights, whether or not vested, plus (y) the principal amount of all indebtedness for borrowed money of the Debtors as set forth on the most recent balance sheets plus the excess of the projected liability of any pension plan over its assets for the last completed reporting period prior to close, or, in case of the sale of assets, all liabilities assumed by the third party. If the Aggregate Consideration is subject to increase by contingent payments related to future events, the portion of Canaccord's fee relating thereto shall be calculated by

2

        Canaccord in good faith subject to the Debtors' reasonable approval, with the full amount paid to Canaccord upon closing.

  (g)  <u>Calculation of Aggregate Consideration</u>. For purposes of calculating Aggregate Consideration: (i) in an M&A Transaction involving the sale or transfer, directly or indirectly, of 50% or more of the outstanding common stock or other equity interest in, or assets of, the Debtors, Aggregate Consideration shall be calculated as if 100% of the outstanding common stock or other equity interest in, or assets of, the Debtors were sold or transferred for the same amount paid (and otherwise on the same terms) in such M&A Transaction; (ii) the value of any security (as that term is defined in the Securities Act of 1933, as amended) issuable in connection with a M&A Transaction will be determined, if a publicly-traded security, on the basis of the volume-weighted average of the closing prices for the 20 trading days prior to the closing, or, if the security is not freely traded (or having no established public market) on the basis of the fair market value of such security at closing as determined in good faith by Canaccord and the Debtors; and (iii) the value of any property transferred in connection with a Transaction will be determined on the basis of the fair market value of such property at closing as determined in good faith by Canaccord and the Debtors.

If you wish to review a copy of the Application, Engagement Agreement, or have other questions regarding the Application, please contact undersigned counsel.

    If you oppose the motion or object to the requested relief, your objection and request for a hearing must be filed on or before the objection deadline statement above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

    In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

    Dated this 29th day of May, 2015.        BAKER & HOSTETLER LLP

                                                                                 *s/ Lars Fuller*
                                                                                 Elizabeth Green, Fla. Bar No. 0600547
                                                                                 Jorian L. Rose, NY Bar No. JR-5518
                                                                                 Jimmy D. Parrish, Fla. Bar No. 0526401
                                                                                 Lars Fuller, Colo. Bar No. 26051

BAKER & HOSTETLER LLP
200 S. Orange Ave.
SunTrust Center, Suite 2300
P.O. Box 112 (32802-0112)
Orlando, Florida 32801-3432
Phone: 407-649-4000
Fax: 407-841-0168
Email: egreen@bakerlaw.com
Email: jparrish@bakerlaw.com

45 Rockefeller Plaza, 14th Floor
New York, New York 101111
Phone: 212-589-4200
Fax: 212-589-4201
Email: jrose@bakerlaw.com

1801 California Street, Suite 4400
Denver, Colorado 80202
Phone: 303-764-4114
Fax: 303-861-7805
Email: lfuller@bakerlaw.com

## CERTIFICATE OF SERVICE

The undersigned further certifies that on June 6, 2015, , I served by prepaid first class mail a copy of the foregoing Notice in accordance with L.B.R. 9013-1, L.B.F. 9013-1.2, FED. R. BANKR. P. 2002 on parties in interest contained on the attached list, which is a copy of the court's Creditor Address Mailing Matrix for this case, obtained from PACER on June 6, 2015, and the following other interested parties the movant mailed notice at the following addresses:

