UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| AMERICAN EAGLE ENERGY | ) | |
| CORPORATION | ) | Case No. 15-15073-HRT |
| TAX ID / EIN: 20-0237026 | ) | |
| | ) | |
| In re: | ) | Case No. 15-15074-HRT |
| | ) | |
| AMZG, INC. | ) | (Jointly Administered) |
| TAX ID / EIN: 20-8642477 | ) | |
| | ) | |
| Debtors. | ) | |

**ORDER ESTABLISHING BAR DATE FOR THE FILING OF PROOFS OF CLAIM PURSUANT TO FED. R. BANKR. P. 3003(c)(3)**

THIS MATTER is before the Court in connection with the *Ore Tenus* Motion (the "Motion"), made by American Eagle Energy Corporation and AMZG, Inc. (collectively, the "Debtors") in open court on May 12, 2015. The Court being advised in the premises and good cause having been shown, hereby:

ORDERS that the Motion GRANTED.

IT IS FURTHER ORDERED that Proofs of Claim in the above-captioned jointly administered chapter 11 bankruptcy cases must be filed in the appropriate jointly administered case with the Clerk of the Bankruptcy Court so that they are received no later than 5:00 p.m. Prevailing Mountain Time on or before July 31, 2015 (the "Bar Date").

IT IS FURTHER ORDERED that any claims filed after the Bar date will be DISALLOWED. Any individual or entity that is required to file a Proof of Claim and fails to do so by the Bar Date will not be treated as a creditor for the purposes of voting or distribution, will not receive any further notices of mailings in this chapter 11 case and any claim of such individual or entity shall be forever barred against the Debtors.[1]

IT IS FURTHER ORDERED that following the Bar Date, a creditor shall not be allowed to amend a claim deemed filed on its behalf pursuant to 11 U.S.C. § 1111(a) by virtue of the listing of such claim by debtor in its bankruptcy schedules.

---

[1] Subject to 11 U.S.C. § 726(a)(1) in the event of conversion.

606570434.2

IT IS FURTHER ORDERED that a copy of this order, noticed in the form attached hereto as **Exhibit A**, and a Proof of Claim form must be served on all parties-in-interest pursuant to Fed. R. Bankr. P. 2002(a)(7) by    June 16, 2015    .

IT IS FURTHER ORDERED that the form of Proof of Claim transmitted to creditors must comply with Official Form B10 in all respects, including the information contained on its reverse side.

Dated: June   9th  , 2015.

BY THE COURT:

_____
HOWARD R. TALLMAN
United States Bankruptcy Judge

EXHIBIT "A"

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| AMERICAN EAGLE ENERGY | ) | |
| CORPORATION | ) | Case No.  15-15073-HRT |
| TAX ID / EIN:  20-0237026 | ) | |
| | ) | |
| In re: | ) | Case No. 15-15074-HRT |
| | ) | |
| AMZG, INC. | ) | (Jointly Administered) |
| TAX ID / EIN:  20-8642477 | ) | |
| | ) | |
| Debtors. | ) | |

**NOTICE OF ORDER ESTABLISHING PROCEDURES AND BAR DATE FOR THE FILING OF PROOFS OF CLAIM PURSUANT TO BANKRUPTCY RULE 3003(c)(3)**

TO:   INDIVIDUALS AND ENTITIES WHO MAY BE CREDITORS OF DEBTORS:

**PLEASE TAKE NOTICE** that the Bankruptcy Court has entered an Order establishing procedures and a bar date for filing proofs of claim pursuant to Bankruptcy Rule 3003(c)(3) as follows:

(a)   All Proofs of claim must be filed with the Clerk of the Bankruptcy Court by e-filing, by mail or in person, such that they are received no later than **5:00 P.M. PREVAILING MOUNTAIN TIME ON OR BEFORE JULY 31, 2015. (the "Bar Date")**, at the following address:

> Clerk of the United States Bankruptcy Court
> United States Custom House
> 721 19th Street
> Denver, CO  80202.

