IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| AMERICAN EAGLE ENERGY CORP. | ) | CASE NO. 15-15073-HRT |
| Ein: 20-0237026 | ) | |
| | ) | |
| AMZG, INC. | ) | CASE NO. 15-15074-HRT |
| Ein: 20-8642477 | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**POWER CRUDE TRANSPORT INC.'S NOTICE
PURSUANT TO 11 U.S.C. § 546(B)**

COMES NOW, Power Crude Transport Inc. ("PCT"), a creditor and party-in-interest in the Bankruptcy Case and files this *Notice Pursuant to 11 U.S.C. § 546(b)* (the "Notice"), and gives notice to the Debtors American Eagle Energy Corp. and AMZG, Inc. (collectively, the "Debtors") and to all other creditors and parties in interest in this Bankruptcy Case of PCT's perfection of its interest in and to, without limitation, the whole of the oil and gas leasehold (located in Townships 163 and 164 in North Dakota as more particularly set forth in Exhibit "A" attached hereto) for which labor, materials and/or services were furnished by PCT to the Debtors, including: all materials and fixtures owned by the owner or owners of such leasehold and used or employed, or furnished to be used or employed in the drilling or operating of any oil or gas well located thereon, and all oil and gas wells located on such leasehold, and the oil and gas produced therefrom inuring to the working interest therein as such working interest existed on the date such labor was first performed or such materials or services were first furnished (the "Collateral"), including without limitation, those which are described in or provided for under that certain Well Lien Statement, attached hereto as Exhibit "A".

RESPECTFULLY SUBMITTED this 9th day of June, 2015.

**LINDQUIST & VENNUM LLP**

By:     /s/ Theodore J. Hartl
      Theodore J. Hartl, #32409
      Harold G. Morris #8409
600 17th Street, Suite 1800 South
Denver, Colorado 80202
Telephone:  (303) 573-5900
Facsimile:  (303) 573-1956
E-mail:  thartl@lindquist.com

Kevin M. Lippman
Texas Bar No. 00784479
Deborah M. Perry
Texas Bar No. 24002755
**MUNSCH HARDT KOPF & HARR, P.C**.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
E-mail:  klippman@munsch.com
E-mail:  dperry@munsch.com

**ATTORNEYS FOR POWER CRUDE TRANSPORT INC.**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing has been served upon (i) the parties listed on the attached service list by first class, U.S. mail, postage prepaid, and (ii) on all parties who receive ecf notification in this Bankruptcy Case, on the 9th day of June, 2015.

     /s/ Deborah M. Perry
        Deborah M. Perry

MHDocs 6165392_1 15634.1

AES2 Operations
4050 Garden View Drive
Suite 200
Grand Forks, ND 58201-7215

640 Energy, LLC
1400 16th Street
Suite 400
Denver, CO 80202-5995

AES Drilling Fluids, LLC
11767 Katy Freeway
Suite 230
Houston, TX 77079-1711

AMZG, Inc.
2549 W. Main Street
Suite 202
Littleton, CO 80120-4646

ASEN 2 Corporation
4800 Scottsdale Road
Suite 1400
Scottsdale, AZ 85251-7632

Accelerated Artificial Lift System
4441 E. 146th St. N
Skiatook, OK 74070-3299

Ad Hoc Group of 2019 Senior Secured Notehold
Attn: James T. Markus
Markus Williams Young & Zimmermann LLC
1700 Lincoln Street
Suite 4550
Denver, CO 80203-4509

Adigo
Department 2219
Denver, CO 80291-2219

Adler Hot Oil Service, LLC
3495 Momentum Place
Chicago, IL 60689-5334

American Eagle Energy Corporation
2549 W. Main Street
Suite 202
Littleton, CO 80120-4646

American Standard Energy Corp.
4800 Scottsdale Road
Suite 1400
Scottsdale, AZ 85251-7632

