UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## *Minutes of Proceeding*

Date:   June 12, 2015                                  HONORABLE HOWARD TALLMAN, Presiding

| In re: | American Eagle Energy Corporation | Debtor | Case No: 15-15073-HRT |
|---|---|---|---|
| | | | Chapter 11 |
| In re: | AMZG, Inc. | Debtor | Case No: 15-15074-HRT |
| | | | Chapter 11 |

**JOINTLY ADMINISTERED**
**UNDER Case No: 15-073-HRT**

Appearances: Due to the numerous parties connected to the courtroom telephonically, the Court did not take formal entries of appearance. The following parties were represented in the courtroom

| Debtor | American Eagle Energy Corporation | Counsel | Lars Fuller |
|---|---|---|---|
| Debtor | AMZG, Inc. | Counsel | Lars Fuller |
| Creditor | Unsecured Creditors Committee | Counsel | Barry Wilkie |

Proceedings:        [] **Evidentiary Hearing**             [XXX] **Non-evidentiary Hearing**

1. Debtors' Emergency Motion for Authority to Use Cash Collateral (docket #8)

2. Debtors' Motion Seeking Entry of an Order: (A) Scheduling the Auction for Sale of Substantially All of the Debtors' Assets, and (B) Approving Procedures for the Submission of Qualifying Bids and Conducting the Auction (docket #40)

[X]   The Court delivered its oral ruling with respect to the pending matters.

Orders:

[XX]   For the reasons stated on the record, entry of a final order on Debtors' Emergency Motion for Authority to Use Cash Collateral (docket #8) is DENIED without prejudice. The Court will allow adequate protection to the secured note holders in the form of: a) continued operation and maintenance of the Debtor's wells; and b) the payment of the note holders' reasonable professional fees and expenses in connection with this case. The parties are directed to propose an amended cash collateral order consistent with the Court's ruling and the Debtor is permitted to continue its use of cash collateral, consistent with this oral ruling, until further order of the Court.

[XX]   For the reasons stated on the record, Debtors' Motion Seeking Entry of an Order: (A) Scheduling the Auction for Sale of Substantially All of the Debtors' Assets, and (B) Approving Procedures for the Submission of Qualifying Bids and Conducting the Auction (docket #40) is DENIED without prejudice.

Date:   June 12, 2015

FOR THE COURT:
*Kenneth S. Gardner, Clerk of the Bankruptcy Court*

By:  /s/ Tom Lane
_____
Tom Lane, Judicial Law Clerk