United States Bankruptcy Court
District of Colorado

In re:                                                                    Case No. 15-15073-HRT
American Eagle Energy Corporation                                         Chapter 11
AMZG, Inc.
        Debtors

# CERTIFICATE OF NOTICE

District/off: 1082-1          User: myhaverk            Page 1 of 2            Date Rcvd: Jun 12, 2015
                              Form ID: pdf904           Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2015.
db/db          +American Eagle Energy Corporation,    AMZG, Inc.,    2549 W. Main Street,    Suite 202,
                 Littleton, CO 80120-4646
aty            +Benjamin D. Feder,    101 Park Ave,    New York, NY 10178-0002
cr             +Ad Hoc Group of 2019 Senior Secured Noteholders,     Attn: James T. Markus,
                 Markus Williams Young & Zimmermann LLC,    1700 Lincoln Street,    Suite 4550,
                 Denver, CO 80203-4509
cr             +Baker Hughes Oilfield Operations, Inc.,    PO Box 4740,    3900 Essex Lane,    Suite 1200,
                 Houston, TX 77027-5486
cr             +Halliburton Energy Services, Inc.,    c/o Carl Dore', Jr.,    Dore' Law Group, P.C.,
                 17171 Park Row, Suite 160,    Houston, TX 77084-4927
cr             +Power Energy Partners LP,    Lindquist & Vennum LLP,    600 17th Street,    Suite 1800 South,
                 Denver, CO 80202-5402

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
intp           +E-mail/Text: bankruptcynoticeschr@sec.gov Jun 12 2015 23:10:58
                 Sonia Chae U.S. Securities & Exchange Commission,    175 W. Jackson Blvd.,    Suite 900,
                 Chicago, IL 60604-2908
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2015                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2015 at the address(es) listed below:
              Alan K. Motes    on behalf of U.S. Trustee    US Trustee Alan.Motes@usdoj.gov
              Autumn D. Highsmith    on behalf of Creditor    USG Midstream Bakken I, LLC
               autumn.highsmith@haynesboone.com, kim.morzak@haynesboone.com
              Autumn D. Highsmith    on behalf of Creditor    USG Properties Bakken I, LLC
               autumn.highsmith@haynesboone.com, kim.morzak@haynesboone.com
              Barry L. Wilkie    on behalf of Creditor    Baker Hughes Oilfield Operations, Inc.
               bwilkie@joneskeller.com, tharris@joneskeller.com
              Barry L. Wilkie    on behalf of Creditor Committee    Official Committee of Unsecured Creditors of
               American Eagle Energy Corporation bwilkie@joneskeller.com, tharris@joneskeller.com
              Carl Dore    on behalf of Creditor    Halliburton Energy Services, Inc. carl@dorelawgroup.net,
               vmartinez@dorelawgroup.net
              Daniel J. Morse    on behalf of U.S. Trustee    US Trustee daniel.j.morse@usdoj.gov
              Duncan E. Barber    on behalf of Creditor    Hydratek, Inc. dbarber@bsblawyers.com,
               mal@bsblawyers.com
              Elizabeth A. Green    on behalf of Debtor    American Eagle Energy Corporation egreen@bakerlaw.com,
               jdriggers@bakerlaw.com
              Elizabeth A. Green    on behalf of Debtor    AMZG, Inc. egreen@bakerlaw.com, jdriggers@bakerlaw.com
              Ira D. Kharasch    on behalf of Creditor Committee    Official Committee of Unsecured Creditors of
               American Eagle Energy Corporation ikharasch@pszjlaw.com, gdowning@pszjlaw.com
              James T. Markus    on behalf of Creditor    Ad Hoc Group of 2019 Senior Secured Noteholders
               jmarkus@markuswilliams.com, docket@markuswilliams.com;jtokuoka@markuswilliams.com
              Jeffrey N. Pomerantz    on behalf of Creditor Committee    Official Committee of Unsecured
               Creditors of American Eagle Energy Corporation jpomerantz@pszjlaw.com, rmori@pszjlaw.com
              Jimmy D. Parrish    on behalf of Debtor    AMZG, Inc. jparrish@bakerlaw.com, jdriggers@bakerlaw.com
              Jimmy D. Parrish    on behalf of Debtor    American Eagle Energy Corporation jparrish@bakerlaw.com,
               jdriggers@bakerlaw.com
              John C. Parks    on behalf of Creditor    CMG Oil & Gas, Inc. jparks@hblegal.net
              John F. Young    on behalf of Creditor    Ad Hoc Group of 2019 Senior Secured Noteholders
               jyoung@markuswilliams.com, docket@markuswilliams.com;jtokuoka@markuswilliams.com

```
District/off: 1082-1            User: myhaverk                Page 2 of 2                   Date Rcvd: Jun 12, 2015
                                Form ID: pdf904               Total Noticed: 7


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Joshua M. Fried    on behalf of Creditor Committee    Official Committee of Unsecured Creditors of
               American Eagle Energy Corporation jfried@pszjlaw.com,   hphan@pszjlaw.com
              Lars H. Fuller    on behalf of Debtor    AMZG, Inc. lfuller@bakerlaw.com,
               icruz@bakerlaw.com;SBeer@bakerlaw.com
              Lars H. Fuller    on behalf of Debtor    American Eagle Energy Corporation lfuller@bakerlaw.com,
               icruz@bakerlaw.com;SBeer@bakerlaw.com
              Robert  Hill    on behalf of Creditor    Arapahoe County Treasurer rhill@arapahoegov.com,
               wrossman@arapahoegov.com;kmetzger@arapahoegov.com
              Sonia A. Chae    on behalf of Interested Party Sonia Chae   U.S. Securities & Exchange Commission
               chaes@sec.gov,   vasiosg@sec.gov
              Stacey S. Dawes    on behalf of Creditor    Hydratek, Inc. ssd@bsblawyers.com,   mal@bsblawyers.com
              Stephen  Dexter    on behalf of Creditor    Liberty Oilfield Services, LLC sdexter@lathropgage.com,
               CHuffman@LathropGage.com
              Theodore J. Hartl    on behalf of Creditor    Power Crude Transport Inc. thartl@lindquist.com,
               sroberts@lindquist.com;bblessing@lindquist.com
              Theodore J. Hartl    on behalf of Creditor    Power Energy Partners LP thartl@lindquist.com,
               sroberts@lindquist.com;bblessing@lindquist.com
              US Trustee     USTPRegion19.DV.ECF@usdoj.gov
              William A. (Trey) Wood    on behalf of Creditor    Murex Petroleum Corporation trey.wood@bgllp.com,
               alexandra.kelsey@bgllp.com
                                                                                             TOTAL: 28
```

