**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| American Eagle Energy Corporation | ) | Case No. 15-15073-HRT |
| Tax ID / EIN: 20-0237026 | ) | |
| | ) | |
| AMZG, Inc. | ) | Case No. 15-15074-HRT |
| Tax ID / EIN: 20-8642477 | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**ORDER AUTHORIZING AND APPROVING THE RETENTION OF
PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE OFFICIAL
UNSECURED CREDITORS' COMMITTEE EFFECTIVE AS OF MAY 20, 2015**

The Court having duly considered the *Application for Approval of Employment of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors Effective as of May 20, 2015* (the "Application"),[1] filed by the Official Committee of Unsecured Creditors of American Eagle Energy Corporation (the "Committee"), one of the above-captioned debtors (the "Debtors") seeking approval of their employment of the law firm of Pachulski Stang Ziehl & Jones LLP ("PSZ&J") to represent them as counsel for the Committee; and upon consideration of the Declaration of Jeffrey N. Pomerantz, a partner of PSZ&J, annexed to the Application; and the Court finding that the Application has been properly

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

DOCS_LA:289053.4 03706/002

served to the parties listed therein; and the Court being satisfied that PSZ&J and its attorneys are "disinterested" as that term is defined in 11 U.S.C. §101(14), represent no interest adverse to the Debtors or their estates in the matter upon which they are to be employed and that PSZ&J has no adverse interests within the meaning of 11 U.S.C. § 328(a); it is hereby:

**ORDERED** that the Application is **GRANTED.** It is further

**ORDERED** that the employment by the Committee of PSZ&J on the terms and conditions set forth in the Application is authorized and approved, as of May 15, 2015, in accordance with 11 U.S.C. §§ 328(a) and 1103(a).

Dated: June 15, 2015.

BY THE COURT

_Howard Tallman_
HONORABLE HOWARD R. TALLMAN
United States Bankruptcy Judge