IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| American Eagle Energy Corporation | ) | Case No. 15-15073-HRT |
| Tax ID / EIN: 20-0237026 | ) | |
| | ) | |
| AMZG, Inc. | ) | Case No. 15-15074-HRT |
| Tax ID / EIN: 20-8642477 | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### ORDER APPROVING EMPLOYMENT OF JONES & KELLER, P.C. AS LOCAL COUNSEL FOR THE OFFICIAL UNSECURED CREDITORS' COMMITTEE OF AMERICAN EAGLE ENERGY CORPORATION

Before the Court is the Application to Employ Jones & Keller, P.C. as Local Counsel for the Unsecured Creditors' Committee of American Eagle Energy Corporation pursuant to 11 U.S.C. § 1103(a) and Fed. R. Bankr. Pro. 2014(a) (the "Application"). The Application is granted and employment of J&K as local counsel for the Unsecured Creditors' Committee of American Eagle Energy Corporation is approved as of May 20, 2015.

Dated: June 15, 2015.

BY THE COURT

*Howard Tallman*
United States Bankruptcy Judge

1