## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| American Eagle Energy Corporation ) | Case No. 15-15073-HRT |
| Tax ID / EIN: 20-0237026 ) | |
| ) | |
| AMZG, Inc. ) | Case No. 15-15074-HRT |
| Tax ID / EIN: 20-8642477 ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |

### ORDER AUTHORIZING EMPLOYMENT OF CONWAY MACKENZIE, INC. AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' EFFECTIVE AS OF MAY 20, 2015

Upon the *Application for Employment of Conway MacKenzie, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Effective May 20, 2015* (the "Application"),[1] filed on June 5, 2015 and upon consideration of the Declaration of John T. Young, Jr. filed in support thereof (the "Young Declaration"); and the Court being satisfied with the representations made in the Application and the Young Declaration that CM is a disinterested person to the extent required by Bankruptcy Code section 101(14), that CM represents no interest adverse to any of the Debtors' estates and that CM's employment is necessary and in the best interests of the Debtors, their creditors, the Committee, and all parties-in-interest; and it appearing

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

DOCS_LA:289063.1 03706/002

that proper and adequate notice has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing, therefore, it is hereby

ORDERED, that the Application is granted as set forth herein; and it is further

ORDERED, that, pursuant to Bankruptcy Code sections 328(a) and 1103, the Committee is authorized to employ and retain CM as financial advisor effective as of May 20, 2015, pursuant to and on the terms and conditions set forth in the Application, which is hereby approved in all respects; and it is further

ORDERED, that, the Indemnifications Provisions identified on Exhibit B to the Application are hereby approved; and it is further

ORDERED, that, CM shall file applications and be compensated in accordance with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the Local Bankruptcy Rules, and such other procedures as may be fixed by order of this Court; and it is further

ORDERED, that the Committee is authorized and empowered to take such steps and perform such acts as may be necessary to implement and effectuate the terms of this Order; and it is further

ORDERED, that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: June 15, 2015.

BY THE COURT

_____
HONORABLE HOWARD R. TALLMAN
United States Bankruptcy Judge