IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| American Eagle Energy Corporation | ) | |
| Tax ID / EIN #20-0237026 | ) | Case No. 15-15073-HRT |
| | ) | |
| AMZG, Inc. | ) | Case No. 15-15074-HRT |
| Tax ID / EIN #20-8642477 | ) | |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| _____ | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL
NOTICES, PLEADINGS, ORDERS AND OTHER PAPERS**

PLEASE TAKE NOTICE that undersigned counsel and the law firm of Munsch Hardt Kopf & Harr, P.C. hereby appear on behalf of Power Energy Partners LP ("PEP") and Power Crude Transport, Inc. ("PCT"), each a party-in-interest in the jointly administered cases (the "Bankruptcy Cases") of the above-captioned debtors, and pursuant to Section 1109(b) of the Bankruptcy Code and Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure hereby enter their appearance and request that all notices given or required to be given in these Bankruptcy Cases, and all papers served or required to be served in these Bankruptcy Cases, be served upon undersigned counsel at the following address:

Kevin M. Lippman
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
E-mail: klippman@munsch.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, the foregoing request

includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, motions, applications, complaints, demands, notices of motions, notices of applications, notices of hearing, petitions, objections, claims, and all other pleadings or requests, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, other commercial carrier, hand-delivery, facsimile, telegraph, telex, e-mail, telephone or otherwise.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance shall not be deemed or construed as PEP's or PCT's: (a) waiver of the right to have final orders in non-core matters entered only after de novo review by the United States District Court; (b) waiver of the right to trial by jury in any proceeding to which such right exists in these Bankruptcy Cases or in any case, controversy, or proceeding related to these Bankruptcy Cases; (c) waiver of the right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (d) waiver of the right to contest jurisdiction or appropriate venue in any related proceeding; or (e) waiver of any other rights, claims, actions, defenses, setoffs or recoupments which PEP or PCT has or may hereafter obtain, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments PEP or PCT hereby expressly reserves.

Dated: June 19, 2015

**MUNSCH HARDT KOPF & HARR, P.C**.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
E-mail: klippman@munsch.com

By: /s/ Kevin M. Lippman
    Kevin M. Lippman
    Texas Bar No. 00784479

**ATTORNEYS FOR POWER ENERGY PARTNERS LP and POWER CRUDE TRANSPORT, INC.**

## CERTIFICATE OF SERVICE

 The undersigned hereby certifies that on the 19th day of June, 2015, he caused a true and correct copies of the foregoing Notice of Appearance to be served electronically on those parties requesting electronic service through the Court's ECF system.

         /s/ Kevin M. Lippman
         Kevin M. Lippman