# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: ) | | Chapter 11 |
| ) | | |
| AMERICAN EAGLE ENERGY CORP. ) | | Case No. 15-15073-HRT |
| EIN: 20-0237026 ) | | |
| ) | | |
| AMZG, INC. ) | | Case No. 15-15074-HRT |
| EIN: 20-8642477 ) | | |
| ) | | (Jointly Administered) |
| Debtors ) | | |

## NOTICE OF APPEARANCE, DEMAND FOR SERVICE
## OF PAPERS, AND REQUEST FOR SPECIAL NOTICE

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

COMES NOW, Nathan Sommers Jacobs, a Professional Corporation, and files this its Notice of Appearance, Demand for Service of Papers, and Request for Special Notice as counsel for Precision Completion & Production Services, Ltd, a creditor in the above-styled bankruptcy proceedings and, pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002 and 9007, respectfully requests that all notices given or required to be served in this proceeding also be served upon the below-named counsel at the address and telephone number, as follows:

Spencer D. Solomon
Nathan Sommers Jacobs
A Professional Corporation
2800 Post Oak Blvd., 61st Floor
Houston, Texas 77056-5705
Telephone:   713-960-0303
Facsimile:   713-892-4800
ssolomon@nathansommers.com

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § 1109(b), the request for service of notice includes papers referenced in the Federal Rules Bankruptcy Procedure and additionally, includes, without limitation, notices of any application, complaint, demand, hearing,

motion, pleading or request, formal or informal, disclosure statement or plan of reorganization in the above-styled bankruptcy case, whether transmitted or conveyed by mail, telephone or otherwise.

Nathan Sommers Jacobs, a Professional Corporation, as counsel for Precision Completion & Production Services, Ltd. additionally requests that the Debtor and the Clerk of the Court place the name and address of the above-identified person on any mailing matrix to be prepared or existing in the above-numbered cases, and on any list of creditors to be prepared or existing in the above-numbered bankruptcy cases.

Dated: June 19, 2015

Respectfully Submitted,

By: */s/ Spencer D. Solomon*
      Spencer D. Solomon
      Texas Bar No.   24066117
      ssolomon@nathansommers.com

Nathan Sommers Jacobs,
A Professional Corporation
2800 Post Oak Blvd. 61st Floor
Houston, TX 77056
(713) 960-0303 (main)
(713)892-4800 (fax)

**ATTORNEYS FOR PRECISION COMPLETION & PRODUCTION SERVICES, LTD.**

## **CERTIFICATE OF SERVICE**

This is to certify that a true copy of the foregoing *Notice of Appearance, Demand for Service of Papers, and Request for Special Notice* has been served by electronic submission to those parties registered to receive electronic notifications via the Court's ECF system on this 19th day of June, 2015.

*/s/ Spencer D. Solomon*
Spencer D. Solomon