UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| American Eagle Energy Corporation | ) | Case No. 15-15073-HRT |
| TAX ID / EIN 20-0237026, | ) | |
| | ) | |
| AMZG, Inc. | ) | Case No. 15-15074-HRT |
| TAXID / EIN 20-8642477 | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

NOTICE OF APPEARANCE,
REQUEST FOR SERVICE OF PAPERS,
AND RESERVATION OF RIGHTS

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Jacam Chemical Company 2013, LLC ("Claimant"), a creditor of the Debtors and a party in interest, and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon:

> Lino S. Lipinsky de Orlov
> McKenna Long & Aldridge LLP
> 1400 Wewatta Street, Suite 700
> Denver, Colorado  80202
> Telephone:  (303) 634-4000
> Facsimile:   (303) 634-4400
> Email:  llipinsky@mckennalong.com

The undersigned also requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the following, who is not entering his appearance on behalf of Claimant:

> Henry F. Sewell, Jr.
> McKenna Long & Aldridge LLP
> 303 Peachtree St., NE, Suite 5300
> Atlanta, GA 30308
> Telephone:  (404) 527-4000
> Facsimile: (404) 527-4198
> Email:  hsewell@mckennalong.com

- 2 -

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referenced above, but also includes, without limitation, any order, notice, application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, email, or otherwise that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, including Claimant, with respect to, *inter alia*, the following:  (a) the Debtors; or (b) property of the estate, or proceeds thereof, in which the Debtors may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use or claim; or (2) requires or seeks to require any act, delivery of any property, payment, or other conduct by Claimant.

**PLEASE TAKE FURTHER NOTICE** that Claimant intends that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive:  (1) Claimant's right to have final orders in noncore matters entered only after *de novo* review by a District Judge; (2) Claimant's right to trial by jury in any proceeding so triable in this case; (3) Claimant's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Claimant is or may be entitled, under agreements, in law, in equity, or

- 3 -

otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments Claimant expressly reserves.

Dated this 19th day of June, 2015.                    Respectfully submitted,

s/ Lino S. Lipinsky de Orlov
Lino S. Lipinsky de Orlov, #13339
McKenna Long & Aldridge LLP
1400 Wewatta Street, Suite 700
Denver, Colorado 80202
Telephone: 303-634-4000
Facsimile: 303-634-4400
Email: llipinsky@mckennalong.com

ATTORNEY FOR CREDITOR JACAM
CHEMICAL COMPANY 2013, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of June, 2015, a true and correct copy of the foregoing **NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS, AND RESERVATION OF RIGHTS** was electronically filed with the clerk of the court using the CM/ECF system, which will send notification of such filing to the following:

BAKER & HOSTETLER, LLP
Elizabeth A. Green, Esquire
Jimmy D. Parrish, Esq.
200 S. Orange Ave.
SunTrust Center, Suite 2300
P. 0. Box 112 (32802-0112)
Orlando, FL 32801-3432
egreen@bakerlaw.com
jparrish@bakerlaw.com

PATRICK S. LAYNG
UNITED STATES TRUSTEE
Alan K. Motes, Trial Attorney
1961 Stout Street, Suite 12-200
Denver, CO 80294
Alan.Motes@usdoj.gov

PATRICK S. LAYNG
UNITED STATES TRUSTEE
Daniel J. Morse, Assistant U.S. Trustee
U.S. Department of Justice
308 West 21st Street, Room 203
Cheyenne, WY 82001
Daniel.J.Morse@usdoj.gov

ROBERT HILL, Esq.
Senior Assistant County Attorney
5334 S. Prince Street
Littleton, CO 80166
rhill@arapahoegov.com
wrossman@arapahoegov.com

Dore Law Group, P.C.
Carl Dore, Jr.
17171 Park Row, Suite 160
Houston, Texas 77084
carl@dorelawgroup.net

KELLEY DRYE & WARREN LLP
James S. Carr
Benjamin D. Feder
101 Park Avenue
New York, NY 10178
kdwbankruptcydepartment@kellydrye.com
bfeder@kellydrye.com

JONES & KELLER, P.C.
Barry L. Wilkie
1999 Broadway, Suite 3150
Denver, CO 80202
bwilkie@joneskeller.com

Bracewell & Giuliani LLP
William A. (Trey) Wood III
711 Louisiana Street, Suite 2300
Houston, TX 77002
Trey.Wood@bgllp.com

Lindquist & Vennum LLP
Theodore J. Hartl
600 17th Street, Suite 1800 South
Denver, CO 80202
thartl@lindquist.com

Lathrop & Gage LLP
Stephen K. Dexter
950 17th Street, Suite 2400
Denver, CO 80202
sdexter@lathropgage.com

Markus Williams Young & Zimmermann LLC
John F. Young
1700 Lincoln St., Suite 4000
Denver, Colorado 80203
jyoung@markuswilliams.com

Andrews Kurth LLP
Timothy A. Davidson II
600 Travis, Suite 4200
Houston, TX 77002
TDavidson@andrewskurth.com

Haynes and Boone, LLP
Stephen M. Pezanosky
Autumn D. Highsmith
2323 Victory Avenue, Suite 700
Dallas TX 75219-7672
stephen.pezanosky@haynesboone.com
autumn.highsmith@haynesboone.com

Sonia A. Chae
Securities and Exchange Commission
175 West Jackson Blvd.
Suite 900
Chicago, IL 60604

Andrews Kurth LLP
Paul N. Silverstein
450 Lexington Avenue
New York, NY 10017
paulsilverstein@andrewskurth.com

Bieging Shapiro & Barber LLP
Duncan E. Barber
Stacey S. Dawes
4582 South Ulster Street Parkway, Suite 1650
Denver, CO 80237
dbarber@bsblawyers.com
ssd@bsblawyers.com

Haynes and Boone, LLP
Patrick L. Hughes
1580 Lincoln Street, Suite 1280
Denver, CO 80203
Tel: 303.893.2005
patrick.hughes@haynesboone.com

Joshua M. Fried
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Franciso, CA 94111
jfried@pszjlaw.com


s/ Lino S. Lipinsky de Orlov

DN 32290198.2