**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| American Eagle Energy Corporation | ) |
| Tax ID / EIN: 20-0237026 | ) Case No. 15-15073-HRT |
| | ) |
| AMZG, Inc. | ) |
| Tax ID / EIN: 20-8642477 | ) Case No. 15-15074-HRT |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| _____ | ) |

**ORDER GRANTING MOTION FOR APPROVAL AND USE OF**
**RETAINER FOR COUNSEL FOR DEBTORS IN POSSESSION**

This matter came on for consideration upon the Motion for Approval and Use of Retainer for Counsel for Debtors In Possession filed by American Eagle Energy Corporation ("American Eagle") and AMZG, Inc. ("AMZG")(collectively, the "Debtors") on May 22, 2015 ("Motion") (Doc No. _64_). Upon review of the Motion and record in this matter and good cause being shown, it is

**ORDERED**:

1. The Motion is granted.

2. The retainer ("Retainer") paid to Baker & Hostetler, LLP ("B&H") as security for services performed and expenses incurred on behalf of the Debtors is approved.

Dated: June _22nd_, 2015

BY THE COURT:

_Howard Tallman_
HONORABLE HOWARD R. TALLMAN
United States Bankruptcy Judge