UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| American Eagle Energy Corporation ) | |
| Tax ID / EIN: 20-0237026 ) | Case No. 15-15073-HRT |
| ) | |
| AMZG, Inc. ) | |
| Tax ID / EIN: 20-8642477 ) | Case No. 15-15074-HRT |
| ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

## DEBTORS' MOTION TO EXTEND EXCLUSIVITY PERIOD TO FILE A PLAN OF REORGANIZATION

American Eagle Energy Corporation and AMZG, Inc. (collectively, the "Debtors"), file this motion ("Motion") respectfully requesting entry of an order: (i) extending the Debtors' exclusive period for filing a plan of reorganization from September 5, 2105, until through and including October 15, 2015; and (ii) provided that the Debtors file a plan within that time period, extending the Debtors' exclusive period to seek confirmation of that plan through and including December 14, 2015, and in support thereof, state as follows:

### BACKGROUND

1. On May 8, 2015 (the "Petition Date") the Debtors filed voluntary Chapter 11 petitions for relief under Title 11 of the United States Code ("Bankruptcy Code"); no trustee has been appointed.

2. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. § 1334. Venue in this district is proper pursuant to 28 U.S.C. § 1409. The statutory predicate for the relief sought herein is Bankruptcy Code § 1121(d).

**RELIEF REQUESTED**

3. The Debtors request that this Court enter an order (i) extending the Debtors' exclusive period for filing a plan of reorganization from September 5, 2105, until through and including October 15, 2015; and (ii) provided that the Debtors file a plan within that time period, extending the Debtors' exclusive period to seek confirmation of that plan through and including December 14, 2015.

**BASIS FOR REQUESTED RELIEF**

4. Pursuant to 11 U.S.C. § 1121(b), the debtor has the exclusive right to file a plan of reorganization for 120 days after the petition date (the "Exclusivity Period"). If the debtor file a plan of reorganization within such 120-day period, the Exclusivity Period is extended to 180 days pursuant to 11 U.S.C. § 1121(c) in order to maintain exclusivity during the solicitation period for acceptances required by 11 U.S.C. §§ 1126 and 1129(a). The Court may, for cause, reduce or increase the 120-day period or the 180-day period pursuant to 11 U.S.C. § 1121(d).

5. In this case, cause exists to extend the Debtors' exclusive period for filing a plan of reorganization and the Debtor's exclusive period to seek confirmation of that plan. The Debtors are pursuing a sale of substantially all of their assets. *See* Doc. No. 172. Under the Debtors' proposed bid procedures, which were approved by the Court at a hearing on July 13, 2015, an auction of the Debtors' assets, if multiple qualified bids are received, will occur on September 9, 2015, and a hearing to consider approval of the sale will occur on September 10, 2015. The results of the sale may impact the Debtors' plan of reorganization. Accordingly, the Debtors believe it is in the best interest of the estate and all interested parties to extend the Exclusivity Period to allow the Debtors to retain exclusivity through the conclusion of the sale of the Debtors' assets.

6. The Ad Hoc Group of the 11% Senior Secured Notes due 2019 (the "Ad Hoc Group") has consented to the relief requested in this Motion.

7. A proposed order granting the relief requested in this Motion is attached hereto as **Exhibit A.**

WHEREFORE, for the reasons set forth herein, the Debtors respectfully request that this Court enter an order: (i) extending the Debtors' exclusive period for filing a plan of reorganization from September 5, 2105, until through and including October 15, 2015; (ii) provided that the Debtors file a plan within that time period, extending the Debtors' exclusive period to seek confirmation of that plan through and including December 14, 2015; and (iii) granting all other relief that is appropriate under the circumstances.

RESPECTFULLY SUBMITTED this 17th day of July 2015.

/s/ Elizabeth A. Green
Elizabeth A. Green, Esq.
Florida Bar No.: 0600547
egreen@bakerlaw.com
Jimmy D. Parrish, Esq.
Florida Bar No.: 0526401
jparrish@bakerlaw.com
**BAKER & HOSTETLER LLP**
200 South Orange Ave.
SunTrust Center, Suite 2300
Orlando, Florida 32801-3432
Telephone: (407) 649-4000
Attorney for Debtors

# EXHIBIT A

## Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| American Eagle Energy Corporation | ) |
| Tax ID / EIN: 20-0237026 | ) Case No. 15-15073-HRT |
| | ) |
| AMZG, Inc. | ) |
| Tax ID / EIN: 20-8642477 | ) Case No. 15-15074-HRT |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | |

**ORDER GRANTING DEBTORS' MOTION TO EXTEND**
**EXCLUSIVITY PERIOD TO FILE A PLAN OF REORGANIZATION**

THIS CASE came upon consideration of Debtors' Motion to Extend Exclusivity Period to File a Plan of Reorganization ("Motion") (Doc. No. ___). Upon consideration of the Motion, and being otherwise fully advised in the premises, it is

**ORDERED:**

1. The Debtors' Motion is GRANTED.

2. The Debtors' exclusive period for filing a plan of reorganization from September 5, 2105, until through and including October 15, 2015.

3. Provided that the Debtors file a plan by October 15, 2015, the Debtors' exclusive period to seek confirmation of that plan is hereby extended through and including December 14, 2015.

