UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO (DENVER)

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| AMERICAN EAGLE ENERGY | § | CASE NO. 15-15073-HRT |
| CORPORATION, | § | |
| | § | |
| | § | |
| Debtors. | § | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that WEYCER, KAPLAN, PULASKI & ZUBER, P.C. hereby appears as counsel on behalf of **WEATHERFORD INTERNATIONAL, INC.** and hereby submits this Notice of Appearance and requests notice of all hearings and conferences herein, and makes demand for service of all papers herein.  All notices given or required to be given in this case shall be given to and served at the following addresses.

Jeff Carruth
WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
3030 Matlock Rd., Suite 201
Arlington, Texas 76015
Tel: (817) 795-5046
Fax: (866) 666-5322
E-mail:  jcarruth@wkpz.com


Dated:  July 21, 2015          Respectfully submitted:

          WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

          By:      /s/ Jeff Carruth
             JEFF CARRUTH
             State Bar No. 24001846
             3030 Matlock Rd., Suite 201
             Arlington, Texas 76015
             Phone: (817) 795-5046
             Facsimile: (866) 666-5322
             jcarruth@wkpz.com

          ATTORNEYS FOR  WEATHERFORD
          INTERNATIONAL, INC.

**CERTIFICATE OF SERVICE**

      On July 21, 2015, I hereby certify that a true and correct copy of the foregoing Notice of Appearance was transmitted to all registered ECF users who have appeared in this case.

                                      /s/ Jeff Carruth
                                      JEFF CARRUTH