**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| American Eagle Energy Corporation | ) |
| Tax ID / EIN: 20-0237026 | ) Case No.  15-15073-HRT |
|  | ) |
| AMZG, Inc. | ) |
| Tax ID / EIN: 20-8642477 | ) Case No. 15-15074-HRT |
|  | ) |
|  | ) (Jointly Administered) |
| Debtors. | ) |

**ORDER AUTHORIZING ORDINARY COURSE PAYMENTS OF UNDISPUTED PREPETITION AMOUNTS OWED TO ROYALTY INTEREST OWNERS**

This matter came on for consideration on the Motion ("Motion") of American Eagle Energy Corporation ("American Eagle" or "Debtor") for entry of an order authorizing ordinary course payments of undisputed prepetition amounts owed to: (i) royalty interest owners; (ii) non-operating interest owners; and (iii) operators for joint-interest billings pursuant to section 105(a) of title 11 of the United States Code (the "***Bankruptcy Code***") filed on May 18, 2015 (Doc. No. 42).  For the Purpose of this Order, capitalized terms contained in this Order which are not otherwise defined herein, shall have the meaning ascribed to them in the Motion.  The Debtors properly filed and served the Motion and Notice pursuant to Local Rule 9013-1.1 and no timely objections were filed.  The Debtors provided additional time for the Official Committee of Unsecured Creditors ("Committee") to object to the Motion.  The Committee did not file a formal objection, but had multiple discussions with the Debtors regarding the Motion and has agreed to the relief requested in the Motion as it relates to Landowner Royalty Interest Owners, but has reserved its rights to object to the relief requested related to overriding royalty interests, working interests, and joint interest billing obligations.  "Landowner Royalty Interest Owners"

are those lessors of Debtors' Leasehold Interests, and such lessors' successors and assigns, who have reserved oil and gas royalties under the leases, attributable to production and free of production expenses ("Landowner Royalties"). The Court having determined that it has jurisdiction over the matters raised by the Motion and that the relief requested in the Motion as it relates to the Landowner Royalty Interest Owners is in the best interests of the Debtor, its estate and creditors; and it appearing that proper and adequate notice has been given and that no other further notice is necessary; and upon the record herein; and after due deliberation thereon; it is hereby ORDERED:

1. The Motion is GRANTED to the extent provided herein.

2. The Debtors are authorized to pay in the ordinary course any outstanding and undisputed Landowner Royalties owing to Landowner Royalty Interest Owners. The Debtors shall not, however, pay any other type of unpaid royalties, including overriding royalties or pay any Working Interest Payments to Non-Operating Interest Owners that accrued pre-petition; or pay any JIB Obligations that accrued pre-petition, without further Order of this Court.

3. Nothing contained in this Order or any action taken by the Debtor in implementing this Order shall be deemed (i) an admission as to the validity of any claim against the Debtor, (ii) a waiver of the Debtor's or any party in interest's rights to dispute the amount of, basis for or validity of any claim under applicable nonbankruptcy law, (iii) a waiver of any claims or causes of action which may exist against anyone entitled to a Royalty Payment; or (iv) an assumption, adoption or rejection of any agreement, contract or lease between the Debtor and any third party under section 365 of the Bankruptcy Code.

4. This Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

5. The Court will schedule a hearing on **August 3, 2015 at 9:30 a.m. (Mountain Time)** to consider the remaining relief requested in the Motion as it applies to overriding royalty interests, working interests, and joint interest billing obligations of the Debtors.

Dated: __July 22, 2015._____

BY THE COURT:

*Howard Tallman*

HONORABLE HOWARD R. TALLMAN
United States Bankruptcy Judge