## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy Case No. |
| American Eagle Energy Corporation | ) | 15-15073 HRT |
| | ) | Chapter 11 |
| Debtor(s). | ) | |
| | ) | |
| In re: | ) | |
| | ) | Bankruptcy Case No. |
| AMZG, Inc., | ) | 15-15074 HRT |
| | ) | Chapter 11 |
| Debtor(s). | ) | |
| | ) | |
| | ) | Jointly Admin. Case No. 15-15073 HRT |

### ORDER AND NOTICE OF SALE HEARING AND RELATED DEADLINES

THIS MATTER is before the Court following entry of the *Order: (A) Scheduling The Auction For Sale of Substantially All of the Debtors' Assets, and (B) Approving Procedures for the Submission of Qualifying Bids and Conducting the Auction*. In conjunction with that Order, the Court

HEREBY ORDERS a sale hearing shall take place **Thursday, September 10, 2015, at 9:30 a.m. in Courtroom B,** U.S. Custom House, 721 19th Street, Denver, Colorado.

The Court FURTHER ORDERS that all objections to the sale of substantially all the Debtors' assets must be filed with the Court on or before **Thursday, August 20, 2015, at 5:00 p.m. (Prevailing Mountain Time).**

The Court FURTHER ORDERS that the deadline to submit bids for all or a portion of the assets shall be **Wednesday, September 2, 2015, at 5:00 p.m. (Prevailing Mountain Time).**

The Court FURTHER ORDERS the auction shall be conducted on **Wednesday, September 9, 2015 at 10:00 a.m. (Prevailing Mountain Time)** by the Debtors in accordance with the approved Bidding Procedures.

DATED this  24th  day of July, 2015.      BY THE COURT:

_Howard Tallman_
Howard R. Tallman, Judge
United States Bankruptcy Court