## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| American Eagle Energy Corporation ) | |
| Tax ID / EIN: 20-0237026 ) | Case No. 15-15073-HRT |
| ) | |
| AMZG, Inc. ) | |
| Tax ID / EIN: 20-8642477 ) | Case No. 15-15074-HRT |
| ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |

### AMENDED NOTICE OF FIRST INTERIM FEE APPLICATION OF THE LAW FIRM OF BAKER & HOSTETLER, LLP FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES
*(Amended to Extend Objection Deadline)*

## OBJECTION DEADLINE:  September 10, 2015

**YOU ARE HEREBY NOTIFIED** that American Eagle Energy Corporation and AMZG, Inc. have filed the First Interim Application of the Law Firm of Baker & Hostetler, LLP For Award of Attorneys' Fees and Reimbursement of Expenses (the "Application"), with the bankruptcy court and requests the following relief:

In the Motion, the Debtors in these jointly administered cases seek entry of an order approving payment to Debtors' attorneys, Baker & Hostetler, LLP, for attorneys' fees in the amount of $855,450.50 and for reimbursement of expenses in the amount of $47,100.66.

If you oppose the Application or object to the requested relief your objection must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections.  The court will not consider general objections. If proper objection is filed with the court, the Application and such objection will be heard at a hearing to be set by the Court**.**

In the absence of a timely substantiated objection by an interested party, the court may approve or grant the relief requested without any further notice to creditors or other interested parties.

DATED: August 26, 2015

BY: /s/Elizabeth A. Green
Elizabeth A. Green, Esq.
Florida Bar No.: 0600547
egreen@bakerlaw.com
Jimmy D. Parrish, Esq.
Florida Bar No.: 0526401
jparrish@bakerlaw.com
Lars Fuller, Esq.
Atty Reg. No. 26051
lfuller@bakerlaw.com
**BAKER & HOSTETLER LLP**
200 South Orange Ave.
SunTrust Center, Suite 2300
Post Office Box 112 (32802-0112)
Orlando, Florida 32801-3432
Telephone: (407) 649-4000
Fax: (407) 841-0168
Attorneys for Debtor

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 26, 2015, a true and correct copy of the foregoing Amended Notice was served by electronic noticing via the CM/ECF System all parties requesting such notice and/or served via U.S. First Class Postage Prepaid in accordance with FED. R. BANKR .P. 2002 and 11 U.S.C. § 342(c) (if applicable) as follows: American Eagle Energy Corporation and AMZG, Inc., 2549 W. Main Street, Suite 202, Littleton, CO 80120 (Debtors); Paul Silverstein, Esq., Andrews Kurth, 450 Lexington Avenue, New York, NY 10017 (Counsel for the Ad Hoc Noteholders); All Creditors and Parties in Interest on the attached matrix, which is a copy of the Court's Creditor Address Matrix for this case, obtained from PACER on August 26, 2015; and the Office of the United States Trustee, Byron G. Rogers Federal Building, 1961 Stout St., Suite 12-200, Denver, Colorado 80294.

/s/ Elizabeth A. Green
Elizabeth A. Green, Esq.

607297716.1