**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| American Eagle Energy Corporation | ) | **Case No.: 15-15073 (HRT)** |
| TAX ID/EIN: 20-0237026 | ) | |
| | ) | |
| AMZG, Inc. | ) | Case No.: 15-15074 (HRT) |
| TAX ID/EIN: 20-8642477, | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**NOTICE OF FILING STIPULATED ORDER REGARDING FIRST AND FINAL
APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF
CONWAY MACKENZIE, INC. AS FINANCIAL ADVISOR TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS**

**PLEASE TAKE NOTICE** that counsel for the Ad Hoc Noteholder's Group, counsel for

the Official Committee of Unsecured Creditors and Conway Mackenzie, Inc. ("Conway"), the

financial advisors for the Official Committee of Unsecured Creditors appointed in the case

hereby submit the attached *Order Regarding First And Final Application For Compensation And*

*Reimbursement Of Expenses Of Conway Mackenzie, Inc. As Financial Advisor To The Official*

*Committee Of Unsecured Creditors* ("Fee Order") and which Fee Order has been stipulated and

agreed to by the parties thereby resolving all open issues related to the Conway Fee Application

(Dkt. #527) and the Reconsideration Motion (Dkt. #797) filed by the Ad Hoc Noteholder's

Group.  The parties request the Court enter the proposed Fee Order attached hereto.

[*SIGNATURE ON FOLLOWING PAGE*]

{Z0146938/1 }
DOCS_SF:92823.1 03706/002

1

Dated: December 16, 2016

Respectfully submitted:

**PACHULSKI STANG ZIEHL & JONES LLP**

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**

By:  */s/ Ira D. Kharasch*
     Ira D. Kharasch, Esquire
     150 California Street, 15th Floor
     San Francisco, CA 94111
     Tel: (415) 263-7000
     Fax: (415) 263-7010
     Email: ikharasch@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

By:  */s/ John F. Young*
     John F. Young (#26989)
     James T. Markus (#25065)
     1700 Lincoln Street, Suite 4550
     Denver, Colorado 80203
     Telephone: (303) 830-0800
     Facsimile: (303) 830-0809
     Email: jyoung@markuswilliams.com
     Email: jmarkus@markuswilliams.com

     Paul N. Silverstein
     Brian M. Clarke
     **ANDREWS KURTH LLP**
     450 Lexington Avenue
     New York, New York 10017
     Telephone: (212) 850-2800
     Facsimile: (212) 850-2929
     Email: paulsilverstein@andrewskurth.com
     Email: brianclarke@andrewskurth.com

     Timothy A. Davidson II
     **ANDREWS KURTH LLP**
     600 Travis, Suite 4200
     Houston, Texas 77002
     Telephone: (713) 220-4200
     Facsimile: (713) 220-4285
     Email: TDavidson@andrewskurth.com

*Counsel to the Ad Hoc Group of Holders of 11.0% Senior Secured Notes due 2019, special litigation counsel to U.S. Bank National Association in its capacity as Indenture Trustee and Collateral Agent for the 11.0% Senior Secured Notes due 2019.*

{Z0146938/1 }

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of December, 2016, a true and correct copy of the forgoing pleading was served via CM/ECF to all parties and counsel that have appeared in this action and via U.S. Mail, postage prepaid on the following:

