**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| American Eagle Energy Corporation | ) | Case No.: 15-15073 (HRT) |
| TAX ID/EIN: 20-0237026 | ) | |
| | ) | |
| AMZG, Inc. | ) | Case No.: 15-15074 (HRT) |
| TAX ID/EIN: 20-8642477, | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**ORDER REGARDING FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF CONWAY MACKENZIE, INC. AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

On February 24, 2016, Conway Mackenzie, Inc. ("Conway"), the financial advisors for the Official Committee of Unsecured Creditors appointed in the case filed by the above-captioned debtors (the "Debtors") filed its *First and Final Application Compensation And Reimbursement of Expenses of Conway Mackenzie Inc. as Financial Advisor to the Official Committee of Unsecured Creditors for the Period of May 20, 2015 through November 30, 2015* [Docket No. 527] (the "Conway Fee Application"). The Conway Fee Application sought payment of fees in the amount of $326,425.50 and reimbursement of expenses in the amount of $6,214.45. On March 15, 2016, Bennett Management Corporation, Aristeia Capital, LLC, Kayne Anderson Capital Advisors, L.P., and Northeast Investors Trust (collectively, the "Ad Hoc Noteholders' Group") filed an objection to the Conway Fee Application [Docket No. 546]. On July 28, 2016, the Court entered an order granting the Conway Fee Application [Docket No. 676] (the "Conway Fee Application Order"). On August 11, 2016, the Ad Hoc Noteholders'

{Z0146775/1 }                                                    1
DOCS_SF:92823.1 03706/002

Group filed a motion to reconsider, *inter alia*, portions of the Conway Fee Application Order

(the "Reconsideration Motion").  The Court entered an order [Docket 797] confirming Debtors'

*Joint Plan of Liquidation of American Eagle Energy Corporation and AMZG Inc. Under*

*Chapter 11 of the Bankruptcy Code*  (the "Plan") [Docket No. 758] on November 17, 2016. The

Debtors filed a notice of the effective date of the Plan on December 5, 2016 [Docket 820].   The

Court has jurisdiction over this matter pursuant to 28 U.S.C. § § 157 and 1334.  Based on the

foregoing and the record of these chapter 11 cases, it is hereby:

ORDERED that the Reconsideration Motion is withdrawn with prejudice with

each party to bear their own fees and costs in regard thereto; and it is further;

ORDERED that Conway is hereby allowed fees in the sum of $326,425.50 and

reimbursement of expenses in the amount of $6,214.45 for a total of $332,639.95 provided,

however, that payment of these amounts (less any amounts previously paid to Conway) is subject

to the caps set forth in the Plan with respect to the maximum amount of payment on account of

the Committee's professionals; and it is further

ORDERED that the Conway Fee Application Order remains in full force and

effect, except as specifically modified by this Order.


Dated:    December 22 , 2016

_____
Howard R. Tallman, Judge
United States Bankruptcy Court