**American Eagle Energy Corporation**, 2549 W. Main Street, Suite 202, Littleton, CO 80120 (Debtor); **AMZG, Inc.,** 2549 W. Main Street, Suite 202, Littleton, CO 80120 (Debtor); **Paul N. Silverstein**, Andrews Kurth, LLP, 450 Lexington Avenue, NY, NY 10017; **James T. Markus**, Markus Williams Young & Zimmerman LLP, 1700 Lincoln Street, Suite 4550, Denver, CO 80203; **Barry L. Wilkie, Esq.**, Jones & Keller, P.C., 1999 Broadway, Suite 3150, Denver, CO 80202 *(Counsel to the Official Committee of Unsecured Creditors)*; **Jeffrey N. Pomerantz, Esq., Ira D. Kharasch, Esq.** Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067-4100 *(Counsel to the Official Committee of Unsecured Creditors)*; **Geoffrey Richards**, Canaccord Genuity Inc., 350 Madison Avenue New York, NY 10017; the Twenty Largest Unsecured Creditors set forth at Docket No. 68; all parties in interest who have entered an appearance in these proceedings; all parties in interest who have filed a request for notices in these proceedings; and the **Office of the United States Trustee**, Byron G. Rogers Federal Building, 1961 Stout St., Suite 12-200, Denver, Colorado 80294.

*s/ Lars Fuller*
Lars Fuller, Esq.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 15-15073-HRT<br>District of Colorado<br>Denver<br>Fri Jun  5 16:36:40 MDT 2015 | AMZG, Inc.<br>2549 W. Main Street<br>Suite 202<br>Littleton, CO 80120-4646 | Ad Hoc Group of 2019 Senior Secured Notehold<br>Attn: James T. Markus<br>Markus Williams Young & Zimmermann LLC<br>1700 Lincoln Street<br>Suite 4550<br>Denver, CO 80203-4509 |
| American Eagle Energy Corporation<br>2549 W. Main Street<br>Suite 202<br>Littleton, CO 80120-4646 | Baker Hughes Oilfield Operations, Inc.<br>PO Box 4740<br>3900 Essex Lane<br>Suite 1200<br>Houston, TX 77027-5486 | Halliburton Energy Services, Inc.<br>c/o Carl Dore', Jr.<br>Dore' Law Group, P.C.<br>17171 Park Row, Suite 160<br>Houston, TX 77084-4927 |
| Power Energy Partners LP<br>Lindquist & Vennum LLP<br>600 17th Street<br>Suite 1800 South<br>Denver, CO 80202-5402 | US Bankruptcy Court<br>US Custom House<br>721 19th St.<br>Denver, CO 80202-2508 | 640 Energy, LLC<br>1400 16th Street<br>Suite 400<br>Denver, CO 80202-5995 |
| AES Drilling Fluids, LLC<br>11767 Katy Freeway<br>Suite 230<br>Houston, TX 77079-1711 | AES2 Operations<br>4050 Garden View Drive<br>Suite 200<br>Grand Forks, ND 58201-7215 | ASEN 2 Corporation<br>4800 Scottsdale Road<br>Suite 1400<br>Scottsdale, AZ 85251-7632 |
| Accelerated Artificial Lift System<br>4441 E. 146th St. N<br>Skiatook, OK 74070-3299 | Adigo<br>Department 2219<br>Denver, CO 80291-2219 | Adler Hot Oil Service, LLC<br>3495 Momentum Place<br>Chicago, IL 60689-5334 |
| American Standard Energy Corp.<br>4800 Scottsdale Road<br>Suite 1400<br>Scottsdale, AZ 85251-7632 | Arapahoe County Treasurer<br>5334 S. Prince Street<br>Littleton, CO 80120-1136 | Arctic Energy Services, LLC<br>PO Box 1321<br>Glenrock, WY 82637-1321 |
| Atlas Tubular, LP<br>PO Box 431<br>Robstown, TX 78380-0431 | Badlands Oilfield Services, Inc.<br>PO Box 6004<br>Williston, ND 58802-6004 | Badlands Power Fuels, LLC<br>d/b/a Nuverra Environmental Solutions<br>PO Box 912620<br>Denver, CO 80291-2620 |
| Baker Hughes Oilfield Operations<br>PO Box 301057<br>Dallas, TX 75303-1057 | Basin Concrete<br>PO Box 4264<br>Williston, ND 58802-4264 | Baytex Energy  LTD<br>520 - 3rd Ave  SW<br>Suite 2500<br>Calgary, AB T2P 0R3<br>CANADA |
| Bill Roberts, Esq.<br>Roberts & Olivia, LLC<br>2060 Broadway<br>Suite 250<br>Boulder, CO 80302-5271 | Bind, LLC<br>PO Box 184<br>Robinson, IL 62454-0184 | Black Stone Minerals Company<br>1001 Fannin<br>Suite 2020<br>Houston, TX 77002-6715 |
| Borsheim Crane Service<br>PO Box 1344<br>Williston, ND 58802-1344 | Bradley M. Colby<br>5722 S. Benton Way<br>Littleton, CO 80123-0851 | Brennand Energy, Ltd<br>1330 Post Oak Blvd.<br>Suite 2540<br>Houston, TX 77056-3871 |