**CLAIMS ARE NOT DEEMED FILED UNTIL ACTUALLY RECEIVED BY THE CLERK.**

(b)   **ANY CLAIMS FILED AFTER THE BAR DATE SHALL BE DISALLOWED.**  Any individual or entity that is required to file a proof of claim by the Bar Date and that fails to do so shall not be treated as a creditor for the

606570887.2

purposes of voting or distribution, may not receive any further notices of mailings in this chapter 11 case and any claim of such individual or entity shall be forever barred.

(c) Any creditor holding a claim arising prior to the date of Debtor's Chapter 11 bankruptcy filing, **May 8, 2015,** shall file a proof of claim with the Court if the claim is: (i) not scheduled; (ii) scheduled as disputed, contingent, or unliquidated; or (iii) if such creditor disagrees with the amount of the scheduled claim.

(d) Following the Bar Date, a creditor will not be allowed to amend a claim deemed filed on its behalf pursuant to 11 U.S.C. § 1111(a) by virtue of the listing of such claim by debtors in their respective bankruptcy schedules.

(e) **PROOFS OF CLAIM MUST NOT BE FILED NAMING THE LEAD DEBTOR'S NAME, <u>AMERICAN EAGLE ENERGY CORPORATION</u>, UNLESS THE LEAD DEBTOR IS THE ACTUAL ENTITY AGAINST WHOM THE CLAIM IS MADE. <u>AMERICAN EAGLE ENERGY CORPORATION</u> IS THE NAME PROVIDED FOR JOINT BANKRUPTCY ADMINISTRATION ONLY. IN EACH PROOF OF CLAIM FILED WITH THE COURT YOU MUST (1) NAME ONE SPECIFIC DEBTOR, AND (2) STATE THAT DEBTOR'S INDIVIDUAL BANKRUPTCY CASE NUMBER AS SET FORTH ABOVE. DO NOT COMBINE CLAIMS AGAINST TWO OR MORE DEBTORS INTO ONE PROOF OF CLAIM FORM.** In order to assist in the review and reconciliation of proofs of claim, claims should include copies of any invoices, statements or other documents which evidence or support the amount and basis of the claim.

(f) CLAIMANTS WHO HAVE ALREADY FILED THEIR PROOFS OF CLAIM SHOULD NOT FILE A DUPLICATE CLAIM.  Claimants who have filed a Proof of Claim MAY file an amended Proof of Claim by the Bar Date.

**ANY CLAIM NOT TIMELY FILED WITH THE CLERK WITHIN THE TIME SET FORTH ABOVE WILL BE FOREVER BARED FROM SHARING IN THE ESTATE OR BEING TREATED AS A CLAIM FOR PURPOSES OF VOTING OR DISTRIBUTION.[1]**

Dated:  June _____, 2015.

By:   /s/ Elizabeth A. Green
Elizabeth A. Green, Fla. Bar No. 0600547
Jorian L. Rose, NY Bar No. JR-5518
Jimmy D. Parrish, Fla. Bar No. 0526401

---

[1] Subject to 11 U.S.C. § 726(a)(1) in the event of conversion.

606570887.2

Lars Fuller, Colo. Bar No. 26051
**BAKER & HOSTETLER LLP**
200 S. Orange Ave.
SunTrust Center, Suite 2300
P.O. Box 112 (32802-0112)
Orlando, Florida 32801-3432
Phone: 407-649-4000
Fax: 407-841-0168
Email: egreen@bakerlaw.com
Email: jparrish@bakerlaw.com
45 Rockefeller Plaza, 14th Floor
New York, New York 101111
Phone: 212-589-4200
Fax: 212-589-4201
Email: jrose@bakerlaw.com
1801 California Street, Suite 4400
Denver, Colorado 80202
Phone: 303-764-4114
Fax: 303-861-7805
Email: lfuller@bakerlaw.com

3

606570887.2