Arapahoe County Treasurer
5334 S. Prince Street
Littleton, CO 80120-1136

Arctic Energy Services, LLC
PO Box 1321
Glenrock, WY 82637-1321

Atlas Tubular, LP
PO Box 431
Robstown, TX 78380-0431

Badlands Oilfield Services, Inc.
PO Box 6004
Williston, ND 58802-6004

Badlands Power Fuels, LLC
d/b/a Nuverra Environmental Solutions
PO Box 912620
Denver, CO 80291-2620

Baker Hughes Oilfield Operations
PO Box 301057
Dallas, TX 75303-1057

Baker Hughes Oilfield Operations, Inc.
PO Box 4740
3900 Essex Lane
Suite 1200
Houston, TX 77027-5486

Duncan E. Barber
4582 S. Ulster St. Pkwy.
Ste. 1650
Denver, CO 80237-2686

Basin Concrete
PO Box 4264
Williston, ND 58802-4264

Baytex Energy LTD
520 - 3rd Ave SW
Suite 2500
Calgary, AB T2P 0R3
CANADA

Bill Roberts, Esq.
Roberts & Olivia, LLC
2060 Broadway
Suite 250
Boulder, CO 80302-5271

Bind, LLC
PO Box 184
Robinson, IL 62454-0184

Black Stone Minerals Company
1001 Fannin
Suite 2020
Houston, TX 77002-6715

Borsheim Crane Service
PO Box 1344
Williston, ND 58802-1344

Bradley M. Colby
5722 S. Benton Way
Littleton, CO 80123-0851

Brennand Energy, Ltd
1330 Post Oak Blvd.
Suite 2540
Houston, TX 77056-3871

Brian Barony
c/o Davis Graham & Stubbs, LLP
Sybil R. Kisken
1550 17th Street, Suite 500
Denver, CO 80202-1500

Brian Barony
c/o Pippin Law Firm, P.C.
H. Malcolm Pippin
PO Box 1487
Williston, ND 58802-1487

Bulldog Trucking
1265 East 530 North
American Fork, UT 84003-1320

CMG Oil & Gas, Inc.
PO Box 829
Stanley, ND 58784-0829

CP Machine, Inc.
3534 20th Avenue W
Williston, ND 58801-2222

Calfrac Well Services Corp.
717-17 Street
Suite 1445
Denver, CO 80202

Canrig Drilling Technology, Ltd.
PO Box 973608
Dallas, TX 75397-3608

Cascade Integrated Services, LLC
PO Box 912604
Denver, CO 80291-2604

Sonia A. Chae
175 W. Jackson Blvd.
9th Fl
Chicago, IL 60604-2815

Charles B. Wiley, P.E.
8405 Becket Circle
Plano, TX 75025-4344

Cheetah Services, Inc.
PO Box 1077
Watford City, ND 58854-1077

Clean Chemistry, Inc.
Accounts Receivable
5541 Central Ave.
Suite 110
Boulder, CO 80301-2876

Cody Exploration, LLC
PO Box 597
Bismarck, ND 58502-0597

Cody Oil & Gas Corporation
PO Box 597
Bismarck, ND 58502-0597

Collins & Jones Investments, LLC
508 W. Wall Street
Suite 1200
Midland, TX 79701-5076

Colorado Dept. of Revenue
Taxation Division
PO Box 17087
Denver, CO 80217-0087

Compensation & Benefit Solutions, LLC
6161 S Syracuse Way
Suite 240
Greenwood Village, CO 80111-4796

Complete Business Systems
5195 Marshall Street
Arvada, CO 80002-4628

Continental Resources
PO Box 269091
Oklahoma City, OK 73126-9091

Continental Resources
PO Box 952724
St Louis, MO 63195-2724

Cougar Drilling Solutions USA, Inc.
9505 West Reno Avenue
Oklahoma City, OK 73127-2917