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## *Minutes of Proceeding*

Date:  June 12, 2015                                                     HONORABLE HOWARD TALLMAN, Presiding

| In re: | American Eagle Energy Corporation | | Debtor | Case No: 15-15073-HRT |
| --- | --- | --- | --- | --- |
| | | | | Chapter 11 |
| In re: | AMZG, Inc. | | Debtor | Case No: 15-15074-HRT |
| | | | | Chapter 11 |
| | | | | **JOINTLY ADMINISTERED** |
| | | | | **UNDER Case No: 15-073-HRT** |

Appearances:  Due to the numerous parties connected to the courtroom telephonically, the Court did not take formal entries of appearance.  The following parties were represented in the courtroom

| Debtor | American Eagle Energy Corporation | Counsel | Lars Fuller |
| --- | --- | --- | --- |
| Debtor | AMZG, Inc. | Counsel | Lars Fuller |
| Creditor | Unsecured Creditors Committee | Counsel | Barry Wilkie |

Proceedings:        [ ] **Evidentiary Hearing**              [XXX] **Non-evidentiary Hearing**

1. Debtors' Emergency Motion for Authority to Use Cash Collateral (docket #8)

2. Debtors' Motion Seeking Entry of an Order: (A) Scheduling the Auction for Sale of Substantially All of the Debtors' Assets, and (B) Approving Procedures for the Submission of Qualifying Bids and Conducting the Auction (docket #40)

[X]   The Court delivered its oral ruling with respect to the pending matters.

Orders:

[XX]  For the reasons stated on the record, entry of a final order on Debtors' Emergency Motion for Authority to Use Cash Collateral (docket #8) is DENIED without prejudice.  The Court will allow adequate protection to the secured note holders in the form of: a) continued operation and maintenance of the Debtor's wells; and b) the payment of the note holders' reasonable professional fees and expenses in connection with this case.  The parties are directed to propose an amended cash collateral order consistent with the Court's ruling and the Debtor is permitted to continue its use of cash collateral, consistent with this oral ruling, until further order of the Court.

[XX]  For the reasons stated on the record, Debtors' Motion Seeking Entry of an Order: (A) Scheduling the Auction for Sale of Substantially All of the Debtors' Assets, and (B) Approving Procedures for the Submission of Qualifying Bids and Conducting the Auction (docket #40) is DENIED without prejudice.

Date:  June 12, 2015                                                       FOR THE COURT:
                                                                                   *Kenneth S. Gardner, Clerk of the Bankruptcy Court*

                                                                                             /s/ Tom Lane
                                                                                  By: _____
                                                                                             Tom Lane, Judicial Law Clerk