**DONE AND ORDERED** on July ___, 2015.

_____
HOWARD R. TALLMAN

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| American Eagle Energy Corporation | ) |
| Tax ID / EIN: 20-0237026 | ) Case No. 15-15073-HRT |
| | ) |
| AMZG, Inc. | ) |
| Tax ID / EIN: 20-8642477 | ) Case No. 15-15074-HRT |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 17, 2015, a true and correct copy of the foregoing Motion was served by electronic noticing via the CM/ECF System all parties requesting such notice and/or served via U.S. First Class Postage Prepaid to: American Eagle Energy Corporation and AMZG, Inc., 2549 W. Main Street, Suite 202, Littleton, CO 80120 (*Debtors*); Paul Silverstein, Esq., Andrews Kurth, 450 Lexington Avenue, New York, NY 10017; James T. Markus, Markus Williams Young & Silverman LLC, 1700 Lincoln Street, Suite 400, Denver, CO 80203; John F. Young, Markus Williams Young & Silverman LLC, 1700 Lincoln Street, Suite 400, Denver, CO 80203 (*Counsel for the Ad Hoc Noteholders*); Barry L. Wilkie, Esq., Jones & Keller, P.C., 1999 Broadway, Suite 3150, Denver, CO 80202 *(Counsel to the Official Committee of Unsecured Creditors)*; Jeffrey N. Pomerantz, Esq., Ira D. Kharasch, Esq. Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067-4100; Joshua M Fried, 150 California Street, 15th Floor, San Francisco, CA 94111 *(Counsel to the Official Committee of Unsecured Creditors)*; All Creditors and Parties in Interest on the attached matrix, which is a copy of the Court's Creditor Address Matrix for this case, obtained from PACER on July 17, 2015; and the Office of the United States Trustee, Byron G. Rogers Federal Building, 1961 Stout St., Suite 12-200, Denver, Colorado 80294.

/s/ *Elizabeth A Green*
Elizabeth A. Green, Esq.

Label Matrix for local noticing
1082-1
Case 15-15073-HRT
District of Colorado
Denver
Fri Jul 17 11:49:01 MDT 2015

AMZG, Inc.
2549 W. Main Street
Suite 202
Littleton, CO 80120-4646

Ad Hoc Group of 2019 Senior Secured Notehold
Attn: James T. Markus
Markus Williams Young & Zimmermann LLC
1700 Lincoln Street
Suite 4550
Denver, CO 80203-4509

American Eagle Energy Corporation
2549 W. Main Street
Suite 202
Littleton, CO 80120-4646

Baker Hughes Oilfield Operations, Inc.
PO Box 4740
3900 Essex Lane
Suite 1200
Houston, TX 77027-5486

Halliburton Energy Services, Inc.
c/o Carl Dore', Jr.
Dore' Law Group, P.C.
17171 Park Row, Suite 160
Houston, TX 77084-4927

Jacam Chemical Co., Inc.
205 S. Broadway
Sterling, KS 67579-2339

KS Thompson, LLC
819 Valley View
Glasgow, MT 59230-1556

Nabors Drilling USA, LP
c/o Dore' Law Group, P.C.
17171 Park Row, Suite 160
Houston, TX 77084-4927

Power Energy Partners LP
Lindquist & Vennum LLP
600 17th Street
Suite 1800 South
Denver, CO 80202-5402

Precision Completion & Production Services,
c/o Spencer D. Solomon
Nathan Sommers Jacobs, P.C.
2800 Post Oak Blvd., 61st Floor
Houston, TX 77056-6131

US Bankruptcy Court
US Custom House
721 19th St.
Denver, CO 80202-2508

640 Energy, LLC
1400 16th Street
Suite 400
Denver, CO 80202-5995

AES Drilling Fluids, LLC
11767 Katy Freeway
Suite 230
Houston, TX 77079-1711

AES2 Operations
4050 Garden View Drive
Suite 200
Grand Forks, ND 58201-7215

ASEN 2 Corporation
4800 Scottsdale Road
Suite 1400
Scottsdale, AZ 85251-7632

Accelerated Artificial Lift System
4441 E. 146th St. N
Skiatook, OK 74070-3299

Adigo
3091 S. Jamaica Court
Unit 115
Aurora, CO 80014-2639

Adler Hot Oil Service, LLC
3495 Momentum Place
Chicago, IL 60689-5334

Alicia M. Palmer Buck
13456 Wild Basin Way
Broomfield, CO 80020-8126

Allen Nelson
PO Box 4485
Portland, OR 97208-4485

American Standard Energy Corp.
4800 Scottsdale Road
Suite 1400
Scottsdale, AZ 85251-7632