**Douglas A Allison**
403 N Tancahua Street
Corpus Christi, TX 78401

**Duncan E. Barber**
4582 S. Ulster St. Pkwy., Ste. 1650
Denver, CO 80237

**Jeff Carruth**
3030 Matlock Rd., Ste. 201
Arlington, TX 76015

**Sonia A. Chae**
175 W. Jackson Blvd., 9th Fl
Chicago, IL 60604

**Robertson B. Cohen**
1720 S. Bellaire St., Ste. 205
Denver, CO 80222

**Stacey S. Dawes**
4582 S. Ulster St., Ste 1650
Denver, CO 80237

**Stephen Dexter**
950 17th St., Ste.2400
Denver, CO 80202

**Jon E. Doak**
P.O. Box 1875
Billings, MT 59103

**Carl Dore**
17171 Park Row, Ste 350
Houston, TX 77084

**Joshua M. Fried**
150 California St., 15th Floor
San Francisco, CA 94111

**Daniel J. Frisk**
2700 12th Ave. South, Ste. A
Fargo, NC 58103

**Elizabeth M. Froehlke**
1225 17th Street, Suite 700
Denver, CO 80202

**Lars H. Fuller**
1801 California St., Ste. 4400
Denver, CO 80202

**Elizabeth A. Green**
200 S. Orange Ave.
Suntrust Center, Ste. 2300
Orlando, FL 32801-3432

**Charles Greenhouse**
1400 16th St., 6th Floor
Denver, CO 80202

**Theodore J. Hartl**
600 17th St., Suite 1800 South
Denver, CO 80202

**Autumn D. Highsmith**
2323 Victory Ave., Ste. 700
Dallas, TX 75219

**Robert Hill**
5334 S. Prince St.
Littleton, CO 80120

**Patrick L. Hughes**
**Stephen M. Pezanosky**
1 Houston Center
1221 McKinney St., #2100
Houston, TX 77010

**Patrick L. Hughes**
**Stephen M. Pexanosky**
2323 Victory Avenue, Suite 700
Dallas, TX  75219-7672

**Ira D. Kharasch**
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067

**Peter W. Ito**
1550 Larimer St., Ste. 667
Denver, CO 80202

**Lawrence King**
PO Box 1695
Bismarck, ND 52502-1695

**Thomas J. Kimmell**
700 N. Colorado Blvd., #598
Denver, CO 80206

**Kevin M. Lippman**
500 N. Akard St., Ste. 3800
Dallas, TX 75201-6659

**Lino S. Lipinsky de Orlov**
1400 Wewatta St., Ste. 700
Denver, CO 80202-5556

**Daniel J. Morse**
308 W. 21st St., Ste. 203
Cheyenne, WY 82001

**David Morton Little**
1720 S. Bellaire St., Ste., 205
Denver, CO 80222

**Steven P. Ordaz**
500 N. Dearborn St., Ste 800
Chicago, IL 60654

**Alan K. Motes**
Byron G. Rogers Federal Building
1961 Stout St., Ste. 12-200
Denver, CO 80294

**Jimmy D. Parrish**
200 S. Orange Ave.
Suntrust Center, Ste. 2300
Orlando, FL 32801-3432

**John C. Parks**
1700 Lincoln St., Ste. 4000
Denver, CO 80203

**Jeffrey N. Pomerantz**
10100 Santa Monica, 13th Floor
Los Angeles, CA 90067

**Deborah Michelle Perry**
500 N. Akard St., Ste. 3800
Dallas, TX 75201

**Henry F. Sewell, Jr.**
303 Peachtree St. NE, Ste. 5300
Atlanta, GA 30308

**David M. Rich**
650 S. Cherry Street, Suite 1100
Denver, CO 80246-1801

**Timothy M. Swanson**
1400 16th St., 6th Floor
Denver, CO 80202

**Spencer D. Solomon**
2800 Post Oak Blvd., 61st Floor
Houston, TX 77056

**Barry L. Wilkie**
1999 Broadway, Ste. 3150
Denver, CO 80202

**Benjamin Swartzendruber**
5334 S. Prince St.
Littleton, CO 80120

{Z0146938/1 }                                   4

**William A. (Trey) Wood**
711 Louisiana St., Ste. 2300
Houston, TX 77002

**Eric Yandell**
PO Box 1048
Salem, OR 97308

**Risa Lynn Wolf-Smith**
555 17th St., Ste. 3200
Denver, CO 80201

**Zeyen Wu**
1225 17th St., Ste. 700
Denver, CO 80202

*s/Jenny F. Tokuoka*
Jenny F. Tokuoka