| | | |
|---|---|---|
| Brian Barony<br>c/o Davis Graham & Stubbs, LLP<br>Sybil R. Kisken<br>1550 17th Street, Suite 500<br>Denver, CO 80202-1500 | Brian Barony<br>c/o Pippin Law Firm<br>H. Malcolm Pippin<br>PO Box 1525<br>Williston, ND 58802-1525 | Bulldog Trucking<br>1265 East 530 North<br>American Fork, UT 84003-1320 |
| CMG Oil & Gas, Inc.<br>PO Box 829<br>Stanley, ND 58784-0829 | CP Machine, Inc.<br>3534 20th Avenue W<br>Williston, ND 58801-2222 | Calfrac Well Services Corp.<br>717-17 Street<br>Suite 1445<br>Denver, CO 80202 |
| Canrig Drilling Technology, Ltd.<br>PO Box 973608<br>Dallas, TX 75397-3608 | Cascade Integrated Services, LLC<br>PO Box 912604<br>Denver, CO 80291-2604 | Charles B. Wiley, P.E.<br>8405 Becket Circle<br>Plano, TX 75025-4344 |
| Cheetah Services, Inc.<br>PO Box 1077<br>Watford City, ND 58854-1077 | Clean Chemistry, Inc.<br>Accounts Receivable<br>5541 Central Ave.<br>Suite 110<br>Boulder, CO 80301-2876 | Cody Exploration, LLC<br>PO Box 597<br>Bismarck, ND 58502-0597 |
| Cody Oil & Gas Corporation<br>PO Box 597<br>Bismarck, ND 58502-0597 | Collins & Jones Investments, LLC<br>508 W. Wall Street<br>Suite 1200<br>Midland, TX 79701-5076 | Colorado Dept. of Revenue<br>Taxation Division<br>PO Box 17087<br>Denver, CO 80217-0087 |
| Compensation & Benefit Solutions, LLC<br>6161 S Syracuse Way<br>Suite 240<br>Greenwood Village, CO 80111-4796 | Complete Business Systems<br>5195 Marshall Street<br>Arvada, CO 80002-4628 | Continental Resources<br>PO Box 269091<br>Oklahoma City, OK 73126-9091 |
| Continental Resources<br>PO Box 952724<br>St Louis, MO 63195-2724 | Cougar Drilling Solutions USA, Inc.<br>9505 West Reno Avenue<br>Oklahoma City, OK 73127-2917 | Crescent Point Energy<br>555 17th Street<br>Suite 1800<br>Denver, CO 80202-3905 |
| Crescent Point Energy<br>555 17th Street<br>Suite 750<br>Denver, CO 80202-3905 | Crowley Fleck PLLP<br>Attorneys at Law<br>PO Box 30441<br>Billings, MT 59107-0441 | Cruz Energy Services, LLC<br>7000 E. Palmer-Wasilla Hwy<br>Palmer, AK 99645-7715 |
| D & J Transport, Inc.<br>P. O. Box 2626<br>Williston, ND 58802-2626 | DNOW L.P.<br>NOV Wilson, LP.<br>PO Box 200822<br>Dallas, TX 75320-0822 | DTG Associates, LLC<br>923 S. Milwaukee Way<br>Denver, CO 80209-5124 |
| Darby's Welding & Machine, Inc<br>78 - 48th Avenue SW<br>Dickinson, ND 58601-7244 | David Y. Rogers<br>PO Box 50368<br>Midland, TX 79710-0368 | Davis Partners, Ltd.<br>PO Box 271<br>Midland, TX 79702-0271 |