Crescent Point Energy
555 17th Street
Suite 1800
Denver, CO 80202-3905

Crescent Point Energy
555 17th Street
Suite 750
Denver, CO 80202-3905

Crowley Fleck PLLP
Attorneys at Law
PO Box 30441
Billings, MT 59107-0441

Cruz Energy Services, LLC
7000 E. Palmer-Wasilla Hwy
Palmer, AK 99645-7715

D & J Transport, Inc.
P. O. Box 2626
Williston, ND 58802-2626

DNOW L.P.
NOV Wilson, LP.
PO Box 200822
Dallas, TX 75320-0822

DTG Associates, LLC
923 S. Milwaukee Way
Denver, CO 80209-5124

Darby's Welding & Machine, Inc
78 - 48th Avenue SW
Dickinson, ND 58601-7244

David Y. Rogers
PO Box 50368
Midland, TX 79710-0368

Davis Partners, Ltd.
PO Box 271
Midland, TX 79702-0271

Stacey S. Dawes
4582 S. Ulster St., Ste 1650
Denver, CO 80237-2686

| | | |
|---|---|---|
| Deep Rock Water<br>PO Box 660579<br>Dallas, TX 75266-0579 | Derrick Corporation<br>PO Box 301191<br>Dallas, TX 75303-1191 | Stephen Dexter<br>950 17th St.<br>Ste.2400<br>Denver, CO 80202-2822 |
| Diamond B Oilfield Trucking<br>PO Box 567<br>Plentywood, MT 59254-0567 | (p)DIRECTV LLC<br>ATTN BANKRUPTCIES<br>PO BOX 6550<br>GREENWOOD VILLAGE CO 80155-6550 | Dishon Disposal, Inc.<br>5613 DTC Parkway<br>Suite 800<br>Greenwood Village, CO 80111-3036 |
| Divide County Treasurer<br>200 North Main Street<br>PO Box 29<br>Crosby, ND 58730-0029 | Carl Dore<br>17171 Park Row<br>Ste 350<br>Houston, TX 77084-4995 | Double EE Service, Inc.<br>PO Box 2417<br>2210 4th Avenue West<br>Williston, ND 58801-3425 |
| Drill Tech Subsidiary of BJ's DST<br>f/k/a Drill Tech, LLC<br>PO Box 519<br>Mohall, ND 58761-0519 | Dylan Devore<br>c/o Pagel Weikum, PLLP<br>1715 Burnt Boat Drive<br>Madison Suite<br>Bismarck, ND 58503-0853 | Dynomax Drilling Tools USA, Inc.<br>14223 Interdrive East<br>Houston, TX 77032-3315 |
| Extreme Energy Services, LLC<br>PO Box 1468<br>Broussard, LA 70518-1468 | FedEx<br>PO Box 94515<br>Palatine, IL 60094-4515 | Benjamin D. Feder<br>101 Park Ave<br>New York, NY 10178-0002 |
| Flatland Resources, LLC<br>235 Lake Street E<br>Wayzata, MN 55391-1608 | Joshua M. Fried<br>150 California St.<br>15th Floor<br>San Francisco, CA 94111-4554 | Frontier Fiscal Services<br>f/k/a 4G<br>PO Box 717<br>Crosby, ND 58730-0717 |
| Lars H. Fuller<br>1801 California St.<br>Ste. 4400<br>Denver, CO 80202-2662 | G-Style Transport, LLC<br>N51012 Hutchins Lane<br>Eleva, WI 54738-9569 | GE Oil & Gas Pressure Control LP<br>PO Box 911776<br>Dallas, TX 75391-1776 |
| George G. Vaught, Jr.<br>PO Box 13557<br>Denver, CO 80201-3557 | Jeremy Graves<br>Gibson, Dunn & Crutcher LLP<br>1801 California Street, Ste 4200<br>Denver, CO 80202-2694 | Elizabeth A. Green<br>200 S. Orange Ave.<br>Suntrust Center, Ste. 2300<br>Orlando, FL 32801-3432 |
| Greene's Energy Group<br>PO Box 676263<br>Dallas, TX 75267-6263 | H & L Rentals & Well Service<br>PO Box 31618<br>Edmond, OK 73003-0027 | H&H Electric, Inc.<br>PO Box 2167<br>Williston, ND 58802-2167 |
| H2E, Incorporated<br>2316 Bluebell Loop<br>Spearfish, ND 57783-8503 | HMG Automation, Inc.<br>PO Box 1625<br>Williston, ND 58802-1625 | Halliburton Energy Services, Inc.<br>PO Box 301341<br>Dallas, TX 75303-1341 |