Ann Reeves Faillace
125 Riverside
Vidalia, LA 71373-4048

Ann Schantz
8 Tracy Lane
Holmen, WI 54636-9690

Antionette K. Young
39301 Overlook Dr.
Polson, MT 59860-8117

Arapahoe County Treasurer
5334 S. Prince Street
Littleton, CO 80120-1136

Archie and Elaine Kress, LLLP
1816 15th St. SW
Minot, ND 58701-6159

Arctic Energy Services, LLC
PO Box 1321
Glenrock, WY 82637-1321

Arne Olay Egge
362-106 Ave.
Kimberley, BC V1A1B7
Canada

Atlas Tubular, LP
PO Box 431
Robstown, TX 78380-0431

Averex, Inc.
PO Box 52305
Lafayette, LA 70505-2305

Badlands Oilfield Services, Inc.
PO Box 6004
Williston, ND 58802-6004

Badlands Power Fuels, LLC
Attn. Brenda Stein
PO Box 1369
Minot, ND 58702-1369

Baker Hughes Oilfield Operations
PO Box 301057
Dallas, TX 75303-1057

Barbara Huber
1949 24th St. SW
Minot, ND 58701-8139

Barbara Yoder
4241 Lesher Dr. #2
Kettering, OH 45429-3036

Basin Concrete
PO Box 4264
Williston, ND 58802-4264

Baytex Energy  LTD
520 - 3rd Ave  SW
Suite 2500
Calgary, AB T2P 0R3
CANADA

Bill Roberts, Esq.
Roberts & Olivia, LLC
2060 Broadway
Suite 250
Boulder, CO 80302-5271

Bind, LLC
PO Box 184
Robinson, IL 62454-0184

Black Stone Minerals Company
1001 Fannin
Suite 2020
Houston, TX 77002-6715

Board of Trustees, Yellowstone Conference
United Methodist Church
c/o Gary McDermott, CPA
PO Box 716
Shelby, MT 59474-0716

Borsheim Crane Service
PO Box 1344
Williston, ND 58802-1344

Braatelien Family Trust LLC
1904 N. Monroe
Little Rock, AR 72207-4714

Bradley M. Colby
5722 S. Benton Way
Littleton, CO 80123-0851

Brennand Energy, Ltd
1330 Post Oak Blvd.
Suite 2540
Houston, TX 77056-3871

Brian Barony
c/o Davis Graham & Stubbs, LLP
Sybil R. Kisken
1550 17th Street, Suite 500
Denver, CO 80202-1500

Brian Barony
c/o Pippin Law Firm, P.C.
H. Malcolm Pippin
PO Box 1487
Williston, ND 58802-1487

Bulldog Trucking
1265 East 530 North
American Fork, UT 84003-1320

Byron & Shelley Carter
PO Box 152
Fortuna, ND 58844-0152

C&J Energy Services, LTD.
Attn. Chad Kell
3990 Rogerdale Rd.
Houston, TX 77042-5142

CMG Oil & Gas, Inc.
PO Box 829
Stanley, ND 58784-0829

CP Machine, Inc.
3534 20th Avenue W
Williston, ND 58801-2222

Calfrac Well Services Corp.
717-17 Street
Suite 1445
Denver, CO 80202

Canrig Drilling Technology, Ltd.
PO Box 973608
Dallas, TX 75397-3608

Cascade Integrated Services, LLC
PO Box 912604
Denver, CO 80291-2604

Charles B. Wiley, P.E.
8405 Becket Circle
Plano, TX 75025-4344

Cheetah Services, Inc.
PO Box 1077
Watford City, ND 58854-1077

Clean Chemistry, Inc.
Accounts Receivable
5541 Central Ave.
Suite 110
Boulder, CO 80301-2876

Clean Harbors Env. Services
600 Longwater Dr.
Norwell, MA 02061-1639

Cody Exploration, LLC
PO Box 597
Bismarck, ND 58502-0597

Cody Oil & Gas Corporation
PO Box 597
Bismarck, ND 58502-0597

Collins & Jones Investments, LLC
508 W. Wall Street
Suite 1200
Midland, TX 79701-5076

Colorado Dept. of Revenue
Taxation Division
PO Box 17087
Denver, CO 80217-0087

Compensation & Benefit Solutions, LLC
6161 S Syracuse Way
Suite 240
Greenwood Village, CO 80111-4796

Complete Business Systems
5195 Marshall Street
Arvada, CO 80002-4628

Continental Resources
PO Box 269091
Oklahoma City, OK 73126-9091

Continental Resources
PO Box 952724
St Louis, MO 63195-2724

Cougar Drilling Solutions USA, Inc.
9505 West Reno Avenue
Oklahoma City, OK 73127-2917

Crescent Point Energy
555 17th Street
Suite 1800
Denver, CO 80202-3905

Crescent Point Energy
555 17th Street
Suite 750
Denver, CO 80202-3905

Crowley Fleck PLLP
Attorneys at Law
PO Box 30441
Billings, MT 59107-0441

Cruz Energy Services, LLC
7000 E. Palmer-Wasilla Hwy
Palmer, AK 99645-7715

D & J Transport, Inc.
P. O. Box 2626
Williston, ND 58802-2626

D. Dean Haagenson
3133 E. Landcaster Rd.
Hayden, ID 83835-7429

DNOW L.P.
NOV Wilson, LP.
PO Box 200822
Dallas, TX 75320-0822

DTG Associates, LLC
923 S. Milwaukee Way
Denver, CO 80209-5124

Daniel J. O'Shaughnessy Trust
4880 S. Franklin St.
Englewood, CO 80113-7009

Darby's Welding & Machine, Inc
78 - 48th Avenue SW
Dickinson, ND 58601-7244

David Simmons
PO Box 31618
Edmond, OK 73003-0027

David Y. Rogers
PO Box 50368
Midland, TX 79710-0368

Davis Partners, Ltd.
PO Box 271
Midland, TX 79702-0271

Deep Rock Water
PO Box 660579
Dallas, TX 75266-0579

Dennis Seyfert
45 Road 6200
Kirtland, NM 87417-9737

Derrick Corporation
PO Box 301191
Dallas, TX 75303-1191

Diamond B Oilfield Trucking
PO Box 567
Plentywood, MT 59254-0567

(p)DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

Dishon Disposal, Inc.
5613 DTC Parkway
Suite 800
Greenwood Village, CO 80111-3036