Deep Rock Water
PO Box 660579
Dallas, TX 75266-0579

Derrick Corporation
PO Box 301191
Dallas, TX 75303-1191

Diamond B Oilfield Trucking
PO Box 567
Plentywood, MT 59254-0567

(p)DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

Dishon Disposal, Inc.
5613 DTC Parkway
Suite 800
Greenwood Village, CO 80111-3036

Divide County Treasurer
200 North Main Street
PO Box 29
Crosby, ND 58730-0029

Double EE Service, Inc.
PO Box 2417
2210 4th Avenue West
Williston, ND 58801-3425

Drill Tech Subsidiary of BJ's DST
f/k/a Drill Tech, LLC
PO Box 519
Mohall, ND 58761-0519

Dylan Devore
c/o Pagel Weikum, PLLP
1715 Burnt Boat Drive
Madison Suite
Bismarck, ND 58503-0853

Dynomax Drilling Tools USA, Inc.
14223 Interdrive East
Houston, TX 77032-3315

Extreme Energy Services, LLC
PO Box 1468
Broussard, LA 70518-1468

FedEx
PO Box 94515
Palatine, IL 60094-4515

Flatland Resources, LLC
235 Lake Street E
Wayzata, MN 55391-1608

Frontier Fiscal Services
f/k/a 4G
PO Box 717
Crosby, ND 58730-0717

G-Style Transport, LLC
N51012 Hutchins Lane
Eleva, WI 54738-9569

GE Oil & Gas Pressure Control LP
PO Box 911776
Dallas, TX 75391-1776

George G. Vaught, Jr.
PO Box 13557
Denver, CO 80201-3557

Greene's Energy Group
PO Box 676263
Dallas, TX 75267-6263

H & L Rentals & Well Service
PO Box 31618
Edmond, OK 73003-0027

H&H Electric, Inc.
PO Box 2167
Williston, ND 58802-2167

H2E, Incorporated
2316 Bluebell Loop
Spearfish, ND 57783-8503

HMG Automation, Inc.
PO Box 1625
Williston, ND 58802-1625

Halliburton Energy Services, Inc.
PO Box 301341
Dallas, TX 75303-1341

Hamm & Phillips Service Company, Inc.
PO Box 201653
Dallas, TX 75320-1653

Heller Casing Service, Inc.
PO Box 1452
Williston, ND 58802-1452

Hunt Oil Company
PO Box 840729
Dallas, TX 75284-0729

Hurley Enterprises, Inc.
PO Box 385
Fairview, MT 59221-0385

Hydratek, Inc.
12069 Highway 16
Sidney, MT 59270-6334

Hydrus Energy Solutions USA, Inc.
109 6th Ave SE
Suite 400, #4178
Watford City, ND 58854-7337