Halliburton Energy Services, Inc.
c/o Carl Dore', Jr.
Dore' Law Group, P.C.
17171 Park Row, Suite 160
Houston, TX 77084-4927

Hamm & Phillips Service Company,
Inc.
PO Box 201653
Dallas, TX 75320-1653

Theodore J. Hartl
600 17th St.
Suite 1800 South
Denver, CO 80202-5402

Heller Casing Service, Inc.
PO Box 1452
Williston, ND 58802-1452

Autumn D. Highsmith
2323 Victory Ave., Ste. 700
Dallas, TX 75219-7672

Robert Hill
5334 S. Prince St.
Littleton, CO 80120-1136

Hunt Oil Company
PO Box 840729
Dallas, TX 75284-0729

Hurley Enterprises, Inc.
PO Box 385
Fairview, MT 59221-0385

Hydratek, Inc.
12069 Highway 16
Sidney, MT 59270-6334

Hydrus Energy Solutions USA, Inc.
109 6th Ave SE
Suite 400, #4178
Watford City, ND 58854-7337

Industrial Equipment Sales &
Services
PO Box 11445
Williston, ND 58803-0053

Integrated Petroleum Technologies, Inc.
c/o Davis Graham & Stubbs, LLP
Sybil R. Kisken
1550 17th Street, Suite 500
Denver, CO 80202-1500

Integrated Petroleum Technologies, Inc.
c/o Pippin Law Firm, P.C.
H. Malcolm Pippin
PO Box 1487
Williston, ND 58802-1487

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

Interstate Engineering
PO Box 2035
Jamestown, ND 58402-2035

Interwest Transfer Co., Inc.
PO Box 17136
Salt Lake City, UT 84117-0136

Intralinks, Inc.
Attn: Jack Bornhoeft
150 East 42nd Street, 8th Floor
New York, NY 10017-5626

Intralinks, Inc.
PO Box 392134
Pittsburgh, PA 15251-9134

Irongate Rental Services, LLC
PO Box 204427
Dallas, TX 75320-4427

J&K Hotshot, Inc.
PO Box 1454
Williston, ND 58802-1454

JMAC Resources, Inc.
121 48th Ave SW
Williston, ND 58801-9403

Jacam Chemicals 2013, LLC
PO Box 96
205 South Broadway
Sterling, KS 67579-2339

Jive Communications, Inc.
Dept. CH 19606
Palatine, IL 60055-9606

Justice Oilfield Water Service
PO Box 44
Dagmar, MT 59219-0044

Justice SWD, LLC
PO Box 44
Dagmar, MT 59219-0044

KLX Energy Services, LLC
28099 Expedite Way
Chicago, IL 60695-0001

Kevin Imsland
13018 46th Street
Suite 100
Williston, ND 58801-9210

Ira D. Kharasch
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

LMC Energy, LLC
550 W. Texas
Suite 945
Midland, TX 79701-4233

Liberty Oilfield Services, LLC
950 17th Street
Suite 2000
Denver, CO 80202-2801

M-I, LLC d/b/a MI-SWACO
PO Box 732135
Dallas, TX 75373-2135

MBI Oil & Gas, LLC
World Headquarters
PO Box 7
Belfield, ND 58622-0007

MLB Consulting, LLC
PO Box 2407
Elk City, OK 73648-2407

Main Street Partners I, LLC
c/o Highline Realty Partners, Inc.
ATTN  Rees F. Davis, Jr.
3695 East Long Road
Greenwood Village, CO 80121-1931