Divide County Treasurer
200 North Main Street
PO Box 29
Crosby, ND 58730-0029

Donald A. Seyfert
233 17th Ave. NW
Great Falls, MT 59404-1806

Donnie Stuart Kress
15851 W. Clear Canyon Dr.
Surprise, AZ 85374-4511

Dorothy Lexininger Trust
1214 N. Westby Rd.
Westby, MT 59275-9731

Double EE Service, Inc.
PO Box 2417
2210 4th Avenue West
Williston, ND 58801-3425

Drill Tech Subsidiary of BJ's DST
f/k/a Drill Tech, LLC
PO Box 519
Mohall, ND 58761-0519

Duane Buschte
801 3rd Ave. E.
Williston, ND 58801-5511

Dylan Devore
c/o Pagel Weikum, PLLP
1715 Burnt Boat Drive
Madison Suite
Bismarck, ND 58503-0853

Dynomax Drilling Tools USA, Inc.
14223 Interdrive East
Houston, TX 77032-3315

Dynomax Drilling Tools USA, Inc.
c/o Wayne Kitchens
333 Clay, 29th Floor
Houston, TX 77002-2571

Emanuel F Seyfert
117 Kilty Dr.
Glasgow, MT 59230-2818

Euler Hermes North America Insurance Company
Agent of Atlas Tubular, LLC
800 Red Brook Boulevard
Owings Mills, MD 21117-5173

Extreme Energy Services, LLC
PO Box 1468
Broussard, LA 70518-1468

FedEx
PO Box 94515
Palatine, IL 60094-4515

First National Bank & Trust Co.
of Williston, Trustee
PO Box 1827
Williston, ND 58802-1827

Flatland Resources, LLC
235 Lake Street E
Wayzata, MN 55391-1608

Fred Seyfert
24 Road 6319
Kirtland, NM 87417-9612

Frontier Fiscal Services
f/k/a 4G
PO Box 717
Crosby, ND 58730-0717

G&D Services, Inc.
dba Panther Inspection
14055 Country Lane
Williston, ND 58801-8827

G-Style Transport, LLC
N51012 Hutchins Lane
Eleva, WI 54738-9569

G-Style Transport, LLC
PO Box 2104
Williston, ND 58802-2104

GE Oil & Gas Pressure Control LP
PO Box 911776
Dallas, TX 75391-1776

George G. Vaught, Jr.
PO Box 13557
Denver, CO 80201-3557

Greene's Energy Group
PO Box 676263
Dallas, TX 75267-6263

Greg Nielsen
2412 Leighton Blvd.
Miles City, MT 59301-2820

Gregory Lee Schautz
804 Roberts St.
Altoona, WI 54720-1335

H & L Rentals & Well Service
PO Box 31618
Edmond, OK 73003-0027

H&H Electric, Inc.
PO Box 2167
Williston, ND 58802-2167

H2E, Incorporated
2316 Bluebell Loop
Spearfish, ND 57783-8503

HMG Automation, Inc.
PO Box 1625
Williston, ND 58802-1625

Halliburton Energy Services, Inc.
PO Box 301341
Dallas, TX 75303-1341

Hamm & Phillips Service Company, Inc.
PO Box 201653
Dallas, TX 75320-1653

Heller Casing Service, Inc.
PO Box 1452
Williston, ND 58802-1452

Hoagenson Family Mineral Trust
13313 49th Lane NW
Welliston, ND 58801-9225

Hunt Oil Company
PO Box 840729
Dallas, TX 75284-0729


Hurley Enterprises, Inc.
PO Box 385
Fairview, MT 59221-0385

Hydratek, Inc.
12069 Highway 16
Sidney, MT 59270-6334

Hydrus Energy Solutions USA, Inc.
109 6th Ave SE
Suite 400, #4178
Watford City, ND 58854-7337


Industrial Equipment Sales &
Services
PO Box 11444
Williston, ND 58803-0053

Integrated Petroleum Technologies, Inc.
c/o Davis Graham & Stubbs, LLP
Sybil R. Kisken
1550 17th Street, Suite 500
Denver, CO 80202-1500

Integrated Petroleum Technologies, Inc.
c/o Pippin Law Firm, P.C.
H. Malcolm Pippin
PO Box 1487
Williston, ND 58802-1487


Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

Interstate Engineering
PO Box 2035
Jamestown, ND 58402-2035

Interwest Transfer Co., Inc.
PO Box 17136
Salt Lake City, UT 84117-0136


Intralinks, Inc.
Attn: Jack Bornhoeft
150 East 42nd Street, 8th Floor
New York, NY 10017-5626