Industrial Equipment Sales & Services
PO Box 11445
Williston, ND 58803-0053

| | | |
|---|---|---|
| Integrated Petroleum Technologies, Inc.<br>c/o Davis Graham & Stubbs, LLP<br>Sybil R. Kisken<br>1550 17th Street, Suite 500<br>Denver, CO 80202-1500 | Integrated Petroleum Technologies, Inc.<br>c/o Pippin Law Firm<br>H. Malcolm Pippin<br>PO Box 1525<br>Williston, ND 58802-1525 | Internal Revenue Service<br>Centralized Insolvency Ops<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Interstate Engineering<br>PO Box 2035<br>Jamestown, ND 58402-2035 | Interwest Transfer Co., Inc.<br>PO Box 17136<br>Salt Lake City, UT 84117-0136 | Intralinks, Inc.<br>Attn: Jack Bornhoeft<br>150 East 42nd Street, 8th Floor<br>New York, NY 10017-5626 |
| Intralinks, Inc.<br>PO Box 392134<br>Pittsburgh, PA 15251-9134 | Irongate Rental Services, LLC<br>PO Box 204427<br>Dallas, TX 75320-4427 | J&K Hotshot, Inc.<br>PO Box 1454<br>Williston, ND 58802-1454 |
| JMAC Resources, Inc.<br>121 48th Ave SW<br>Williston, ND 58801-9403 | Jacam Chemicals 2013, LLC<br>PO Box 96<br>205 South Broadway<br>Sterling, KS 67579-2339 | Jive Communications, Inc.<br>Dept. CH 19606<br>Palatine, IL 60055-9606 |
| Justice Oilfield Water Service<br>PO Box 44<br>Dagmar, MT 59219-0044 | Justice SWD, LLC<br>PO Box 44<br>Dagmar, MT 59219-0044 | KLX Energy Services, LLC<br>28099 Expedite Way<br>Chicago, IL 60695-0001 |
| Kevin Imsland<br>13018 46th Street<br>Suite 100<br>Williston, ND 58801-9210 | LMC Energy, LLC<br>550 W. Texas<br>Suite 945<br>Midland, TX 79701-4233 | Liberty Oilfield Services, LLC<br>950 17th Street<br>Suite 2000<br>Denver, CO 80202-2801 |
| M-I, LLC d/b/a MI-SWACO<br>PO Box 732135<br>Dallas, TX 75373-2135 | MBI Oil & Gas, LLC<br>World Headquarters<br>PO Box 7<br>Belfield, ND 58622-0007 | MLB Consulting, LLC<br>PO Box 2407<br>Elk City, OK 73648-2407 |
| Main Street Partners I, LLC<br>c/o Highline Realty Partners, Inc.<br>ATTN  Rees F. Davis, Jr.<br>3695 East Long Road<br>Greenwood Village, CO 80121-1931 | Martin J. Beskow<br>7268 Weston Lane North<br>Maple Grove, MN 55311-2540 | Mathena, Inc.<br>3900 S. Highway 81<br>Service Road<br>El Reno, OK 73036-6808 |
| Mendell Family Partnership<br>PO Box 1429<br>Burnet, TX 78611-7429 | Mi4 Corporation<br>5850 San Felipe St.<br>Suite 118<br>Houston, TX 77057-3012 | Michelene G. Toomey<br>1511 North Blvd.<br>Houston, TX 77006-6327 |
| Midwest Rentals, Inc.<br>3032 North Shore Loop<br>Mandan, ND 58554-4750 | Miller Oil Company, Inc.<br>Box 4708<br>Culbertson, MT 59218 | Missouri River Royalty Corp.<br>919 S. 7th<br>Suite 405<br>Bismarck, ND 58504-5835 |