James T. Markus
1700 Lincoln St.
Ste. 4550
Denver, CO 80203-4509

Martin J. Beskow
7268 Weston Lane North
Maple Grove, MN 55311-2540

Mathena, Inc.
3900 S. Highway 81
Service Road
El Reno, OK 73036-6808

Mendell Family Partnership
PO Box 1429
Burnet, TX 78611-7429

Mi4 Corporation
5850 San Felipe St.
Suite 118
Houston, TX 77057-3012

Michelene G. Toomey
1511 North Blvd.
Houston, TX 77006-6327

Midwest Rentals, Inc.
3032 North Shore Loop
Mandan, ND 58554-4750

Miller Oil Company, Inc.
Box 4708
Culbertson, MT 59218

Missouri River Royalty Corp.
919 S. 7th
Suite 405
Bismarck, ND 58504-5835

Modern Machine Works, Inc.
PO Box 877
Williston, ND 58802-0877

Molly & Joseph F. Vochko
5213 Bartlett Blvd.
Mound, MN 55364-1747

Montana Dept. of Revenue
PO Box 5805
Helena, MT 59604-5805

Daniel J. Morse
308 W. 21st St.
Ste. 203
Cheyenne, WY 82001-3669

Mosbacher USA, Inc.
712 Main Street
Suite 2200
Houston, TX 77002-3206

Alan K. Motes
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-1961

Mountain Divide, LLC
33 First Ave. SW
Cut Bank, MT 59427-2937

Mountain Divide, LLC
CBM Building
Box 220
33 First Ave. SW
Cut Bank, MT 59427-2937

Murex Petroleum Corporation
PO Box 7
Humble, TX 77347-0007

NRAI, Inc.
PO Box 4349
Carol Stream, IL 60197-4349

NYSE Market, Inc.
Box 223695
Pittsburgh, PA 15251-2695

Nabors Completion & Prod Svcs
PO Box 975682
Dallas, TX 75397-5682

Nabors Drilling USA, LP
PO Box 973527
Dallas, TX 75397-3527

National Oilwell Varco
Wells Fargo Bank
PO Box 201224
Dallas, TX 75320-1224

North Dakota Office of the Tax
Commissioner
600 E. Boulevard Avenue
Bismarck, ND 58505-0599

Northern States Completions
PO Box 1267
Williston, ND 58802-1267

Oakley Ventures, LLC
c/o Highline Realty Partners, Inc.
ATTN  Rees F. Davis, Jr.
3695 East Long Road
Greenwood Village, CO 80121-1931

Oil Patch Rental Service, Inc.
PO Box 204667
Dallas, TX 75320-4667

Omimex Petroleum, Inc.
7950 John T. White Road
Fort Worth, TX 76120-3608

Oneok Rockies Midstream, LLC
2700 Lincoln Ave., SE
Sidney, MT 59270-8819

Opportune
711 Louisiana
Suite 1700
Houston, TX 77002-2762

Panther Inspection & Hardbanding
14055 Country Lane
Williston, ND 58801-8827

Panther Pumping Services, LLC
PO Box 1109
212 6th Ave SE
Watford City, ND 58854-1109

Paragon Audit & Consulting Inc.
50 South Steele
Suite 325
Denver, CO 80209-2808

Jimmy D. Parrish
200 S. Orange Ave.
Suntrust Center, Ste. 2300
Orlando, FL 32801-3432

Pason Systems USA Corp.
16035 Table Mountain Parkway
Suite 100
Golden, CO 80403-1642

Patrick W. Durick
Counsel to Miller Oil Company
Pearce & Durick
314 E. Thayer Avenue
Bismarck, ND 58501-4095

Pitney Bowes Global Financing
PO Box 371887
Pittsburgh, PA 15250-7887

Jeffrey N. Pomerantz
10100 Santa Monica, 13th Floor
Los Angeles, CA 90067-4003

Power Crude Transport, Inc.
1927 Lohmans Crossings Road
#103
Austin, TX 78734-5241

Power Energy Partners LP
Lindquist & Vennum LLP
600 17th Street
Suite 1800 South
Denver, CO 80202-5402