Intralinks, Inc.
PO Box 392134
Pittsburgh, PA 15251-9134

Ione Leholm
207 6th Ave. SW Apt. C
Crosby, ND 58730-3382


Irongate Rental Services, LLC
PO Box 204427
Dallas, TX 75320-4427

J&K Hotshot, Inc.
PO Box 1454
Williston, ND 58802-1454

J&L Hauptman Family Partnership
PO Box 3421
Billings, MT 59103-3421


JMAC Resources, Inc.
121 48th Ave SW
Williston, ND 58801-9403

Jacam Chemicals 2013, LLC
PO Box 96
205 South Broadway
Sterling, KS 67579-2339

Janet Guinn
1102 E. Jasper Dr.
Gilbert, AZ 85296-4244


Jennifer Krebsbach
134 Mosswood Dr.
Savannah, GA 31405-9480

Jerry Kress
21128 NE 43rd Court
Sammamish, WA 98074-6026

Jill M. Tangedal
137 Tuxford Ct.
Henderson, NV 89074-0971


Jive Communications, Inc.
Dept. CH 19606
Palatine, IL 60055-9606

John C. Hansen & Melanie C. Hansen
7341 S. Eudora Way
Centennial, CO 80122-2438

Justice Oilfield Water Service
PO Box 44
Dagmar, MT 59219-0044


Justice SWD, LLC
PO Box 44
Dagmar, MT 59219-0044

KLX Energy Services LLC (dba Vision Energy S
c/o Bradley S. Shraiberg, Shraiberg, Fer
2385 NW Executive Center Dr.
Ste. 300
Boca Raton, FL 33431-8530

KLX Energy Services, LLC
28099 Expedite Way
Chicago, IL 60695-0001

| | | |
|---|---|---|
| KS Thompson, LLC<br>c/o Lisa Legare, Managing Member<br>819 Valley View<br>Glasgow, MT 59230-1556 | Karol Jean Wolla<br>PO Box 445<br>Tioga, ND 58852-0445 | Keith C. Leininger<br>103 W Simpkins Drive<br>Westby, MT 59275 |
| Ken S. Thompson<br>PO Box P<br>Shelton, WA 98584-0110 | Kevin Imsland<br>13018 46th Street<br>Suite 100<br>Williston, ND 58801-9210 | LMC Energy, LLC<br>550 W. Texas<br>Suite 945<br>Midland, TX 79701-4233 |
| Leslie Leininger<br>383 Camino Elevado<br>Bonita, CA 91902-2431 | Liberty Oilfield Services, LLC<br>950 17th Street<br>Suite 2000<br>Denver, CO 80202-2801 | Linda L. Schmidt<br>2007 Rev. Trust<br>8212 E. 73rd St. S.<br>Tulsa, OK 74133-2901 |
| Loren B. Nielsen<br>12374 Doreen Dr.<br>Riverton, UT 84065-4357 | Luanne Ellen Tangedal<br>1610 S. Loggers Pond Pl.<br>Apt. 12<br>Boise, ID 83706-6597 | Luella M. Boss<br>PO Box 802<br>WIlliston, ND 58802-0802 |
| Lufkin Industries LLC<br>PO Box 301199<br>Dallas, TX 75303-1199 | M-I, LLC d/b/a MI-SWACO<br>PO Box 732135<br>Dallas, TX 75373-2135 | MBI Oil & Gas, LLC<br>World Headquarters<br>PO Box 7<br>Belfield, ND 58622-0007 |
| MLB Consulting, LLC<br>PO Box 2407<br>Elk City, OK 73648-2407 | Main Street Partners I, LLC<br>c/o Highline Realty Partners, Inc.<br>ATTN  Rees F. Davis, Jr.<br>3695 East Long Road<br>Greenwood Village, CO 80121-1931 | Margaret A. Van Hoose<br>Rev. Trust<br>1671 W. Surrey Rd.<br>Farwell, MI 48622-9717 |
| Marian Thompson<br>11445 Portage Pl NW<br>Gig Harbor, WA 98332-9785 | Marianne Pack Wright Trust<br>4748 Rolando Blvd.<br>San Diego, CA 92115-4229 | Marjorie Bird<br>1882 W. 11th Ave.<br>Apache Junction, AZ 85120-6814 |
| Mark and Darlene Nason Family Trust<br>10786 N. Bluerock Lane<br>Hayden Lake, ID 83835-8110 | Martin J. Beskow<br>7268 Weston Lane North<br>Maple Grove, MN 55311-2540 | Mathena, Inc.<br>3900 S. Highway 81<br>Service Road<br>El Reno, OK 73036-6808 |
| Mendell Family Partnership<br>PO Box 1429<br>Burnet, TX 78611-7429 | Mi4 Corporation<br>5850 San Felipe St.<br>Suite 118<br>Houston, TX 77057-3012 | Michelene G. Toomey<br>1511 North Blvd.<br>Houston, TX 77006-6327 |
| Midwest Rentals, Inc.<br>3032 North Shore Loop<br>Mandan, ND 58554-4750 | Miller Oil Company, Inc.<br>Box 4708<br>Culbertson, MT 59218 | Missouri River Royalty Corp.<br>919 S. 7th<br>Suite 405<br>Bismarck, ND 58504-5835 |