| | | |
|---|---|---|
| Modern Machine Works, Inc.<br>PO Box 877<br>Williston, ND 58802-0877 | Molly & Joseph F. Vochko<br>5213 Bartlett Blvd.<br>Mound, MN 55364-1747 | Montana Dept. of Revenue<br>PO Box 5805<br>Helena, MT 59604-5805 |
| Mosbacher USA, Inc.<br>712 Main Street<br>Suite 2200<br>Houston, TX 77002-3206 | Mountain Divide, LLC<br>33 First Ave. SW<br>Cut Bank, MT 59427-2937 | Mountain Divide, LLC<br>CBM Building<br>Box 220<br>33 First Ave. SW<br>Cut Bank, MT 59427-2937 |
| Murex Petroleum Corporation<br>PO Box 7<br>Humble, TX 77347-0007 | NRAI, Inc.<br>PO Box 4349<br>Carol Stream, IL 60197-4349 | NYSE Market, Inc.<br>Box 223695<br>Pittsburgh, PA 15251-2695 |
| Nabors Completion & Prod Svcs<br>PO Box 975682<br>Dallas, TX 75397-5682 | Nabors Drilling USA, LP<br>PO Box 973527<br>Dallas, TX 75397-3527 | National Oilwell Varco<br>Wells Fargo Bank<br>PO Box 201224<br>Dallas, TX 75320-1224 |
| North Dakota Office of the Tax Commissioner<br>600 E. Boulevard Avenue<br>Bismarck, ND 58505-0599 | Northern States Completions<br>PO Box 1267<br>Williston, ND 58802-1267 | Oakley Ventures, LLC<br>c/o Highline Realty Partners, Inc.<br>ATTN Rees F. Davis, Jr.<br>3695 East Long Road<br>Greenwood Village, CO 80121-1931 |
| Oil Patch Rental Service, Inc.<br>PO Box 204667<br>Dallas, TX 75320-4667 | Omimex Petroleum, Inc.<br>7950 John T. White Road<br>Fort Worth, TX 76120-3608 | Oneok Rockies Midstream, LLC<br>2700 Lincoln Ave., SE<br>Sidney, MT 59270-8819 |
| Opportune<br>711 Louisiana<br>Suite 1700<br>Houston, TX 77002-2762 | Panther Inspection & Hardbanding<br>14055 Country Lane<br>Williston, ND 58801-8827 | Panther Pumping Services, LLC<br>PO Box 1109<br>212 6th Ave SE<br>Watford City, ND 58854-1109 |
| Paragon Audit & Consulting Inc.<br>50 South Steele<br>Suite 325<br>Denver, CO 80209-2808 | Pason Systems USA Corp.<br>16035 Table Mountain Parkway<br>Suite 100<br>Golden, CO 80403-1642 | Patrick W. Durick<br>Counsel to Miller Oil Company<br>Pearce & Durick<br>314 E. Thayer Avenue<br>Bismarck, ND 58501-4095 |
| Pitney Bowes Global Financing<br>PO Box 371887<br>Pittsburgh, PA 15250-7887 | Power Crude Transport, Inc.<br>1927 Lohmans Crossings Road<br>#103<br>Austin, TX 78734-5241 | Power Energy Partners, LP<br>1927 Lohmans Corssing<br>Suite 103<br>Austin, TX 78734-5241 |
| Prairie Fuels<br>PO Box 1272<br>Baker, MT 59313-1272 | Prairie Petro-Chem of America<br>PO Drawer 1568<br>Williston, ND 58802-1568 | Precision Completion & Production Svcs.<br>PO Box 204789<br>Dallas, TX 75320-4789 |

Precision Energy Services, Inc
PO Box 301003
Dallas, TX 75303-1003

Pruet Oil Company, LLC
217 W. Capitol Street
Suite 201
Jackson, MS 39201-2099

Public Service Co., a Colorado Corporation
DBA Xcel Energy
Attn: Pamela Dorsey
1800 Larimer St., 15th
Denver, CO 80202-1408

Puckett Investment Co.
5460 S. Quebec Street
Greenwood Village, CO 80111-1928

Purity Oilfield Services, LLC
PO Box 732729
Dallas, TX 75373-2729

Quinn Pumps Inc.
PO Box 677396
Dallas, TX 75267-7396

R360 Williston Basin LLC
Prairie Disposal Inc
PO Box 670207
Dallas, TX 75267-0207

Rain for Rent, North Dakota
File 52541
Los Angeles, CA 90074-2541

Randolf W. Katz, Esq.
Baker & Hostetler LLP
600 Anton Blvd.
Suite 900
Costa Mesa, CA 92626-7193

Reb Clark
PO Box 1441
Midland, TX 79702-1441

Recievables Control Corp.
FBO  Creditors of Portal Service
7373 Kirkwood Court
Minneapolis, MN 55369