Power Energy Partners, LP
1927 Lohmans Corssing
Suite 103
Austin, TX 78734-5241

Prairie Fuels
PO Box 1272
Baker, MT 59313-1272

Prairie Petro-Chem of America
PO Drawer 1568
Williston, ND 58802-1568

Precision Completion & Production
Svcs.
PO Box 204789
Dallas, TX 75320-4789

Precision Energy Services, Inc
PO Box 301003
Dallas, TX 75303-1003

Pruet Oil Company, LLC
217 W. Capitol Street
Suite 201
Jackson, MS 39201-2099

Public Service Co., a Colorado Corporation
DBA Xcel Energy
Attn: Pamela Dorsey
1800 Larimer St., 15th
Denver, CO 80202-1408

Puckett Investment Co.
5460 S. Quebec Street
Greenwood Village, CO 80111-1928

Purity Oilfield Services, LLC
PO Box 732729
Dallas, TX 75373-2729

Quinn Pumps Inc.
PO Box 677396
Dallas, TX 75267-7396

R360 Williston Basin LLC
Prairie Disposal Inc
PO Box 670207
Dallas, TX 75267-0207

Rain for Rent, North Dakota
File 52541
Los Angeles, CA 90074-2541

Randolf W. Katz, Esq.
Baker & Hostetler LLP
600 Anton Blvd.
Suite 900
Costa Mesa, CA 92626-7193

Reb Clark
PO Box 1441
Midland, TX 79702-1441

Recievables Control Corp.
FBO Creditors of Portal Service
7373 Kirkwood Court
Minneapolis, MN 55369

Red River Supply, Inc.
1202 East Broadway
PO Box 1146
Williston, ND 58802-1146

Richard Pershall
2403 Dogie Spur
Golden, CO 80403-7712

Richardson Trucking Inc.
PO Box 1690
Mills, WY 82644-1690

Richland County Treasurer
201 W. Main
Sidney, MT 59270-4035

Richland Pump & Supply, Inc.
1511 South Central Avenue
Sidney, MT 59270-5598

Roosevelt County Treasurer
400 2nd Avenue South
Wolf Point, MT 59201-1600

Roy G. & Opal Barton Revocable Trust
PO Box 978
Hobbs, NM 88241

Ryder Scott Company, L.P.
1100 Louisiana
Suite 4600
Houston, TX 77002-5294

SM Energy Company
PO Box 910384
Denver, CO 80291-0384

Samson Resources Company
PO Box 972282
Dallas, TX 75397-2282

Sanjel USA, Inc.
511 16th Street
Suite 300
Denver, CO 80202-4260

Schlumberger Lift Solutions Canada Ltd.
Lockbox C05618U
PO Box 45 STN M
Calgary, AB T2P 2G9
CANADA

Schlumberger Technology Corp.
PO Box 732149
Dallas, TX 75373-2149

Secretary of State
State of North Dakota
600 E. Boulevard Ave.
Dept 108
Bismarck, ND 58505-0500

Secure
555 17th Street
Suite 900
Denver, CO 80202-3910

Secure On-Site Services USA
555 17th Street
Suite 900
Denver, CO 80202-3910

Sheridan County Treasurer
100 W. Laurel Avenue
Plentywood, MT 59254-1699

Sheridan Electric Cooperative, Inc.
PO Box 227
6408 Hwy 16 South
Medicine Lake, MT 59247-0227

Sivalls, Inc.
PO Box 2792
Odessa, TX 79760-2792

Spanish Properties, LLC
PO Box 1026
Dickinson, ND 58602-1026

Standard & Poor's
2542 Collection Center Drive
Chicago, IL 60693-0025

State of North Dakota
Oil and Gas Division
600 E. Boulevard
Dept. 405
Bismarck, ND 58505-0840

Stewart Geological, Inc.
2650 Overland Avenue
Billings, MT 59102-7407

Stim-Lab, Inc
A Core Laboratories Company
PO Box 841787
Dallas, TX 75284-1787

SunTrust Bank
SunTrust Robinson Humphrey, Inc.
ATTN  Yann Pirio
3333 Peachtree Street NE
Atlanta, GA 30326-1459