| | | |
|---|---|---|
| Modern Machine Works, Inc.<br>PO Box 877<br>Williston, ND 58802-0877 | Molly & Joseph F. Vochko<br>5213 Bartlett Blvd.<br>Mound, MN 55364-1747 | Montana Dept. of Revenue<br>PO Box 5805<br>Helena, MT 59604-5805 |
| Morris Nielsen, Jr.<br>910 Tenth St. W.<br>#238<br>Billings, MT 59102-5450 | Mosbacher USA, Inc.<br>712 Main Street<br>Suite 2200<br>Houston, TX 77002-3206 | Mountain Divide, LLC<br>33 First Ave. SW<br>Cut Bank, MT 59427-2937 |
| Mountain Divide, LLC<br>CBM Building<br>Box 220<br>33 First Ave. SW<br>Cut Bank, MT 59427-2937 | Murex Petroleum Corporation<br>PO Box 7<br>Humble, TX 77347-0007 | Myra Ellen Moss<br>2105 Adair Street<br>San Marino, CA 91108-2605 |
| Myrna L. Petschke<br>10156 E. Jacob Ave.<br>Mesa, AZ 85209-7085 | NRAI, Inc.<br>PO Box 4349<br>Carol Stream, IL 60197-4349 | NYSE Market, Inc.<br>Box 223695<br>Pittsburgh, PA 15251-2695 |
| Nabors Completion & Prod Svcs<br>PO Box 975682<br>Dallas, TX 75397-5682 | Nabors Drilling USA, LP<br>PO Box 973527<br>Dallas, TX 75397-3527 | National Oilwell Varco<br>Wells Fargo Bank<br>PO Box 201224<br>Dallas, TX 75320-1224 |
| North Dakota Office of the Tax<br>Commissioner<br>600 E. Boulevard Avenue<br>Bismarck, ND 58505-0599 | Northern States Completions<br>PO Box 1267<br>Williston, ND 58802-1267 | Oakley Ventures, LLC<br>c/o Highline Realty Partners, Inc.<br>ATTN Rees F. Davis, Jr.<br>3695 East Long Road<br>Greenwood Village, CO 80121-1931 |
| Office of Natural Resources Revenue<br>PO Box 25165<br>MS 64200B<br>Denver, CO 80225-0165 | Oil Patch Rental Service, Inc.<br>PO Box 204667<br>Dallas, TX 75320-4667 | Omimex Petroleum, Inc.<br>7950 John T. White Road<br>Fort Worth, TX 76120-3608 |
| Oneok Rockies Midstream, LLC<br>2700 Lincoln Ave., SE<br>Sidney, MT 59270-8819 | Opportune<br>711 Louisiana<br>Suite 1700<br>Houston, TX 77002-2762 | Pamela Krebsbach DaSilva<br>318 Hawthorn Ave.<br>Kalispell, MT 59901-3022 |
| Panther Inspection & Hardbanding<br>14055 Country Lane<br>Williston, ND 58801-8827 | Panther Pumping Services, LLC<br>PO Box 1109<br>212 6th Ave SE<br>Watford City, ND 58854-1109 | Paragon Audit & Consulting Inc.<br>50 South Steele<br>Suite 325<br>Denver, CO 80209-2808 |
| Pason Systems USA Corp.<br>16035 Table Mountain Parkway<br>Suite 100<br>Golden, CO 80403-1642 | Patrick W. Durick<br>Counsel to Miller Oil Company<br>Pearce & Durick<br>314 E. Thayer Avenue<br>Bismarck, ND 58501-4095 | Paula F. Caprara<br>12526 Morning Glory Dr.<br>Rancho Cuchamonga, CA 91739-1555 |

| | | |
|---|---|---|
| Pitney Bowes Global Financing<br>PO Box 371887<br>Pittsburgh, PA 15250-7887 | Power Crude Transport, Inc.<br>1927 Lohmans Crossings Road<br>#103<br>Austin, TX 78734-5241 | Power Energy Partners, LP<br>1927 Lohmans Corssing<br>Suite 103<br>Austin, TX 78734-5241 |
| Prairie Fuels<br>PO Box 1272<br>Baker, MT 59313-1272 | Prairie Petro-Chem of America<br>PO Drawer 1568<br>Williston, ND 58802-1568 | Precision Completion & Production<br>Svcs.<br>PO Box 204789<br>Dallas, TX 75320-4789 |
| Precision Energy Services, Inc<br>PO Box 301003<br>Dallas, TX 75303-1003 | Pruet Oil Company, LLC<br>217 W. Capitol Street<br>Suite 201<br>Jackson, MS 39201-2099 | Public Service Co., a Colorado Corporation<br>DBA Xcel Energy<br>Attn: Pamela Dorsey<br>1800 Larimer St., 15th<br>Denver, CO 80202-1408 |
| Puckett Investment Co.<br>5460 S. Quebec Street<br>Greenwood Village, CO 80111-1928 | Purity Oilfield Services, LLC<br>PO Box 732729<br>Dallas, TX 75373-2729 | Quinn Pumps Inc.<br>PO Box 677396<br>Dallas, TX 75267-7396 |
| R360 Williston Basin LLC<br>Prairie Disposal Inc<br>PO Box 670207<br>Dallas, TX 75267-0207 | Ragan Petroleum Inc.<br>PO Box 52305<br>Lafayette, LA 70505-2305 | Rain for Rent<br>Attn: Mario Zaragoza<br>5101 Office Park Dr<br>#100<br>Bakersfield, CA 93309-0615 |
| Rain for Rent, North Dakota<br>File 52541<br>Los Angeles, CA 90074-2541 | Randolf W. Katz, Esq.<br>Baker & Hostetler LLP<br>600 Anton Blvd.<br>Suite 900<br>Costa Mesa, CA 92626-7193 | Reb Clark<br>PO Box 1441<br>Midland, TX 79702-1441 |
| Recievables Control Corp.<br>FBO Creditors of Portal Service<br>7373 Kirkwood Court<br>Minneapolis, MN 55369 | Red River Supply, Inc.<br>1202 East Broadway<br>PO Box 1146<br>Williston, ND 58802-1146 | Richard Pershall<br>2403 Dogie Spur<br>Golden, CO 80403-7712 |
| Richardson Trucking Inc.<br>PO Box 1690<br>Mills, WY 82644-1690 | Richland County Treasurer<br>201 W. Main<br>Sidney, MT 59270-4035 | Richland Pump & Supply, Inc.<br>1511 South Central Avenue<br>Sidney, MT 59270-5598 |
| Robert D. Leininger Trust<br>1214 N. Westby Rd.<br>Westby, MT 59275-9731 | Robert W. Schantz<br>60450 Dakota Trail<br>Bend, OR 97702-9292 | Roosevelt County Treasurer<br>400 2nd Avenue South<br>Wolf Point, MT 59201-1600 |
| Roy G. & Opal Barton Revocable Trust<br>1919 N. Turner Street<br>Hobbs, NM 88240-2712 | Ryder Scott Company, L.P.<br>1100 Louisiana<br>Suite 4600<br>Houston, TX 77002-5294 | SM Energy Company<br>PO Box 910384<br>Denver, CO 80291-0384 |