Red River Supply, Inc.
1202 East Broadway
PO Box 1146
Williston, ND 58802-1146

Richard Pershall
2403 Dogie Spur
Golden, CO 80403-7712

Richardson Trucking Inc.
PO Box 1690
Mills, WY 82644-1690

Richland County Treasurer
201 W. Main
Sidney, MT 59270-4035

Richland Pump & Supply, Inc.
1511 South Central Avenue
Sidney, MT 59270-5598

Roosevelt County Treasurer
400 2nd Avenue South
Wolf Point, MT 59201-1600

Roy G. & Opal Barton Revocable Trust
PO Box 978
Hobbs, NM 88241

Ryder Scott Company, L.P.
1100 Louisiana
Suite 4600
Houston, TX 77002-5294

SM Energy Company
PO Box 910384
Denver, CO 80291-0384

Samson Resources Company
PO Box 972282
Dallas, TX 75397-2282

Sanjel USA , Inc.
511 16th Street
Suite 300
Denver, CO 80202-4260

Schlumberger Lift Solutions Canada Ltd.
Lockbox C05618U
PO Box 45 STN M
Calgary, AB T2P 2G9
CANADA

Schlumberger Technology Corp.
PO Box 732149
Dallas, TX 75373-2149

Secretary of State
State of North Dakota
600 E. Boulevard Ave.
Dept 108
Bismarck, ND 58505-0500

Secure
555 17th Street
Suite 900
Denver, CO 80202-3910

Secure On-Site Services USA
555 17th Street
Suite 900
Denver, CO 80202-3910

Sheridan County Treasurer
100 W. Laurel Avenue
Plentywood, MT 59254-1699

Sheridan Electric Cooperative, Inc.
PO Box 227
6408 Hwy 16 South
Medicine Lake, MT 59247-0227

Sivalls, Inc.
PO Box 2792
Odessa, TX 79760-2792

| | | |
|---|---|---|
| Spanish Properties, LLC<br>PO Box 1026<br>Dickinson, ND 58602-1026 | Standard & Poor's<br>2542 Collection Center Drive<br>Chicago, IL 60693-0025 | State of North Dakota<br>Oil and Gas Division<br>600 E. Boulevard<br>Dept. 405<br>Bismarck, ND 58505-0840 |
| Stewart Geological, Inc.<br>2650 Overland Avenue<br>Billings, MT 59102-7407 | Stim-Lab, Inc<br>A Core Laboratories Company<br>PO Box 841787<br>Dallas, TX 75284-1787 | SunTrust Bank<br>SunTrust Robinson Humphrey, Inc.<br>ATTN  Yann Pirio<br>3333 Peachtree Street NE<br>Atlanta, GA 30326-1459 |
| Sundheim Oil Corporation<br>PO Box 230<br>Crosby, ND 58730-0230 | Super Heaters, North Dakota, LLC<br>PO Box 421328<br>Houston, TX 77242-1328 | TCI Business Capital, Inc.<br>9185 Paysphere Circle<br>Chicago, IL 60674-0091 |
| TNT Well Servicing, Inc.<br>3 Gage Road<br>Roundup, MT 59072-6425 | Ted Collins, Jr.<br>508 W. Main Street<br>Suite 1200<br>Midland, TX 79702 | Tervita LLC<br>PO Box 840730<br>Dallas, TX 75284-0730 |
| The Cavins Corporation<br>1800 Bering Drive<br>Suite 825<br>Houston, TX 77057-3415 | Thomas G. Lantz<br>5615 West Ida Drive<br>Littleton, CO 80123-5135 | Thru Tubing Solutions<br>8032 Main Street<br>Houma, LA 70360-4428 |
| Thru Tubing Solutions, Inc.<br>PO Box 203379<br>Dallas, TX 75320-3379 | Total Safety U.S., Inc.<br>PO Box 974686<br>Dallas, TX 75397-4686 | Transfac Capital<br>FBO  Wind River Trucking, LLC<br>PO Box 3238<br>Salt Lake City, UT 84110-3238 |
| Triple S Enterprises, Inc.<br>PO Box 477<br>Crosby, ND 58730-0477 | U.S. Bank National Association<br>Trustee, Collateral Agent, Control<br>Agent -  11th Floor<br>5555 San Felipe Street<br>Houston, TX 77056-2701 | US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-1961 |
| USG Midstream Bakken 1, LLC<br>700 Universe Blvd.<br>Juno Beach, FL 33408-2657 | USG Properties Bakken I, LLC<br>ATTN  Michael Jessep<br>601 Travis Street<br>Suite 1900<br>Houston, TX 77002-3253 | USG Properties Bakken I, LLC<br>ATTN  Michael Jessop<br>601 Travis Street<br>Suite 1900<br>Houston, TX 77002-3253 |
| Vac-U-Jet Portables<br>PO Box 16748<br>Missoula, MT 59808-6748 | WISCO, Inc.<br>PO Box 732328<br>Dallas, TX 75373-2328 | WSI<br>1600 East Century Avenue<br>Suite 1<br>PO Box 5585<br>Bismarck, ND 58506-5585 |
| Wayne R. and Gail R. Christianson<br>PO Box 97<br>Fortuna, ND 58844-0097 | Wayne and Gail Christianson<br>PO Box 97<br>Fortuna, ND 58844-0097 | Weatherford Artificial Lift<br>Systems LLC<br>P O Box 301003<br>JP Morgan Chase Bank  TX<br>Dallas, TX 75303-1003 |