Sundheim Oil Corporation
PO Box 230
Crosby, ND 58730-0230

Super Heaters, North Dakota, LLC
PO Box 421328
Houston, TX 77242-1328

TCI Business Capital, Inc.
9185 Paysphere Circle
Chicago, IL 60674-0091

TNT Well Servicing, Inc.
3 Gage Road
Roundup, MT 59072-6425

Ted Collins, Jr.
508 W. Main Street
Suite 1200
Midland, TX 79702

Tervita LLC
PO Box 840730
Dallas, TX 75284-0730

The Cavins Corporation
1800 Bering Drive
Suite 825
Houston, TX 77057-3415

Thomas G. Lantz
5615 West Ida Drive
Littleton, CO 80123-5135

Thru Tubing Solutions
8032 Main Street
Houma, LA 70360-4428

Thru Tubing Solutions, Inc.
PO Box 203379
Dallas, TX 75320-3379

Total Safety U.S., Inc.
PO Box 974686
Dallas, TX 75397-4686

Transfac Capital
FBO Wind River Trucking, LLC
PO Box 3238
Salt Lake City, UT 84110-3238

Triple S Enterprises, Inc.
PO Box 477
Crosby, ND 58730-0477

U.S. Bank National Association
Trustee, Collateral Agent, Control
Agent - 11th Floor
5555 San Felipe Street
Houston, TX 77056-2701

Sonia Chae U.S. Securities & Exchange Commis
175 W. Jackson Blvd.
Suite 900
Chicago, IL 60604-2908

US Trustee
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-1961

USG Midstream Bakken 1, LLC
700 Universe Blvd.
Juno Beach, FL 33408-2657

USG Properties Bakken I, LLC
ATTN Michael Jessep
601 Travis Street
Suite 1900
Houston, TX 77002-3253

USG Properties Bakken I, LLC
ATTN Michael Jessop
601 Travis Street
Suite 1900
Houston, TX 77002-3253

Vac-U-Jet Portables
PO Box 16748
Missoula, MT 59808-6748

WISCO, Inc.
PO Box 732328
Dallas, TX 75373-2328

WSI
1600 East Century Avenue
Suite 1
PO Box 5585
Bismarck, ND 58506-5585

Wayne R. and Gail R. Christianson
PO Box 97
Fortuna, ND 58844-0097

Wayne and Gail Christianson
PO Box 97
Fortuna, ND 58844-0097

Weatherford Artificial Lift
Systems LLC
P O Box 301003
JP Morgan Chase Bank  TX
Dallas, TX 75303-1003

Well Water Solutions and
Rentals, Inc.
PO Box 2105
Casper, WY 82602-2105

WellEZ Information Management
11931 Wickchester
Suite 360
Houston, TX 77043-4501

Western Petroleum, LLC
PO Box 677732
Dallas, TX 75267-7732

Whiting Oil & Gas Corporation
PO Box 973539
Dallas, TX 75397-3539

Whiting Petroleum Corporation
1700 Broadway Street
#2300
Denver, CO 80290-2300

Barry L. Wilkie
1999 Broadway
Ste. 3150
Denver, CO 80202-5736

Williams County Treasurer
205 East Broadway
PO Box 2047
Williston, ND 58802-2047

Williston Tank Rental Inc.
PO Box 2626
Williston, ND 58802-2626

Windcreek Services, Inc.
310 Limestone Ave.
PO Box 2410
Gillette, WY 82717-2410

Wise Services, Inc.
PO Box 427
Lyman, WY 82937-0427

William A. (Trey) Wood
711 Louisiana St., Ste. 2300
Houston, TX 77002-2770

Wyoming Casing Service, Inc.
PO Box 1153
Dickinson, ND 58602-1153

John F. Young
1700 Lincoln St.
Ste. 4550
Denver, CO 80203-4509

DirecTV
PO Box 60036
Los Angeles, CA 90060-0036

(d)AMZG, Inc.
2549 W. Main Street
Suite 202
Littleton, CO 80120-4646