| | | |
|---|---|---|
| Samson Resources Company<br>PO Box 972282<br>Dallas, TX 75397-2282 | Sanjel USA , Inc.<br>511 16th Street<br>Suite 300<br>Denver, CO 80202-4260 | Sarah Krebsbach Torgerson<br>90 Irish Bend Lane<br>Columbia Falls, MT 59912-8512 |
| Schlumberger Lift Solutions Canada Ltd.<br>Lockbox C05618U<br>PO Box 45 STN M<br>Calgary, AB T2P 2G9<br>CANADA | Schlumberger Technology Corp.<br>PO Box 732149<br>Dallas, TX 75373-2149 | Secretary of State<br>State of North Dakota<br>600 E. Boulevard Ave.<br>Dept 108<br>Bismarck, ND 58505-0500 |
| Secure<br>555 17th Street<br>Suite 900<br>Denver, CO 80202-3910 | Secure On-Site Services USA<br>555 17th Street<br>Suite 900<br>Denver, CO 80202-3910 | Sheridan County Treasurer<br>100 W. Laurel Avenue<br>Plentywood, MT 59254-1699 |
| Sheridan Electric Cooperative, Inc.<br>PO Box 227<br>6408 Hwy 16 South<br>Medicine Lake, MT 59247-0227 | Sivalls, Inc.<br>PO Box 2792<br>Odessa, TX 79760-2792 | Spanish Properties, LLC<br>PO Box 1026<br>Dickinson, ND 58602-1026 |
| Standard & Poor's<br>2542 Collection Center Drive<br>Chicago, IL 60693-0025 | State of North Dakota<br>Oil and Gas Division<br>600 E. Boulevard<br>Dept. 405<br>Bismarck, ND 58505-0840 | Stewart Geological, Inc.<br>2650 Overland Avenue<br>Billings, MT 59102-7407 |
| Stim-Lab, Inc<br>A Core Laboratories Company<br>PO Box 841787<br>Dallas, TX 75284-1787 | SunTrust Bank<br>SunTrust Robinson Humphrey, Inc.<br>ATTN Yann Pirio<br>3333 Peachtree Street NE<br>Atlanta, GA 30326-1459 | Sundheim Oil Corporation<br>PO Box 230<br>Crosby, ND 58730-0230 |
| Super Heaters, North Dakota, LLC<br>10260 Westheimer Rd., Suite 460<br>Houston, TX 77042-3108 | Susan C. Nielsen Olson<br>10 Sundance Dr.<br>Livingston, MT 59047-8608 | Suzanne Marie Krebsbach<br>687 Old Plantation Rd.<br>Charleston, SC 29412-4407 |
| TCI Business Capital, Inc.<br>9185 Paysphere Circle<br>Chicago, IL 60674-0091 | TNT Well Servicing, Inc.<br>3 Gage Road<br>Roundup, MT 59072-6425 | Ted Collins, Jr.<br>508 W. Main Street<br>Suite 1200<br>Midland, TX 79702 |
| Tervita LLC<br>PO Box 840730<br>Dallas, TX 75284-0730 | The Cavins Corporation<br>1800 Bering Drive<br>Suite 825<br>Houston, TX 77057-3415 | Thomas G. Lantz<br>5615 West Ida Drive<br>Littleton, CO 80123-5135 |
| Thru Tubing Solutions<br>8032 Main Street<br>Houma, LA 70360-4428 | Thru Tubing Solutions, Inc.<br>PO Box 203379<br>Dallas, TX 75320-3379 | Total Safety U.S., Inc.<br>PO Box 974686<br>Dallas, TX 75397-4686 |