| | | |
|---|---|---|
| Well Water Solutions and<br>Rentals, Inc.<br>PO Box 2105<br>Casper, WY 82602-2105 | WellEZ Information Management<br>11931 Wickchester<br>Suite 360<br>Houston, TX 77043-4501 | Western Petroleum, LLC<br>PO Box 677732<br>Dallas, TX 75267-7732 |
| Whiting Oil & Gas Corporation<br>PO Box 973539<br>Dallas, TX 75397-3539 | Whiting Petroleum Corporation<br>1700 Broadway Street<br>#2300<br>Denver, CO 80290-2300 | Williams County Treasurer<br>205 East Broadway<br>PO Box 2047<br>Williston, ND 58802-2047 |
| Williston Tank Rental Inc.<br>PO Box 2626<br>Williston, ND 58802-2626 | Windcreek Services, Inc.<br>310 Limestone Ave.<br>PO Box 2410<br>Gillette, WY 82717-2410 | Wise Services, Inc.<br>PO Box 427<br>Lyman, WY 82937-0427 |
| Wyoming Casing Service, Inc.<br>PO Box 1153<br>Dickinson, ND 58602-1153 | Elizabeth A. Green<br>200 S. Orange Ave.<br>Suntrust Center, Ste. 2300<br>Orlando, FL 32801-3432 | Jimmy D. Parrish<br>200 S. Orange Ave.<br>Suntrust Center, Ste. 2300<br>Orlando, FL 32801-3432 |
| Lars H. Fuller<br>1801 California St.<br>Ste. 4400<br>Denver, CO 80202-2662 | Sonia Chae U.S. Securities & Exchange Commis<br>175 W. Jackson Blvd.<br>Suite 900<br>Chicago, IL 60604-2908 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

DirecTV
PO Box 60036
Los Angeles, CA 90060-0036


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Arapahoe County Treasurer | (u)Hydratek, Inc. | (u)Liberty Oilfield Services, LLC |
| (u)Murex Petroleum Corporation | (u)Official Committee of Unsecured Creditors | (u)U.S. BANK NATIONAL ASSOCIATION |

| | | |
|---|---|---|
| (u)USG Midstream Bakken I, LLC | (u)USG Properties Bakken I, LLC | (d)AMZG, Inc.<br>2549 W. Main Street<br>Suite 202<br>Littleton, CO 80120-4646 |

```
End of Label Matrix
Mailable recipients   223
Bypassed recipients     9
Total                 232
```