| | | |
|---|---|---|
| Transfac Capital<br>FBO Wind River Trucking, LLC<br>PO Box 3238<br>Salt Lake City, UT 84110-3238 | Triple S Enterprises, Inc.<br>PO Box 477<br>Crosby, ND 58730-0477 | U.S. Bank National Association<br>Trustee, Collateral Agent, Control<br>Agent - 11th Floor<br>5555 San Felipe Street<br>Houston, TX 77056-2701 |
| US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-1961 | USG Midstream Bakken 1, LLC<br>700 Universe Blvd.<br>Juno Beach, FL 33408-2657 | USG Properties Bakken I, LLC<br>ATTN Michael Jessep<br>601 Travis Street<br>Suite 1900<br>Houston, TX 77002-3253 |
| USG Properties Bakken I, LLC<br>ATTN Michael Jessop<br>601 Travis Street<br>Suite 1900<br>Houston, TX 77002-3253 | Uinta Petroleum, INc.<br>P.O. Box 301<br>Smithfield, UT 84335-0301 | Vac-U-Jet Portables<br>PO Box 16748<br>Missoula, MT 59808-6748 |
| Virginia Tangeda<br>17492 Via Lindo<br>Tustin, CA 92780-2045 | WISCO, Inc.<br>PO Box 732328<br>Dallas, TX 75373-2328 | WSI<br>1600 East Century Avenue<br>Suite 1<br>PO Box 5585<br>Bismarck, ND 58506-5585 |
| Wayne R. and Gail R. Christianson<br>PO Box 97<br>Fortuna, ND 58844-0097 | Wayne and Gail Christianson<br>PO Box 97<br>Fortuna, ND 58844-0097 | Weatherford Artificial Lift<br>Systems LLC<br>P O Box 301003<br>JP Morgan Chase Bank TX<br>Dallas, TX 75303-1003 |
| Weatherford International, Inc.<br>c/o Jeff Carruth<br>Weycer, Kaplan, Pulaski & Zuber, P.C.<br>3030 Matlock Rd., Suite 201<br>Arlington, TX 76015-2936 | Well Water Solutions and<br>Rentals, Inc.<br>PO Box 2105<br>Casper, WY 82602-2105 | WellEZ Information Management<br>11931 Wickchester<br>Suite 360<br>Houston, TX 77043-4501 |
| Western Petroleum, LLC<br>PO Box 677732<br>Dallas, TX 75267-7732 | Whiting Oil & Gas Corporation<br>PO Box 973539<br>Dallas, TX 75397-3539 | Whiting Petroleum Corporation<br>1700 Broadway Street<br>#2300<br>Denver, CO 80290-2300 |
| Williams County Treasurer<br>205 East Broadway<br>PO Box 2047<br>Williston, ND 58802-2047 | Williston Tank Rental Inc.<br>PO Box 2626<br>Williston, ND 58802-2626 | Windcreek Services, Inc.<br>310 Limestone Ave.<br>PO Box 2410<br>Gillette, WY 82717-2410 |
| Wise Services, Inc.<br>PO Box 427<br>Lyman, WY 82937-0427 | Wyoming Casing Service, Inc.<br>PO Box 1153<br>Dickinson, ND 58602-1153 | Wyoming Casing Service, Inc.<br>c/o Randall N. Sickler<br>Ebeltoft, Sickler. Lawyers<br>2272 8th St. W.<br>Dickinson, ND 58601-8590 |
| Elizabeth A. Green<br>200 S. Orange Ave.<br>Suntrust Center, Ste. 2300<br>Orlando, FL 32801-3432 | Jimmy D. Parrish<br>200 S. Orange Ave.<br>Suntrust Center, Ste. 2300<br>Orlando, FL 32801-3432 | Lars H. Fuller<br>1801 California St.<br>Ste. 4400<br>Denver, CO 80202-2662 |

Sonia Chae U.S. Securities & Exchange Commis
175 W. Jackson Blvd.
Suite 900
Chicago, IL 60604-2908

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

DirecTV
PO Box 60036
Los Angeles, CA 90060-0036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Arapahoe County Treasurer    (u)BMC Group, Inc.    (u)CMG Oil & Gas, Inc.

(u)Canaccord Geniuty, Inc.    (u)Cody Oil and Gas Corporation    (u)Department of Interior
                                                                  Office of Natural Resources Revenue

(u)G-Style Transport, LLC    (u)Hydratek, Inc.    (u)LGFE-M, LP

(u)LGFE-P, LP    (u)Liberty Oilfield Services, LLC    (u)Miller Oil Company, Inc.

(u)Murex Petroleum Corporation    (u)Official Committee of Unsecured Creditors    (u)Power Crude Transport Inc.

(u)Puckett Investment Company    (u)U.S. BANK NATIONAL ASSOCIATION    (u)USG Midstream Bakken I, LLC

| | | |
|---|---|---|
| (u)USG Properties Bakken I, LLC | (d)AMZG, Inc.<br>2549 W. Main Street<br>Suite 202<br>Littleton, CO 80120-4646 | (u)Conway MacKenzie, Inc. |

End of Label Matrix
Mailable recipients   300
Bypassed recipients    21
Total                 321